**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **GEORGE PERVIN** | **CIVIL ACTION NO.:** |
| **VERSUS** | **3:20−cv−00135** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | |

**PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **GEORGE PERVIN**, to provide the following list of all persons known to have a financial interest in this matter as follows:

1. George Pervin
2. Liberty Life Assurance Company of Boston
3. J. Price McNamara

Respectfully Submitted,

s/J. Price McNamara

______________________________

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
price@jpricemcnamara.com
Attorney for Complainant