United States District Court
Southern District of Texas
ENTERED
August 21, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | |
| GEORGE PERVIN | § | |
| | § | CIVIL ACTION NO. 3:20-cv-135 |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |

## DOCKET-CONTROL ORDER

The disposition of this case will be controlled by the following deadlines:

1. **10/12/2020** **Deadline for Defendant to file Administrative Record with the Court.**

2. **11/9/2020** **Deadline for both parties to file opening briefs.**

3. **12/7/2020** **Deadline for both parties to file response briefs.**

SIGNED on this 21st day of August, 2020.

______________________________
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE