**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **GEORGE PERVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 3:20cv00135** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant Liberty Life Assurance Company of Boston files this Submission of Administrative Record, pursuant to the Docket Control Order (Dkt 11) entered by the Court on August 21, 2020.

1) Group Disability Income Policy (Liberty/Pervin 001-048);
2) Appeal Decision Letter Dated March 31, 2020 (Liberty/Pervin 074-083); and
3) Administrative Record (Liberty/Pervin 049-073 and 084-806).

SUBMITTED this 12th day of October 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. Price McNamara
Email: price@jpricemcnamara.com

| | |
|---|---|
| October 12, 2020 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |