**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8397829 Claim Last Updated 03/30/2020 Printed On 5/21/2020

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | GEORGE A PERVIN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3709.33 | Mode | M |
| | | Date of Hire | 11/28/2016 | | |
| | | Last Work Date | 05/01/2018 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc MEAT CUTTER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 09/14/2018 |
| Disability Date | 05/02/2018 | Close Date | 10/29/2019 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 03/19/2037 | RTW FT / PT | |
| Ben Begin Date | 10/29/2018 | Apprv Thru Date | 10/28/2019 | Gross Ben $ | |

Diagnosis 1 Code/Desc M48.06 Spinal stenosis, lumbar region

Diagnosis 2 Code/Desc I87.2 Venous insufficiency (chronic) (peripheral)

Policyholder Information

Customer ID 09 - 463049 H-E-B, LP.

Subsidiary 5600 56_HOUSTON SOUTH

Location 00110A02 H. E. BUTT GROCERY COMPANY

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 04/01/2015

Class 01 ALL ACTIVE EMPLOYEES CLASSIFIED AS FULL-TIME HOURLY AND PARKWAY TRAI

Waiting Period: New/Mode-Current/Mode 90 Day 90 Day Days in WRKWK Pre-X 3-1

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 12 Own Occupation Definition Limit 12 M/N Limit 12

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 02/26/2017 |
| PD | 01 | STD | 01 | 02/26/2017 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 6004438 Claim Last Updated 10/03/2018 Printed On 5/21/2020

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| Name | GEORGE A PERVIN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 856.00 | Mode | W |
| | | Date of Hire | 11/28/2016 | | |
| | | Last Work Date | 05/01/2018 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc MEAT CUTTER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 05/09/2018 |
| Disability Date | 05/02/2018 | Close Date | 10/29/2018 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 10/28/2018 | RTW FT / PT | |
| Ben Begin Date | 05/10/2018 | Apprv Thru Date | 10/28/2018 | Gross Ben $ | |

Diagnosis 1 Code/Desc M54.5 Low back pain

Diagnosis 2 Code/Desc M54.30 Sciatica, unspecified side

**Policyholder Information**

Customer ID 09 - 463049 H-E-B, LP.

Subsidiary 5600 56_HOUSTON SOUTH

Location 00110A02 H. E. BUTT GROCERY COMPANY

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 04/01/2015

Class 01 ALL FULL-TIME HOURLY PARTNERS & PARKWAY TRANSIT INC DRIVERS (EXCLUDI

Waiting Period: New/Mode-Current/Mode 90 Day 90 Day Days in WRKWK 7 Pre-X NC

Elimination Period: Days/Type 8 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 32 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind N

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 02/26/2017 |
| PD | 01 | STD | 01 | 02/26/2017 |

**Additional Information:**

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 8397829 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec ●

**05/20/2020 10:29 AM - CLAIM Note 95**
Claim/Event/Leave: 8397829
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [05/20/2020 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**04/13/2020 2:43 PM - CLAIM Note 94**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject :
Text: [04/13/2020 - LEITCH, DEWEY]LTR FROM ATTY RECVD. COPY OF DENIAL RESENT TO ATTY.

**03/30/2020 12:35 PM - CLAIM Note 93**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : OUT
Text: [03/30/2020 - VALLIERE, TAWNYA]MAINTAIN DENIAL BEYOND 10/28/2019. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED ATTY AND ER.

**03/11/2020 10:29 AM - CLAIM Note 92**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [03/11/2020 - VALLIERE, TAWNYA]PM&R/PAIN PEER ADDENDUM REPORT REC'D. AWAITING RESULTS OF INTERNAL MED ADDENDUM REVIEW.

**03/11/2020 10:28 AM - CLAIM Note 91**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/11/2020 - VALLIERE, TAWNYA]ISSUED VENDOR PAYMENT IN THE AMT OF $210.00 PAYABLE TO NMR FOR PM&R/PAIN PEER ADDENDUM. INVOICE # 327060-1 DATED 3/10/2020.

**03/03/2020 8:50 PM - CLAIM Note 90**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/3/2020 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**03/03/2020 1:20 PM - CLAIM Note 89**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [03/03/2020 - VALLIERE, TAWNYA]REFERRAL MADE FOR ADDENDUM PEER REVIEW; AWAITING RESULTS. EXTENSION LETTER SENT TO ATTY.

**03/03/2020 1:19 PM - CLAIM Note 88**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : REC'D FROM ATTY
Text: [03/03/2020 - VALLIERE, TAWNYA]RECEIVED LETTERS ON 2/26/20 AND 3/2/20 FROM ATTY J. PRICE MCNAMARA WHICH INCLUDED ADDT'L DOCUMENTATION TO BE CONSIDERED FOR THE LTD APPEAL

**02/05/2020 10:13 AM - CLAIM Note 87**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : ADMIN
Text: [02/05/2020 - HOFFNER, FAYE]REQUEST FOR FULL CLAIM FILE TO BE SENT TO THE ATTORNEY: ADMIN PULLED TOGETHER ALL THAT WAS IN BOTH CLAIMS 8397829 AND 6004438 WITH THE DOCUMENTS THAT THE REQUESTOR PROVIDED ALSO. RESPONDED TO THE REQUESTOR OF COMPLETION:GOOD MORNING TAWNYA, I COMPLETED YOUR FULL CLAIM FILE WITH THE ATTACHMENTS YOU PROVIDED, PLEASE NOTE THAT SOME OF THE APPEAL DOCUMENTS HAD A P/W PROTECTION ON THEM FROM CLAIM 8397829, I DID COMBINE AND SEND, HOWEVER I AM NOT SURE IF THE ATTORNEYWILL BE ABLE TO READ. THE P/W TO THE LINKS SUBMITTED IS THE CLAIMANTS SSN NO DASHES, AND THE ATTORNEY HAS 24 HOURS OF SUBMISSION TO REVIEW THE FILE.

**02/05/2020 7:14 AM - CLAIM Note 86**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : ADMIN
Text: [02/05/2020 - HOFFNER, FAYE]REQUEST FOR POLICY AND MEDICAL TO BE ADDED TO CLAIM, ADMIN COMPLETED REQUEST AND RESPONDED TO REQUESTOR.

**02/04/2020 8:21 AM - CLAIM Note 85**
Claim/Event/Leave: 8397829
NoteSubject : LTR to Atty
Other Subject :
Text: [02/04/2020 - VALLIERE, TAWNYA]SENT REQUEST TO ADMIN FOR COPY OF CLAIM FILE, LTD POLICY AND CV OF MEDICAL CONSULTANTS TO BE SENT TO ATTY J. PRICE MCNAMARA.

**02/03/2020 11:01 AM - CLAIM Note 84**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : AUTH REC'D
Text: [02/03/2020 - VALLIERE, TAWNYA]REC'D SIGNED AUTH BY CLMT TO RELEASE INFORMATION TO J. PRICE MCNAMARA, ATTORNEY

**01/28/2020 11:39 AM - CLAIM Note 83**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [01/28/2020 - VALLIERE, TAWNYA]BASED ON LETTER RECEIVED FROM ATTY - J. PRICE MCNAMARA, TOLLING UNTIL 2/25/2020

**01/28/2020 11:38 AM - CLAIM Note 82**
Claim/Event/Leave: 8397829
NoteSubject : LTR to Atty
Other Subject : J. PRICE MCNAMARA
Text: [01/28/2020 - VALLIERE, TAWNYA]FAXED LETTER TO ATTY MCNAMARA IN RESPONSE TO REQUEST DATED 1/24/2020. SIGNED LETTER OF REP/AUTH FROM CLMT NEEDED PRIOR TO RELEASE OF REQUESTED INFORMATION. ALSO ADVISED OF DAY 180 DEADLINE ON 2/25/2020 AND REQUESTED ADDT'L INFORMATION BE SUBMITTED BY THAT DATE.

**01/28/2020 11:36 AM - CLAIM Note 81**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : RQST FOR CLM FILE/PL
Text: [01/28/2020 - VALLIERE, TAWNYA]REC'D REQUEST FROM ATTY J. PRICE MCNAMARA FOR ADMINISTRATIVE CLAIM FILE/RELEVANT PLAN DOCS

**01/27/2020 10:10 AM - PHONE Note 32**
Claim/Event/Leave: 8397829
NoteSubject : Called Other
Other Subject : ATTY P. MCNAMARA
Text: [01/27/2020 - VALLIERE, TAWNYA]ATTEMPTED TO RETURN CALL TO ATTORNEY PRICE MCNAMARA AT 225-201-8311. S/W RECEPTIONIST WHO INDICATED HE WAS NOT CURRENTLY AVAILABLE BUT SHE COULD TAKE DOWN MY INFORMATION FOR A CALL BACK. ADVISED I WAS RETURNING MR. MCNAMARA'S CALL. PROVIDED MY TEL # AND FAX #. ADVISED WE WERE NOT PREVIOUSLY AWARE THAT ATTY MCNAMARA WAS REPRESENTING MR. PERVIN AND THEREFORE WILL REQUIRE A LETTER OF REPRESENTATION. ADVISED LETTER OF REP AND REQUEST FOR ANY INFORMATION NEEDED CANBE SENT VIA FAX TO 603-422-7909.

**01/27/2020 10:07 AM - PHONE Note 31**
Claim/Event/Leave: 8397829
NoteSubject : Other Called
Other Subject : ATTY P. MCNAMARA
Text: [01/27/2020 - VALLIERE, TAWNYA]RETRIEVED VOICE MESSAGE LEFT BY ATTORNEY PRICE MCNAMARA LEFT AT 3:39 PM ON 1/24/2020. HE INDICATED HE WAS CALLING IN REGARDS TO MR. PERVIN AND REQUESTED A RETURN CALL TO 225-201-8311.

**01/08/2020 12:36 PM - PHONE Note 30**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject :
Text: [01/08/2020 - VALLIERE, TAWNYA]RECEIVED CALL FROM CLMT INQUIRING ABOUT THE STATUS OF APPEAL REVIEW. DISCUSSED RIGHT TO REVIEW/RESPOND LETTER THAT WAS SENT TO HIM YESTERDAY WHICH INCLUDES COPY OF REVIEWS CONDUCTED TO DATE ON HIS APPEAL. ADVISED HE HAS AN OPPORTUNITY TO REVIEW THESE EVALUATIONS AND PROVIDE ANY ADDITIONAL INFORMATION HE WOULD LIKE CONSIDERED BEFORE A FINAL DECISION IS MADE. AGREED TO SEND A COPY VIA EMAIL AS WELL - CLMT AGREED AND CONFIRMED EMAIL ADDRESS OF SIMPLYBBQ@SBCGLOBAL.NET. CLMT EXPRESSED THAT HE WOULD LIKE TO WORK, HOWEVER, HE NEEDS TO CHANGE POSITIONS OFTEN. ALSO, DUE TO THE PAIN MEDICATION HE IS ON, HE IS UNABLE TO DRIVE BACK AND FORTH TO WORK AS IT COULD POSE A SAFETY HAZARD TO HIMSELF AND OTHERS ON THE ROAD.EXPLAINED OWN OCC VS. ANY OCC AND ALSO ADVISED THAT WHEN TAKING INTO CONSIDERATION OTHER OCCUPATIONS HE MAY BE CAPABLE OF, WE ARE LOOKING AT THE DEMAND REQUIREMENTS OF THE OCCUPATION, BUT NOT NECESSARILY THE TRANSPORTATION BACK AND FORTH TO THAT OCCUPATION (E.G. SEDENTARY JOB/OCC DOES NOT REQUIRE DRIVING). CLMT THANK'D ARC FOR THE INFORMATION. ARC WILL EMAIL A COPY OF THE RTR LETTER MAILED TO HIM YESTERDAY AND ADVISED HE MAY ALSO WISH TO SHARE A COPY WITH HIS TREATING PROVIDERS WHO CAN PROVIDE A RESPONSE/ADDITIONAL INFORMATION ON HIS BEHALF AS WELL.

**01/07/2020 2:55 PM - CLAIM Note 80**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [01/07/2020 - VALLIERE, TAWNYA]COPY OF PM&R/PAIN PEER REVIEW, INTERNAL MED ICP REVIEW, AND TSA UPDATE FROM VOC SENT TO CLMT FOR REVIEW AND RESPONSE WITHIN 21 DAYS, BY 1/28/2020

**01/06/2020 3:13 PM - CLAIM Note 79**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [01/06/2020 - ASHWORTH, LORI]VCM RECEIVED THIS FILE FOR A TSA UPDATE TO ONE PREVIOUSLY PERFORMED BY NICOLE HALL MS, CRC DATED 5/30/2019. PLEASE SEE THAT REPORT FOR COMPLETE DETAILS REGARDING DEMOGRAPHICS, CAPACITIES UTILIZED, EDUCATION, WORK HISTORY,TRANSFERABLE SKILLS AND ALTERNATIVE OCCUPATIONS WITH ACCOMPANYING WAGES. THE FOLLOWING OCCUPATIONS WERE IDENTIFIED IN THAT TSA: ORDER CLERK, FOOD AND BEVERAGE; INFORMATION CLERK; CUSTOMER SERVICE REPRESENTATIVE; TELEPHONE SALES REPRESENTATIVE. A PRIOR OCCUPATIONAL ANALYSIS WAS COMPLETED BY NICOLE HALL MS, CRC ON 5/24/2018. BY WAY OF SUMMARY, EE IS A 49-YEAR-OLD MEAT CUTTER WITH A 10TH GRADE EDUCATION, COMPUTER SKILLS WHICH INCLUDED E-MAIL AND INTERNET USAGE AND THE FOLLOWING WORK HISTORY: MEATCUTTER (2 YEARS), LINE INSTALLER REPAIRER (3 YEARS) AND MEAT MANAGER/MEAT CUTTER/ASSISTANT MANAGER MARKET (16 YEARS). I HAVE BEEN ASKED TO UTILIZE RESTRICTIONS AND LIMITATIONS FROM A PEER REVIEW COMPLETED BY DAVID CARL HOUGHTON, M.D. ON 12/28/2019.BASED ON THESE UPDATED CAPACITIES, THE FOLLOWING PREVIOUSLY IDENTIFIED OCCUPATIONS OF FOOD AND BEVERAGE ORDER CLERK, INFORMATION CLERK AND CUSTOMER SERVICE REPRESENTATIVE STILL REMAIN VIABLE. IN THE CURRENT EMPLOYMENT ENVIRONMENT, AND AS A RESULT OFTECHNOLOGICAL ADVANCEMENT, EMPLOYERS ARE PROVIDING A VARIETY OF WORKSTATION TYPES AND ASSOCIATED EQUIPMENT THAT ALLOW INDIVIDUALS OPPORTUNITY TO EXPERIENCE AND SUSTAIN COMFORT IN THEIR RESPECTIVE WORK SETTINGS WITHIN THE OCCUPATION(S). THE OCCUPATIONOF TELEPHONE SALES REPRESENTATIVE DOES NOT REMAIN VIABLE AS IT DOES NOT MEET THE GAINFUL WAGE REQUIREMENT OF $2225.60. THIS INFORMATION HAS BEEN PROVIDED TO THE ARC. THIS MEMORANDUM WILL SERVE IN LIEU OF A FORMAL WRITTEN REPORT.

**01/03/2020 8:50 PM - CLAIM Note 78**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/3/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**01/02/2020 8:50 PM - CLAIM Note 77**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/2/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/23/2019 7:53 AM - CLAIM Note 76**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/23/2019 - VALLIERE, TAWNYA]AWAITING INTERNAL MEDICINE REVIEW; EXTENSION LETTER SENT TO CLMT

**12/19/2019 3:06 PM - CLAIM Note 75**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/19/2019 - JORGENSEN, ERIKA]INVOICE # 2973981 DATED _12/06/2019__ FROM NETWORK MEDICAL REVIEW, IN THE AMT OF $997.50 FOR _PEER REVIEW BY DR PRIYA SWAMY / PHYSICAL MEDICINE & REHAB__ . INVOICE PAID IN FULL. TID 760711128

760711128

**12/09/2019 1:45 PM - CLAIM Note 74**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/09/2019 - VALLIERE, TAWNYA]RESULTS OF PM&R/PAIN PEER REVIEW RECEIVED; ADDITIONAL REFERRAL MADE AT THIS TIME FOR INTERNAL MEDICINE REVIEW.

**12/09/2019 12:29 PM - CLAIM Note 73**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : PEER INVOICE
Text: [12/09/2019 - VALLIERE, TAWNYA]REC'D PEER INVOICE IN THE AMT OF $997.50 FROM NMR FOR PM&R PEER REVIEW, INVOICE # 297398-1, DATED: 12/6/2019; FORWARDED FOR PAYMENT PROCESSING.

**12/06/2019 12:34 PM - CLAIM Note 72**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/06/2019 - VALLIERE, TAWNYA]AWAITING RESULTS OF PEER REVIEW

**11/27/2019 12:15 PM - PHONE Note 29**
Claim/Event/Leave: 8397829
NoteSubject : AP Called
Other Subject : MEMORIAL HERMAN
Text: [11/27/2019 - VALLIERE, TAWNYA]REC'D V/M FROM CALLER W/ MEMORIAL HERMAN MEDICAL GROUP ON 11/26/19 (COULD NOT UNDERSTAND CALLER'S NAME). SHE INDICATED THEY ARE IN RECEIPT OF MEDICAL REQUEST WHICH WAS FAXED TO THEIR OFFICE, HOWEVER, THEY ONLY ACCEPT MAILED REQUESTS WHICH CAN BE SENT TO: MEMORIAL HERMAN RELEASE OF INFORMATION, 7737 SW FREEWAY SUITE C94, HOUSTON TX 77074.

**11/25/2019 8:50 PM - CLAIM Note 71**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/25/2019 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**11/22/2019 8:56 AM - CLAIM Note 70**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : STATUS
Text: [11/22/2019 - VALLIERE, TAWNYA]INITIAL REVIEW OF THE FILE IS COMPLETE. DETERMINATION FOR PHYSICIAN LEVEL REVIEW W/ PM&R/PAIN; REFERRAL IN PROCESS.

**11/19/2019 11:42 AM - CLAIM Note 69**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : ASSIGNED TO ARC
Text: [11/19/2019 - COTE, SHANA]ASSIGNED TO TAWNYA VALLIERE, ACK LTR SENT[11/19/2019 - COTE, SHANA]W/ CC TO ER

**11/19/2019 11:42 AM - PHONE Note 28**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [11/19/2019 - COTE, SHANA]CALLED -- ADV WE RECD LETTER FROM DR. LAFLEUR, NOT SURE IF HE WILL WAIT FOR RECORDS FROM HERMANN MEMORIAL. HE ASKED IF WE NEEDED IT, ADV IF HE FEELS THOSE RECORDS WOULD BE HELPFUL IN EVALUATING HIS CLAIM TO HAVE THOSE SUBMITTED. SAID THE RECORDS FROM HERMANN MEMORIAL WERE FOR EARACHE AND A COLD. HE WISHES TO PROCEED WITH APPEAL REVIEW. EXPLAINED 45/90 TAT. HE ASKED WHAT HIS CHANCES WERE ON GETTING APPROVED, ADV I AM NOT SURE AS THE FILE WILL UNDERGO A MEDICAL REVIEW AND I AM NOT A MEDICAL PROFESSIONAL. HE UNDERSTOOD. THANKED/ENDED CALL.

**11/18/2019 8:35 PM - CLAIM Note 68**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [11/18/2019 - LEITCH, DEWEY]GOOD EVENING GEORGE, I LOOKED AT THE DOCUMENT LIST OF YOUR CLAIM AND DO SEE MEDICAL RECORDS AND A LETTER FROM DR. LEFLEUR ARE IN THE CLAIM, UP THROUGH 11/11/19. HOPE THIS HELPS.

**11/18/2019 8:33 PM - PHONE Note 27**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : LM
Text: [11/18/2019 - LEITCH, DEWEY]PN LM TO CF DOCS RECVD, C/E.

**11/18/2019 2:16 PM - PHONE Note 26**

Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : VOICEMAIL
Text: [11/18/2019 - COTE, SHANA]11:39AM 11/18 -- 2ND TIME CALLED, HASN T HEARD BACK SINCE HE SENT IN PPWK

**11/13/2019 9:10 AM - CLAIM Note 67**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : LAFLEUR
Text: [11/13/2019 - COTE, SHANA]AP LETTER 11/11/19

**11/12/2019 3:26 PM - PHONE Note 25**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : VOICEMAIL
Text: [11/12/2019 - COTE, SHANA]12:43PM 11/12 -- STILL WAITING FOR PPWK FROM HERMANN MEMORIAL AND ANOTHER FORM TO BE PICKED UP TODAY

**11/12/2019 11:15 AM - PHONE Note 24**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : INFO RECD
Text: [11/12/2019 - COTE, SHANA]CALLED -- LEFT VM ADV WE RECD OVNS FROM DR. LAFLEUR 4/2/19 - 9/12/19. REQ A R/C TO VERIFY IF THIS COMPLETES HIS APPEAL, IF SO FILE WILL BE ASSIGNED TO ARC FOR REVIEW. ADV IF NO R/C WILL ASSUME ADDNL DOCS AREFORTHCOMING. ADV OF 4/24/20 APPEAL DL.

**11/11/2019 8:14 AM - CLAIM Note 66**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : LAFLEUR
Text: [11/11/2019 - COTE, SHANA]OVN 9/12/19, 7/18/19, 5/23/19, 4/22/19, 4/15/19, 4/12/19, 4/10/19, 4/2/19

**11/05/2019 11:06 AM - CLAIM Note 65**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : GATHER INFO
Text: [11/05/2019 - COTE, SHANA]ACK LTR SENT -- DUE 4/24/20

**11/01/2019 1:46 PM - PHONE Note 23**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject :
Text: [11/01/2019 - COTE, SHANA]ADVISED WE RECD APPEAL LTR AND LTR FROM DR. JENNINGS. ENC TO SUBMIT RECORDS FROM APRIL 2019 - PRESENT FROM ALL PROVIDERS. HE HAD A STIMULATOR PLACE IN MAY AND TOLD DCM ABOUT THIS TOO. APOLOGIZED THAT THIS INFORMATION WAS NOT REQUESTED PREVIOUSLY. MAIN PROVIDER IS DR. LAFLEUR. PROVIDED MY FAX#.

**11/01/2019 12:17 PM - PHONE Note 22**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : APPEAL INTAKE
Text: [11/01/2019 - COTE, SHANA]CALLED -- LEFT VM ADV WE RECD APPEAL LTR AND LTR FROM DR. JENNINGS DATED 10/4/19. ENC TO SUBMIT ALL RECS MAY 2019 - PRESENT FROM ALL TREATING PROVDIERS. ADV IF ADDNL INFO WILL BE SUBMITTED TO LET ME KNOW AND HE WILL HAVE UNTIL 4/24/20 TO PROVIDE COMPLETE APPEAL. ADV IF NO R/C BY 11/5 WILL ASSUME APPEAL IS COMPLETE AND FILE WILL BE ASSIGNED TO ARC FOR REVIEW.

**10/30/2019 2:18 PM - CLAIM Note 64**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE
Text: [10/30/2019 - COTE, SHANA]CODING IS ACCURATE. CLAIM FILED 9/14/18 - FI, LTD, ERISA. JD/AUTH ON FILE. CLOSED NOT TD AO - LETTER SENT 8/30/19. APPROVED THRU 10/28/19. 180 DAY APPEAL TIMEFRAME - DEADLINE 4/24/20. APPEAL LETTER DATED 10/1 RECEIVED ON 10/7/19. ON APPEAL RECEIVED LETTER DATED 10/4/19 FROM DR. JENNINGS. AA TO COMPLETE APPEAL INTAKE, SEND APPROPRIATE ACK LTR, AND APPEAL RECEIPT EMAIL TO ER.

**10/28/2019 11:31 AM - PHONE Note 21**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject :
Text: [10/28/2019 - LEITCH, DEWEY]PN CALLED FOR APPEAL STATUS. DCM ADV CLAIM HAS BEEN REFERRED TO ARU AND AR REP WILL BE CONTACTING. DCM ADV PN THAT ARU REFERRAL WAS UNINTENTIONALL DELAYED BY DCM AND ADV ARU WILL F/U W/ NEXT STEPS. PN INQ ABT OUTCOME.DCM ADV CANNOT ADV BUT DID ACK MED DEPENDENCE MAY IMPACT DETERM. DCM REMINDED PN THAT AT AO, THE DETERMINING FACTORS CHANGE. NFQ, C/E.

**10/28/2019 8:30 AM - CLAIM Note 63**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : REFERRAL RECEIVED
Text: [10/28/2019 - COTE, SHANA]ASSIGNED TO SHANA COTE

**10/25/2019 8:50 PM - CLAIM Note 62**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 10/25/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**10/25/2019 6:53 PM - CLAIM Note 61**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : MGR REVIEW-ARU
Text: [10/25/2019 - DIGIANDOMENICO, ROBERT]AGREE WITH ARU REFERRAL

**10/08/2019 1:24 PM - CLAIM Note 60**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject :
Text: [10/08/2019 - LEITCH, DEWEY]DCM RECEIVED LETTER OF INTENT TO APPEAL AND LTR FROM PCP JENNINGS ON 10/7/19. CLAIM CLOSED 10/28/19 FOR NOT TD AO. CLOSURE LETTER SENT TO PN 8/31/19. PN HAS BEEN OUT CONTINUOUSLY SINCE 5/2/18 DUE TO SPINAL STENOSIS ANDVENOUS INSUFFICIENCY. CLAIM CLOSURE BASED ON FFR AND TSA THAT CONCLUDED W/ PN RLS, JOB OPPS DO EXIST. APPEAL LETTER REC'D FROM EE ON 10/7/19 STATES THAT PAIN MEDS PREVENT PN FROM CAPACITY OF WORKING. DCM RECOMMENDS CLAIM BE REFERRED TO APPEALS UNIT DUE TO NEED FOR FULL REVIEW, AS SEVERITY OF SYMPTOMS UNCLEAR FROM TX NOTES RECEIVED. CLAIM REFERREDTO MGR 1 FOR APPEALS REVIEW.

**10/08/2019 12:42 PM - CLAIM Note 59**
Claim/Event/Leave: 8397829
NoteSubject : Appeal
Other Subject : NOA
Text: [10/08/2019 - LEITCH, DEWEY]RECVD, W/ 10/4/19 LTR FROM AP JENNINGS.

**10/07/2019 2:30 PM - PHONE Note 20**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : RC
Text: [10/07/2019 - LEITCH, DEWEY]DCM RC/SW PN TO ADV EMAIL RECVD AND ADV UNABLE TO ADD TO CLAIM W/O ATTACHMENT. PN ACK ADV WILL SEND BY FAX TODAY. PN ADV THAT AP LEFLEUR WOULD NOT WRITE LTR ON PN BEHALF, NOT IN PRACTICE OF DOING THAT. DCM ADV PN REVIEWPROCESS CAN TAKE 45 DAYS ONCE RECVD. NFQ, C/E.

**09/17/2019 2:50 PM - PHONE Note 19**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : RC
Text: [09/17/2019 - LEITCH, DEWEY]DCM RC/SW PN TO ADV APPEAL PROCESS REQUIRES A LTR. PN ADV HAS S/W APS REGARDING OPIOID DEPENDENCE, WHICH IMPACTS PN ABILITY TO DO ANYTHING. DCM ADV PN THAT REVIEW WILL BE FOR AO, STARTING 10/29/19. PN ADV WIL HAVE APSPUT TOGETHER INFO. NFQ, C/E.

**09/16/2019 2:26 PM - PHONE Note 18**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : LVM
Text: [09/16/2019 - LEITCH, DEWEY]PN LVM TO ADV HAS RECENT OVS W/ PCP AND AP LEFLEUR. THEY CONCUR ABT NEED TO APPEAL. PN INQ ABT APPEAL PROCESS. C/E.

**09/05/2019 1:26 PM - PHONE Note 17**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : RC/LM
Text: [09/05/2019 - LEITCH, DEWEY]DCM RTC/LVM FOR PN AT , C/E.

**09/04/2019 1:15 PM - PHONE Note 16**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : LM
Text: [09/04/2019 - LEITCH, DEWEY]PN LVM TO ADV STUB RECVD, NOTHING ELSE AND INQ ABT NEXT STEPS. C/E.

**08/31/2019 2:29 AM - CLAIM Note 58**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PMNT

Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ADVANCE PAY AND CLOSE HAS BEEN RECEIVED AND ASSIGNED TO TRACY STEVENS.

**08/31/2019 2:28 AM - CLAIM Note 57**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ADVANCE PAY AND CLOSE.

**08/30/2019 12:37 PM - CLAIM Note 56**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [08/30/2019 - STEVENS, TRACY]REFERRAL RECEIVED AND MANUAL PAYMENT ISSUED FROM09/01/19 THRU 10/28/19 FOR $4,012.83 AS REQUESTED BY CCM SINCE CLAIM IS BEING ADVANCE PAID AND CLOSED. COPY OF CALC WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**08/30/2019 10:34 AM - CLAIM Note 55**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PS
Text: [08/30/2019 - LEITCH, DEWEY]APC

**08/30/2019 10:32 AM - CLAIM Note 54**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : CLOSED
Text: [08/30/2019 - LEITCH, DEWEY]SENT

**08/30/2019 10:32 AM - PHONE Note 15**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : CLOSED
Text: [08/30/2019 - LEITCH, DEWEY]DCM S/W PN TO ADV CLAIM APPROVED TO 10/28/19 AND CLOSED 10/29/19 AS DETERMINING CRITERIA CHANGES. DCM ADV LTR BEING SENT FOR PN TO REVIEW AND THAT PN HAS OPTION TO APPEAL DETERM. NFQ, C/E.

**08/28/2019 8:32 PM - CLAIM Note 53**
Claim/Event/Leave: 8397829
NoteSubject : Closed
Other Subject : MGR REVIEW
Text: [08/28/2019 - DIGIANDOMENICO, ROBERT]AGREE WITH ACTION PLAN TO CLOSE LTD CLAIM NOT TDAO BASED ON MOST RECENT ICP REVIEW AND TSA PERFORMED-ALT OCCS IDENTIFIED THAT ARE CONSISTENT WITH CAPACITY LEVEL AND PROVIDE A REASONABLE WAGE-FINAL LTR REVIEWED -OKTO APC THROUGH OO DURATION

**08/28/2019 12:34 PM - CLAIM Note 52**
Claim/Event/Leave: 8397829
NoteSubject : Peer Review
Other Subject : SIGNED ASSMT
Text: [08/28/2019 - LEITCH, DEWEY]FROM AP LEFLEUR

**08/28/2019 11:51 AM - CLAIM Note 51**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Managed Care
Other Subject : PMR
Text: [08/28/2019 - LEITCH, DEWEY]FOR MED REVIEW CONFIRMATION OF RLS.

**08/28/2019 10:49 AM - CLAIM Note 50**
Claim/Event/Leave: 8397829
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2019
Text: [08/28/2019 - LEITCH, DEWEY]** 5/21/19 ORTHO REVIEW CONCLUDED INDEFINITE RLS. 5/30/19 TSA BASED ON RLS CONCLUDED THAT AO JOB OPPS EXIST W/ PN RLS. ** 48 YOM- MEAT CUTTER AT HEB (OA WILL VERIFY PDL) DOH: 11/28/16 EWP: 90 DAYS OF CONT. ACTIVE EMPLOYMENT-EDOC: 2/26/17 EDOP: 4/1/15 EE IS ELIGIBLE FOR LTD. 100% ER CONTRIBUTORY LTD CLASS 1 TOEQUAL 60% OF BME. BMEAND LTD BENEFIT AT 60%: TO BE DETERMINED BY PAYMENT SPECIALIST. LDW: 5/1/18 DOD: 5/2/18. LTD EP IS THE GREATER OF:THE ENDOF THE STD BENEFITS; OR 180 DAYS. STD MAX: 10/28/18 LTD BBD: 10/29/18 MAX BEN. DATE: 5/15/18 (12 MONTH MBD) POLICY HAS A3/12 PRE-X EXCLUSIONAND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC AND TRANSFER PROVISION PROTECTION. PARTNER OOWDUE TO LOW BACK PAIN. PARTNER MAY NEED BACK SX. OVN ON FILE: 6/30-18-7/15/18. AP: DR. LEFLUERSTD BX ARE APPROVED THROUGH 10/2/18. BASED ON MEDICAL REVIEW OF 10/1, PARTNER IS BEING TREATED FOR LOW BACK PAIN (M48.06) AND VENOUS INSUFFICIENCY (I87.2)BYDR. LAFLEUR (PM&R). ** PARTNER COMORB OF MORBID OBESITY. ** SSDB RECENTLY DENIED. ** ACTION PLAN: DCM RECOMMENDS CLAIM CLOSURE AT AO, RECOMMENDS APC THRU OO BD, EFFECTIVE 10/29/19, WILL SEND CLOSURE LTR AND REFERS TO M1 FOR REVIEW. . **

**08/06/2019 8:20 PM - PHONE Note 14**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject :
Text: [08/06/2019 - LEITCH, DEWEY]DCM S/W PN TO ADV PEER REVIEW FOR AO DETERM SENT TO AP LEFLEUR AND HINH. PN ADV AP LEFLEUR WILL HAVE MOST PERTINENT FEEDBACK, DCM ACK. PN ADV RECENTLY SAW AP LEFLEUR AND NOT MUCH TRTMT OPTIONS, W/ OV FREQUENCIES AT 2 MOS, PXD MED REFILLS OPIOIDS. NFQ, C/E.

**08/06/2019 8:08 PM - CLAIM Note 49**
Claim/Event/Leave: 8397829
NoteSubject : LTR to AP
Other Subject : HINH /LEFLEUR
Text: [08/06/2019 - LEITCH, DEWEY]AP ASSESSMENT SENT.

**05/31/2019 1:41 PM - CLAIM Note 48**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [05/31/2019 - LEITCH, DEWEY]RECVD

**05/30/2019 8:54 AM - CLAIM Note 47**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [05/30/2019 - HALL, NICOLE]RCVD REFERRAL FOR TSA REPORT; COMPLETED TSA AND PLACED IN S1 WITH NOTIFICATION TO CCM. TSA SUMMARY PLACED BELOW: THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN MR. PERVIN S PHYSICAL ABILITIES AND WITHINTHEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS MR. PERVIN COULD PERFORM: ORDER CLERK, FOOD AND BEVERAGE; INFORMATION CLERK; CUSTOMER SERVICE REPRESENTATIVE; TELEPHONE SALES REPRESENTATIVE. THESE OCCUPATIONS EXIST IN A PART-TIME CAPACITY.

**05/30/2019 2:31 AM - CLAIM Note 46**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/29/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**05/29/2019 2:30 AM - CLAIM Note 45**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/28/2019 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**05/28/2019 11:05 AM - CLAIM Note 44**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [05/28/2019 - LEITCH, DEWEY]SUBMITTED

**05/28/2019 11:03 AM - CLAIM Note 43**
Claim/Event/Leave: 8397829
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2019
Text: [05/28/2019 - LEITCH, DEWEY]** OA REVIEW NOTED PN JC AS LIGHT. DCM COMPARED JC COMPETENCIES TO MED REVIEW RLS AND DETERMINED PN UNABLE TO MEET WALKING RESPONSIBILITIES AS JC REQUIRES FREQUENT, UP TO 1/3 TIME AND PN RLS OF 15 MINS/HR, LESS THAN FREQUENT. NO CHANGE TO AP ** PN CONTINUES TO HAVE SEVERE BACK PAIN AND SPINAL STIMULATOR TRIAL MADE SXS WORSE. UPDATED OVN RECVD FROM APS HINH, COTLER, LEFLEUR AND HILL. ** 48 YOM- MEAT CUTTER AT HEB (OA WILL VERIFY PDL) DOH: 11/28/16 EWP: 90 DAYS OF CONT. ACTIVE EMPLOYMENT-EDOC: 2/26/17 EDOP: 4/1/15 EE IS ELIGIBLE FOR LTD. 100% ER CONTRIBUTORY LTD CLASS 1 TOEQUAL 60% OF BME. BMEAND LTD BENEFIT AT 60%: TO BE DETERMINED BY PAYMENT SPECIALIST. LDW: 5/1/18 DOD: 5/2/18. LTD EP IS THE GREATER OF:THE ENDOF THE STD BENEFITS; OR 180 DAYS. STD MAX: 10/28/18 LTD BBD: 10/29/18 MAX BEN. DATE: 5/15/18 (12 MONTH MBD) POLICY HAS A3/12 PRE-X EXCLUSIONAND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC AND TRANSFER PROVISION PROTECTION. PARTNER OOW DUE TO LOW BACK PAIN. PARTNER MAY NEED BACK SX. OVN ON FILE: 6/30-18-7/15/18. AP: DR. LEFLUERSTD BX ARE APPROVED THROUGH 10/2/18. BASED ON MEDICAL REVIEW OF 10/1, PARTNER IS BEING TREATED FOR LOW BACK PAIN (M48.06) AND VENOUS INSUFFICIENCY (I87.2)BY DR. LAFLEUR (PM&R). ** PARTNER COMORB OF MORBID OBESITY. ** NCM FINDS THAT R&LS OF NO LIFTING GREATER THAN 10 LBS, NO BENDING, TWISTING, STOOPING, FREQUENT SITTING, LESS THAN OCCASIONAL STANDING, WALKING IS SUPPORTED THROUGH TO 11/29/18. CONSIDERING THAT PARTNERS OO IS HEAVY AS MEAT CUTTER. PARTNER REMAINS UNABLE TO PERFORM JD. PARTNER HAS CFD W/ SEVERAL APS FOR SURGERY AND WILL NOT PERFORM SX DUE TO WT. PARTNER CURRENTLY TREATING W/ DIETICIAN. DCM FINDS IT REASONABLE THAT PARTNER UNABLE TO PERFORM JD AND WILL REMAIN SO UNTIL PARTNER LOSES WT AND HAS CORRECTIVE SX. DCM SENT ESIGN DOC FOR CIF. ** SSDB RECENTLY DENIED. ** ACTION PLAN: DCM FINDS IT REASONABLE THAT PARTNER REMAINS UNABLE TO PERFORM JD AS JC REQUIRESA LOT OFACTIVITY. DCM TO SUBMIT FOR AO REVIEW. **

**05/25/2019 2:30 AM - CLAIM Note 42**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/24/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**05/24/2019 2:52 PM - CLAIM Note 41**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : OA
Text: [05/24/2019 - HALL, NICOLE]RCVD REFERRAL FOR OA REPORT; COMPLETED OA AND PLACED IN S1 WITH NOTIFICATION TO CCM. OA SUMMARY PLACED BELOW: THE EMPLOYER DOES NOT LIST PHYSICAL REQUIREMENTS IN THE JOB DESCRIPTION. THE OCCUPATION IS MOST OFTEN PERFORMED AT THE LIGHT LEVEL IN THE NATIONAL ECONOMY PER THE DOT. PART-TIME OPPORTUNITY DOES EXIST FOR THIS OCCUPATION IN THE NATIONAL ECONOMY.

**05/24/2019 2:28 AM - CLAIM Note 40**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/23/2019 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**05/23/2019 2:54 PM - CLAIM Note 39**
Claim/Event/Leave: 8397829
NoteSubject : Voc Rehab
Other Subject : OA REFERRAL
Text: [05/23/2019 - LEITCH, DEWEY]SUBMITTED

**05/23/2019 2:49 PM - CLAIM Note 38**
Claim/Event/Leave: 8397829
NoteSubject : Peer Review
Other Subject : INT MED
Text: [05/23/2019 - LEITCH, DEWEY]RECVD

**05/17/2019 5:29 PM - CLAIM Note 37**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : CRT INT MED
Text: [05/17/2019 - LEITCH, DEWEY]REFERRAL

**05/17/2019 5:12 PM - CLAIM Note 36**
Claim/Event/Leave: 8397829
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2019
Text: [05/17/2019 - LEITCH, DEWEY]** PN CONTINUES TO HAVE SEVERE BACK PAIN AND SPINAL STIMULATOR TRIAL MADE SXS WORSE. UPDATED OVN RECVD FROM APS HINH, COTLER, LEFLEUR AND HILL. ** 48 YOM- MEAT CUTTER AT HEB (OA WILL VERIFY PDL) DOH: 11/28/16 EWP: 90 DAYS OF CONT. ACTIVE EMPLOYMENT-EDOC: 2/26/17 EDOP: 4/1/15 EE IS ELIGIBLE FOR LTD. 100% ER CONTRIBUTORY LTD CLASS 1 TOEQUAL 60% OF BME. BMEAND LTD BENEFIT AT 60%: TO BE DETERMINED BY PAYMENT SPECIALIST. LDW: 5/1/18 DOD: 5/2/18. LTD EP IS THE GREATER OF:THE END OF THE STD BENEFITS; OR 180 DAYS. STD MAX: 10/28/18 LTD BBD: 10/29/18 MAX BEN. DATE: 5/15/18 (12 MONTH MBD) POLICY HAS A3/12 PRE-X EXCLUSIONAND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC AND TRANSFER PROVISION PROTECTION. PARTNER OOW DUE TO LOW BACK PAIN. PARTNER MAY NEED BACK SX. OVN ON FILE: 6/30-18-7/15/18. AP: DR. LEFLUERSTD BX ARE APPROVED THROUGH 10/2/18. BASED ON MEDICAL REVIEW OF 10/1, PARTNER IS BEING TREATED FOR LOW BACK PAIN (M48.06) AND VENOUS INSUFFICIENCY (I87.2)BY DR. LAFLEUR (PM&R). ** PARTNER COMORB OF MORBID OBESITY. ** NCM FINDS THAT R&LS OF NO LIFTING GREATER THAN 10 LBS, NO BENDING, TWISTING, STOOPING, FREQUENT SITTING, LESS THAN OCCASIONAL STANDING, WALKING IS SUPPORTED THROUGH TO 11/29/18. CONSIDERING THAT PARTNERS OO IS HEAVY AS MEAT CUTTER. PARTNER REMAINS UNABLE TO PERFORM JD. PARTNER HAS CFD W/ SEVERAL APS FOR SURGERY AND WILL NOT PERFORM SX DUE TO WT. PARTNER CURRENTLY TREATING W/ DIETICIAN. DCM FINDS IT REASONABLE THAT PARTNER UNABLE TO PERFORM JD AND WILL REMAIN SO UNTIL PARTNER LOSES WT AND HAS CORRECTIVE SX. DCM SENT ESIGN DOC FOR CIF. ** SSDB RECENTLY DENIED. ** ACTION PLAN: DCM FINDS IT REASONABLE THAT PARTNER REMAINS UNABLE TO PERFORM JD AS JC REQUIRESA LOT OF ACTIVITY. DCM TO REQ MED REVIEW FOR FURTHER DETERM AS OO OR AO. **[05/17/2019 - LEITCH, DEWEY]** PN TREATED BY VARIED SPECIALISTS FOR OTHER SXS AND WILL REFER TO INT MED FOR REVIEW. **

**05/03/2019 10:13 AM - CLAIM Note 35**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : CID
Text: [05/03/2019 - LEITCH, DEWEY]SENT

**05/03/2019 10:12 AM - CLAIM Note 34**
Claim/Event/Leave: 8397829
NoteSubject : LTR to AP
Other Subject : SUBSQNT
Text: [05/03/2019 - LEITCH, DEWEY]SENT

**05/03/2019 10:11 AM - CLAIM Note 33**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [05/03/2019 - LEITCH, DEWEY]GOOD MORNING GEORGE, I AM MAILING YOU A LETTER INFORMING YOU THAT WE HAVE BEGUN THE NEXT STEPS FOR A MEDICAL REVIEW FOR YOUR DISABILITY CLAIM, WHICH WILL TAKE EFFECT 10/30/19. I BELIEVE THE ONLY RECORDS THAT WE ARE MISSING IS FROM YOUR DIETICIAN. I SENT HER A REQUEST AND HAVE NOT RECEIVED A RESPONSE. I ASK THAT YOU FOLLOW UP WITH HER AND ASK HER TO RESPOND. I WILL BE CONDUCTING THE NEXT REVIEW THE END OF THIS MONTH. PLEASE FEEL FREE TO CONTACT ME IF YOUHAVE ANY QUESTIONS.

**04/24/2019 11:54 AM - PHONE Note 13**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject :
Text: [04/24/2019 - LEITCH, DEWEY]PARTNER CALLED TO ADV STIMULATOR TREATMENT MADE SXS WORSE. NOV W/ PAIN SPECIALIST 5/23/19, TO MEDICATE AND RECOMMENDED WT LOSS. NO OTHER OVS W/ ANY OTHER PROVIDERS ARE SCHEDULED, DUE TO INSURANCE LOSS. PARTNER CFD VEIN CLEARING NEEDS TO BE DONE IN RT AND LT LEG, BUT WILL LOSE INSURANCE 5/2/19. PARTNER CFD EPIDURAL COMPLETED AND DID HELP SOME. DCM CFD OVN FROM AP LEFLEUR THRU 3/28/19. DCM CFD MRI RECVD W/ OVN. NFQ, C/E.

**04/23/2019 5:07 PM - CLAIM Note 32**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : HINH
Text: [04/23/2019 - LEITCH, DEWEY]3/29/19 OVN

**04/18/2019 4:34 PM - PHONE Note 12**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : LVM
Text: [04/18/2019 - LEITCH, DEWEY]PARTNER LVM TO CF IMPLANT IMPLANT 4/15/19, W/ STIMULATOR REPLACEMENT 4/17/19 W/ NEXT STEP FOR REMOVAL 4/22/19. PARTNER ADV S/W AP LEFLEUR, CHRISTY, ADV OVN WERE MAILED. C/E.

**04/18/2019 12:59 PM - DOCUMENT Note 4**
Claim/Event/Leave: 8397829
NoteSubject : eSignature
Other Subject : Document Signed

**04/18/2019 12:07 PM - DOCUMENT Note 3**
Claim/Event/Leave: 8397829
NoteSubject : eSignature
Other Subject : Document Requested

**04/18/2019 12:03 PM - CLAIM Note 31**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : HINH
Text: [04/18/2019 - LEITCH, DEWEY]WON'T RELEASE OVN DUE TO PRE-DATED AUTH.

**04/12/2019 5:25 PM - CLAIM Note 30**
Claim/Event/Leave: 8397829
NoteSubject : Action Plan
Other Subject : RTW OO JUN 2019
Text: [04/12/2019 - LEITCH, DEWEY]** RECENT TREATMENT INCLUDES SPINAL STIMULATOR, EPIDURAL SHOTS AND NERVE ABLATION, VEIN CLEARING AND WT MGMT, W/ MEDS. ** 48 YOM- MEAT CUTTER AT HEB (OA WILL VERIFY PDL) DOH: 11/28/16 EWP: 90 DAYS OF CONT. ACTIVE EMPLOYMENT-EDOC: 2/26/17 EDOP: 4/1/15 EE IS ELIGIBLE FOR LTD. 100% ER CONTRIBUTORY LTD CLASS 1 TOEQUAL 60% OF BME. BMEAND LTD BENEFIT AT 60%: TO BE DETERMINED BY PAYMENT SPECIALIST. LDW: 5/1/18 DOD: 5/2/18. LTD EP IS THE GREATER OF: THE END OF THE STD BENEFITS; OR 180 DAYS. STD MAX: 10/28/18 LTD BBD: 10/29/18 MAX BEN. DATE: 5/15/18 (12 MONTH MBD) POLICY HAS A3/12 PRE-X EXCLUSIONAND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC AND TRANSFER PROVISION PROTECTION. PARTNER OOW DUE TO LOW BACK PAIN. PARTNER MAY NEED BACK SX. OVN ON FILE: 6/30-18-7/15/18. AP: DR. LEFLUERSTD BX ARE APPROVED THROUGH 10/2/18. BASED ON MEDICAL REVIEW OF 10/1, PARTNER IS BEING TREATED FOR LOW BACK PAIN (M48.06) AND VENOUS INSUFFICIENCY (I87.2)BY DR. LAFLEUR (PM&R). ** PARTNER COMORB OF MORBID OBESITY. ** NCM FINDS THAT R&LS OF NO LIFTING GREATER THAN 10 LBS, NO BENDING, TWISTING, STOOPING, FREQUENT SITTING, LESS THAN OCCASIONAL STANDING, WALKING IS SUPPORTED THROUGH TO 11/29/18. CONSIDERING THAT PARTNERS OO IS HEAVY AS MEAT CUTTER. PARTNER REMAINS UNABLE TO PERFORM JD. PARTNER HAS CFD W/ SEVERAL APS FOR SURGERY AND WILL NOT PERFORM SX DUE TO WT. PARTNER CURRENTLY TREATING W/ DIETICIAN. DCM FINDS IT REASONABLE THAT PARTNER UNABLE TO PERFORM JD AND WILL REMAIN SO UNTIL PARTNER LOSES WT AND HAS CORRECTIVE SX. DCM SENT ESIGN DOC FOR CIF. ** SSDB RECENTLY DENIED. ** ACTION PLAN: DCM FINDS IT REASONABLE THAT PARTNER REMAINS UNABLE TO PERFORM JD AS JC REQUIRES A LOT OF ACTIVITY ANDHEAVY CARRYING THAT PARTNER IS UNABLE TO DO WITH FREQUENT/CONSTANT PAIN. WILL F/U AFTER A FEW WKS TO SEE IF RECENT TREATMENTS HAVE BEEN EFFECTIVE FOR PAIN RELIEF AND TO DISCUSS ONGOING / RTW PLANS. **

**04/09/2019 11:09 AM - CLAIM Note 29**

Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : LEFLEUR
Text: [04/09/2019 - LEITCH, DEWEY]12/20/18 - 3/28/19 OVN

**04/08/2019 1:08 PM - PHONE Note 11**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : LVM
Text: [04/08/2019 - LEITCH, DEWEY]PARTNER LVM TO ADV S/W AP LEFLEUR AND CHRISTY HAS MAILED OVN, C/E.

**04/08/2019 12:18 PM - CLAIM Note 28**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : HILL
Text: [04/08/2019 - LEITCH, DEWEY]4/1/19 FCE EVAL

**04/05/2019 1:18 PM - PHONE Note 10**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject :
Text: [04/05/2019 - LEITCH, DEWEY]PARTNER CALLED TO ADV HAS A FCE REPORT THAT PARTNER WILL SEND. PARTNER ADV NEXT STEP IS NOW STIMULATOR, 4/15/19, LEFLEUR. PARTNER ADV WILL SEND PSYCH PP. PARTNER ADV F/U OV 7 CD AFTER PROCEDURE, TO KNOW IF EFFECTIVE. PARTNER ADV RECENT EPIDURAL SHOTS. ERTW UNK. PARTNER ADV NEXT PROCEDURE 4/10/19 FOR NERVE ABLATION. DCM ADV PARTNER TO CONTACT AP LEFLEUR TO SEND OVN, SENT REQ 3/28/19. NFQ, C/E.

**04/03/2019 9:45 AM - CLAIM Note 27**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : COTLER/SPINE CARE
Text: [04/03/2019 - LEITCH, DEWEY]11/21/17 - 5/10/18, INCLUDING A RTW NOTE 4/18.

**04/03/2019 9:41 AM - CLAIM Note 26**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : GEORGE
Text: [04/03/2019 - LEITCH, DEWEY]INFO ADV OF NO OVN FROM 12/1/18 TO PRESENT.

**03/28/2019 6:33 PM - CLAIM Note 25**
Claim/Event/Leave: 8397829
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [03/28/2019 - LEITCH, DEWEY] CONTACTED SSDI, ATTN: ARLICIA NORWOOD, DR. COTLER, DR. GEORGE, DR. LEFLEUR, DR. HINH, DR. WESTMARK, AND DR. JENNINGS FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**03/20/2019 3:11 PM - CLAIM Note 24**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [03/20/2019 - LEITCH, DEWEY]HEY GEORGE, THANKS FOR THE CALL AND THE UPDATES. ONCE YOU HAVE COMPLETED THE MRI, HAVE A PSYCHIATRIST NAME AND APPOINTMENT DATE AND SCHEDULED SURGERY, FORWARD THAT INFO TO ME. GOOD LUCK WITH EVERYTHING.

**03/20/2019 3:09 PM - PHONE Note 9**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : LVM
Text: [03/20/2019 - LEITCH, DEWEY]PARTNER LVM TO ADV LOV W/ AP LEFLEUR, PAIN SPECIALIST 3/19/19 AND WILL ATTEMPT SPINAL STIMULATOR SX, DATE UNK. ALSO REQ SPINE MRI AND REFERRED PARTNER TO PSYCH, FOR DEPRESSION. C/E.

**02/25/2019 3:05 PM - PHONE Note 8**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject :
Text: [02/25/2019 - LEITCH, DEWEY]PARTNER CALLED TO ADV RECVD DENIAL LTR 2/22/19 FROM SSDB. DCM ADV WILL F/U W/ TAG PERIODICALLY TO APPEAL. PARTNER ADV HAS BRONCHITIS AND PINK EYE, CANCELLED LEG PROCEDURE, RESCHEDULED NEXT WK. DCM ACK. NFQ, C/E.

**02/14/2019 4:58 PM - PHONE Note 7**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject : ONGOING
Text: [02/14/2019 - LEITCH, DEWEY]PARTNER CALLED TO PROVIDE UPDATES, LOV W/ AP LEFLEUR 2/14/19. PXD 3/6/19
EPIDURAL RT AND LEFT, AND ADDED RX, MORPHINE, F/U LOV 3/19/19, 3/25/19 VEIN CLEARING TO HELP W/ SWELLING, W/ AP

EPIDURAL RT AND LEFT, AND ADDED PX, MORPHINE. F/U OV 3/19/19. 3/25/19 VEIN CLEARING TO HELP W/ SWELLING, W/ AP LEFLEUR. PARTNER ADV EMPLOYMENT TERMINATED AS OF 4/15/19. AP PXD MEDS FOR WEIGHT MANAGEMENT. PARTNER ADV FILED APPEAL 3 WKS AGO. PARTNER ADV STORE NOT AWARE OF LTD STATUS. DCM ADV OF 10/4/18 LTR TO STORE, APPROVING LTD. DCM ADV WILL REQ ADDL MED RECS FOR CONTINUED MANAGEMENT, AFTER MARCH TRTMTS. NFQ, C/E.

**01/19/2019 2:30 AM - CLAIM Note 23**
Claim/Event/Leave: 8397829
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 1/18/2019 - REFERRED TO THE ADVOCATOR GROUP AS SS ADVOCATE.

**01/18/2019 12:45 PM - CLAIM Note 22**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : TAG
Text: [01/18/2019 - LEITCH, DEWEY]SUBMITTED

**01/18/2019 12:44 PM - PHONE Note 6**
Claim/Event/Leave: 8397829
NoteSubject : EE Called
Other Subject :
Text: [01/18/2019 - LEITCH, DEWEY]PARTNER CALLED TO ADV LOV W/ AP LEFLEUR, STILL UNDER AP CARE, NEW MEDS PXD. SSDB DENIAL RECVD 1/17/19. PARTNER ADV PARTNER WILL HAVE INJECTIONS IN MAR 2019, W/ AP LEFLEUR. PARTNER ADV HAVING LEG ISSUES, WEARING COMPRESSION STOCKINGS, AND WILL HAVE VEINS OPENED IN FEB, W/ AP LEFLEUR. DCM ADV PARTNER APPEAL WILL BE REQUIRED. PARTNER ALLOWED TAG CONTACT. PARTNER ADV CAN BARELY STAND AS-IS. DCM ADV CLAIM REMAINS APPROVED AND ADV PARTNER TO CALL AFTER MAR PROCEDURE.NFQ, C/E.

**12/19/2018 1:12 PM - DOCUMENT Note 2**
Claim/Event/Leave: 8397829
NoteSubject : eSignature
Other Subject : Document Signed

**12/17/2018 4:05 PM - CLAIM Note 21**
Claim/Event/Leave: 8397829
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2019
Text: [12/17/2018 - LEITCH, DEWEY]48 YOM- MEAT CUTTER AT HEB (OA WILL VERIFY PDL) DOH: 11/28/16 EWP: 90 DAYS OF CONT. ACTIVE EMPLOYMENT-EDOC: 2/26/17 EDOP: 4/1/15 EE IS ELIGIBLE FOR LTD. 100% ER CONTRIBUTORY LTD CLASS 1 TOEQUAL 60% OF BME. BMEAND LTD BENEFIT AT 60%: TO BE DETERMINED BY PAYMENT SPECIALIST. LDW: 5/1/18 DOD: 5/2/18. LTD EP IS THE GREATER OF: THE END OF THE STD BENEFITS; OR 180 DAYS. STD MAX: 10/28/18 LTD BBD: 10/29/18 MAX BEN. DATE: 5/15/18 (12 MONTH MBD) POLICY HAS A3/12 PRE-X EXCLUSIONAND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC AND TRANSFER PROVISION PROTECTION. PARTNER OOW DUE TO LOW BACK PAIN. PARTNER MAY NEED BACK SX. OVN ON FILE: 6/30-18-7/15/18. AP: DR. LEFLUERSTD BX ARE APPROVED THROUGH 10/2/18. BASED ON MEDICAL REVIEW OF 10/1, PARTNER IS BEING TREATED FOR LOW BACK PAIN (M48.06) AND VENOUS INSUFFICIENCY (I87.2) BY DR. LAFLEUR (PM&R). NCM FINDS THAT R&LS OF NO LIFTING GREATER THAN 10 LBS, NO BENDING, TWISTING, STOOPING, FREQUENT SITTING, LESS THAN OCCASIONAL STANDING, WALKING IS SUPPORTED THROUGH TO 11/29/18. CONSIDERING THAT PARTNERS OO IS HEAVY AS MEAT CUTTER. PARTNER REMAINS UNABLE TO PERFORM JD. PARTNER HAS CFD W/ SEVERAL APS FOR SURGERY AND WILL NOT PERFORM SX DUE TO WT. PARTNER CURRENTLY TREATING W/ DIETICIAN. DCM FINDS IT REASONABLE THAT PARTNER UNABLE TO PERFORM JD AND WILL REMAIN SO UNTIL PARTNER LOSES WT AND HAS CORRECTIVE SX. DCM SENT ESIGN DOC FOR CIF. ** ACTION PLAN: DCM TO F/U W/ PARTNER LATE FEBRUARY FOR ONGOING / RTW PLANS. IF REVISED CIF NOT RECVD, AND NO CHANGE IN TREATMENT, WILL NP CLAIM FOR FORMS AND UPDATED MED RECS. **

**12/17/2018 4:01 PM - CLAIM Note 20**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [12/17/2018 - LEITCH, DEWEY]HI GEORGE, THANKS AGAIN FOR SPEAKING WITH ME REGARDING YOUR CLAIM. BELOW IS MY CONTACT INFORMATION. I HAVE ALSO SENT YOU AN ESIGN FORM TO COMPLETE, TO PROVIDE US WITH ANY NEW TREATING PROVIDERS. PLEASE COMPLETE THAT AT YOUR SOONEST CONVENIENC.E THANK YOU,

**12/17/2018 3:59 PM - DOCUMENT Note 1**
Claim/Event/Leave: 8397829
NoteSubject : eSignature
Other Subject : Document Requested

**12/17/2018 3:57 PM - PHONE Note 5**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject :
Text: [12/17/2018 - LEITCH, DEWEY]DCM S/W PARTNER WHO ADV NO CHANGE. PARTNER ADV HAS SEEN 4 SXS, WON T SEE DUE TO WEIGHT. PARTNER ADV SEEING DIETICIAN, 3RD APPT, PARTNER CANCELLED. ERTW UNK. PARTNER ADV NOV 12/20/18, W/ AP LEFLEUR. AP IS PAIN MGMT AP. PARTNER DIETICIAN AS TAYLOR, AP UNK. PARTNER ADV NO F/U OVS SCHEDULED AT THIS TIME. PARTNER ADV NO UPDATES W/ SSDB, AS OF 10/15. DCM ADV WILL SEND UPDATED CIF, FOR NEW AP. DCM ADV CLAIM REMAINS APPROVED. PARTNER REQ ADCM CONTACT INFO. DCM ADV WILL SEND EMAIL W/ IT.

**10/19/2018 10:31 AM - CLAIM Note 19**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : ADD DD
Text: [10/19/2018 - WRIGHT, PATRICIA]ADD ACCT ROUTING

**10/19/2018 2:29 AM - CLAIM Note 18**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND TAX RELATED REFERRAL HAS BEEN RECEIVED AND ASSIGNED TO NANCY AUBIN.

**10/19/2018 2:29 AM - CLAIM Note 17**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR TAX RELATED REFERRAL.WITH A REASON OF TAX WITHHOLDING CALC FOR MULTIPLE PAYMENT MODES.

**10/18/2018 3:34 PM - CLAIM Note 16**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [10/18/2018 - AUBIN, NANCY]REFERRAL RECEIVED AND FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $150 PER MONTH PER EE SUBMISSION OF W4-S LOCATED IN THE DOC LIST ON 10/18/18

**10/18/2018 1:54 PM - CLAIM Note 15**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : DD AND WS4 RECVD
Text: [10/18/2018 - LEITCH, DEWEY]DD FORWARD TO PS AND WS4 REFERRED TO PS.

**10/18/2018 1:28 PM - CLAIM Note 14**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : MED AUTHS
Text: [10/18/2018 - LEITCH, DEWEY]RECVD

**10/12/2018 7:38 PM - CLAIM Note 13**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : CHANGE IN DCM
Text: [10/12/2018 - IXEHUALT, DAISY]SENT ON THIS DATE.

**10/04/2018 2:28 AM - CLAIM Note 12**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO KAYLA GOODRICH.

**10/03/2018 8:25 PM - PHONE Note 4**
Claim/Event/Leave: 8397829
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [10/03/2018 - SANTIBANEZ, ELENA]SPOKE TO PARTNER AND CONFIRMED SSN, DOB, MARRIED, SPOUSES DOB, NO CHILDREN UNDER AGE 19, NO OTHER SOURCE OF INCOME, APPLIED FOR SSDB AND HAS APPT. ON 10/18. NOT WORKING - NO SECOND JOB, DOES NOT OWN BUSINESS. CONFIRMEDADDRESS, EMAIL, SALARY, AND DOH, HE IS A MEAT CUTTER AND LIFTS OVER 60LBS AT A TIME, CONSTANTLY ON FEET, BENDING TWISTING, ETC. DCM ACK. LDW OF 5/1. OOW DUE TO SEVER BACK ISSUES AND TX PLAN IS INJECTIONS IN CENTER OF BACK. TRATS WITH AP LAFLEUR. LAST YEAR HE HAD A SLIP AND FALL AND WAS ON WC WITH HEB BUT THEN THEY SAID HIS CONDITION WAS NO LONGER WORK RELATED. DCM ACK. HIS HEIGHT 5'9 AND WEIGHS 424LBS, HE IS PREDIABETIC AND ON METFORMIN, DIABETES DOES NOT PREVENT HIM FROM WORKING. DCM ACK. HE SEES AP ABOUT EVERY 6-8 WEEKS AND WANTS TO RTW AND REPORTS HIS CONDITION TO ER AT EVERY VISIT. DCM ACK. EXPLAINED TRANSITION FROM STD TO LTD AND LTD IS APPROVED EFF 10/28. LTD IS PAID MONTHLY AND HE IS RESP. FOR MAKING ER MEDICAL PREM. HE ACK. HE RECEIVED LTD PACKET AND IT HAD DUPLICATE FORMS, DCM APOLOGIZED FOR THAT. ONLY ONE SET IS NECESSARY. EXPLAINED OFFSETS IF AWARDED SSDB AND WILL NEED CONTINUED F/U AND IF ANY MEDICAL OR AP CHANGES TO NOTIFY US. HE ACK. WILL BE IN TOUCH, THANKED FOR HIS TIME AND WISHED HIM WELL WITH RECOVERY.CC

**10/03/2018 5:04 PM - PHONE Note 3**
Claim/Event/Leave: 8397829
NoteSubject : Called EE
Other Subject : LTD APPROVAL

Text: [10/03/2018 - SANTIBANEZ, ELENA]CALLED PARTNER AT AND LEFT MESSAGE FOR II AND NOTIFY OF APPROVAL.

**10/03/2018 1:39 PM - CLAIM Note 11**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : INITIAL BENEFIT CALC
Text: [10/03/2018 - GOODRICH, KAYLA]SET UP SCHEDULED PAYMENT BASED ON ELIGIBILITY EFFECTIVE 8/7/2017 - $856 WEEKLY * 52 / 12 = $3,709.33 MONTHLY. THE BENEFIT IS 60% OR $2,225.60. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**10/03/2018 11:07 AM - CLAIM Note 10**
Claim/Event/Leave: 8397829
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [10/03/2018 - SANTIBANEZ, ELENA]SENT THIS DATE.

**10/03/2018 2:28 AM - CLAIM Note 9**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**10/02/2018 8:41 PM - CLAIM Note 8**
Claim/Event/Leave: 8397829
NoteSubject : Approved
Other Subject : MGR REVIEW
Text: [10/02/2018 - DIGIANDOMENICO, ROBERT]AGREE WITH DETERMINATION RATIONALE TO APPROVE LTD CLAIM BASED ON MDS REVIEW-IMPAIRMENT IS SUPPORTED OO

**10/02/2018 5:59 PM - CLAIM Note 7**
Claim/Event/Leave: 8397829
NoteSubject : Action Plan
Other Subject : RTW OO JAN 2019
Text: [10/02/2018 - SANTIBANEZ, ELENA]CLAIM UNDER LIABILTIY REVIEW: 48 YOM- MEAT CUTTER AT HEB (OA WILL VERIFY PDL) DOH: 11/28/16 EWP: 90 DAYS OF CONT. ACTIVE EMPLOYMENT-EDOC: 2/26/17 EDOP: 4/1/15 EE IS ELIGIBLE FOR LTD. 100% ER CONTRIBUTORY LTD CLASS 1 TOEQUAL 60% OF BME. BMEAND LTD BENEFIT AT 60%: TO BE DETERMINED BY PAYMENT SPECIALIST. LDW: 5/1/18 DOD: 5/2/18. LTD EP IS THE GREATER OF: THE END OF THE STD BENEFITS; OR 180 DAYS. STD MAX: 10/28/18 LTD BBD: 10/29/18 MAX BEN. DATE: 5/15/18 (12 MONTH MBD) POLICY HAS A3/12 PRE-X EXCLUSION AND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC AND TRANSFER PROVISION PROTECTION. PARTNER OOW DUE TO LOW BACK PAIN. PARTNER MAY NEED BACK SX. OVN ON FILE: 6/30-18-7/15/18. AP: DR. LEFLUERSTD BX ARE APPROVED THROUGH 10/2/18. BASED ON MEDICAL REVIEW OF 10/1, PARTNER IS BEING TREATED FOR LOW BACK PAIN (M48.06) AND VENOUS INSUFFICIENCY (I87.2) BY DR. LAFLEUR (PM&R). NCM FINDS THAT R&LS OF NO LIFTING GREATER THAN 10 LBS, NO BENDING, TWISTING, STOOPING, FREQUENT SITTING, LESS THAN OCCASIONAL STANDING, WALKING IS SUPPORTED THROUGH TO 11/29/18. CONSIDERING THAT PARTNER S OO IS HEAVY AS MEAT CUTTER, RECOMMEND LTD APPROVAL EFF 10/29. NEXT STEPS: FINALIZE II , LTD FORMS, F/U IN NOV FOR STATUS UPDATE ON TX PLAN AND NOV TO DETERMINE IF RTW IS FEASIBLE. DISCUSS OPTIONS WITH PARTNER AND ENCOURAGE SSDB IF NO RTW BY 12/2018. REFER TO M1 FOR REVIEW.

**10/01/2018 1:42 PM - MDS Note**
Claim/Leave: 8397829
Episode #: 1
Nurse Name: SENS, CAROLYNN
Service #: 16657452
Service Date: 10/01/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, ELENA, SANTIBANEZ
Note Type: INFORMATION OBTAINED DESC
Text: THIS PARTNER IS BEING TREATED FOR LOW BACK PAIN (M48.06) AND VENOUS INSUFFICIENCY (I87.2) BY DR. LAFLEUR (PM&). VENOUS INSUFFICIENCY RESULTS FROM THE IMPROPER FUNCTIONING FOR THE VEIN VALVES IN THE LEGS THAT LEADS TO SWELLING, SKIN CHANGES AND PAIN. THEPARTNER HAS RECEIVED THREE INJECTIONS WITH THE FIRST IN 5/2018. OVNS ON 8/7/18 INDICATE 0% RELIEF FROM A BILATERAL L3-S1 MEDIAL BRANCH BLOCK DONE 6/2018 AND 3-4% RELIEF FROM A L4-5 EPIDURAL STEROID INJECTION DONE 7/16/18. OVNS ON 9/6/18 INDICATE THE PARTNER IS NOT HAVING PAIN RELIEF WITH HIS CURRENT MEDICATIONS AND THE VEIN STUDY DONE WAS POSITIVE FOR VENOUS INSUFFICIENCY AT THE PRIOR VISIT. THE PARTNER REPORTS PAIN IN HIS LEGS IS CONSTANT ACHING AND CRAMPING SENSATION WITH NOTED SKIN DISCOLORATION.THE PARTNER IS ADVISED TO WEAR COMPRESSION STOCKINGS FOR AT LEAST 12 WEEKS AND HIS PAIN MEDICATION IS CHANGED. THE PARTNER IS GIVEN HOME EXERCISE MATERIAL FOR HIS LOW BACK PAIN AND FOLLOW UP IS IN ONE MONTH. BASED ON THE PARTNER HAVING MULTIPLE FAILEDTHERAPIES WITH ONGOING MEDICATION MANAGEMENT AND INITIATION OF COMPRESSION THERAPY NCM FINDS THAT R&LS OF NO LIFTING GREATER THAN 10 LBS, NO BENDING, TWISTING, STOOPING, FREQUENT SITTING, LESS THAN OCCASIONAL STANDING, WALKING IS SUPPORTED THROUGH TO 11/29/18. IF RTW DOES NOT OCCUR NCM RECOMMENDS DCM OBTAIN UPDATED RECORDS FROM DR. LAFLEUR TO INCLUDE PLAN OF CARE, ASSESSMENTS, ERTW AND R&LS. DCM UPDATED. NCM REMOVED FROM ASSIGNMENT.

**09/25/2018 7:00 PM - CLAIM Note 6**

**09/25/2018 7:00 PM - CLAIM Note 6**
Claim/Event/Leave: 8397829
NoteSubject : Ref to Managed Care
Other Subject : FILE REVIEW
Text: [09/25/2018 - SANTIBANEZ, ELENA]PLEASE REVIEW ALL MR AND ASSESS PRIMARY DX, COMORBIDS R/L AND DURATION.

**09/25/2018 7:00 PM - CLAIM Note 5**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : LEFLEUR MD
Text: [09/25/2018 - SANTIBANEZ, ELENA]OVN 8/7-9/6/18.

**09/25/2018 7:00 PM - CLAIM Note 4**
Claim/Event/Leave: 8397829
NoteSubject : Med Records Rcvd
Other Subject : LAFLEUR
Text: [09/25/2018 - SANTIBANEZ, ELENA]OVN 8/7-9/6/18.

**09/25/2018 6:39 PM - CLAIM Note 3**
Claim/Event/Leave: 8397829
NoteSubject : Other
Other Subject : AUTH
Text: [09/25/2018 - SANTIBANEZ, ELENA]RECD AUTH.

**09/19/2018 7:34 PM - PHONE Note 2**
Claim/Event/Leave: 8397829
NoteSubject : Initial EE Interview
Other Subject :
Text: [09/19/2018 - SANTIBANEZ, ELENA]CALLED PARTNER AND LEFT MESSAGE FOR II.

**09/19/2018 7:33 PM - CLAIM Note 2**
Claim/Event/Leave: 8397829
NoteSubject : Notice/Proof Review
Other Subject :
Text: [09/19/2018 - SANTIBANEZ, ELENA]SENT LTD ACK NP LETTER WITH LTD FORMS AND SENT SUBSEQUENT MR REQ TO AP LEFLEUR. MR AND LTD FORMS DUE BY 10/26.

**09/19/2018 7:28 PM - CLAIM Note 1**
Claim/Event/Leave: 8397829
NoteSubject : Action Plan
Other Subject : INITIAL PENDING
Text: [09/19/2018 - SANTIBANEZ, ELENA]48 YOM- MEAT CUTTER AT HEB (OA WILL VERIFY PDL) DOH: 11/28/16 EWP: 90 DAYS OF CONT. ACTIVE EMPLOYMENT-EDOC: 2/26/17 EDOP: 4/1/15 EE IS ELIGIBLE FOR LTD. 100% ER CONTRIBUTORY LTD CLASS 1 TO EQUAL 60% OF BME. BMEAND LTD BENEFIT AT 60%: TO BE DETERMINED BY PAYMENT SPECIALIST. LDW: 5/1/18 DOD: 5/2/18. LTD EP IS THE GREATER OF: THE END OF THE STD BENEFITS; OR 180 DAYS. STD MAX: 10/28/18 LTD BBD: 10/29/18 MAX BEN. DATE: 5/15/18 (12 MONTH MBD) POLICY HAS A3/12 PRE-X EXCLUSION AND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC AND TRANSFER PROVISION PROTECTION. PARTNER OOW DUE TO LOW BACK PAIN. PARTNER MAY NEED BACK SX. OVN ON FILE: 6/30-18-7/15/18. AP: DR. LEFLUERSTD BX ARE APPROVED THROUGH 10/2/18. MR REQUESTED ON 9/7. PLAN IS FOR INTERVIEW, F/U ON MR FROM AP S, SEND LTD FORMS WITH NP. UPON RECEIPT OF MR, WILL DETERMINE WILL REFER TO CC FOR LTD ELIG. REVIEW FOR BBD OF 10/29/18.

**09/14/2018 5:40 PM - PHONE Note 1**
Claim/Event/Leave: 8397829
NoteSubject : Initial EE Interview
Other Subject :
Text: [09/14/2018 - SANTIBANEZ, ELENA]CALLED PARTNER FOR II, LEFT MESSAGE.

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 6004438 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**02/05/2020 10:14 AM - CLAIM Note 34**
Claim/Event/Leave: 6004438
NoteSubject : Other
Other Subject : ADMIN
Text: [02/05/2020 - HOFFNER, FAYE]REQUEST FOR FULL CLAIM FILE TO BE SENT TO THE ATTORNEY: ADMIN PULLED TOGETHER ALL THAT WAS IN BOTH CLAIMS 8397829 AND 6004438 WITH THE DOCUMENTS THAT THE REQUESTOR PROVIDED ALSO. RESPONDED TO THE REQUESTOR OF COMPLETION:GOOD MORNING TAWNYA, I COMPLETED YOUR FULL CLAIM FILE WITH THE ATTACHMENTS YOU PROVIDED, PLEASE NOTE THAT SOME OF THE APPEAL DOCUMENTS HAD A P/W PROTECTION ON THEM FROM CLAIM 8397829, I DID COMBINE AND SEND, HOWEVER I AM NOT SURE IF THE ATTORNEYWILL BE ABLE TO READ. THE P/W TO THE LINKS SUBMITTED IS THE CLAIMANTS SSN NO DASHES, AND THE ATTORNEY HAS 24 HOURS OF SUBMISSION TO REVIEW THE FILE.

**11/25/2019 3:58 PM - CLAIM Note 33**
Claim/Event/Leave: 6004438
NoteSubject : Other
Other Subject : COPY SENT
Text: [11/25/2019 - ROSZELLE, MICHAEL]COPY OF DOC LIST EXCEPT OUTGOING CORRESPONDENCE SENT TO ROCKFORDCCTEAMINITIALS@EXAMWORKS.COM VIA ONEDRIVE

**10/23/2018 5:21 PM - PHONE Note 24**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : RTC
Text: [10/23/2018 - VAZQUEZ, BRITTANY]DCM RTC TO EE TO ADV REGARDING PAY, DCM ADV HIS PAY INCREASE FROM 8/6/18 IS NOT TAKEN INTO ACCT ON THE STD AS DOD WAS PRIOR TO INCREASE, EE U/S. EE U/S. NFQS. THANKED. CC.

**10/23/2018 5:20 PM - PHONE Note 23**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : LVM
Text: [10/23/2018 - VAZQUEZ, BRITTANY]EE LVM INQ ABOUT PAY

**09/14/2018 5:38 PM - CLAIM Note 32**
Claim/Event/Leave: 6004438
NoteSubject : STD Trans. LTD
Other Subject : LTD ESCALATION
Text: [09/14/2018 - SANTIBANEZ, ELENA]SEE LTD CLAIM FOR ALL CLAIM NOTES, EXTENSIONS, ACTION PLANS AND CALLS.

**09/11/2018 11:45 AM - CLAIM Note 31**
Claim/Event/Leave: 6004438
NoteSubject : Escalation
Other Subject : REVIEW
Text: [09/11/2018 - SANTIBANEZ, ELENA]AGREE WITH ESCALATION TO LTD.

**09/11/2018 10:52 AM - CLAIM Note 30**
Claim/Event/Leave: 6004438
NoteSubject : Job Description
Other Subject : MEAT CUTTER
Text: [09/11/2018 - VAZQUEZ, BRITTANY]SEE DOC LIST

**09/11/2018 10:51 AM - CLAIM Note 29**
Claim/Event/Leave: 6004438
NoteSubiect : Escalation

NoteSubject : Escalation
Other Subject : TO LTD
Text: [09/11/2018 - VAZQUEZ, BRITTANY]STD MAX BENEFIT DATE: 10/28/18. CLAIM CURRENTLY APPRVD THRU 10/2/18 DUE TO LOW BACK PAIN. EE IS A 48YOM, MEAT CUTTER, JOB DUTIES IN DOC LIST. NO RTW ESTABLISHED YET. DUE TO DURATION EXCEEDING MAX BENEFIT DATE AND POSSIBLY OOW LONGER DCM RECOMMENDS ESCALATION TO LTD.

**09/11/2018 10:50 AM - PHONE Note 22**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : EXT-ESC TO LTD
Text: [09/11/2018 - VAZQUEZ, BRITTANY]DCM CLD EE TO ADV OF EXT THRU 10/2, DCM ADV WILL ESC CASE TO LTD, DCM INQ D ABOUT ERTW, EE SAID NEVER ADV OF 10/8 LIKE PRIOR NOTE INDICATES, BUT NOT SURE OF ERTW DATE. EE ADV WENT TO AP WESTMARK OFFICE 9/11, NEUROSURGEON, NO SURGERY TO BE PERFORMED AS EE SAID AP TOLD HIM HE IS OVERWEIGHT, EE SAID WAS REFERRED BACK TO PAIN MANAGEMENT TO DO MORE INJECTIONS FOR BACK W/ AP LEFLEUR. EE SAID SIGNED AUTH FORM W/ AP WESTMARK OFFICE TODAY TO RELEASE INFO TO US. DCM ADV SENDING AUTH FORM IN MAIL ALSO. NFQS. THANKED. CC.

**09/11/2018 10:49 AM - CLAIM Note 28**
Claim/Event/Leave: 6004438
NoteSubject : LTR to EE
Other Subject : AUTH
Text: [09/11/2018 - VAZQUEZ, BRITTANY]DCM RQSTD AUTH, SENT IN MAIL

**09/11/2018 10:42 AM - PHONE Note 21**
Claim/Event/Leave: 6004438
NoteSubject : Called AP
Other Subject : LEFLEUR
Text: [09/11/2018 - VAZQUEZ, BRITTANY]DCM CLD AP OFFICE BACK, LVM FOR M/R DEPT, ADV DCM RQSTD M/R ON 9/7 FOR DOS 9/1-PRESENT, DCM NEEDING TO BE SENT TO F# 603-422-0119.

**09/11/2018 10:41 AM - CLAIM Note 27**
Claim/Event/Leave: 6004438
NoteSubject : Status Report
Other Subject : EXT
Text: EXT THRU 10/2/18

**09/11/2018 10:40 AM - CLAIM Note 26**
Claim/Event/Leave: 6004438
NoteSubject : Action Plan
Other Subject : EXT
Text: [09/11/2018 - VAZQUEZ, BRITTANY]CLAIM APPROVED THRU 9/7/18. PARTNER IS OOW FOR LOW BACK PAIN. BASED ON RECENT CX FRO MAP OFFICE, EE TO CONT W/ PHYS THERAPY, WEAR COMPRESSION SOCKS FOR 12 WKS, CONT W/ MEDICATION AND AP OFFICE WORKING ON REFERRING EE TO HAVE SPINE RVWD BY ANOTHER DOCTOR FOR POTENTIAL SPINE SURGERY, REASONABLE TO EXT THRU 10/2/18 TO ALLOW FOR CONTD TX, HEALING, NOV AND REFERRAL & INABILITY TO PERFORM JD.

**09/11/2018 10:37 AM - PHONE Note 20**
Claim/Event/Leave: 6004438
NoteSubject : Called AP
Other Subject : LEFLEUR
Text: [09/11/2018 - VAZQUEZ, BRITTANY]DCM CLD AP OFFICE TO CX IF EE RELEASED TO RTW OR IF STILL OOW PER AP, SPOKE W/ AP OFFICE WHO CX EE TO BE OOW TILL NOV 10/2 PER AP LEFLEUR, IN MEANTIME EE TO CONT ON MEDICATION, EE STILL DOING PHYS THERAPY AND INSTRUCTED TO WEAR COMPRESSION SOCKS FOR NEXT 12 WKS ALONG W/ AP WORKING ON REFERRAL FOR EE TO BE RVWD FOR SPINE SURGERY. NFQS. THANKED. CC.

**09/07/2018 12:33 PM - CLAIM Note 25**
Claim/Event/Leave: 6004438
NoteSubject : LTR to AP
Other Subject : LEFLEUR
Text: [09/07/2018 - VAZQUEZ, BRITTANY]RQSTD M/R FOR DOS 9/1-PRESENT

**09/06/2018 7:08 PM - PHONE Note 19**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : ACD
Text: [09/06/2018 - JOHNSON, LAINEY]EE CALLED TO ADVISED HAD LOV WITH AP LEFLEUR 09/06/2018. AP LEFLEUR IS EXTENDING EE'S LEAVE FOR ANOTHER MONTH; ERTW 10/08/2018. NOV WITH AP LEFLEUR IS 10/02/2018. EE STILL HAS NOT SEEN NEUROLOGIST AP WESTMARK YET, EE ISSTILL WAITING FOR THE REFERRAL TO GO THROUGH. EE HAD QUESTIONS REGARDING MAX STD BENEFIT. ADVISED EE MAX STD DURATION IS 172 DAYS, AS OF TODAY EE IS AT 127 DAYS. EE UNDERSTOOD. ADVISED WILL GET ALL INFO TO ADCM SO THAT ADDITIONAL MED RECS CAN BE RQSTED TO PROCESS EXTENSION. ALSO PROVIDED EE ADCM DIRECT EXTENSION. EE UNDERSTOOD. DCM ACK. CC.

**08/13/2018 1:57 PM - CLAIM Note 24**
Claim/Event/Leave: 6004438
NoteSubject : Med Records Rcvd

Other Subject : LAFLEUR
Text: [08/13/2018 - VAZQUEZ, BRITTANY]RCVD OVNS FROM 7/5-8/7, SEE DOC LIST

**08/13/2018 10:53 AM - PHONE Note 18**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : EXT
Text: [08/13/2018 - VAZQUEZ, BRITTANY]DCM CLD EE TO ADV OF EXT THRU 9/7, EE U/S. NFQS .THANKED. CC.

**08/13/2018 10:50 AM - CLAIM Note 23**
Claim/Event/Leave: 6004438
NoteSubject : Status Report
Other Subject : EXT
Text: EXT THRU 9/7

**08/13/2018 10:50 AM - CLAIM Note 22**
Claim/Event/Leave: 6004438
NoteSubject : Action Plan
Other Subject : EXT
Text: [08/13/2018 - VAZQUEZ, BRITTANY]CLAIM APPROVED THRU 8/7. PARTNER IS OOW FOR LOW BACK PAIN. BASED ON CX FROM AP OFFICE EE TO COMPLETEE VEIN STUDY 8/17 W/ A F/U ON 9/7, REASONABLE TO EXT THRU 9/7/18 TO ALLOW FOR TX, F/U APPTS & INABILITY TO PERFORM JD.

**08/13/2018 10:49 AM - PHONE Note 17**
Claim/Event/Leave: 6004438
NoteSubject : Called AP
Other Subject : LEFLEUR
Text: [08/13/2018 - VAZQUEZ, BRITTANY]DCM CLD AP OFFICE TO CX ONGOING TX PLAN, SPOKE W/ CECILIA WHO CX EE HAS UPCOMING APPT 8/17 FOR VEIN STUDY, 1 MONTH F/U 9/7 TO STILL REMAIN OOW FOR THIS DURATION. EE EXCUSED FROM WORK TILL 9/7. NFQS .THANKED. CC.

**08/10/2018 6:08 PM - PHONE Note 16**
Claim/Event/Leave: 6004438
NoteSubject : Called AP
Other Subject : LEFLEUR
Text: [08/10/2018 - VAZQUEZ, BRITTANY]DCM CLD AP OFFICE TO CX ONGOING TX PLAN, ERTW, NO ANSWER, LVM FOR AP OFFICE.

**08/09/2018 5:39 PM - PHONE Note 15**
Claim/Event/Leave: 6004438
NoteSubject : Called AP
Other Subject : WESTMARK
Text: [08/09/2018 - VAZQUEZ, BRITTANY]DCM CLD AP OFFICE, LINE BUSY UNABLE TO GET A HOLD OF ANYONE, DCM TO TRY AGAIN LATER

**08/09/2018 5:39 PM - PHONE Note 14**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : LVM
Text: [08/09/2018 - VAZQUEZ, BRITTANY]EE CLD ON 8/8 AT 4:16PM ADV AP LEFLEUR REFERRED EE TO HOUSTON SPINE AND NEUROSURGERY CTR, P# 281-331-1300, ADDR: 18333 EGRET BAY BLVD, STE 200, HOUSTON TX 77058

**08/08/2018 7:48 PM - PHONE Note 13**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : LVM
Text: [08/08/2018 - BLYTHE, FRANCES]EE STATED SAW AP LA FLEUR- WILL BE OOW UNTIL 9/7/18, IS BEING REF TO SURGEON. HEB HAS NOTE.[08/08/2018 - BLYTHE, FRANCES]**NO CURRENT ACTION NEEDED AS WAS PRIOR TO BELOW CALL.

**08/08/2018 6:22 PM - PHONE Note 12**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : EXT IN
Text: [08/08/2018 - VAZQUEZ, BRITTANY]EE CLD TO ADV AS OF YESTERDAY LVM FOR FRANCES, EE REFERRED FROM PAIN MANAGEMENT TO SURGEON. EE WAS GIVEN A NOTE TO GIVE TO HEB TO REMAIN OFF WORK TILL AT LEAST 9/7. EE SAID WILL BE SEEING DR. WESTMOOR, EE WILL CB W/ P#, EE DOESN T HAVE DATE FOR NOV, DCM ADV TO BE NOTIFIED ASAP ONCE HAS NOV DATE. EE SAID DX FROM WEAR AND TEAR OVER TIME. EE SAID WORKED DAY BEFORE TRIPPED OVER CARDBOARD AT WORK. EE SAID HAD BACK INJURIES PRIOR AND THINKS THIS IS WHAT CAUSED PAIN TO ELEVATE MORE. DCM ADV NEEDING SUPPORTNG M/R TO MOVE FORWARD W/ CLAIM. DCM ADV WILL CALL OUT AP OFFICE TOMORROW, EE SAID ASK TO SPEAK W/ CHRISTY. NFQS. THANKED. CC.

**08/08/2018 5:28 PM - CLAIM Note 21**
Claim/Event/Leave: 6004438
NoteSubject : LTR to AP

NoteSubject : LTR to AP
Other Subject : LEFLEUR
Text: [08/08/2018 - VAZQUEZ, BRITTANY]DCM SENT M/R RQST FROM 7/1-PRESENT

**08/08/2018 5:26 PM - CLAIM Note 20**
Claim/Event/Leave: 6004438
NoteSubject : LTR to EE
Other Subject : CHG IN DCM
Text: [08/08/2018 - VAZQUEZ, BRITTANY]DCM CHG LETTER

**08/08/2018 5:26 PM - PHONE Note 11**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : F/U
Text: [08/08/2018 - VAZQUEZ, BRITTANY]DCM CLD EE CX ONGOING TX PLAN, ERTW. NO ANSWER, LVM W/ DCM CONTACT INFO.

**07/30/2018 3:46 PM - CLAIM Note 19**
Claim/Event/Leave: 6004438
NoteSubject : Status Report
Other Subject : EXT
Text: 8/7/18

**07/30/2018 3:45 PM - CLAIM Note 18**
Claim/Event/Leave: 6004438
NoteSubject : Action Plan
Other Subject : EXT
Text: [07/30/2018 - BLYTHE, FRANCES]CLAIM APP THRU 7/15/18 FOR ONGOING TX FOR LOW BACK PAIN. MR RECVD CF INJECTIONS ON 7/15/18, WILL HAVE NOV 8/7/18, ERTW UNK AND TBD AT NOV. DCM TO EXT THRU 8/7/18 AND F/U FOR UPDATE

**07/30/2018 3:45 PM - PHONE Note 10**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject :
Text: [07/30/2018 - BLYTHE, FRANCES]DCM PC TO EE, CF EE ALSO HAD INJECTIONS 7/30/18, F/U WILL BE 8/7/18. AP UNSURE WHETHER INJECTIONS ARE HELPING, F/U VISIT WILL DETERMINE ERTW OR WILL BE REF TO SURGEON. DCM ADV WILL EXT THRU NOV AND F/U FOR UPDATE. EE HADNFQ, CC.

**07/30/2018 3:40 PM - CLAIM Note 17**
Claim/Event/Leave: 6004438
NoteSubject : Med Records Rcvd
Other Subject : LAFLEUR
Text: [07/30/2018 - BLYTHE, FRANCES]12 PAGES, DOS 7/5/18-7/15/18

**07/26/2018 3:56 PM - PHONE Note 9**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : ACD
Text: [07/26/2018 - SANDERS, BRIANNA]PARTNER CALLED TO ADV HE HAS NOT RECD PMT OR A RTC FROM ANYONE. DCM ADV DCM IS WAITING FOR SUPPORTING RECORDS TO EXT BEYOND 7/15/18. DCM CF NEW ADCM F. BLYTHE CONTACT INFO & ADV ONCE RECORDS RECD ADCM WILL FU ON CLM STATUS. PARTNER UNDERSTOOD & HAD NFQ THANKED, CC

**07/25/2018 2:26 PM - CLAIM Note 16**
Claim/Event/Leave: 6004438
NoteSubject : LTR to AP
Other Subject : LEFLEUR
Text: [07/25/2018 - BLYTHE, FRANCES]MR REQ 7/1/18 THRU PRESENT

**07/11/2018 4:16 PM - PHONE Note 8**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : LVM
Text: [07/11/2018 - BLYTHE, FRANCES]PARTNER RTC FROM DCM, LVM STATED HAVING INJECTIONS IN BACK ON 7/16/18 AND 7/30/18 AND F/U ON 8/7/18 FOR UPDATED TX PLAN. REQ RTC IF NEEDED.

**07/10/2018 6:59 PM - PHONE Note 7**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : LVM
Text: [07/10/2018 - BLYTHE, FRANCES]DCM PC TO PARTNER FOR ERTW, LVM REQ RTC

**07/10/2018 11:32 AM - CLAIM Note 15**
Claim/Event/Leave: 6004438
NoteSubject : Other

Other Subject : VENDOR PAYMENT
Text: [07/10/2018 - MITCHELL, CATHERINE]REC'D INVOICE# - ON 07/10/2018 AND DATED 06/30/2018 FROM EMSI FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 07/10/2018 FOR $11.91

**06/13/2018 2:27 PM - PHONE Note 6**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : STATUS
Text: [06/13/2018 - LIMBACH, CINDY]DCM INFORMED PARTNER OF RECEIPT OF RECORDS AND EXT TO 7/15. NO QUESTIONS CALL ENDED

**06/13/2018 2:25 PM - CLAIM Note 14**
Claim/Event/Leave: 6004438
NoteSubject : Status Report
Other Subject : EXT
Text: 7/15

**06/13/2018 2:25 PM - CLAIM Note 13**
Claim/Event/Leave: 6004438
NoteSubject : Action Plan
Other Subject : EXT
Text: [06/13/2018 - LIMBACH, CINDY]CLAIM CURRENTLY APPROVED TO 6/17 AFTER RECEIPT AND REVIEW OF RECORDS. CF OF NERVE BLOCK SCHEDULED AND NERVE ABLATION PENDING RESULTS OF NERVE BLOCK. DCM TO EXT CLAIM 4 WEEKS TO ALLOW ADDL TREATMENT ATD 7/15

**06/13/2018 2:23 PM - CLAIM Note 12**
Claim/Event/Leave: 6004438
NoteSubject : Other
Other Subject : LEFLOUR
Text: [06/13/2018 - LIMBACH, CINDY]OVN 6/7 5/21 5/9 5/2

**06/07/2018 3:19 PM - CLAIM Note 11**
Claim/Event/Leave: 6004438
NoteSubject : LTR to EE
Other Subject : NP
Text: [06/07/2018 - LIMBACH, CINDY]6/26 7/21

**06/07/2018 3:16 PM - CLAIM Note 10**
Claim/Event/Leave: 6004438
NoteSubject : LTR to AP
Other Subject : PERVIN
Text: [06/07/2018 - LIMBACH, CINDY]MEDICAL RECORDS 5/1/18 TO PRESENT- VIA EMSI

**06/07/2018 3:11 PM - CLAIM Note 9**
Claim/Event/Leave: 6004438
NoteSubject : Status Report
Other Subject : EXT
Text: 6/18

**06/07/2018 3:11 PM - CLAIM Note 8**
Claim/Event/Leave: 6004438
NoteSubject : Action Plan
Other Subject : EXT
Text: [06/07/2018 - LIMBACH, CINDY]CLAIM CURRENTLY APPROVED TO 6/10 DCM TO EXT 1 WEEK TO ALLOW ADDL TREATMENT AND WILL REQ MED FROM AP FOR FURTHER EVAL

**06/07/2018 3:11 PM - PHONE Note 5**
Claim/Event/Leave: 6004438
NoteSubject : EE Called
Other Subject : TX UPDATE
Text: [06/07/2018 - LIMBACH, CINDY]PARTNER CALLING STATING SAW AP LEFLEUR 6/6. OOW THROUGH 7/10. DUE TO NO RELIEF FROM EPIDURALS AP HS ORDERED A ABLATION OF NERVE SCHEDULED FOR 6/18. WILL NEED ADDL TIME OF NO STRENUOUS ACTIVITY TO SEE IF RELIEF IS GIVEN. DCM VOICED UNDERSTANDING STATED WILL EXT CLAIM 1 WEEK TO 6/18 BUT WILL REQ MEDICAL RECORDS TO EXT THROUGH 7/10. DCM TO REQ MED FROM AP LEFLEUR TODAY. PARTNER VOICED UNDERSTANDING NFQ CALL ENDED

**06/05/2018 1:13 PM - PHONE Note 4**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : STATUS
Text: [06/05/2018 - LIMBACH, CINDY]DCM CALLED PARTNER FOR STATUS UPDATE. PARTNER CONFIRMED FIRST EPIDURAL 5/21 HELPED BRIEFLY- HAS NOT HAD 2ND . NOV WITH AP 6/7 TO DISCUSS ADDL TREATMENT. DCM ACK. INFORMED OF ATD AND STATED WILL F/U 6/8 FOR STATUS UPDATE.NFQ CALL ENDED

**05/25/2018 3:42 PM - PHONE Note 3**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : STATUS
Text: [05/25/2018 - LIMBACH, CINDY]DCM CALLED LVM REQ RTC TO DISCUSS TX STATUS

**05/10/2018 1:34 PM - CLAIM Note 7**
Claim/Event/Leave: 6004438
NoteSubject : Other
Other Subject :
Text: [05/10/2018 - LIMBACH, CINDY]BENEFIT APPROVAL NOTIFICATION

**05/10/2018 1:32 PM - CLAIM Note 6**
Claim/Event/Leave: 6004438
NoteSubject : Status Report
Other Subject : APPROVE
Text: 6/10

**05/10/2018 1:32 PM - CLAIM Note 5**
Claim/Event/Leave: 6004438
NoteSubject : Action Plan
Other Subject : APPROVAL
Text: [05/10/2018 - LIMBACH, CINDY]AFTER CF OF TX AND WORK RESTRICTION FROM AP DCM SEES REASONABLE TO INITIALLY APPROVE TO 6/10 TO ALLOW INITIAL TREATMENT AND F/U WITH PAP. IF NO RTW WILL REQ RECORDS.

**05/10/2018 1:31 PM - PHONE Note 2**
Claim/Event/Leave: 6004438
NoteSubject : Called EE
Other Subject : II
Text: [05/10/2018 - LIMBACH, CINDY]48 YOM MEAT CUTTER - JD HEAVY LIFTING UP TO 70-80 LBS, STANDING, WALKING, BENDING, STOOPING PARTNER IS CLASS 1 BENEFIT AT 66 2/3% NO OTHER SOURCES OF INCOME OR SECOND JOB LDW 5/1 DOD 5/2 EP 8 DAYS BBD 5/10 LOW BACK PAINWEAR AND TEAR- NO SPECIFIC INJURY AP LEFLEUR PAIN AP LOV 5/9 NOV 5/21 1ST EPIDURAL STEROID INJECTION 5/21 4 WEEK INITIAL WORK RESTRICTION. DCM WENT OVER PC WITH AP AND GAVE INITIAL ATD. STATED IF EXT IS NEEDED AFTER 6/10 DCM WILL REQUIRE MEDICALRECORDS. DCM ADV PARTNER TO ENSURE AUTH SIGNED AT AP OFFICE. PARTNER UNDERSTOOD. EXPLAINED 8 DAY EP, BBD, BENEFIT % & ER ADMINISTERS PAY.

**05/10/2018 1:29 PM - PHONE Note 1**
Claim/Event/Leave: 6004438
NoteSubject : Called AP
Other Subject : LEFLEUR
Text: [05/10/2018 - LIMBACH, CINDY]DCM SW LIZ WHO CONFIRMED LOV 5/9 REFERRED BY AP JENNINGS FOR LO WBACK PAIN. ICD 10 M54.5 AND M54.30. EPIDURAL STEROID INJECTIONS ORDERED 1ST SCHEDULED 5/21 2ND SCHEDULED 6/4. 2ND IS TENTATIVE SCHEDULE. NOV TO SEE AP 6/7.WORK RESTRICTION THROUGH TREATMENT, AT LEAST THROUGH 2ND ESI. DCM ACK THANKED NFQ CAL ENDED

**05/10/2018 1:05 PM - CLAIM Note 4**
Claim/Event/Leave: 6004438
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [05/10/2018 - LIMBACH, CINDY]LDW 05/01/2018 8:17 HOURS

**05/10/2018 8:35 AM - POSSINV Note 1**
Claim/Event/Leave: 6004438
NoteSubject : Prior Claim
Other Subject :
Text: [05/10/2018 - LAVOIE, CHANTAL]PLEASE INVESTIGATE

**05/09/2018 4:20 PM - CLAIM Note 3**
Claim/Event/Leave: 6004438
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS EMPLOYEE'S LEAVE WAS CLOSED DUE TO NOT BEING ELIGIBLE FOR LEAVE BENEFITS

**05/09/2018 4:19 PM - CLAIM Note 1**
Claim/Event/Leave: 6004438
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: W.MCKINLEY UNKNOWN WORK ADDRESS ERTWD-UNKNOWN CALLER WANTS US TO KNOW THAT THEY ARE EXPERIENCING PHONE PROBLEMS SO YOU MAY NEED TO REACH OUT SEVERAL TIMES TO CONTACT HIM.

**05/09/2018 4:19 PM - CLAIM Note 2**
Claim/Event/Leave: 6004438
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION

Other Subject : MEDICAL CONDITION
Text: SEVERE BACK PAIN

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
E: support@jpricemcnamara.com
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

April 13, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re:** **Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

Dear Ms. Valliere,

The review of this claim was scheduled to be completed on April 10, 2020. We understand that this time of uncertainty has altered many schedules. We would ask that you kindly provide an estimate of when we can expect a determination on this appeal.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/ask

**From:**Valliere, Tawnya
**Sent:**Mon, 30 Mar 2020 16:39:24 +0000
**To:**Lopez.jo.ann@HEB.com
**Subject:**LTD Appeal

RE: George Pervin
Claim: 8397829

We have reviewed George Pervin's file in response to his request for reconsideration for continued Long Term Disability (LTD) benefits. Based on our review, we are upholding the decision to deny benefits beyond October 28, 2019, as Mr. Pervin does not meet the definition of disability defined in the H-E-B, LP LTD Policy. This determination is based on the medical information contained in Mr. Pervin's disability file.

Mr. Pervin's attorney has been notified of this determination under separate cover. Please feel free to contact me if you have any questions regarding this correspondence.

Sincerely,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Tawnya Valliere**
Appeal Consultant
Group Protection

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

T: 888-437-7611 Ext 15894 Office
F: 603-334-5825
LincolnFinancial.com

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 03/03/2020 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 03/12/2020 | **Medical/ Surgical Condition:** | diffuse spondylosis, lumbar spinal stenosis, venous insufficiency, chronic pain syndrome, opioid dependence, hypertension, simple renal cyst, obesity |
| **Referral Type:** | Direct Referral - Previously Reviewed by this ICP | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 3/15/2020 | **DOD:** | 05/02/2018 |
| **Physical Demands:** | | **BBD:** | 10/29/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**1. After review of the additional documentation submitted since prior review on 12/28/2019, does the additional information alter the prior assessment? Please explain rationale for why or why not.**

No. The additional documentation consists only of a statement from the claimant about his symptoms, a statement from his pain management physician stating that the claimant's statement is credible, and an activity restriction form completed by the same physician. No new medical evidence has been submitted.

**2. Does the medical documentation show that any medical condition alone or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 10/29/2019 forward? Please explain why or why not.**

No. The rationale in the original review dated 12/28/2019 still holds.

**3. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Jay Lance LaFleur, MD (832-736-2677, fax 832-730-4574). Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter.**

Dr LaFleur's written statements are markedly at odds with documented medical facts in the records, are contrary to widely published recommendations for the treatment of chronic back pain, and even contradict his own medical documentation. Discussion with him would not be productive.

**Analysis**

As detailed in my initial review, the statements from the pain management physician Dr LaFleur are contradicted by objective medical facts. His statement dated 2/27/20 that says the

claimant must lie down at least 18 hours per day is irresponsible and contrary to all published recommendations for treatment of chronic back pain with associated degenerative changes of the spine. This statement also contradicts Dr LaFleur's own clinical documentation, which states repeatedly that his prescription of opioids for the claimant has resulted in improved quality of life. The claimant's physicians did not endorse lying down more than 18 hours per day prior to Dr LaFleur prescribing opioids to the claimant. Therefore if this statement were accurate, it would represent a marked deterioration in the claimant's quality of life. Dr LaFleur's statement that the claimant is incapable of lifting or carrying more than 10 pounds is not supported by any objective evidence in the available records, and is inconsistent with published guidelines for treatment of chronic back pain. Dr LaFleur's statement says the claimant's subjective complaints are consistent with exam findings and radiographic abnormalities. On the contrary, Dr LaFleur's clinical documentation repeatedly fails to include any musculoskeletal or neurologic examination, and large published medical studies show that a large proportion of the general population has degenerative changes of the spine on imaging that do not correlate with symptoms. The records show that in August 2019 Dr LaFleur agreed with Dr Paul Stander's peer review that supported full-time work. The records do not show any substantial change in the claimant's condition since that time, and so Dr LaFleur's statement 6 months later that the claimant is incapable of even sedentary activity is unsupportable. His statement about the need to avoid driving while using opioids is correct, and consistent with the restriction recommended in the original review: avoidance of manual operation of hazardous equipment.

David Carl Houghton, MD, FACP
Consulting physician, Lincoln Financial
602-626-6022 (direct voice)

*I affirm that I have no conflict of interest in this review. My compensation is not dependent on the specific outcome of this review nor on the opinions it contains. All opinions are advisory only, independently developed by myself, and are based upon the preponderance of evidence available from the records made available, as well as current standards of medical practice contained in broadly acknowledged professional medical publications.*

References

American College of Occupational and Environmental Medicine Position Statement
The Personal Physician's Role in Helping Patients With Medical Conditions Stay at Work or Return to Work. Journal of Occupational and Environmental Medicine 59:6, e125-e131; June 2017.
https://acoem.org/Guidance-and-Position-Statements/Guidance-and-Position-Statements/The-Personal-Physician-s-Role-in-Helping-Patients-with-Medical-Conditions-Stay-at-Work-or-Return-to

Lumbosacral Spondylosis Without Myelopathy. Reed P, The Medical Disability Advisor, Workplace Guidelines for Disability Duration, 5th Edition, 2005
https://www.mdguidelines.com/mda/lumbosacral-spondylosis-without-myelopathy

Low Back Pain. Reed P, The Medical Disability Advisor, Workplace Guidelines for Disability Duration, 5th Edition, 2005
https://www.mdguidelines.com/mda/low-back-pain

UpToDate monograph. Occupational low back pain: Evaluation and management. Updated 11/3/18
https://www.uptodate.com/contents/occupational-low-back-pain-evaluation-and-management

**LAW OFFICES**
OF
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
E: support@jpricemcnamara.com
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
P (225) 201-8311 | F: (225)612-6973
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

March 2, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909 & 603-334-5825

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re:** **Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

Dear Ms. Valliere,

I provide the following for consideration on administrative appeal:

1. Affidavit of George Pervin dated February 23, 2020.
2. Affidavit of Deborah Pervin (wife of George Pervin) dated February 23, 2020.
3. Memorandum from Dr. Jay Lance LaFleaur dated February 27, 2020.
4. Physician's Recommended Restrictions report from Dr. Jay Lance LaFleaur dated February 28, 2020

Please consider the attached documents in your review of this appeal

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/ask
Enclosures

PARISH/COUNTY OF Brazoria

STATE OF Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**DEBORAH PERVIN**

who after being duly sworn, did depose and state the following:

1. I am George Pervin's wife, and I help him with his care.
2. I observe him and converse with him every day.
3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of his Affidavit is true and is consistent with my observations of him.
5. The above is true and based upon personal knowledge.

DEBORAH PERVIN

Sworn to and subscribed
before me this 23 day
of Feb, 2020.

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/202

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

PARISH/COUNTY OF Brazoria

STATE OF Texas

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

**GEORGE PERVIN**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. If I try to exceed the activities described below, my pain becomes unbearable and lasts for days after again restricting my activities as described below.

3. I take the following prescription medications, at the following dosages and intervals each day:

| | |
|---|---|
| 1. Levothyroxine – 50mcg – | 1 dose daily in the morning |
| 2. Celecoxig – 200mg – | 1 dose daily in the morning |
| 3. HydroChlorothiazide – 12mg – | 1 dose daily in the morning |
| 4. Lovastatin – 40mg – | 1 dose daily in the morning |
| 5. AlloPurinol – 300mg – | 1 dose daily in the morning |
| 6. Tamsulosin HCL – 0.4mg | 1 dose daily in the morning |
| 7. MetFormin HCL XR – 500mg | 1 dose daily in the morning |
| 8. Valsartan – 160mg | 1 dose daily in the morning |
| 9. Hydromorphon – 4m | 2 to 4 times daily |
| 10. Morphine Sulf ER -15mg | 1 dose in daily in the morning and 1 dose at night |
| 11. Movantik – 25mg | 1 dose every 3 days ass needed |
| 12. Acetaminophen – 500mg | 2 – 3 doses daily as needed |

4. Attached hereto as Exhibit 1 is an accurate list of my prescription medication.

5. Whether or not taking the above medications, I am unable to sit, walk or stand, even if alternating among these positions at will, for a combined total of more than two hours per day, without lying down in bed or in a recliner for an extended period of time, more than an hour, many times on a daily basis to relieve unbearable back pain.

6. I am unable to dress myself, and require my spouse's assistance to put on sock, shoes, underwear and pants.

7. With or without taking the above-referenced pain medications, my pain is severe, just more severe without taking them. Whether or not taking my medication, the physical effects of my medical condition and resulting pain as described above do not change.

8. The above-referenced pain medications, when taken, while helping somewhat with pain, cause me to be unable to perform adequately mentally. They cause my thinking to be clouded and slow, leading to errors and inability to keep pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They cause dizziness and fatigue. I also notice slowness in my physical reaction time, due to these medications, and in my driving as well. I also notice dizziness, lightheadedness and lack of coordination in walking.

9. The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps every day, or to doze off and fall asleep many times per day.

10. The above statements are all true and based upon personal knowledge.

[signature]

**GEORGE PERVIN**

Sworn to and subscribed before me this 23rd day of Feb. , 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/2020

**NOTE**

**RE: Patient: George Pervin**
**Date of Birth:**

To whom it may concern:

This is to document that I am the above patient's treating physician, and as such, I am familiar with his overall medical condition and his medication regimen.

I have reviewed the attached Affidavit of this patient. The statements that he makes in his Affidavit regarding his physical condition, pain components, limitations due to pain, and the effects of his pain and condition are credible, consistent with and expected given his overall medical condition and my objective serial clinical physical examinations as well as all conducted objective diagnostic studies to date.

The patient's statements regarding prescribed medication and their side-effects are also consistent with common side-effects of the prescribed medication.

His complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents him from working in any occupation, even sedentary.

He has difficulty getting comfortable and prescribed medication provides only some pain relief. He has severe pains in his back.

Due to his physical condition, it is not reasonable to expect him to sit, walk or stand, even if alternating at will for a full 8-hour day. He is unable to engage in full time work, even if sedentary, on any sustained basis. Attempting to force himself to do so, or to intentionally persist in any activity that causes pain is not recommended, and will be detrimental to, and exacerbate his spinal condition and pain.

Due to his pain and the medications he needs to be taking as well, he will not function well mentally and will experience clouded thinking, slow reaction time and fatigue. Thus, he cannot reasonably be expected to accurately and adequately perform mental tasks.

Other effects of his medical condition and medication include disturbed sleeping patterns due to chronic pain and fatigue. Driving to and from work while taking his medications is not recommended because of the danger of sedation properties of the medicine causing delayed reactions.

His abilities, physical limitations and conditions are not expected to improve and rather are expected to continue to become worse with time.

It is my opinion that he is disabled from any type of gainful employment.

If any further information is needed on his behalf, please request same by written contact so that there is no possibility of miscommunication.

Sincerely,

[signature] 2-28-20

PHYSICIAN SIGNATURE DATE

Jay Lance LaFleur, MD

PHYSICIAN PRINTED NAME

## PHYSICIAN'S RECOMMENDED RESTRICTIONS

Patient's Name: George Pervin S.S.#: ____________

Physician's Name: Jay Lance LaFleur, MD

IMPORTANT:

Please answer the following items based on your clinical evaluations, test results, and medical treatment history of the patient. Please note the patient's limitations with regard to a work setting where he/she would be required to work day after day, on a sustained and regular basis. If, in your opinion, there is a medical basis for the patient's alleged pain, please consider pain as a factor in determining appropriate limitations.

I. In an 8 hour work day, the patient can walk:

Less than ✓ 1 __ 2 __ 3 __ 4 __ 5 __ 6 __ 7 __ 8 hours

What medical conditions limit the patient's ability to walk?
Lumbar Stenosis
Lumbar Spondylosis

II. In an 8 hour work day, the patient can stand:

Less than ✓ 1 __ 2 __ 3 __ 4 __ 5 __ 6 __ 7 __ 8 hours

What medical conditions limit the patient's ability to stand?
Lumbar Stenosis
Lumbar Spondylosis

III. In an 8 hour work day, the patient can sit:

Less than ✓ 1 __ 2 __ 3 __ 4 __ 5 __ 6 __ 7 __ 8 hours

What medical conditions limit the patient's ability to sit?
Lumbar Stenosis
Lumbar Spondylosis

IV. In an 8 hour work day, the patient can lift/carry:

Occasionally a maximum of:

__✓__ less than 10 pounds
____ 11-20 pounds
____ 21-50 pounds
____ over 50 pounds

Frequently a maximum of:

__✓__ less than 10 pounds
____ 11-20 pounds
____ 21-50 pounds
____ over 50 pounds

What medical conditions limit the patient's ability to lift/carry? Lumbar Stenosis
Lumbar Spondylosis

V. Can the patient use hands for repetitive:

Simple grasping and handling? __✓__ Yes ____ No

Pushing and pulling? ____ Yes ____ No N/A

Fine manipulation and fingering? ____ Yes ____ No N/A

What medical conditions limit the patient's ability to use hands? Lumbar Stenosis
Lumbar Spondylosis

VI. Can the patient use feet for repetitive movements as in operating foot controls?
__✓__ Yes ____ No

What medical conditions limit the patient's ability to use feet? Lumbar Stenosis
Lumbar Spondylosis

VII. The patient is able to:

| | | | |
|---|---|---|---|
| Bend | ____ Frequently | ✓ Occasionally | ____ Never |
| Kneel | ____ Frequently | ✓ Occasionally | ____ Never |
| Squat | ____ Frequently | ✓ Occasionally | ____ Never |
| Crawl | ____ Frequently | ✓ Occasionally | ____ Never |
| Climb stairs | ____ Frequently | ✓ Occasionally | ____ Never |
| Climb ladders | ____ Frequently | ✓ Occasionally | ____ Never |
| Reach above shoulder level | ____ Frequently | ✓ Occasionally | ____ Never |

What medical conditions limit the patient's ability to engage in these activities?

Lumbar Stenosis
Lumbar Spondylosis

Additional Comments: ______________________________

______________________________

______________________________

______________________________

______________________ Signature          2-27-20 Date

J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
STE. 2B
BATON ROUGE LA 70809

CERTIFIED MAIL

9414 8118 9956 1040 4874 92

PS Form 3800 6/02

$5.90⁰
US POSTAGE
FIRST-CLASS
FROM 70809
03/02/2020
stamps
endicia

062S0005843986

Lincoln Life Assurance Company of Boston
Attn: Tawnya Valliere
P.O. Box 7213
London KY 40742-7213

**REFERRED BY:** TAWNYA VALLIERE
**CLIENT:** Lincoln Life Insurance
**NAME:** George A Pervin
**CLAIM #:** 8397829
**NMR #:** 327060
**DATE:** 3/10/2020

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | J.L. LaFleur, MD | 02/27/20 - 02/28/20 |
| FILE REVIEWS | D.C. Houghton, MD | 12/28/19 |
| PHARMACY NOTES | Kroger | 12/24/19 - 01/27/20 |
| VOCATIONAL MEMORANDUM | L. Ashworth, MEd, CRC | 01/06/20 |
| MISC | | 02/03/20 - 03/03/20 |

**ASSESSMENT:** The claimant, J. Lance Lafleur (DOB: ) is a male Meat Cutter with a reported spinal stenosis of the lumbar region. My previous report stated that the claimant presented with chronic refractory pain, morbid obesity with mild level of deconditioning, and venous insufficiency. Imaging showed degenerative changes with spinal canal stenosis. It was noted that the claimant was recommended a surgical treatment, but because of his weight, surgery is not performed at this time. His spinal stenosis is at one level, L4-L5 but actual size of canal is not noted on MRI. His pain is likely predominantly myofascial in nature given absolutely no improvement noted with transforaminal epidurals, spinal cord stimulator and facet joint injections. The claimant had an FCE in April 2018 stating he could performed at medium-to-heavy work. This was about 7 months post his injury. However, the 04/01/19 FCE suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation. He appears to have be very deconditioned over the course of a year. FCE showed significant heart rate elevations during activity. Exam showed only mild midline tenderness. My previous report concluded that the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits. The appropriate restrictions were supported in an 8-hour workday. The restrictions were placed for 1 year, but they are likely to be permanent.

There is additional documentation provided for review.

**4960 E. State Street ● Rockford, IL 61108 ● Phone 815.964.6334 ● Fax 815.964.1162**
***website* www.nmrco.com ■ *email* info@nmrco.com**

The Affidavit from the claimant was submitted via correspondence from the Law offices of J. Price McNamara. The claimant reports that he lies in bed and is unable to dress himself and perform activities of daily living. Multiple medications were listed as well.

Jay Lance LaFleur, MD filled out a Physician's Recommended Restrictions form on 02/27/20 stating diagnoses of lumbar stenosis and lumbar spondylosis. The claimant can lift less than 10 pounds frequently, perform simple grasping and handling, and bend, kneel, squat, crawl, climb stairs/ladders, and reach above shoulder occasionally. He can stand, sit and walk less than 1 hour in an 8-hour workday.

Jay Lance LaFleur, MD submitted a letter on 02/28/20 indicating due to his physical condition, the claimant cannot sit, walk or stand, even if alternating at will for a full 8-hour day. He is unable to engage in full time work, even if sedentary, on any sustained basis. The claimant is disabled from any type of gainful employment.

David Carl Houghton, MD, FACP (Consulting physician, Lincoln Financial) submitted a file review report on 12/28/19 recommending the available medical records support impairment due to severe obesity and opioid dependence. Both of these conditions increase risk of injurious mishaps in certain activities.

Vocational Assessment was noted.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please advise whether the additional information alters your prior assessment. Please explain rationale for why or why not.**

No, the additional information does not alter my prior assessment. There are no new clinical information, including significant exam, radiographic or anatomic findings to support the complete inability to work. The claimant has predominantly fibromyalgia like symptoms, which do not respond to injections or opiate medications. While the claimant has significant limitations, he would be recommended to continue working with appropriate restrictions as discussed in my previous report. His reported deconditioning since his FCE in 2018 where he was doing medium duty work is not due to his injuries or his spinal condition. He is morbidly obese (BMI 67.17 - E66.01). The claimant needs to continue working to prevent additional gain weight and deconditioning.

**2. Please comment on whether the medical documentation supports that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 10/29/2019 forward? Please explain why or why not.**

The claimant is able to function on a full-time basis during the period of 10/29/2019 forward with appropriate restrictions as discussed in my previous report.

The claimant has significant limitations due to fibromyalgia like symptoms with chronic refractory pain with deconditioning and weight gain. However, his examinations showed no neurological deficits and no significant medications side effects. He has gained more weight since not working and appears to have become more deconditioning. He would be recommended to continue working full time with appropriate restrictions to prevent additional gain weight and deconditioning.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Priya Swamy, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Licensed in State of DE #C1-0009894
Licensed in State of PA #MD422552

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

# Network Medical Review Company, LTD.

*An Examworks company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn: TAWNYA VALLIERE
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: 327060-1
Invoice Date: 3/10/2020 3:17 PM CDT
Account Number: 519193
File Number: 327060-1

Service Date: 3/10/2020 3:17 PM
Claim Number: 8397829
Claimant Name: George A Pervin

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$210** |

**Physician Name/Specialty**

Priya Swamy / Physical Medicine & Rehabilitation

**Comments**

**Please pay this amount:** **$210**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, CA 96049-2260
Tax ID 76-0711128

**LAW OFFICES**
OF
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
E: support@jpricemcnamara.com
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
P: (225) 201-8311 | F: (225) 612-6973
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 25, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909 & 603-334-5825

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re:** **Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

Dear Ms. Valliere,

Attached are Affidavits from claimant, George Pervin, and his wife Deborah Pervin.

Additional documents will follow under separate cover. Please do not initiate the review of this claim until evidence submission is concluded.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/stb
Enclosures

PARISH/COUNTY OF Brazoria

STATE OF Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**DEBORAH PERVIN**

who after being duly sworn, did depose and state the following:

1. I am George Pervin's wife, and I help him with his care.

2. I observe him and converse with him every day.

3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.

4. The entirety of his Affidavit is true and is consistent with my observations of him.

5. The above is true and based upon personal knowledge.

[signature]

**DEBORAH PERVIN**

Sworn to and subscribed
before me this 23 day
of Feb, 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/202

PARISH/COUNTY OF Brazoria

STATE OF Texas

# AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

**GEORGE PERVIN**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. If I try to exceed the activities described below, my pain becomes unbearable and lasts for days after again restricting my activities as described below.

3. I take the following prescription medications, at the following dosages and intervals each day:
    1. Levothyroxine – 50mcg – 1 dose daily in the morning
    2. Celecoxig – 200mg – 1 dose daily in the morning
    3. HydroChlorothiazide – 12mg – 1 dose daily in the morning
    4. Lovastatin – 40mg – 1 dose daily in the morning
    5. AlloPurinol – 300mg – 1 dose daily in the morning
    6. Tamsulosin HCL – 0.4mg 1 dose daily in the morning
    7. MetFormin HCL XR – 500mg 1 dose daily in the morning
    8. Valsartan – 160mg 1 dose daily in the morning
    9. Hydromorphon – 4m 2 to 4 times daily
    10. Morphine Sulf ER -15mg 1 dose in daily in the morning and 1 dose at night
    11. Movantik – 25mg 1 dose every 3 days ass needed
    12. Acetaminophen – 500mg 2 – 3 doses *daily* as needed

4. Attached hereto as Exhibit 1 is an accurate list of my prescription medication.

5. Whether or not taking the above medications, I am unable to sit, walk or stand, even if alternating among these positions at will, for a combined total of more than two hours per day, without lying down in bed or in a recliner for an extended period of time, more than an hour, many times on a daily basis to relieve unbearable back pain.

6. I am unable to dress myself, and require my spouse's assistance to put on sock, shoes, underwear and pants.

7. With or without taking the above-referenced pain medications, my pain is severe, just more severe without taking them. Whether or not taking my medication, the physical effects of my medical condition and resulting pain as described above do not change.

8. The above-referenced pain medications, when taken, while helping somewhat with pain, cause me to be unable to perform adequately mentally. They cause my thinking to be clouded and slow, leading to errors and inability to keep pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They cause dizziness and fatigue. I also notice slowness in my physical reaction time, due to these medications, and in my driving as well. I also notice dizziness, lightheadedness and lack of coordination in walking.

9. The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps every day, or to doze off and fall asleep many times per day.

10. The above statements are all true and based upon personal knowledge.

________________________
**GEORGE PERVIN**

Sworn to and subscribed
before me this 23rd day
of Feb., 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/2020

J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
STE. 2B
BATON ROUGE LA 70809

CERTIFIED MAIL

9414 8118 9956 1006 8177 69

PS Form 3800 6/02

BATON ROUGE LA 708
PM
26 FEB
2020

$5.750
US POSTAGE
FIRST-CLASS
FROM 70809
02/26/2020
stamps endicia
0625000565843986

Lincoln Life Assurance Company of Boston
Attn: Tawnya Valliere
P.O. Box 7213
London KY 40742-7213

4074287213 B900

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 03/03/2020 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 03/12/2020 | **Medical/ Surgical Condition:** | diffuse spondylosis, lumbar spinal stenosis, venous insufficiency, chronic pain syndrome, opioid dependence, hypertension, simple renal cyst, obesity |
| **Referral Type:** | Direct Referral - Previously Reviewed by this ICP | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | | **DOD:** | 05/02/2018 |
| **Physical Demands:** | | **BBD:** | 10/29/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**
There are no core questions.

**Additional Questions**

Other Please review the additional documentation submitted since your prior review on 12/28/2019. 1. Please advise whether the additional information alters your prior assessment. Please explain rationale for why or why not. 2. Please comment on whether the medical documentation supports that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 10/29/2019 forward? Please explain why or why not. 3. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: Jay Lance LaFleur, MD tel: 832-736-2677 fax: 832-730-4574 and Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter.

**Other Comments**
Other Comments - null

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Tawnya Valliere
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x15894
Fax: (603) 334-5825

Document Locations
- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | H-E-B, LP. | Date Sent: | 3/3/2020 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | GEORGE A PERVIN | Claim #: | 8397829 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 5/2/2018 |
| Zip: | | Primary Diagnosis: | Spinal stenosis, lumbar region |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | N/A |

Referral Questions:

Vendor Chosen: Network Medical Review

Claimant Name: GEORGE A PERVIN

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please review the additional documentation submitted since your prior review on 12/06/2019 and address the following questions:

1. Please advise whether the additional information alters your prior assessment. Please explain rationale for why or why not.
2. Please comment on whether the medical documentation supports that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 10/29/2019 forward? Please explain why or why not.

Instructions For Vendor:

Claimant Name: GEORGE A PERVIN

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Request for addendum review by Dr. Priya Swamy

Attorney Information (if applicable):

Claimant Name: GEORGE A PERVIN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | March 3, 2020 |
| To: | J. PRICE MCNAMARA<br>LAW OFFICE OF J. PRICE MCNAMARA |
| Attn: | |
| Fax: | (225) 612-6973 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

March 3, 2020

J. Price McNamara
Law Office of J. Price McNamara

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin

Dear J. Price McNamara:

Lincoln Financial Group is responsible for managing claims for benefits under the H-E-B, LP Long-Term Disability (LTD) Policy.

We are writing to confirm receipt of your letters sent to our office on February 26, 2020 and March 02, 2020 which included documentation to be considered in the appeal evaluation of Mr. Pervin's Long Term Disability claim.

Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

Mr. Pervin's file is currently being reviewed in the Appeal Review Unit and has been referred for further medical review and assessment. We will make every effort to render a determination as soon as possible, but no later than April 10, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

**LAW OFFICES**
OF
**J. PRICE MCNAMARA**

J. PRICE McNAMARA
E: support@jpricemcnamara.com
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

March 2, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909 & 603-334-5825

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re:** **Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

Dear Ms. Valliere,

I provide the following for consideration on administrative appeal:

1. Affidavit of George Pervin dated February 23, 2020.
2. Affidavit of Deborah Pervin (wife of George Pervin) dated February 23, 2020.
3. Memorandum from Dr. Jay Lance LaFleaur dated February 27, 2020.
4. Physician's Recommended Restrictions report from Dr. Jay Lance LaFleaur dated February 28, 2020

Please consider the attached documents in your review of this appeal

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/ask
Enclosures

**PARISH/COUNTY OF** Brazoria

**STATE OF** Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**DEBORAH PERVIN**

who after being duly sworn, did depose and state the following:

1. I am George Pervin's wife, and I help him with his care.
2. I observe him and converse with him every day.
3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of his Affidavit is true and is consistent with my observations of him.
5. The above is true and based upon personal knowledge.

[signature]
**DEBORAH PERVIN**

Sworn to and subscribed
before me this 23 day
of Feb, 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/202

**PARISH/COUNTY OF** Brazoria

**STATE OF** Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**GEORGE PERVIN**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. If I try to exceed the activities described below, my pain becomes unbearable and lasts for days after again restricting my activities as described below.

3. I take the following prescription medications, at the following dosages and intervals each day:

| | |
|---|---|
| 1. Levothyroxine – 50mcg – | 1 dose daily in the morning |
| 2. Celecoxig – 200mg – | 1 dose daily in the morning |
| 3. HydroChlorothiazide – 12mg – | 1 dose daily in the morning |
| 4. Lovastatin – 40mg – | 1 dose daily in the morning |
| 5. AlloPurinol – 300mg – | 1 dose daily in the morning |
| 6. Tamsulosin HCL – 0.4mg | 1 dose daily in the morning |
| 7. MetFormin HCL XR – 500mg | 1 dose daily in the morning |
| 8. Valsartan – 160mg | 1 dose daily in the morning |
| 9. Hydromorphon – 4m | 2 to 4 times daily |
| 10. Morphine Sulf ER -15mg | 1 dose in daily in the morning and 1 dose at night |
| 11. Movantik – 25mg | 1 dose every 3 days ass needed |
| 12. Acetaminophen – 500mg | 2 – 3 doses daily as needed |

4. Attached hereto as Exhibit 1 is an accurate list of my prescription medication.

5. Whether or not taking the above medications, I am unable to sit, walk or stand, even if alternating among these positions at will, for a combined total of more than two hours per day, without lying down in bed or in a recliner for an extended period of time, more than an hour, many times on a daily basis to relieve unbearable back pain.

6. I am unable to dress myself, and require my spouse's assistance to put on sock, shoes, underwear and pants.

7. With or without taking the above-referenced pain medications, my pain is severe, just more severe without taking them. Whether or not taking my medication, the physical effects of my medical condition and resulting pain as described above do not change.

8. The above-referenced pain medications, when taken, while helping somewhat with pain, cause me to be unable to perform adequately mentally. They cause my thinking to be clouded and slow, leading to errors and inability to keep pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They cause dizziness and fatigue. I also notice slowness in my physical reaction time, due to these medications, and in my driving as well. I also notice dizziness, lightheadedness and lack of coordination in walking.

9. The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps every day, or to doze off and fall asleep many times per day.

10. The above statements are all true and based upon personal knowledge.

[signature]
**GEORGE PERVIN**

Sworn to and subscribed
before me this 23rd day
of Feb., 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/2020

# PHYSICIAN'S RECOMMENDED RESTRICTIONS

Patient's Name: George Pervin S.S.#: ______________

Physician's Name: Jay Lance LaFleur, MD

IMPORTANT:

Please answer the following items based on your clinical evaluations, test results, and medical treatment history of the patient. Please note the patient's limitations with regard to a work setting where he/she would be required to work day after day, on a sustained and regular basis. If, in your opinion, there is a medical basis for the patient's alleged pain, please consider pain as a factor in determining appropriate limitations.

I. In an 8 hour work day, the patient can walk:

Less than ✓ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 hours

What medical conditions limit the patient's ability to walk?
Lumbar Stenosis
Lumbar Spondylosis

II. In an 8 hour work day, the patient can stand:

Less than ✓ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 hours

What medical conditions limit the patient's ability to stand?
Lumbar Stenosis
Lumbar Spondylosis

III. In an 8 hour work day, the patient can sit:

Less than ✓ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 hours

What medical conditions limit the patient's ability to sit?
Lumbar Stenosis
Lumbar Spondylosis

IV. In an 8 hour work day, the patient can lift/carry:

Occasionally a maximum of:

- ✓ less than 10 pounds
- ___ 11-20 pounds
- ___ 21-50 pounds
- ___ over 50 pounds

Frequently a maximum of:

- ✓ less than 10 pounds
- ___ 11-20 pounds
- ___ 21-50 pounds
- ___ over 50 pounds

What medical conditions limit the patient's ability to lift/carry? Lumbar Stenosis
Lumbar Spondylosis

V. Can the patient use hands for repetitive:

| | | |
|---|---|---|
| Simple grasping and handling? | ✓ Yes | ___ No |
| Pushing and pulling? | ___ Yes | ___ No N/A |
| Fine manipulation and fingering? | ___ Yes | ___ No N/A |

What medical conditions limit the patient's ability to use hands? Lumbar Stenosis
Lumbar Spondylosis

VI. Can the patient use feet for repetitive movements as in operating foot controls?
✓ Yes ___ No

What medical conditions limit the patient's ability to use feet? Lumbar Stenosis
Lumbar Spondylosis

VII. The patient is able to:

| | | | |
|---|---|---|---|
| Bend | ___ Frequently | ✓ Occasionally | ___ Never |
| Kneel | ___ Frequently | ✓ Occasionally | ___ Never |
| Squat | ___ Frequently | ✓ Occasionally | ___ Never |
| Crawl | ___ Frequently | ✓ Occasionally | ___ Never |
| Climb stairs | ___ Frequently | ✓ Occasionally | ___ Never |
| Climb ladders | ___ Frequently | ✓ Occasionally | ___ Never |
| Reach above shoulder level | ___ Frequently | ✓ Occasionally | ___ Never |

What medical conditions limit the patient's ability to engage in these activities?
Lumbar Stenosis
Lumbar Spondylosis

Additional Comments: ______

Signature ______ Date 2-27-20

# NOTE

**RE: Patient: George Pervin**
**Date of Birth:**

To whom it may concern:

This is to document that I am the above patient's treating physician, and as such, I am familiar with his overall medical condition and his medication regimen.

I have reviewed the attached Affidavit of this patient. The statements that he makes in his Affidavit regarding his physical condition, pain components, limitations due to pain, and the effects of his pain and condition are credible, consistent with and expected given his overall medical condition and my objective serial clinical physical examinations as well as all conducted objective diagnostic studies to date.

The patient's statements regarding prescribed medication and their side-effects are also consistent with common side-effects of the prescribed medication.

His complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents him from working in any occupation, even sedentary.

He has difficulty getting comfortable and prescribed medication provides only some pain relief. He has severe pains in his back.

Due to his physical condition, it is not reasonable to expect him to sit, walk or stand, even if alternating at will for a full 8-hour day. He is unable to engage in full time work, even if sedentary, on any sustained basis. Attempting to force himself to do so, or to intentionally persist in any activity that causes pain is not recommended, and will be detrimental to, and exacerbate his spinal condition and pain.

Due to his pain and the medications he needs to be taking as well, he will not function well mentally and will experience clouded thinking, slow reaction time and fatigue. Thus, he cannot reasonably be expected to accurately and adequately perform mental tasks.

Other effects of his medical condition and medication include disturbed sleeping patterns due to chronic pain and fatigue. Driving to and from work while taking his medications is not recommended because of the danger of sedation properties of the medicine causing delayed reactions.

His abilities, physical limitations and conditions are not expected to improve and rather are expected to continue to become worse with time.

It is my opinion that he is disabled from any type of gainful employment.

If any further information is needed on his behalf, please request same by written contact so that there is no possibility of miscommunication.

Sincerely,

[signature] 2-28-20
PHYSICIAN SIGNATURE DATE

Jay Lance LaFleur, MD
PHYSICIAN PRINTED NAME

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
E: support@jpricemcnamara.com
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

March 2, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909 & 603-334-5825

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re:** **Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

Dear Ms. Valliere,

I provide the following for consideration on administrative appeal:

1. Affidavit of George Pervin dated February 23, 2020.
2. Affidavit of Deborah Pervin (wife of George Pervin) dated February 23, 2020.
3. Memorandum from Dr. Jay Lance LaFleaur dated February 27, 2020.
4. Physician's Recommended Restrictions report from Dr. Jay Lance LaFleaur dated February 28, 2020

Please consider the attached documents in your review of this appeal

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/ask
Enclosures

**PARISH/COUNTY OF** Brazoria

**STATE OF** Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**DEBORAH PERVIN**

who after being duly sworn, did depose and state the following:

1. I am George Pervin's wife, and I help him with his care.
2. I observe him and converse with him every day.
3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of his Affidavit is true and is consistent with my observations of him.
5. The above is true and based upon personal knowledge.

[signature]
**DEBORAH PERVIN**

Sworn to and subscribed
before me this 23 day
of Feb, 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/202

**PARISH/COUNTY OF** Brazoria

**STATE OF** Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**GEORGE PERVIN**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. If I try to exceed the activities described below, my pain becomes unbearable and lasts for days after again restricting my activities as described below.

3. I take the following prescription medications, at the following dosages and intervals each day:
    1. Levothyroxine – 50mcg – 1 dose daily in the morning
    2. Celecoxig – 200mg – 1 dose daily in the morning
    3. HydroChlorothiazide – 12mg – 1 dose daily in the morning
    4. Lovastatin – 40mg – 1 dose daily in the morning
    5. AlloPurinol – 300mg – 1 dose daily in the morning
    6. Tamsulosin HCL – 0.4mg 1 dose daily in the morning
    7. MetFormin HCL XR – 500mg 1 dose daily in the morning
    8. Valsartan – 160mg 1 dose daily in the morning
    9. Hydromorphon – 4m 2 to 4 times daily
    10. Morphine Sulf ER -15mg 1 dose in daily in the morning and 1 dose at night
    11. Movantik – 25mg 1 dose every 3 days ass needed
    12. Acetaminophen – 500mg 2 – 3 doses daily as needed

4. Attached hereto as Exhibit 1 is an accurate list of my prescription medication.

5. Whether or not taking the above medications, I am unable to sit, walk or stand, even if alternating among these positions at will, for a combined total of more than two hours per day, without lying down in bed or in a recliner for an extended period of time, more than an hour, many times on a daily basis to relieve unbearable back pain.

6. I am unable to dress myself, and require my spouse's assistance to put on sock, shoes, underwear and pants.

7. With or without taking the above-referenced pain medications, my pain is severe, just more severe without taking them. Whether or not taking my medication, the physical effects of my medical condition and resulting pain as described above do not change.

8. The above-referenced pain medications, when taken, while helping somewhat with pain, cause me to be unable to perform adequately mentally. They cause my thinking to be clouded and slow, leading to errors and inability to keep pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They cause dizziness and fatigue. I also notice slowness in my physical reaction time, due to these medications, and in my driving as well. I also notice dizziness, lightheadedness and lack of coordination in walking.

9. The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps every day, or to doze off and fall asleep many times per day.

10. The above statements are all true and based upon personal knowledge.

**GEORGE PERVIN**

Sworn to and subscribed
before me this 23rd day
of Feb., 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/2020

## PHYSICIAN'S RECOMMENDED RESTRICTIONS

Patient's Name: George Pervin S.S.#: ______

Physician's Name: Jay Lance LaFleur, MD

IMPORTANT:

Please answer the following items based on your clinical evaluations, test results, and medical treatment history of the patient. Please note the patient's limitations with regard to a work setting where he/she would be required to work day after day, on a sustained and regular basis. If, in your opinion, there is a medical basis for the patient's alleged pain, please consider pain as a factor in determining appropriate limitations.

I. In an 8 hour work day, the patient can walk:

Less than ✓ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 hours

What medical conditions limit the patient's ability to walk?
Lumbar Stenosis
Lumbar Spondylosis

II. In an 8 hour work day, the patient can stand:

Less than ✓ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 hours

What medical conditions limit the patient's ability to stand?
Lumbar Stenosis
Lumbar Spondylosis

III. In an 8 hour work day, the patient can sit:

Less than ✓ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 hours

What medical conditions limit the patient's ability to sit?
Lumbar Stenosis
Lumbar Spondylosis

IV. In an 8 hour work day, the patient can lift/carry:

Occasionally a maximum of:

- ✓ less than 10 pounds
- ___ 11-20 pounds
- ___ 21-50 pounds
- ___ over 50 pounds

Frequently a maximum of:

- ✓ less than 10 pounds
- ___ 11-20 pounds
- ___ 21-50 pounds
- ___ over 50 pounds

What medical conditions limit the patient's ability to lift/carry?
Lumbar Stenosis
Lumbar Spondylosis

V. Can the patient use hands for repetitive:

| | | |
|---|---|---|
| Simple grasping and handling? | ✓ Yes | ___ No |
| Pushing and pulling? | ___ Yes | ___ No N/A |
| Fine manipulation and fingering? | ___ Yes | ___ No N/A |

What medical conditions limit the patient's ability to use hands?
Lumbar Stenosis
Lumbar Spondylosis

VI. Can the patient use feet for repetitive movements as in operating foot controls?
✓ Yes ___ No

What medical conditions limit the patient's ability to use feet?
Lumbar Stenosis
Lumbar Spondylosis

VII. The patient is able to:

| | | | |
|---|---|---|---|
| Bend | ___ Frequently | ✓ Occasionally | ___ Never |
| Kneel | ___ Frequently | ✓ Occasionally | ___ Never |
| Squat | ___ Frequently | ✓ Occasionally | ___ Never |
| Crawl | ___ Frequently | ✓ Occasionally | ___ Never |
| Climb stairs | ___ Frequently | ✓ Occasionally | ___ Never |
| Climb ladders | ___ Frequently | ✓ Occasionally | ___ Never |
| Reach above shoulder level | ___ Frequently | ✓ Occasionally | ___ Never |

What medical conditions limit the patient's ability to engage in these activities?

Lumbar Stenosis
Lumbar Spondylosis

Additional Comments: ______________________________

______________________________

______________________________

______________________________

Signature [signature]

2-27-20
Date

**NOTE**

**RE: Patient: George Pervin**
**Date of Birth:**

To whom it may concern:

This is to document that I am the above patient's treating physician, and as such, I am familiar with his overall medical condition and his medication regimen.

I have reviewed the attached Affidavit of this patient. The statements that he makes in his Affidavit regarding his physical condition, pain components, limitations due to pain, and the effects of his pain and condition are credible, consistent with and expected given his overall medical condition and my objective serial clinical physical examinations as well as all conducted objective diagnostic studies to date.

The patient's statements regarding prescribed medication and their side-effects are also consistent with common side-effects of the prescribed medication.

His complaints, clinical examination and all diagnostic studies also overwhelmingly and without question demonstrate severe disability which prevents him from working in any occupation, even sedentary.

He has difficulty getting comfortable and prescribed medication provides only some pain relief. He has severe pains in his back.

Due to his physical condition, it is not reasonable to expect him to sit, walk or stand, even if alternating at will for a full 8-hour day. He is unable to engage in full time work, even if sedentary, on any sustained basis. Attempting to force himself to do so, or to intentionally persist in any activity that causes pain is not recommended, and will be detrimental to, and exacerbate his spinal condition and pain.

Due to his pain and the medications he needs to be taking as well, he will not function well mentally and will experience clouded thinking, slow reaction time and fatigue. Thus, he cannot reasonably be expected to accurately and adequately perform mental tasks.

Other effects of his medical condition and medication include disturbed sleeping patterns due to chronic pain and fatigue. Driving to and from work while taking his medications is not recommended because of the danger of sedation properties of the medicine causing delayed reactions.

His abilities, physical limitations and conditions are not expected to improve and rather are expected to continue to become worse with time.

It is my opinion that he is disabled from any type of gainful employment.

If any further information is needed on his behalf, please request same by written contact so that there is no possibility of miscommunication.

Sincerely,

2-28-20

PHYSICIAN SIGNATURE DATE

Jay Lance LaFleur, MD

PHYSICIAN PRINTED NAME

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
E: support@jpricemcnamara.com
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 25, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909 & 603-334-5825

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re:** **Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

Dear Ms. Valliere,

Attached are Affidavits from claimant, George Pervin, and his wife Deborah Pervin.

Additional documents will follow under separate cover. Please do not initiate the review of this claim until evidence submission is concluded.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/stb
Enclosures

**PARISH/COUNTY OF** Brazoria

**STATE OF** Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**DEBORAH PERVIN**

who after being duly sworn, did depose and state the following:

1. I am George Pervin's wife, and I help him with his care.
2. I observe him and converse with him every day.
3. I have read his Affidavit, a copy of which is attached hereto as Exhibit 1.
4. The entirety of his Affidavit is true and is consistent with my observations of him.
5. The above is true and based upon personal knowledge.

**DEBORAH PERVIN**

Sworn to and subscribed
before me this 23 day
of Feb, 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/202

**PARISH/COUNTY OF** Brazoria

**STATE OF** Texas

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**GEORGE PERVIN**

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. If I try to exceed the activities described below, my pain becomes unbearable and lasts for days after again restricting my activities as described below.

3. I take the following prescription medications, at the following dosages and intervals each day:
    1. Levothyroxine – 50mcg – 1 dose daily in the morning
    2. Celecoxig – 200mg – 1 dose daily in the morning
    3. HydroChlorothiazide – 12mg – 1 dose daily in the morning
    4. Lovastatin – 40mg – 1 dose daily in the morning
    5. AlloPurinol – 300mg – 1 dose daily in the morning
    6. Tamsulosin HCL – 0.4mg 1 dose daily in the morning
    7. MetFormin HCL XR – 500mg 1 dose daily in the morning
    8. Valsartan – 160mg 1 dose daily in the morning
    9. Hydromorphon – 4m 2 to 4 times daily
    10. Morphine Sulf ER -15mg 1 dose in daily in the morning and 1 dose at night
    11. Movantik – 25mg 1 dose every 3 days ass needed
    12. Acetaminophen – 500mg 2 – 3 doses daily as needed

4. Attached hereto as Exhibit 1 is an accurate list of my prescription medication.

5. Whether or not taking the above medications, I am unable to sit, walk or stand, even if alternating among these positions at will, for a combined total of more than two hours per day, without lying down in bed or in a recliner for an extended period of time, more than an hour, many times on a daily basis to relieve unbearable back pain.

6. I am unable to dress myself, and require my spouse's assistance to put on sock, shoes, underwear and pants.

7. With or without taking the above-referenced pain medications, my pain is severe, just more severe without taking them. Whether or not taking my medication, the physical effects of my medical condition and resulting pain as described above do not change.

8. The above-referenced pain medications, when taken, while helping somewhat with pain, cause me to be unable to perform adequately mentally. They cause my thinking to be clouded and slow, leading to errors and inability to keep pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They cause dizziness and fatigue. I also notice slowness in my physical reaction time, due to these medications, and in my driving as well. I also notice dizziness, lightheadedness and lack of coordination in walking.

9. The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps every day, or to doze off and fall asleep many times per day.

10. The above statements are all true and based upon personal knowledge.

**GEORGE PERVIN**

Sworn to and subscribed before me this 23rd day of Feb., 2020.

SUSAN MARKS
Notary Public, State of Texas
Comm. Expires 11-30-2020
Notary ID 611957

Susan Marks
NOTARY PUBLIC
Notary/Bar No.: 611957
My Commission Expires 11/30/2020

Kroger

**Customer Statement Report**

**Date Range: 2019-12-24 to 2020-01-30**

Patient: GEORGE PERVIN
Date of Birth: [redacted]
Address:

Statement prepared at: Kroger.com

| Fill Date | RX # | Drug Name | NDC # | Qty | Days Supply | Prescriber Name | Insurer(s) | TP Auth # | Insurance Amount | Patient Resp | Total Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | 03400321-6741247 | LOVASTATIN 40 MG TABLET | 68180-0469-03 | 30 | 30 | Ryan Jennings | Nmhc Rx | 200274318029026999 | $10.24 | $0 | $10.24 |
| 01/21/2020 | 03400321-6723000 | VALSARTAN 160 MG TABLET | 62332-0046-90 | 30 | 30 | Ryan Jennings | Nmhc Rx | 200131905078019999 | $27.84 | $5 | $32.84 |
| 01/21/2020 | 03400321-2348667 | HYDROmorphone 4 MG TABLET | 00406-3244-01 | 120 | 30 | Lance Lafleur | Nmhc Rx | 200162264951006998 | $9.95 | $5 | $14.95 |
| 01/12/2020 | 03400321-6695260 | metFORMIN HCL XR 500 MG TABLET | 67877-0159-05 | 30 | 30 | Ryan Jennings | Nmhc Rx | 200092878389046999 | $0.99 | $5 | $5.99 |
| 01/12/2020 | 03400321-6716085 | TAMSULOSIN HCL 0.4 MG CAPSULE | 68382-0132-10 | 30 | 30 | Peter Hinh | Nmhc Rx | 200112089559035999 | $6.83 | $5 | $11.83 |
| 01/12/2020 | 03400321-6695252 | hydroCHLOROthiazide 12.5 MG TABLET | 00228-2820-11 | 30 | 30 | Ryan Jennings | Nmhc Rx | 200092878745009998 | $5.63 | $5 | $10.63 |
| 01/12/2020 | 03400321-6695262 | ALLOPURINOL 300 MG TABLET | 55111-0730-05 | 30 | 30 | Ryan Jennings | Nmhc Rx | 200092878588044999 | $11.31 | $5 | $16.31 |
| 01/12/2020 | 03400321-2348665 | morphine SULF ER 15 MG TABLET | 42858-0801-01 | 60 | 30 | Jay Lafleur | Nmhc Rx | 200112265885007999 | $11.91 | $5 | $16.91 |
| 01/12/2020 | 03400321-6695255 | LEVOTHYROXINE 50 MCG TABLET | 69238-1831-07 | 30 | 30 | Ryan Jennings | Nmhc Rx | 200092878873008999 | $6.12 | $5 | $11.12 |
| 01/02/2020 | 03400321-6728224 | CELECOXIB 200 MG CAPSULE | 13668-0442-05 | 30 | 30 | Ryan Jennings | Nmhc Rx | 200021906604041999 | $17.33 | $5 | $22.33 |
| 12/30/2019 | 03400321-6720041 | LOVASTATIN 40 MG TABLET | 68180-0469-03 | 30 | 30 | Ryan Jennings | Nmhc Rx | 193612925041001999 | $10.34 | $0 | $10.34 |
| 12/24/2019 | 03400321-6695258 | MOVANTIK 25 MG TABLET | 00310-1970-30 | 30 | 30 | Jay Lafleur | Nmhc Rx Therapy First Discount Card | 193554765991006999 | $295.3 | $0 | $295.3 |
| 12/24/2019 | 03400321-6695266 | LOSARTAN POTASSIUM 100 MG TAB | 68382-0137-10 | 30 | 30 | Ryan Jennings | Nmhc Rx | 193541908896041999 | $6.46 | $5 | $11.46 |

| Totals: | Number of Prescriptions Filled | Insurance Amount | Patient Responsibility | Total Amount |
|---|---|---|---|---|
| | 13 | $420.25 | $50.00 | $470.25 |

Disclaimer: "May not reflect all prescription records and may include prescriptions filled at multiple pharmacies"

**Confidential Information** **01/30/2020 10:18 PM EST**

Exhibit 1 to George Pervin Affidavit

# CURRICULUM VITAE
# PAUL E. STANDER, MD, MBA, HMDC, FACP

Offices: Phoenix Veterans Affairs Medical Center
650 E Indian School Rd
Phoenix, AZ 85012
(602) 277-5551 ext. 5357

Banner University Medical Center - Phoenix
Department of Medicine
1111 E. McDowell Rd
Phoenix, AZ 85006

Hospice of the Valley
1510 East Flower St
Phoenix, AZ 85014
(602) 530-6900

**CURRENT POSITION**

Associate Chief of Staff, Geriatrics and Extended Care
Phoenix Veterans Affairs Medical Center
Phoenix, AZ 85012

Program Director – Geriatric Medicine Fellowship Program
University of Arizona – Phoenix, College of Medicine

Medical Director, Gardiner Home Palliative Care Unit
Hospice of the Valley
Phoenix, Arizona

6-10-19

## ACADEMIC APPOINTMENTS

Clinical Professor of Medicine
University of Arizona College of Medicine - Phoenix
Program Director, Geriatric Medicine Fellowship
Banner University Medical Center/Phoenix Veterans Affairs Health System

## CERTIFICATION

| | |
|---|---|
| 3/81: | National Board of Medical Examiners |
| 9/83: | Diplomate, American Board of Internal Medicine |
| 4/88: | Certificate of Added Qualifications in Geriatric Medicine |
| 11/98: | Recertified, Geriatric Medicine, American Board of Internal Medicine |
| 9/16: | Recertified, Geriatric Medicine, American Board of Internal Medicine |
| 1/99: | Certified, American Board of Hospice & Palliative Medicine |
| 1/07: | Recertified, American Board of Hospice & Palliative Medicine (Expired 2012) |
| 5/14: | Certified, Hospice Medical Director |

## LICENSURE

| | |
|---|---|
| January 1983 – Present: | Arizona #13780 |
| February 2007 – December 2012: | Colorado #45323 |
| October 2010 – December 2012: | Nebraska #25933 |
| July 1981-1983: | Wisconsin #23877 |

## PROFESSIONAL ORGANIZATIONS

Fellow, American College of Physicians
Society of Hospital Medicine
American Academy of Hospice and Palliative Medicine
American Geriatrics Society

## ANCILLARY POSITIONS

1. Reviewer-Annals of Internal Medicine
2. Faculty Member – American Institute for Advanced Professional Studies
   Geriatrics Board Review Course
   Multiple Choice Questions and Case Reviewer
3. Chairman, Education Committee
   Joint Task Force on End – of – Life Care
   Arizona Medial Association/Arizona Osteopathic Medical Association
   Arizona Hospital Association/Thoughtful Conversations
4. Independent Consultant – Lincoln Financial Group, Disability Claims

## UNDERGRADUATE EDUCATION

9/72 - 5/76: Cornell University, B.A. Biology
Ithaca, New York

9/76 - 6/80: Jefferson Medical College of Thomas Jefferson University
Philadelphia, Pennsylvania

## GRADUATE EDUCATION

7/80 - 6/81: Internship-Internal Medicine
Medical College of Wisconsin
Milwaukee, Wisconsin

7/81 - 6/83: Residency-Internal Medicine
Medical College of Wisconsin
Milwaukee, Wisconsin

1/84 - 6/85: Preventive Medicine Resident
University of Arizona
Tucson, Arizona

7/95 - 10/97: Master of Business Administration
University of Phoenix, Phoenix, Arizona

## HEALTH MANAGEMENT TRAINING

June, 2013: Harvard Clinical Bioethics Course
Harvard Medical School
Cambridge, Massachusetts

May, 2009 & Nov, 2009: Program in Palliative Care Education and Practice
Harvard Medical School Center for Palliative Care
Cambridge, Massachusetts

August, 2008: Summer Seminar in Healthcare Ethics
University of Washington School of Medicine
Seattle, Washington

July 1997-Fall 1998: Good Samaritan Regional Medical Center Team Leader
Breakthrough Series Collaborative to Improve End of Life Care, Sponsored by: Institute for Healthcare Improvement, Boston, MA

March 1996-May 1997: Good Samaritan Regional Medical Center
Breakthrough Series Collaborative to Improve Outcomes and Reduce Costs in Adult ICU Care, Sponsored by: Institute for Healthcare Improvement, Boston, MA

January 22-23, 1996: Breakthrough Series Collaborative to Reduce Adverse Drug Events and Medical Errors,
Sponsored by: Institute for Healthcare Improvement
Boston, MA

| | |
|---|---|
| Fall 1995: | Managed Care University<br>Samaritan Health System,<br>Phoenix, Arizona |
| August 16-19, 1995: | Mastering Medical Care Seminar<br>Physician Leadership Types and the Art of Patient Management<br>Scottsdale, Arizona |
| February 7-10, 1995: | Leading Clinical Quality Improvement<br>The Healthcare Forum<br>Pasadena, California |
| February - Oct 1994: | Samaritan Physician Leadership Institute<br>School of Health Administration and Policy, Arizona State University<br>Tempe, Arizona |
| Aug 1993 - Nov 1993: | Advanced Training Program - Health Care Delivery Improvement<br>Intermountain Health Care<br>Salt Lake City, Utah |
| June, 1992: | Financial Accounting (Accounting 502)<br>Arizona State University Graduate School of Business<br>Tempe, AZ |
| Feb 25-Mar 1, 1991: | Physician Leadership Institute-Week 4 |
| Oct 29-Nov 2, 1990: | Physician Leadership Institute-Week 3<br>Sponsored jointly by:<br>Arizona State University<br>Western Network for Education in Health Administration<br>American College of Physician Executives |
| April, 1988: | Physician in Management I<br>American Academy of Medical Directors |
| July, 1984: | Epidemiology Summer Session<br>University of Minnesota School of Public Health<br>Minneapolis, MN |

**PAST EXPERIENCE**

| | |
|---|---|
| 1/1/16 – 12/31/17 | Chief of Service<br>Department of Medicine<br>Banner University Medical Center - Phoenix |
| 5/93 – 5/14: | Chief Medical Officer<br>Banner Good Samaritan Medical Center<br>Phoenix, AZ |

| | |
|---|---|
| 3/85 - 3/98: | Attending Physician<br>Kivel Geriatric Center<br>Division of Geriatrics<br>Department of Medicine<br>Maricopa Integrated Health System<br>Phoenix, Arizona |
| 3/88 - 8/93: | Medical Director, Outpatient Clinic,<br>Associate Director Internal Medicine Residency<br>Good Samaritan Regional Medical Center |
| 11/85 - 3/88: | Chairman, Dept. of Community Medicine<br>Medical Director, Division of Ambulatory Care<br>Clinical Director, Maricopa Ambulatory Care Center<br>Maricopa County Department of Health Services |
| 5/85 - 11/85: | Acting Medical Director, Maricopa Health Plan<br>Associate Medical Director, Division Public Health<br>Maricopa County Department of Health Services |
| 7/83 - 5/85: | National Health Service Corps Scholar<br>Clinical Director, Correctional Health Services<br>Maricopa County Department of Health Services |
| 1985-1992 | Accreditation Surveyor<br>Accreditation Association for Ambulatory Health Care<br>Skokie, Illinois |
| 1985-1993 | Utilization Review Auditor<br>National Medical Audit<br>San Francisco, California |

**MAJOR COMMITTEE APPOINTMENTS**

| | |
|---|---|
| August, 2016 – Present: | Clinical Executive Board<br>Medical Executive Board<br>Quality Executive Board<br>Professional Standards Board<br>Physician Peer Review Committee<br>Executive Cancer Committee<br>Integrated Ethics Committee<br>Chairman, Multidisciplinary Tumor Board<br>Phoenix Veterans Affairs Medical Center |
| May 3-4, 2016: | Panel Member - Joint Meeting of the FDA Anesthetic and Analgesic Advisory Committee and the Drug Safety and Risk Management Advisory Committee on the use of opioids for Chronic Non-Cancer Pain<br>Food and Drug Administration |
| 8/15 – Present: | Medical Advisory Panel<br>National Pharmacy Benefits Management Service |

| | |
|---|---|
| | Veterans Administration Health System |
| 1988 – Present: | Bioethics Committee |
| | Banner University Medical Center – Phoenix |
| 1988 – 2016 | Medical Staff Executive Committee |
| | Medical Staff Credentials Committee |
| | Pharmacy and Therapeutics Committee |
| | Banner University Medical Center – Phoenix |
| 1988 - 1993: | Quality Assurance Committee |
| | Chairman, Utilization Management Committee |
| | Medical Education Committee |
| | Good Samaritan Medical Center – Phoenix, AZ |
| 1985-88: | Medical Council (Executive Committee) |
| | Quality Assurance Committee |
| | Pharmacy and Therapeutics Committee |
| | Maricopa Medical Center – Phoenix, AZ |

## AWARDS

| | |
|---|---|
| 1975-76: | Dean's List, Cornell University |
| 1986: | Physician's Recognition Award |
| | American Medical Association |
| 1998: | Paul L. Singer Award Nominee for Distinguished |
| | Community Service-Samaritan Health System |
| February, 2015: | Society of Hospital Medicine |
| | Honorable Mention |
| | Choosing Wisely Campaign |
| | Reduction of Unnecessary Blood Transfusions |
| | Banner University Medical Center |

## COMMUNITY ORGANIZATIONS

Board of Directors – Vitalant, Inc (formerly Blood Systems, Inc)
Scottsdale, AZ
2010 – Present

Board of Directors
American Israel Public Affairs Committee – Phoenix Chapter
Phoenix, AZ
2010 – Present

Board of Directors (Chairman as of 1/17)
Jewish Family and Children's Services
Phoenix, AZ
2011 – Present

## ACADEMIC PRESENTATIONS

1. Prevalence of Antibody to Human Immunodeficiency Virus Among Drug Abusers in an Urban County Jail. Presented October 12, 1984 at the National Conference on Correctional Health Care, Chicago, Illinois
2. Innovative Efforts to Incorporate Ambulatory Medicine Training Into Internal Medicine Residency Training. Presented February 22, 1991 at Mountain West Regional Meeting of the Society of General Internal Medicine, Tucson, Arizona
3. Quality Improvement in the Use of Inhaled Bronchodilators. Stander PE, Jackson T Presented February 16, 1995 at Mountain West Regional Meeting of the Society of General Internal Medicine, Phoenix, Arizona.
4. Enhancing Physician Cooperation with Case Management Programs. Presented March 28, 1995 at Case Management '95, Scottsdale, Arizona
5. Managed Care University, Samaritan Health System, Phoenix, Arizona.
   Quality Improvement in Respiratory Therapy CQI in Clinical Medicine.
   Presented at Governor's October 25, 1995, Mesa, Arizona.
6. Guest Lecturer - Managing the Health of Populations. November 5, 1994, and November 6, 1995, Health Services Administration 598 - The Organization and Management of Health Care Organizations. Arizona State University.
7. Successful Applications of NRMI 2 Data. Presented June 7 and 8, 1996 at Investigator-Coordinator Meeting of National Registry of Myocardial Infarction 2, Seattle, Washington. Presented November 1 and 2, 1996 at Investigator-Coordinator Meeting of National Registry of Myocardial Infarction 2, Chicago, Illinois.
8. Models of Cardiac Care Under Managed Care: Future Shock or Present Day Reality? Presented at CME Workshop sponsored by Mutual Insurance Company of Arizona entitled Diagnosis of MI: Avoiding Liability. October 26, 1996 Phoenix, Arizona.
9. Clinical Pathways, Care Standardization and Error Reduction in Health Care. Presented at American College of Physicians Update in Clinical Medicine Conference, November 13, 1996, Scottsdale,
10. Impact of Managed Care on Clinical Research. Presented January 21, 1997 at conference entitled Protection of Human Subjects in Research sponsored by Arizona State University, Tempe, Arizona.
11. If You Can't Measure It, You Can't Fix It. Presented April 25, 1997 at Annual Meeting of Arizona Association for Healthcare Quality in Tempe, Arizona.
12. Avoiding Predictable Complications in the ICU-Concurrent Session.
    Accelerating Change in Your Organization-Panel Discussion. Presented at National Congress on Improving Outcomes and Reducing Cost of Adult ICU Care, sponsored by Institute for Healthcare Improvement. May 8 and 9, 1997, St. Louis, Missouri.
14. New Approaches for Caring for Patients at the End of Life:
    1998 Arizona State Nursing Association 9/25/98.
    Grand Rounds Sun Health Hospital System 9/01/98.
    Annual Meeting Arizona Geriatrics Association 11/14/98.

## RESEARCH EXPERIENCE

Principal Investigator, Good Samaritan Regional Medical Center
Modern Approach to the Treatment of Hypertension Trial 1988-90
Multicenter trial of Nifedipine GITS for hypertension

Principal Investigator, Desert Center for Clinical Research
Hormone Replacement Therapy Trial 1990-92
Multicenter trial of four dosage combinations of ethinyl estradiol and norethindrone acetate for preventions of osteoporosis

Principal Investigator, Desert Center for Clinical Research
Evaluation of new dosage regimen of pentoxifylline for symptomatic peripheral vascular disease 1990-92

Principal Investigator, Desert Center for Clinical Research
Evaluation of ketoprofen and ibuprofen for over-the-counter use 1991

Principal Investigator, Good Samaritan Regional Medical Center, Amlodipine Cardiovascular Community Trial multicenter trial of amlodipine for hypertension 1991-93

## PUBLICATIONS

1.Co-Author, Posters:
    a. Residency Education for Communication in Serious Illness
    b. Hormonal Management of Castrate Resistant Metastatic Prostate Cancer
   Annual Meeting, Southwest Region, Society of General Internal Medicine
   October 12, 2018 Salt Lake City, Utah
2. Stander PE, Fischler R: End of Life Care in Arizona – Where Do We go From Here? Joint ArMA/AOMA Task Force on End of Life Issues. Arizona Physician; March 2017.
3. Stander P. March 2013 Critical Care Journal Club. Southwest J Pulm Crit Care. 2013;6(4):168-9.
4. Hospital Medicine Consensus Reports, January 1, 2005 Optimizing Antibiotic Selection for CAP and CAUTI in the Emergency Department and Hospital Setting: A Systematic Review and Evidence-Based Treatment Recommendations – Year 2005 Update (Co-Author)
5. Primary Care Consensus Reports, March 1, 2004 v Acute Bacterial Rhinosinusitis: Patient Assessment, Risk Stratification, Referral Strategies, and Outcome-Effective Antibiotic Selection
6. Hospital Medicine Consensus Reports, July 1, 2003Selection of Cephalosporins, Macrolides, and Advanced Generation Fluoroquinolones (AFQs) for Acute Bacterial Exacerbations of Chronic Bronchitis (ABECB) (Co-Author)
7. Krakoff LR, Bravo EL, Tuck ML, Friedman CP, and the Modern Approach to the Treatment of Hypertension (MATH) Study Group. Nifedipine gastrointestinal therapeutic system in the treatment of hypertension. AM J Htn; Dec 1990; 3:12

8. Richesen RB, Stander, PE. Allergic Bronchopulmonary Aspergillosis. Postgraduate Medicine, 88:3, 217-224. Sept 1, 1990.
9. Piatt MK, Guidry J, Stander PE: Reducing the risks of anticholinergic medications. Senior Patient, 2:8, 48-51, August, 1990.
10. Stander, PE: Making the most of your nursing home rounds. Senior Patient, 2:4, 44-47, April, 1990.
11. Stander, PE: Polymyalgia Rheumatica, clinical features and management. Postgraduate Medicine, 86:5, 131-138 Oct, 1989.
12. Stander, PE: Tips on treating pneumonia in the nursing home. Senior Patient, 1:2, March/April, 1989.
13. Stander PE: Anemia in the Elderly, Postgraduate Medicine, 85:2, 85-96, Feb 1, 1989.
14. Stander PE, Shaw G: Clinical Pathologic Conference. Samaritan Medicine, 7:1, Winter, 1989.
15. Stander PE, Chang D, Gorvetzian J, Reidy B, Riffer E: A look at the literature. Samaritan Medicine, 7:1, Winter, 1989.
16. Stander PE, Wadas D, Sosnow B: Clinical Pathologic Conference. Samaritan Medicine, 6:4, Fall, 1988.
17. Stander PE, Potenza B, Briscoe J, Chang D, Piatt MK: A look at the literature. Samaritan Medicine 6:4, Fall, 1988.
18. Stander PE, Levine B, Esplin C, Dodge A: Clinical Pathologic Conference, Samaritan Medicine 6:3, Summer, 1988.
19. Stander PE, Yates GR, Modification of Physician Prescribing of H2 Receptor Antagonists: A Quality Assurance Model, Quality Review Bulletin, 14:7, July, 1988.
20. Stander PE, Guidry JA: Theophylline Toxicity, Care Report and Brief Review. Samaritan Medicine 5:4, Fall, 1987.
21. White TM, Bernene JL, Stander PE, Ditchek T, Jarrett P: Clinical Pathologic Conference. Samaritan Medicine 5:2, Spring, 1987.

**TEXTBOOK**

1. Gideon Bosker, MD, Paul E. Stander, MD: Quick Consult Manual of Primary Care Medicine, Little Brown and Company 1997

**ABSTRACTS**

1. Stander PE, Jackson T: Quality improvement in the use of inhaled bronchodilator therapy. Journal of General Internal Medicine, Supplement to 10:4, p. 83, April 1995.

**EDITORIAL REVIEWS PUBLISHED IN AMBULATORY MEDICINE LETTER**

1. Should routine screening be done for hemochromatosis? Amb Med Letter, 1:5, July 1, 1988.
2. Risks to health care workers from patients with unrecognized HIV infection. Amb Med Letter, 1:6 July 15, 1988.
3. Salutary effects of outpatient captopril therapy after acute anterior myocardial infarction. Amb Med Letter, 1:8, Aug 15, 1988.

4. Minimizing risks and assessing complications from antiarrhythmic therapy. Amb Med Letter, 1:9, Sept 1, 1988.
5. Who should be tested for gonorrhea? Amb Med Letter, 1:10, Sept 15, 1988.
6. Social support important for functional recovery after hip fracture, Amb Med Letter, 1:11, Oct, 1988.
7. Nonsteroidal anti-inflammatory drugs-more questions about safety, Amb Med Letter, 1:12, Oct 15, 1988.
8. Advantages of enalapril therapy in the treatment of hypertension in patients with Type II diabetes. Amb Med Letter, 1:15, Dec 1, 1988.
9. Chronic fatigue syndrome-has its frequency been overstated? Amb Med Letter, 1:15, Dec 1, 1988.
10. Famotidine superior to cimetidine when used with theophylline. Amb Med Letter, 1:15, Dec 1, 1988.
11. Optimizing management of angina with combination therapy. Amb Med Letter, 2:1, Jan 1, 1989.
12. From flexible sigmoidoscopy to colonoscopy: the slippery slope. Amb Med Letter, 2:2, Jan 15, 1989.
13. Outpatient diagnostic evaluation of the carotid arteries: whither and how. Amb Med Letter, 2:2, Jan 15, 1989.
14. Cyclobenzaprine efficacious in fibrositis. Amb Med Letter, 2:3, Feb 1, 1989.
15. Evaluation of renal function in ambulatory elderly. Amb Med Letter, 2:5, March 1, 1989.
16. Office blood pressure readings-more questions raised. Amb Med Letter, 2:6, March 15, 1989.
17. Salsalate less toxic to the gastrointestinal tract than enteric-coated aspirin. Amb Med Letter, 2:7, April 1, 1989.
18. Eat 'til you drop: postprandial blood pressure decline in healthy elderly individuals. Amb Med Letter, 2:7, April 1, 1989.
19. Streptokinase versus tissue-plasminogen activator: a matter of muscle and money. Amb Med Letter, 2:9, May 1, 1989.
20. Anticholinergic therapy advantageous for refractory chronic lung disease. Amb Med Letter, 2:9 May 1, 1989.
21. Chlorpromazine superior to meperidine in treating acute migraine. Amb Med Letter, 2:9, May 15, 1989.
22. Chronic cough: hacking away at the problem. Amb Med Letter, 2:11, June 1, 1989.
23. Constipation in the elderly-perception versus reality. Amb Med Letter, 2:12, June 15, 1989.
24. Patients with chest pain and normal coronaries. Amb Med Letter, 2:13, July 1, 1989.
25. Encouraging results with aspirin use in multi-infarct dementia. Amb Med Letter, 2:14, July 15, 1989.
26. Fundoscopic examination of little utility in mild hypertension. Amb Med Letter, 2:14, July 15, 1989.
27. Surface temperature is a useful discriminator between septic and nonseptic olecranon bursitis. Amb Med Letter, 2:16, August 15, 1989.

28. Campylobacter pylori and acid peptic disorders. Amb Med Letter, 2:16, August 15, 1989.
29. Capsaicin therapy effective for postherpetic neuralgia. Amb Med Letter, 2:17, September 1, 1989.
30. Lowering diastolic blood pressure: more reduction may produce less clinical benefit. Amb Med Letter, 2:18, September 15, 1989.
31. Office assessment of urinary incontinence: test of an algorithm. Amb Med Letter, 2:19, October 1, 1989.
32. Presentation of community-acquired pneumonia in the elderly. Amb Med Letter, 2:20, October 15, 1989.
33. Empiric therapy safe for uncomplicated dyspepsia. Amb Med Letter, 2:21, November 1, 1989.
34. Evaluation of patients with unexplained chronic dyspnea. Amb Med Letter, 2:22, November 15, 1989.
35. Omeprazole: a new therapy for gastric hypersecretory states. Amb Med Letter, 2:24, December 15, 1989.
36. Long term effects of zidovudine therapy for AIDS and ARC. Amb Med Letter, 2:24, December 15, 1989.
37. Calcium channel blockers are not cardioprotective. Amb Med Letter, 3:1, January 1, 1990.
38. Benzodiazepines and hip fracture: the long and short of it. Amb Med Letter, 3:3, February 1, 1990.
39. Severe cutaneous reactions are rare with commonly used outpatient medications. Amb Med Letter, 3:4, February 15, 1990.
40. Sexual function in the elderly: forgotten but not gone. Amb Med Letter, 3:5, March 1, 1990.
41. Women at unusually high risk for breast cancer identified. Amb Med Letter, 3:6, March 15, 1990.
42. Acyclovir may be effective for therapy for selected patients with early herpes simplex labialism. Amb Med Letter, 3:7, April 1, 1990.
43. Ciprofloxacin effective in selected patients with acute diarrheal illness. Amb Med Letter, 3:8, April 15, 1990.
44. Low intensity anticoagulation is safe and effective in patients with mechanical heart valves. Amb Med Letter, 3:8, April 15, 1990.
45. Methotrexate found more effective than gold in the treatment of rheumatoid arthritis. Amb Med Letter, 3:9, May 1, 1990.
46. Which nonsteroidal anti-inflammatory drug is safest in patients with renal insufficiency? Amb Med Letter, 3:10, May 15, 1990.
47. Earlier outpatient therapy for deep venous thrombosis. Amb Med Letter, 3:11, June 1, 1990.
48. Left ventricular hypertrophy noted on echocardiogram predicts higher incidence of cardiovascular morbidity. Amb Med Letter, 3:12, June 15, 1990
49. Management of hypercholesterolemia in the elderly. Amb Med Letter, 3:13, July 1, 1990.
50. Here comes the sun: melanoma risk reduction should begin in children. Amb Med Letter, 3:14, July 15, 1990.

51. Warfarin improves long-term mortality and morbidity after myocardial infarction. Amb Med Letter, 3:16, Aug 15, 1990.
52. Increased thyroxine requirements in hypothyroid women during pregnancy. Amb Med Letter, 3:16, Aug 15, 1990.
53. Methotrexate reduces steroid requirement in asthma. Amb Med Letter, 3:17, Sept 1, 1990.
54. Intra-patient variabilities in serum lipid measurements must be recognized to ensure appropriate management of hypercholesterolemia. Amb Med Letter, 3:18, Sept 15, 1990.
55. Managing sleepless nights-are we doing the right things? Amb Med Letter, 3:19, Oct 1, 1990.
56. Lack of efficacy of ciprofloxacin for non-gonococcal urethritis. Amb Med Letter, 3:20, Oct 15, 1990.
57. Long-term replacement therapy for hypothyroidism is not necessary in all individuals. Amb Med Letter, 3:22, Nov 15, 1990.
58. Medications may cause syncope more often than recognized. Amb Med Letter, 3:24, Dec 15, 1990.
59. Ear wax removal: some sound advice. Amb Med Letter, 4:1, Jan 1, 1991.
60. Distinguishing between pneumocystis pneumonia and other respiratory infections in the outpatient setting. Amb Med Letter, 4:3, Feb 1, 1991.
61. The J-shaped curve-does it truly exists? Amb Med Letter, 4:4, Feb 1, 1991.
62. Which lesions noted on mammography should be biopsied? Amb Med Letter, 4:6, March 15, 1991.
63. Conservative measures for the management of gastroesophageal reflux disease. Amb Med Letter, 4:7, April 1, 1991.
64. Sublingual captopril effective for hypertensive emergencies. Amb Med Letter, 4:8, April 15, 1991.
65. Risk assessment for falling should be part of strategy to reduce hip fractures. Amb Med Letter, 4:10, May 15, 1991.
66. Hemochromatosis may explain abnormal liver biochemical profiles. Amb Med Letter, 4:11, June 1, 1991.
67. Significant benefit shown for carotid endarterectomy in symptomatic patients with severe carotid stenosis. Amb Med Letter, 4:12, June 15, 1991.
68. Conclusive evidence indicates benefits for treating isolated systolic hypertension in the elderly. Amb Med Letter, 4:13, July 1, 1991.
69. Diuretics and the risk of hip fracture-a washout? Amb Med Letter, 4:14, July 15, 1991.
70. Enalapril shown to improve survival in patients with mild to moderate heart failure. Amb Med Letter, 4:15, Aug 1, 1991.
71. Aminophylline for acute bronchospasm - time to reassess? Amb Med Letter, 4:17,Sept 1, 1991.
72. More evidence that estrogen reduces risk of cardiovascular disease in postmenopausal women. Amb Med Letter, 4:18, Sept 15, 1991.
73. Pelvic muscle exercises effective in management of urinary incontinence. Amb Med Letter, 4:18, Sept 15, 1991.
74. Steroid injections of questionable efficacy for chronic low back pain. Amb Med Letter, 4:20, Oct 15, 1991.

75. Putting a bag in your ear: antibiotic therapy for acute otitis media in adults. Amb Med Letter, 4:21, Nov 1, 1991.
76. Capsaicin may be effective for painful diabetic neuropathy. Amb Med Letter, 4:22, Nov 15, 1991.
77. Hydrocodone: safe and effective for the management of acute musculoskeletal pain. Amb Med Letter, 4:22, Nov 15, 1991.
78. Single dose cefixime efficacious for treatment of uncomplicated gonorrhea. Amb Med Letter, 4:23, Dec 1, 1991.
79. Appropriate treatment of skin biopsy sites can speed healing and lessen discomfort. Amb Med Letter, 4:23, Dec 1, 1991.
80. Early assessment of efficacy and toxicity of didanosine (ddl). Amb Med Letter, 5:1, Jan 1, 1992.
81. Fluconazole effective in preventing thrush in patients with AIDS. Amb Med Letter, 5:2, Jan 15, 1992.
82. Complete blood counts of limited use in ambulatory patients. Amb Med Letter, 5:3, Feb 1, 1992.
83. Early physician intervention may have beneficial long-term effect among alcoholics. Amb Med Letter, 5:4, Feb 15, 1992.
84. Vitamin D may reduce osteoporotic fractures in postmenopausal women. Amb Med Letter, 5:4, Feb 15, 1992.
85. Substantiating a folk remedy: yogurt may be effective for recurrent vaginal candidiasis. Amb Med Letter, 5:5, March 10, 1992.
86. Sigmoidoscopy appears efficacious in reducing mortality from colorectal cancer. Amb Med Letter, 5:6, March 25, 1992.
87. Trimethoprim-sulfamethoxazole appears most effective for prophylaxis against Pneumocystis carinii pneumonia. Amb Med Letter, 5:7, April 10, 1992.
88. Osteoarthritis of the knee-just walk away from the problem. Amb Med Letter, 5:8, April 25, 1992.
89. Rate of change of prostate-specific antigen levels may help in detection of prostate cancer. Amb Med Letter, 5:9, May 10, 1992.
90. A common sense approach to anemia in the elderly. Amb Med Letter, 5:10, May 25, 1992.
91. Assessment and treatment for hearing impairment essential in the elderly. Amb Med Letter, 5:10, May 25, 1992.
92. Pravastatin found to be highly effective for familial hypercholesterolemia. Amb Med Letter, 5:11, June 10, 1992.
93. Medical therapy may yield symptomatic improvement in men with prostatic hypertrophy. Amb Med Letter, 5:12, June 25, 1992.
94. Spermicidal jelly can reduce rate of gonococcal and chlamydia infections. Amb Med Letter, 5:12, June 25, 1992.
95. Single-dose metronidazole is the treatment of choice for bacterial vaginosis. Amb Med Letter, 5:14, July 25, 1992.
96. Insulin plus oral agent offers limited benefit in treatment of Type II diabetes. Amb Med Letter, 5:14, July 25, 1992.
97. Nifedipine and captopril found to be equally effective in slowing progression of chronic renal failure. Amb Med Letter, 5:15,. Aug 10, 1992.

98. Temporal arteritis: can clinical parameters be used instead of biopsy to make diagnosis? Amb Med Letter, 5:15, Aug 10, 1992.
99. Inhaled corticosteroids can be effective for chronic bronchitis. Amb Med Letter, 5:16, Aug 25, 1992.
100. Oral acyclovir can decrease severity of illness in adult varicella. Amb Med Letter, 5:17, Sept 10, 1992.
101. Can angiotensin-converting enzyme inhibitors be used to prevent congestive heart failure? Amb Med Letter, 5:18, Sept 25, 1992.
102. The role of quinine and vitamin E in the treatment of nocturnal leg cramps. Amb Med Letter, 5:18, Sept 25, 1992.
103. Lovastatin favored over gemfibrozil in head-to-head comparison in patients with adverse lipid profiles. Amb Med Letter, 5:18, Sept 25, 1992.
104. Long-term maintenance therapy recommended for many cases of depression. Amb Med Letter, 5:19, Oct 10, 1992.
105. Effective strategies for screening and chemoprophylaxis of tuberculosis. Amb Med Letter, 5:20, Oct 25, 1992.
106. Tacrine found to be effective on some patients with Alzheimer's dementia. Amb Med Letter, 5:21, Nov 10, 1992.
107. Judging cancer risk in patient with thyroid nodules. Amb Med Letter, 5:22, Nov 25, 1992.
108. Combination nocturnal insulin/oral hypoglycemic therapy offers advantages in the management of Type II diabetes mellitus. Amb Med Letter, 5:22, Nov 25, 1992.
109. Home glucose monitoring in diabetics: what accounts for the discrepancy with office reading. Amb Med Letter, 5:23, Dec 10, 1992.
110. New insights into the pathogenesis and treatment of endometriosis. Amb Med Letter, 5:24, Dec 25, 1992.
111. Toward the optimal use of phenytoin. Amb Med Letter, 5:24, Dec 25, 1992.
112. Ferrous sulfate may interfere with replacement thyroid hormone in patients with hypothyroidism. Amb Med Letter, 6:1, Jan 10, 1993.
113. Understanding the appropriate use of the rheumatoid factor in patients with rheumatic disorders. Amb Med Letter, 6:1, Jan 10, 1993.
114. Vascular etiology for dementia more common than previously recognized. Amb Med Letter, 6:2, Jan 25, 1993.
115. Oral acyclovir effective in reducing frequently recurrent herpes labialis infections. Amb Med Letter, 6:3, Feb 10, 1993.
116. What is the optimal dose for oral hypoglycemics? Amb Med Letter, 6:3, Feb 10, 1993.
117. Long-term maintenance therapy recommended for most cases of depression. Amb Med Letter, 6:3, Feb 10, 1993.
118. A potential new approach to the lipid abnormalities in patients with nephrotic syndrome.
119. Loop diathermy excision for cervical intraepithelial neoplasia. Amb Med Letter, 6:5, March 10, 1993.
120. Fibromyalgia: real or imagined? Amb Med Letter, 6:5, March 10, 1993.
121. Is there value in obtaining chest roentgenograms for "walk-in" patients? Amb Med Letter, 6:6, March 25, 1993.

122. Is dietary calcium restriction beneficial for patients with renal stones? Amb Med Letter, 6:6, March 25, 1993.
123. Assessing cardiac risk in patients undergoing non-cardiac surgery. Amb Med Letter, 6:7, April 10, 1993.
124. How often should surveillance colonoscopy be performed in patients with adenomatous polyps? Amb Med Letter, 6:7, April 10, 1993.
125. ACE-Inhibitor enalapril shown to slow progression of nephropathy in Type II diabetics without hypertension. Amb Med Letter, 6:8, April 25, 1993.
126. How effective is dietary therapy for patients with elevated cholesterol? Amb Med Letter, 6:8 April 25, 1993.
127. Noninvasive cardiac assessment to risk-stratify patients undergoing major vascular surgery. Amb Med Letter, 6:9, May 10, 1993.
128. Vigilant approach to trichomoniasis in males needed to reduce morbidity and rates of infection. Amb Med Letter, 6:10, May 25, 1993.
129. Beneficial effect on stroke risk demonstrated with hormone replacement therapy in postmenopausal women. Amb Med Letter, 6:11, June 10, 1993.
130. Movement disorders occur frequently with use of metoclopramide. Amb Med Letter, 6:12, June 25, 1993.
131. Uncommon headaches seen in outpatient setting. Amb Med Letter, 6:13, July 10, 1993.
132. Common errors in management of patients with tuberculosis lead to increased drug resistance, morbidity, and cost. Amb Med Letter, 6:13, July 10, 1993.
133. Elderly patients susceptible to hyperthyroidism induced by radiographic contrast media. Amb Med Letter, 6:14, July 25, 1993.
134. Prognostic significance of delayed type hypersensitivity skin testing in patients infected with HIV. Amb Med Letter, 6:15, August 10, 1993.
135. Alprazolam found to be effective in treatment of tinnitus. Amb Med Letter, 6:15, August 10, 1993.
136. Calcium supplementation beneficial in adolescent women. Amb Med Letter, 6:16, August 25, 1993.
137. History and physical examination alone often inadequate to detect significant obstructive lung disease. Amb Med Letter, 6:16, August 25, 1993.
138. Is there a clearly superior therapy for the early management of Parkinson's disease? Amb Med Letter, 6:17, September 10, 1993.
139. Intravaginal estrogen cream can reduce recurrent urinary tract infections in postmenopausal women. Amb Med Letter, 6:17, September 10, 1993.
140. Tapering prednisone dosages in patients receiving chronic low-dose therapy. Amb Med Letter, 6:18, September 25, 1993.
141. Can garlic be used to lower serum cholesterol? Amb Med Letter, 6:19, October 10, 1993.
142. What are the risks and benefits of surgery for herniated lumbar disks? Amb Med Letter, 6:20, October 25, 1993.
143. Ultrasonography found superior to impedance plethysmography for diagnosis of venous thrombosis of lower extremity. Amb Med Letter, 6:21, November 10, 1993.
144. Prostate-specific antigen as a screening test for prostate cancer-have we opened Pandora's box? Amb Med Letter, 6:22, November 25, 1993.

145. Standardized approach to management of chronic cough found to be highly effective. Amb Med Letter, 6:23, December 10, 1993.
146. Streptococcus pneumoniae, hemophilus influenzae, and "atypical" organisms cause most cases of community-acquired pneumonia. Amb Med Letter, 6:23, December 10, 1993.
147. Even low-dose, short-term corticosteroid therapy can cause significant bone loss in patients with rheumatoid arthritis. Amb Med Letter, 6:24, December 25, 1993.

**EDITORIAL REVIEWS PUBLISHED IN PRIMARY CARE LETTER**
(Previously Ambulatory Medicine Letter)

148. Aggressive approach to management of pelvic inflammatory disease important for prevention of long-term sequelae. Primary Care Letter, 1:2 January 25, 1994.
149. Depression following myocardial infarction associated with increased morbidity and reduced quality of life, Primary Care Letter, 1:2 January 25, 1994.
150. Chronic fatigue syndrome: symptoms very common, but true case definition rarely met. Primary Care Letter. 1:3 February 10, 1994.
151. Multiple day antibiotic therapy superior to single-dose therapy--even in patients with low colony count urinary tract infections. Primary Care Letter, 1:4 February 25, 1994.
152. Is there effective long-term therapy for fibromyalgia? Primary Care Letter, 1:4 February 25, 1994.
153. Bacterial vaginosis increases risk of adverse pregnancy outcomes. Primary Care Letter, 1:4 February 25, 1994.
154. Treatment of pain in patients with cancer often inadequate. Primary Care Letter, 1:5 March 10, 1994.
155. Isosorbide-5 mononitrate has less associated tolerance and rebound angina than isosorbide dinitrate. Primary Care Letter, 1:6 March 25, 1994.
156. Diagnostic acumen needed to prevent adverse outcomes from rupture of abdominal aortic aneurysm. Primary Care Letter, 1:6 March 25, 1994.
157. Cranberry juice for therapy of bacteriuria - myth or science? Primary Care Letter, 1:6 March 25, 1994.
158. Conservative lowering of diastolic pressure advisable in hypertensive man with left ventricular ischemia or hypertrophy. Primary Care Letter, 1:7, April 10, 1994.
159. Can post-herpetic neuralgia be reduced by prolonged acyclovir therapy or corticosteroid treatment? Primary Care Letter, 1:7, April 10, 1994.
160. State-of-the art approach to the diagnosis and management of helicobacter pylori in gastrointestinal disorders. Primary Care Letter, 1:8, April 25, 1994.
161. Antioxidants and risks of cancer and ischemic heart disease. Primary Care Letter, 1:9, May 10, 1994.
162. Higher doses of tacrine found to be more effective with mild to moderate Alzheimer's dementia. Primary Care Letter 1:10, May 25, 1994.
163. Sinusitis: Update on Management. Primary Care Letter 1:10, May 25, 1994.
164. Recognition of patient expectations at office visits is important for good physician-patient relationship. Primary Care Letter 1:11, June 10, 1994.
165. Increasing incidence of drug-resistant pneumococci. Primary Care Letter 1:12, June 25, 1994.

166. Temporal arteritis: Is biopsy reliable for diagnosis in patients already treated with corticosteroids? Primary Care Letter 1:12, June 25, 1994.
167. Aggressive anti-reflux therapy with omeprazole for patients with refractory laryngitis. Primary Care Letter 1:13, July 10, 1994.
168. Why do patient sue? Primary Care Letter 1:14, July 25, 1994.
169. Is workup for carotid stenosis necessary to prevent stroke in patients with atrial fibrillation? Primary Care Letter 1:14, July 25, 1994.
170. Does "alternative" medicine benefit osteoarthritis? Primary Care Letter 1:14, July 25, 1994.
171. Abnormalities on magnetic resource imaging (MRI) scans common in normal individuals without back pain. Primary Care Letter 1:15, August 10, 1994.
172. Conservative management of back pain. Primary Care Letter 1:16, August 25, 1994.
173. Postmenopausal progestin use and coronary risk. Primary Care Letter 1:16, August 25, 1994.
174. Safety and efficacy of long-term omeprazole use. Primary Care Letter 1:16, August 25, 1994.
175. Megestrol acetate for prevention of hot flashes. Primary Care Letter 1:17, September 10, 1994.
176. Additional role of aspirin in preventing colorectal cancer. Primary Care Letter 1:17, September 10, 1994.
177. Benefits of treating hypertension in the elderly. Primary Care Letter 1:17, September 10, 1994.
178. Significant proportion of serious eye disorders goes undetected in primary care setting. Primary Care Letter 1:17, September 10, 1994.
179. Many echocardiograms ordered in the ambulatory setting are unnecessary. Primary Care Letter 1:18, September 25, 1994.
180. Hypothyroidism may present without usual signs and symptoms in the elderly. Primary Care Letter 1:18, September 25, 1994.
181. Management of high-risk patients with abdominal aortic aneurysm. Primary Care Letter 1:18, September 25, 1994.
182. "Palpitations" as an indicator of a significant arrhythmia. Primary Care Letter, 1: 19, October 10, 1994.
183. Running shown to slow progression toward disability in older persons. Primary Care Letter, 1:19, October 10, 1994.
184. Nifedipine and methylprednisolone for ureteral stones.
185. Serum albumin level found to be useful predictor for all-cause mortality in community elderly. Primary Care Letter 1:20, October 25, 1994.
186. Methotrexate and misoprostol effective for early pregnancy termination. Primary Care Letter 1:21, November 10, 1994.
187. Indications for computed tomography in patients with new onset seizures. Primary Care Letter 1:21, November 10, 1994.
188. Treatment of isolated systolic hypertension in elderly does not adversely affect quality of life. Primary Care Letter 1:21, November 10, 1994.
189. Cancer diagnosis in patients in health maintenance organizations versus fee for service. Primary Care Letter 1:21, November 10, 1994.

190. Enalapril for slowing progression of non-diabetic chronic renal failure. Primary Care Letter 1:22, November 22, 1994.
191. What happens to patients who present with costochondritis? Primary Care Letter 1:23, December 10, 1994.
192. The efficacy of patient education and lifestyle modifications in the management of congestive heart failure (CHF). Primary Care Letter 1:23, December 10, 1994.
193. Beta-blockers post-myocardial infarction: factors associated with continued underutilization. Primary Care Letter 1:24, December 25, 1994.
194. Beano for intestinal gas? Primary Care Letter 1:24, December 25, 1994.
195. Folic acid in reducing toxicity of methotrexate in patients with rheumatoid arthritis. Primary Care Letter 1:24, December 25, 1994.
196. Further evidence that physician-patient communication is a key factor in malpractice allegations. Primary Care Letter 1:24, December 25, 1994.

**PRIMARY CARE MEDICINE BULLETIN**
(Previously Primary Care Letter)

197. Efficacy of dietary fiber in the management of patients with hypercholesterolemia. Primary Care Medicine Bulletin 1:3, February 10, 1995.
198. Simple ophthalmic test may be able to reliably diagnose Alzheimer's disease. Primary Care Medicine Bulletin 1:3, February 10, 1995.
199. Adequate time needed to assure safety when discontinuing warfarin before surgery. Primary Care Medicine Bulletin 1:3, February 10, 1995.
200. High-intensity exercise effective in reducing the risk of osteoporotic fractures. Primary Care Medicine Bulletin 1:3, February 10, 1995.
201. Increasing use of broad-spectrum antibiotics noted among office-based physicians. Primary Care Medicine Bulletin 1:5, March 10, 1995.
202. Surgery not warranted for asymptomatic carotid stenosis. Primary Care Medicine Bulletin 1:5, March 10, 1995.
203. Positive physician-patient interaction improves long-term management of irritable bowel syndrome. Primary Care Medicine Bulletin 1:5, March 10, 1995.
204. Salmeterol associated with improved quality of life in asthma patients. Primary Care Medicine Bulletin 1:6, March 25, 1995.
205. Maintenance of ordinary activity found superior to bed rest for patients with acute low-back pain. Primary Care Medicine Bulletin 1:6, March 25, 1995.
206. How much exercise is necessary to increase HDL cholesterol? Primary Care Medicine Bulletin 1:8, April 25, 1995.
207. Patient reports of hypoglycemia may not be accurate. Primary Care Medicine Bulletin 1:8, April 25, 1995.
208. Asymptomatic retinal cholesterol emboli associated with increased risk for future strokes. Primary Care Medicine Bulletin 1:8, April 25, 1995.
209. Antibiotic use for acute exacerbations of chronic obstructive pulmonary disease. Primary Care Medicine Bulletin 1:11, June 10, 1995.
210. Practice guidelines used by both plaintiffs' and defendants' attorneys in malpractice cases. Primary Care Medicine Bulletin 1:11, June 10, 1995.

211. Early iodine 123 update effective in diagnosis of grave's disease. Primary Care Medicine Bulletin. 1:11, June 10, 1995.
212. Cost-effectiveness of antibiotic therapy in treatment of duodenal ulcer. Primary Care Medicine Bulletin 1:12, June 25, 1995.
213. Low serum thyrotropin levels predictive of atrial fibrillation in the elderly. Primary Care Medicine Bulletin 1:12, June 25, 1995.
214. Initial management of incidental pituitary lesions usually warrants only watchful waiting. Primary Care Medicine Bulletin 1:12, June 25. 1995.
215. Diagnostic testing for renal artery stenosis. Primary Care Medicine Bulletin 1:15, August 10, 1995.
216. Important recent medical advances for the primary care clinician. Primary Care Medicine Bulletin 1:15, August 10, 1995.
217. Aggressive treatment of severe rheumatoid arthritis. Primary Care Medicine Bulletin 1:16, August 25, 1995.
218. Famciclovir for the treatment of herpes zoster. Primary Care Medicine Bulletin 1:16, August 25, 1995.
219. Oral therapy for scabies. Primary Care Medicine Bulletin 1:16, August 25, 1995.
220. Follow-up of patients with the eosinophilia-myalgia syndrome. Primary Care Medicine Bulletin 1:16, August 25, 1995.
221. Antiarrhythmic therapy for patients with persistent atrial fibrillation. Primary Care Medicine Bulletin 1:21, November 10, 1995.
222. Patient preferences and treatment decisions in prostate disorders. Primary Care Medicine Bulletin 1:21, November 10, 1995.
223. History and physical examination in the diagnosis of lumbar spinal stenosis. Primary Care Medicine Bulletin 1:21, November 10, 1995.
224. Practical aspects of hormone replacement therapy. Primary Care Bulletin 1:21, November 10, 1995.
225. Anticonvulsant medications for the management of pain. Primary Care Medicine Bulletin 1:23, December 10, 1995.
226. Bypass surgery versus angioplasty: an ongoing controversy. Primary Care Medicine Bulletin 1:23, December 10, 1995.
227. Treatment of hypertension and diabetes in different medical care systems. Primary Care Medicine Bulletin 1:23, December 10, 1995.
228. Pregnancy and the timing of intercourse. Primary Care Medicine Bulletin 2:1, January 10, 1996.
229. Are ACE-inhibitors effective for normotensive diabetics?. Primary Care Medicine Bulletin 2:1, January 10, 1996.
230. Objective pulmonary function testing in acute asthma episodes. Primary Care Medicine Bulletin 2:1 January 10, 1996.
231. Clinical diagnosis of seizures. Primary Care Medicine Bulletin 2:1 ,January 10, 1996.
232. Improved therapy for ovarian cancer now available. Primary Care Medicine Bulletin 2:3 February 10, 1996.
233. Cost-effective evaluation of patients with palpitations. Primary Care Medicine Bulletin 2:3 February 10, 1996.
234. Treatment of bacterial vaginosis may reduce risk of preterm delivery. Primary Care Medicine Bulletin 2:3 February 10, 1996.

235. Do hand gestures help in the diagnosis of chest pain? Primary Care Medicine Bulletin 2:3 February 10, 1996.
236. Long-term survival effects of internal-thoracic-artery grafts for coronary bypass surgery. Primary Care Medicine Bulletin 2:4 February 25, 1996.
237. Relationship between age and clinical findings in hyperthyroidism. Primary Care Medicine Bulletin 2:4 February 25, 1996.
238. Role of echocardiography in the work-up of patients with syncope. Primary Care Medicine Bulletin 2:4 February 25, 1996.
239. The role of walking as a means to reduce cardiovascular disease in older adults. Primary Care Medicine Bulletin 2:5 March 10, 1996.
240. Outpatient therapy with low-molecular-weight heparin for deep-vein thrombosis. Primary Care Medicine Bulletin 2:7 April 10, 1996.
241. Diagnosis and management of restless legs syndrome. Primary Care Medicine Bulletin 2:7 April 10, 1996.
242. Weight training to improve physical endurance in the elderly. Primary Care Medicine Bulletin 2:7 April 10, 1996.
243. Constipation in the elderly: real or imagined? Primary Care Medicine Bulletin 2:7, April 10, 1996.
244. Incidence and causes of hyponatremia in ambulatory elderly. Primary Care Medicine Bulletin, 2:9, May 10, 1996.
245. Clinical breast examination may be neglected in favor of mammography. Primary Care Medicine Bulletin 2:9, May 10, 1996.
246. Surgery for management of trigeminal neuralgia. Primary Care Medicine Bulletin 2:9, May 10, 1996.
247. Atrophic gastritis and *Helicoabcter pylori* infection in patients treated with omeprazole. Primary Care Medicine Bulletin 2:9, May 10, 1996.
248. How common is undiagnosed pernicious anemia in the elderly? Primary Care Medicine Bulletin 2:11, June 10, 1996.
249. Can screening for chlamydia infection prevent pelvic inflammatory disease? Primary Care Medicine Bulletin 2:11, June 10, 1996.
250. Can beta-blockers prolong survival in patients with congestive heart failure? Primary Care Medicine Bulletin 2:11, June 10, 1996.
251. Maintenance therapy for gastroesophageal reflux disease. Primary Care Medicine Bulletin 2:11, June 10, 1996

# SYSTEMONE FILE COPY REQUEST FORM

**Please select delivery method:** ☒ **OneDrive- PREFERRED METHOD** ☐ **Paper File Copy***

| | |
|---|---|
| Requested By: | Tawnya Valliere |
| Date of Request: | 02/04/2020 |
| Claimant Name: | George Pervin |

**Claim number(s)** *Please list only the claims required for the copy job (i.e., LTD, STD, STAT, etc.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 8397829 | 6004438 | | | | | |

**Required for delivery via OneDrive:**

| | |
|---|---|
| Recipient Email Address | price@jpricemcnamara.com |

**Required for delivery of paper file copy:**

*Paper file copy available upon request if required by recipient. Paper copies are sent via 2-day mail unless otherwise specified. *Please note FedEx does not deliver to P.O. Boxes.*

☒ Please select if a cover letter is attached to this request to send with paper file copy

| | |
|---|---|
| Name of Recipient | J. Price McNamara |
| Mailing Address | |

**Please select one of the following options:**

☒ **Request for Administrative Record (COMPLETE FILE)**

*Administrative Record will include the following for each claim number specified above.*

- Claim Note(s)
- Coversheet(s)
- ALL documents & letters in Doc List and Correspondence Link
- Surveillance video (*obtained by DCM, if any*)
- Applicable policy (*obtained by DCM*)

☐ **Request for Specific Records**

- ☐ Claim Note(s)
- ☐ Coversheet(s)
- ☐ Specific Letters in Correspondence Link/Doc List:

Letter Name/date _____ Letter Name/date _____

Letter Name/date _____ Letter Name/date _____

| | |
|---|---|
| **Special Requests or Handling Instructions** | Please send complete copy of claim file along with attached LTD Policy, CVs and cover letter. |

**Please email completed file copy request to Claims Support team:** ClaimsHOAdmin@lfg.com

- Requests will be completed within 2 business days.
- If applicable, FedEx confirmation will be saved in EDM for tracking reference.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group Company
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

February 04, 2020

J. Price McNamara
10455 Jefferson Hwy Suite 26
Baton Rouge, LA 70809

RE: George Pervin
Long Term Disability Claim: 8397829
H-E-B, LP

Dear Mr. McNamara:

In response to your January 24, 2020 letter, please find enclosed a complete copy of Mr. Pervin's Long Term Disability claim file and a copy of the H-E-B, LP Long Term Disability Policy applicable to his claim.

We have provided you with copies of all materials that were reviewed and considered in the review of this claim. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

The enclosed claim file copy contains the names and reports of all individuals consulted in our review of this claim, including all medical doctors. The CV of all doctors that reviewed Mr. Pervin's file are also included.

Your request for copies of any Plan documents must be properly directed by you to the Plan Administrator, H-E-B, LP.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-5825

January 2020

# David Carl Houghton, MD, FACP, FAAP

## EXPERIENCE

10/11-present **Full-time internal medicine/pediatrics academic hospitalist practice**
Intermountain Healthcare, McKay-Dee Hospital: Ogden, Utah
- Wide clinical spectrum including ***MICU stepdown***, level 1-2 ***newborns***, ***inpatient pediatrics***
- ***Supervise housestaff*** in management of complex inpatients and performance of ***invasive procedures***
- Daily ***teaching for family medicine residents*** on inpatient internal medicine and pediatric rotations
- ***Lead pediatric hospitalist*** responsible for staffing, ***policy development/implementation***
- Developed improved admission process & teaching curriculum, ***expanded clinical spectrum of care***
- Honored with ***service award*** after nomination by patient's family for exceptional end of life care

5/14-present **Part-time primary care telemedicine consultant**
HealthTap Prime
- Over 1,000,000 online users helped with medical advice
- Officially Recognized as top doctor in Utah and top med/peds doctor nationally

02/13-present **Part-time consulting peer review physician**
Lincoln Financial Group Disability Claims: Phoenix, Arizona
Review care of patients requesting disability benefits and recommend appropriate accommodations

3/09-6/16 **Part-time aerospace medicine consultant**
United States Air Force Reserve, Luke Air Force Base Arizona/Hill Air Force Base Utah
- Fully trained flight surgeon in charge of evaluating illness and injury incurred in line of duty
- ***Awarded for taking life-saving action*** when airman's case was mishandled by civilian hospital
- Awarded for ***critical leadership during medical humanitarian mission*** to Dominican Republic

1/10-3/12 **Part-time critical care telemedicine contracting**
Banner iCare intensive care: Mesa, Arizona
- Remote patient care including ***ventilator management*** for adult ICUs at 14 hospitals across 3 states

2/09-12/11 **Full-time internal medicine academic hospitalist practice**
Banner Good Samaritan Medical Center/Carl T Hayden VA Medical Center Internal Medicine/Pediatrics Residency Program: Phoenix, Arizona
- Supervised housestaff in management of complex inpatients and performance of ***invasive procedures***
- Provided ***didactic and bedside teaching*** of medical students and residents
- Led development of ***improved morning report format*** emphasizing clinical decision making
- Helped ***develop patient simulation exercises*** to identify areas for individual resident improvement
- Staffed weekly ***standardized patient encounters*** for medical students
- Developed new ***academic nocturnist*** position to improve resident education and workload

4/98-6/00, 2/07-10/16 **Part-time urgent care contracting**
Intermountain Healthcare: Ogden, UT
Phoenix Children's Hospital/Good Night Pediatrics/Cornerstone Pediatrics/Cigna: Phoenix, AZ
- Including wound repair, fracture splinting, foreign body removal, incision and drainage

9/09-6/10 **Part-time pediatric hospitalist contracting**
Desert Pediatric Hospitalists/Cardon Children's Hospital: Mesa, Arizona
- In-house nighttime coverage and new admissions for ward, step-down ICU, and level 1-2 newborns

9/04-1/09 **Full-time internal medicine hospitalist practice**
Phoenix Indian Medical Center: Phoenix, Arizona
- Management of complex inpatients on ***wards and ICU,*** including ***ventilator management***
- ***Performance of invasive procedures*** and ***consultation to surgical & emergency staff***
- ***Official reading of all Holter studies and electrocardiograms*** performed in the hospital
- ***Developed healthcare-associated pneumonia protocol*** to address drug-resistant bacteria
- ***Streamlined infection control*** as committee chairman to focus on identified problem areas
- ***Awarded hospital commendation*** for initiative and leadership during staffing crisis

1-8-20

# David Carl Houghton, MD, FACP, FAAP

11/04-12/07, 10/97-9/02 **Part-time pediatric academic hospitalist practice**
Phoenix Children's Hospital: Phoenix, Arizona
- Bedside resident teaching for complex patients including surgical, neurosurgical, and oncology

9/02-9/04 **Full-time internal medicine/pediatrics rural health center practice**
Maniilaq Health Center: Kotzebue, Alaska
- Practiced ***emergency medicine, primary care, and inpatient*** care in ***remote arctic villages***
- ***Performed invasive emergency procedures*** and ***exercise stress testing***
- Provided ***telemedicine consultation*** for over 100 remote village patients per week
- Created 6 pediatric ***practice guidelines*** and ***first hospital protocols for respiratory care***
- Created ***region's first multidisciplinary weight control clinic***
- ***Supervised 6-10 resident physicians*** each year

7/00-9/02 **Full-time internal medicine/pediatrics inner city clinic practice**
Midtown Community Health Center: Ogden, Utah
- Provided ***primary and hospital care*** to mostly ***Hispanic inner city population***
- Created new care model that ***increased clinic productivity by 30%***
- Created new procedures ***crucial to clinic's first Joint Commission accreditation***
- ***Taught senior medical students*** in clinic approximately 500 hours per year

6/99-6/00 **Pediatric chief resident**
Phoenix Children's Hospital/Maricopa Medical Center: Phoenix, Arizona
- ***Supervised & taught*** medical students and 62 resident physicians in 2 large tertiary care hospitals
- Led weekly ***interactive teaching conferences*** using interactive multimedia presentations
- Created and implemented new interactive ***evidence-based medicine seminars***

6/90-6/92 **Part-time Spanish hospital interpreter/translator**
St Joseph Hospital: Orange, California
- Facilitated communication between patients and physicians; translated written patient information

## EDUCATION AND TRAINING

6/96-6/00 **Combined Internal Medicine/Pediatrics Residency, Banner Good Samaritan Medical Center/Phoenix Children's Hospital, Phoenix, Arizona**
7/92-5/96 **Medical Doctor, Uniformed Services University, Bethesda, Maryland**
8/89-6/92 **Bachelor of Science (Biological Sciences), University of California, Irvine**

## LICENSURE AND CERTIFICATION

8/00-present **American Board of Internal Medicine certification** #202222
10/00-present **American Board of Pediatrics certification** #650030
10/11-01/20 **Utah physician license** #4811012-1205
10/95-11/19 **Advanced Cardiac Life Support** certification, American Heart Association
6/96-3/20 **Pediatric Advanced Life Support** certification, American Academy of Pediatrics
7/09-7/13 **Fundamental Critical Care Support** certification, Society of Critical Care Medicine
6/96-12/08 **Neonatal Resuscitation Program** certification, American Academy of Pediatrics
10/95-3/07 **Advanced Trauma Life Support** certification, American College of Surgeons
10/03-10/05 **Advanced Disaster Life Support instructor** certification, American Medical Association

## PROFESSIONAL APPOINTMENTS & AWARDS

4/13-present **Fellow,** American College of Physicians, Philadelphia, Pennsylvania
1/01-present **Fellow,** American Academy of Pediatrics, Elk Grove Village, Illinois
6/15 **Meritorious Service Medal**, US Air Force Reserve
8/08-12/12 **Clinical Assistant Professor of Medicine and Pediatrics,** University of Arizona College of Medicine
1/08-12/10 **USMLE Step 3 acute care development committee,** National Board of Medical Examiners
7/92-1/09 **Medical Officer,** US Public Health Service Commissioned Corps
5/08-1/09 **Vice president of medical staff,** Phoenix Indian Medical Center, Phoenix, Arizona
3/07 **Achievement Medal,** US Public Health Service Commissioned Corps
4/01-9/02 **Clinical instructor,** University of Utah School of Medicine

**IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION (For insurers declared insolvent or impaired on or after September 1, 2005)**

Texas law establishes a system, administered by the Texas Life and Health Insurance Guaranty Association (the "Association"), to protect Texas policyholders if their life or health insurance company fails. Only the policyholders of insurance companies which are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law. (The law is found in the Texas Insurance Code, Chapter 463.)

**It is possible that the Association may not cover your policy in full or in part due to statutory limitations.**

**Eligibility for Protection by the Association**

When a member insurance company is found to be insolvent and placed under an order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

- Residents of Texas at the time **(irrespective of the policyholder's residency at policy issue)**
- Residents of other states, ONLY if the following conditions are met:
  1. The policyholder has a policy with a company domiciled in Texas;
  2. The policyholder's state of residence has a similar guaranty association; and
  3. The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

**Limits of Protection by the Association**

**Accident, Accident and Health, or Health Insurance:**

- For each individual covered under one or more policies: up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, and $200,000 for other types of health insurance.

**Life Insurance:**

- Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on any one life; or
- Death benefits up to a total of $300,000 under one or more policies on any one life; or
- Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**

- Present value of benefits up to a total of $250,000 under one or more contracts on any one life.

**Group Annuities:**

- Present value of allocated benefits up to a total of $250,000 on any one life; or
- Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**

- $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance. When you are selecting an insurance company, you should not rely on Association coverage.**

Texas Life and Health Insurance Guaranty Association
6504 Bridge Point Parkway, Suite 450
Austin, Texas 78730
800-982-6362 or www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439 or www.tdi.state.tx.us

Liberty Life Assurance Company of Boston

# GROUP DISABILITY INCOME POLICY

**Sponsor:** **H.E. Butt Grocery Company**

**Policy Number: GF3-890-463049-01**

**Effective Date: April 1, 2015**

**Governing Jurisdiction** is **Texas** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each April 1st beginning in 2016.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.
Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117.

**THIS IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. THE EMPLOYER DOES NOT BECOME A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM BY PURCHASING THIS POLICY, AND IF THE EMPLOYER IS A NON-SUBSCRIBER, THE EMPLOYER LOSES THOSE BENEFITS WHICH WOULD OTHERWISE ACCRUE UNDER THE WORKERS' COMPENSATION LAWS. THE EMPLOYER MUST COMPLY WITH THE WORKERS' COMPENSATION LAW AS IT PERTAINS TO NON-SUBSCRIBERS AND THE REQUIRED NOTIFICATIONS THAT MUST BE FILED AND POSTED.**

SECRETARY PRESIDENT

**NON-PARTICIPATING**

**FORM ADOP .2**

# TABLE OF CONTENTS

SECTION 1 .......... SCHEDULE OF BENEFITS

SECTION 2 .......... DEFINITIONS

SECTION 3 .......... ELIGIBILITY AND EFFECTIVE DATES

SECTION 4 .......... DISABILITY INCOME BENEFITS

SECTION 5 .......... EXCLUSIONS

SECTION 6 .......... TERMINATION PROVISIONS

SECTION 7 .......... GENERAL PROVISIONS

SECTION 8 .......... PREMIUMS

SECTION 9 .......... APPLICATION

# SECTION 1 - SCHEDULE OF BENEFITS

## ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS

**Minimum Hourly Requirement:**

Applicable to Class 1, 3
Employees working a minimum of 30 regularly scheduled hours per week

Applicable to Class 2, 4
Employees working a minimum of 20 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1: All active full-time hourly Employees and Parkway Transit Inc. driver Employees, excluding managers, HEB driver Employees

Class 2: All active full-time salaried Employees

Class 3: All active full-time HEB driver Employees

Class 4: All Active full-time hourly manager Employees (classified as S pay type)

**Note:** This policy does not cover the following Employees: Temporary and seasonal Employees, Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

1. If the Covered Person is employed by the Sponsor on the policy effective date - 90 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - 90 days of continuous, Active Employment

**Employee Contributions Required:**

No

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

The greater of:

a. the end of the Covered Person's Short Term Disability Benefits; or

b. 180 days

**Amount of Insurance:**

Applicable to Class 1:

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $5,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 2:

66.67% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $10,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 3, 4:

66.67% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $5,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**

| | |
|---|---|
| Applicable to Class 1: | $8,333.33 |
| Applicable to Class 2: | $14,999.25 |
| Applicable to Class 3, 4: | $7,499.63 |

**Own Occupation Duration:**

Applicable to Class 1, 3, 4:

12 Month Own Occupation

Applicable to Class 2:

24 Month Own Occupation

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $50.00.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
| --- | --- |
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

* SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
| --- | --- |
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

Applicable to Class 1, 2, 4:

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

Applicable to Class 3:

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor averaged for the 26 week period in effect immediately prior to date Disability or Partial Disability begins. Such earnings will include income received from bonuses, overtime pay, any other extra compensation, or income received from sources other than the Sponsor.

**"Consumer Price Index"** means the government publication " The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

**"Covered Person"** means an Employee insured under this policy.

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

Applicable to Class 1, 3, 4:

a. i. if the Covered Person is eligible for the 12 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

Applicable to Class 2:

a. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

**"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and
2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

**"Domestic Partner"** means an unmarried person of the same or opposite sex with whom the Covered Person shares a committed relationship, are jointly responsible for each other's welfare and financial obligations, at least 18 years of age and mentally competent to consent to a contract, not related by blood to a degree that could prohibit legal marriage in the state where they legally reside, maintain the same residence(s) and are not married to or legally separated from anyone else. A Domestic Partner certification must be completed and filed with the Sponsor before the partner can be designated as an Eligible Survivor.

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse or Domestic Partner, if living, otherwise the Covered Person's children under age 25.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to the Covered Person prior to his death without any reduction for earnings received from employment.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Non-Verifiable Symptoms"** means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1. perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2. perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3. earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or

2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

   a. early or normal retirement; or
   b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1. which is part of any Federal, State, Municipal or Association retirement system; or

2. for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or

2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

An Employee will be insured on his Eligibility Date.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;

2. the required premium is paid;

3. the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4. continuation of coverage will cease immediately if any one of the following events should occur:

   a. the Covered Person returns to work;
   b. this group insurance policy terminates;
   c. the Covered Person is no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or the Covered Person;
   e. the Covered Person's employment terminates.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond a period of 12 months. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and

2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

# SECTION 4 - DISABILITY INCOME BENEFITS

## LONG TERM DISABILITY COVERAGE

### Disability Benefit

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or
2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

### Amount of Disability Monthly Benefit

To figure the amount of Monthly Benefit:

1. Take the lesser of:
    a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or
    b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then
2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

### Partial Disability

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1. Partial Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

### Proportionate Loss Monthly Calculation with Work Incentive Benefit

For the first 24 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, to figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation with Work Incentive Benefit** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and

2. increased annually by 7.00%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 12 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 12 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and

2. be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 10.00%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Disability Benefits Termination**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, no benefit will be paid from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3. when the Rehabilitation Program ends.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1. after Disability had continued for 180 or more consecutive days; and

2. while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children. However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1. $1,000.00; or

2. the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1. the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and

2. any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Liberty; and

3. the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1. the proposed modifications have been made; and

2. written proof of the expenses incurred by the Sponsor has been provided to Liberty; and

3. Liberty has received proof that the Covered Person has returned to and/or remains at work.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount for which the Covered Person is eligible under:

   a. Workers' or Workmen's Compensation Laws;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any work loss provision in mandatory "No-Fault" auto insurance;
   e. Railroad Retirement Act;
   f. any governmental compulsory benefit act or law; or
   g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:
   a. any other group insurance plan of the Sponsor;
   b. any governmental retirement system as a result of his employment with the Sponsor ; or
   c. any individual disability income insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

   a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
   b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

   a. the Covered Person receives or is eligible to receive; and
   b. his spouse, child or children receives or are eligible to receive because of his Disability; or
   c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

**LONG TERM DISABILITY COVERAGE** (Continued)

### Estimation of Benefits

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1. provides satisfactory proof of application for Other Income Benefits;

2. signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3. if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4. if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

### Social Security Assistance

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty. Such assistance will be provided only if Liberty determines that assistance would be beneficial.

**LONG TERM DISABILITY COVERAGE** (Continued)

### Lump Sum Payments

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

### Cost of Living Freeze

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

### Prorated Benefits

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

### Discontinuation of the Long Term Disability Benefit

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Liberty according to the individually written Rehabilitation Program;

8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

9. the date the Covered Person is no longer Disabled according to this policy;

10. the end of the Maximum Benefit Period; or

11. the date the Covered Person dies.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2. performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

# SECTION 5 - EXCLUSIONS

## GENERAL EXCLUSIONS

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. active Participation in a Riot;
4. the committing of or attempting to commit a felony or misdemeanor;
5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person; or
6. a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

# SECTION 5 - EXCLUSIONS
(Continued)

## LONG TERM DISABILITY COVERAGE

### Pre-Existing Condition Exclusion

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

# SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

    a. the Elimination Period; and
    b. any period during which premium is being waived.

5. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. the Sponsor fails:

      i. to furnish promptly any information which Liberty may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

# SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

    a. all of the pages; and
    b. the attached signed Application of the Sponsor.

2. This policy may be changed in whole or in part. Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

**Furnishing of Information - Access to Records**

1. The Sponsor will furnish at regular intervals to Liberty:

   a. information relative to Employees:

      i. who qualify to become insured;
      ii. whose amounts of insurance change; and/or
      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not:

   a. deprive an Employee of insurance;
   b. affect an Employee's Amount of Insurance; or
   c. effect or continue an Employee's insurance which otherwise would not be in force.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after Proof of claim has been given; or

2. more than three years after the time Proof of claim is required.

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

   b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2. **Proof**

   a. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.

   b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

   c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $2,000 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Subrogation and Reimbursement**

When a Covered Person's Injury or Sickness appears to be someone else's fault, benefits otherwise payable under this policy for loss of time as a result of that Injury or Sickness will not be paid unless the Covered Person or his legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to the Covered Person by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on behalf of the injured Covered Person, Liberty will be subrogated to all rights of recovery that the Covered Person has against the person at fault. These subrogation rights will extend only to recovery of the amount Liberty has paid. The Covered Person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

## SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;

2. a division, subsidiary or Associated Company is added to or deleted from this policy;

3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or

4. a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.

2. All payments made to or by Liberty shall be in United States dollars.

3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.

5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

    1. the current policy year; and

    2. the immediately preceding policy year.

**Grace Period**

This is the 31 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call Liberty's toll-free telephone number for information or to make a complaint at:

**1-800-344-0197**

You may also write to Liberty at:

Presidential Service Team
Liberty Mutual Insurance Group
175 Berkeley Street
Boston, MA 02117

You may contact the Texas Department of Insurance to obtain other information on companies, coverages, rights or complaints at

**1-800-252-3439**

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or or about a claim you should contact the agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

ATTACH THIS NOTICE TO YOUR POLICY: This notice is for information only and does not become a part or condition of the attached document.

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Liberty's para informacion o para someter una queja al:

**1-800-344-0197**

Usted tambien puede escriber a Liberty:

Presidential Service Team
Liberty Mutual Insurance Group
175 Berkeley Street
Boston, MA 02117

Puede comunicarse con el Departmento de Seguros de Texas para obtener informacion acera de companias, coberturas, derechos o quejas al

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1171

DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

UNA ESTE AVISO A SU POLIZA: Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

## IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE, ACCIDENT, HEALTH AND HOSPITAL SERVICE INSURANCE GUARANTY ASSOCIATION

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association (the "Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders of insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Article 21.28-D.)

**BECAUSE OF STATUTORY LIMITATIONS ON POLICYHOLDER PROTECTION, IT IS POSSIBLE THAT THE ASSOCIATION MAY NOT COVER YOUR POLICY OR MAY NOT COVER YOUR POLICY IN FULL.**

**Eligibility for Protection by the Association**

When an insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

- **residents of Texas** at the time that their insurance company is impaired.
- **residents of other states,** ONLY if the following conditions are met:
    1) The policyholder has a policy with a company based in Texas;
    2) The company has never held a license in the policyholder's state of residence;
    3) The policyholder's state of residence has a similar guaranty association; and
    4) The policyholder is not eligible for coverage by the guaranty association of the policyholder's state of residence.

**Limits of Protection by the Association**

**Accident, Accident and Health, or Health Insurance:**
- up to a total of $200,000 for one or more policies for each individual covered.

**Life Insurance:**
- net cash surrender value up to a total of $100,000 under one or more policies on any one life; or
- death benefits up to a total of $300,000 under one or more policies on any one life.

**Individual Annuities:**
- net cash surrender amount up to a total of $100,000 under one or more policies owned by one contractholder.

**Group Annuities:**
- net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contractholder; or
- net cash surrender amount up $5,000,000 in unallocated benefits under one contractholder regardless of the number of contracts.

**THE INSURANCE COMPANY AND ITS AGENTS ARE PROHIBITED BY LAW FROM USING THE EXISTENCE OF THE ASSOCIATION FOR THE PURPOSE OF SALES, SOLICITATION, OR INDUCEMENT TO PURCHASE ANY FORM OF INSURANCE.**

**When you are selecting an insurance company, you should not rely on coverage by the Association.**

Texas Life, Accident, Health and Hospital
Service Insurance Guaranty Association
301 Congress, Suite 500
Austin, Texas 78701
800-982-6362

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy: GF3-890-463049-01

| Changes | Additions | Deletions |
|---|---|---|
| Remove accumulation period for all classes | FormADOP-DEF-4 R (1) | FormADOP-DEF-4 |

The effective date of this change is April 1, 2015.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 13th day of April, 2015.

Issued to and Accepted by:

H.E. Butt Grocery Company
**Sponsor**

By ______________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

Stephen J. McAnena

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16034227909 |
| FROM | McNamara Law Offices |
| DATE | 2020-01-30 20:26:19 GMT |
| RE | Re: George Pervin, Claim number:8397829 |

COVER MESSAGE

Signed authorization per your request.

## *AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION*

I hereby authorize Lincoln Life Ins Co (covered entity) to use or disclose the following protected health information (PHI) from the medical records of the patient listed below to:

**Requestor Name:** **J. Price McNamara, Attorney**
**Requestor Address:** **10455 Jefferson Highway, Ste. 2B, Baton Rouge, LA 70809**

**Patient Name:** **George Pervin**
**Patient DOB:**
**Patient SSN:**
**Patient Address:**

Disclose the following PHI for treatment dates all to all

☒ Abstract/Pertinent ☒ History & Physical ☒ Discharge Summary ☒ Consult

☒ Operative Report ☒ Progress Notes ☒ Physician Orders ☒ Nurses Notes

☒ ER Report ☒ Lab ☒ X-ray ☒ Entire Chart

☒ Other Specified: Cover to Cover (Medical Records & Itemized Statement)

The above information is disclosed for the following purposes:

☐ Medical Care ☒ Legal ☐ Insurance ☐ Personal

****I acknowledge, and hereby consent to such, that the released information may contain alcohol and drug abuse, psychiatric, HIV or genetic information**

** If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed.

☒ I understand that I have the right to revoke this authorization at any time. I understand that I must do so in writing and present the written revocation to the above named covered entity. I understand that the revocation will not apply to information that has already been released to this authorization.

☒ I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

☒ The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.

*I have read the above and authorize the disclosure of the protected health information as stated.*

***Signature of Patient or Representative:***

[signature] 1-30-20
Date

LAW OFFICES
OF
J. PRICE MCNAMARA

J. PRICE McNAMARA
E: price@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

January 24, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909 & 603-334-5825

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re: Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

***ADMINISTRATIVE APPEAL &***
***REQUEST FOR COPY OF ADMINISTRATIVE RECORD***
***AND ALL GOVERNING PLAN DOCUMENTS***

Dear Ms. Valliere,

**ADMINISTRATIVE APPEAL**

My client, George Pervin, hereby administratively appeals the denial of long-term disability, short-term disability and/or waiver of premium benefits.

**We are investigating, and we may provide additional information and request that it be considered as part of this administrative appeal. We ask that no final decision be made until we notify you in writing that our submission and administrative appeal are complete even if my client has previously submitted an appeal prior to this letter.

If we have not provided additional information, or have provided additional information but have not notified you in writing that our submission is complete by all legally permitted deadlines for administrative appeal, and you will not consider extending such deadlines, then we ask that you consider all information we have provided to you to be part of our submission to be considered with this appeal.

In no event do we waive any right to submit evidence for your consideration at any time before filing a lawsuit in accordance with applicable law.

Regardless of what information we have or have not provided by all legally permitted deadlines, we hereby request independent consideration of this claim on administrative appeal.

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD & ALL RELEVANT PLAN DOCUMENTS**

**We also request a copy of the entire administrative claims file, to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, and any and all policies of insurance covering the plan.
2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**
3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).
4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

If we do not receive timely (30 days) production of the above documents, we will seek statutory penalties.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

Price McNamara

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/ask
Enclosures

**LAW OFFICES**
OF
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
E: price@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 612-6973
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

January 24, 2020

**SENT VIA CERTIFIED MAIL & FAX**
F: 603-422-7909 & 603-334-5825

Lincoln Life Assurance Company of Boston
**Attn: Tawnya Valliere**
P.O. Box 7213
London, KY 40742-7213

**Re:** **Long Term Disability (LTD) Benefits**
**H-E-B, LP**
**Claimant: George Pervin**
**Claim Number: 8397829**

***ADMINISTRATIVE APPEAL &***
***REQUEST FOR COPY OF ADMINISTRATIVE RECORD***
***AND ALL GOVERNING PLAN DOCUMENTS***

Dear Ms. Valliere,

**ADMINISTRATIVE APPEAL**

My client, George Pervin, hereby administratively appeals the denial of long-term disability, short-term disability and/or waiver of premium benefits.

**We are investigating, and we may provide additional information and request that it be considered as part of this administrative appeal. We ask that no final decision be made until we notify you in writing that our submission and administrative appeal are complete even if my client has previously submitted an appeal prior to this letter.

If we have not provided additional information, or have provided additional information but have not notified you in writing that our submission is complete by all legally permitted deadlines for administrative appeal, and you will not consider extending such deadlines, then we ask that you consider all information we have provided to you to be part of our submission to be considered with this appeal.

In no event do we waive any right to submit evidence for your consideration at any time before filing a lawsuit in accordance with applicable law.

Regardless of what information we have or have not provided by all legally permitted deadlines, we hereby request independent consideration of this claim on administrative appeal.

Claimant: George Pervin
Claim #: 8397829
January 24, 2020 | 2

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD & ALL RELEVANT PLAN DOCUMENTS**

**We also request a copy of the entire administrative claims file, to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, and any and all policies of insurance covering the plan.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

If we do not receive timely (30 days) production of the above documents, we will seek statutory penalties.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/ask
Enclosures

09/20/2019


**Priya Swamy, MD**
3001 B Garrett Road
Drexel Hill, PA 19026
(484)461-8154 work phone
(484) 461-8534 work fax
email: lwcpc1@gmail.com/psbiz@yahoo.com


---

**Work**

Owner and CEO of Living Well Comprehensive Pain Center 11/2011 to present. Comprehensive Pain Management

Allied Health—EMG and Interventional Pain starting 7/19

Director of Pain Management at Greenhill Pain Management 11/2011 through 6/2019

Department Head ('08-'11), Staff Physiatrist and Pain Management, Crozer Chester Medical Center, Chester PA 2006-2011

Peer/Disabiltiy Review: Current reviewer for several organizations since 2011.

EHR Associates—worked at Nazareth Hospital as house staff in 2005-2006

**Experience:**

Fellowship: Pain Management at Graduate Hospital, Philadelphia,PA Aug. 2004-July 2005.

**Education:**

Residency: Physical Medicine and Rehabilitation at Thomas Jefferson University Hospital, Philadelphia, PA July 2001-June 2004

Internship: Medicine at Hospital of St. Raphael, New Haven, CT. June 2000-July 2001

MD: American University of the Caribbean, Netherland Antilles and Florida, USA June '00

BS: Biomedical Engineering, Boston University, Boston, MA, May '96

**Board Certification:**

Diplomate American Board of Physical Medicine and Rehabilitation (ABPMR), June 2005. Certified through 2025

Pain Medicine Subspecialty Board via ABPMR, November 2005. Recertified through 2025

ABIME certification for Certified Independent Medical Examiner May 2014 for edition 6, 2015 for edition 4.

**Licensure:** Pennsylvania since September 2003
Delaware 2011-present
DEA certificate in PA and DE

**Appointments:** Chair of Health Policy and Legislation Committee of Resident Physician Council, '02-'03

- •Attended Center for Medicare and Medicare Services Town Hall meeting in
- •Baltimore, MD on May 19, 2003 for discussion on 75% rule
- Met with congressional aides to discuss pending health care related legislation

**Editorial Activities:** Editorial Board of Rehab in Review, a monthly publication of Rehabilitation medicine articles summarized for clinicians. Published by Harvard/Spaulding Rehabilitation Hospital, '01-'03

**Research**: Swamy, P, Kedzierski, A. Quantitative analysis of low back pain assessed via surface electromyography obtained via a dynamic lifting protocol. Boston University, 1995-1996.

**Publications:** Swamy, PA, Nardino R. Progressive Multiofocal Leukoencephalopathy in a patient with Chronic Myelogenous Leukemia. Connecticut Medicine 2002; 67(5):263-4.

Swamy, P. "CMS 75% Rule", Resident Physician Newsletter, Spring 2003.

Swamy, PA, Ovsiowitz, R., Freedman, MK., Fried, GW. Low Back Pain: Non Operative Treatment Strategies. In: Vaccaro, Alexander. A Resident and fellows guide to the fundamentals of spine surgery, Mosby Publishing Company, 2005-2006, Chapter 4.

Swamy, PA., Fried, GW. Hysterical Paraplegia after a Cervical Epidural Injection. Submitted to Journal of Musculoskeletal Pain November 2005

**Abstracts:** Swamy, P., Freedman, M. Weakness and Paresthesias after Epidural Injections. Archives of Physical Medicine and Rehabilitation, September 2003; 84(9):E25

Swamy, P. Nardino, R. Progressive Multifocal Leukoencephalopathy and Chronic Myelogenous Leukemia: A Case Report. American Society of Internal Medicine, Connecticut Chapter. April 25, 2003

**Presentations:**

Physiatric Approach to Low Back Pain; Grand Rounds at CCMC 9/07, Delaware County 2/08, Orthopedic Symposium 5/08

Conversion Disorder after Facet Joint Injections, June 5, 2004 Hershey, Pennsylvania

Grand Rounds at Thomas Jefferson University Hospital: 1 hour CME

Overuse Injuries in the Runner, October 22, 2003

Degenerative Lumbar Stenosis, Jan 23 2003

Memory Storage and Retrieval, and the Use of Complementary Medicine to Improve Memory, April 10, 2002

Dysesthesias and Weakness after Epidural Injections, Chicago, IL October 9, 2003.

Resident Teaching:
Weekly resident teaching at CCMC 2006-2011
Hysterical Paraplegia, June 2004
Musculoskeletal Workshops, Low Back Pain, October 2002
Anatomy of the Median Nerve, October 2001

Progressive Multifocal Leukoencephalopathy, Connecticut July 2000 and April 25, 2001 at Internal Medicine Conference

Quantitative analysis of low back pain assessed via surface electromyography obtained via a dynamic lifting protocol. Boston, MA May 3,1996

Survey of Medicare Patient Charts Regarding Health Care Proxies in Physicians Offices. Waltham, MA August 1998.

**Honors:** Dean's List, Boston University
Community Service Award, 1995, 1996

**Memberships:** American Association of Physical Medicine and Rehabilitation
Pennsylvania Medical Society 2011-present
Interventional Spine Intervention Society 2007-present
Resident Physician Council Member 2002-2003

Health Policy and Legislation Committee Chair
The Physiatric Association of Spine, Sports and Occupational Rehabilitation (PASSOR) 2002-present
American Medical Student Association 1997-2000
Biomedical Engineering Society 1992-2000

**Supplementary Education:**

Interventional Spine International Society Conference 2007, 2009, 2011,2013
American Association of Physical Medicine and Rehabilitation National Meeting: 2002, 2003, 2005, 2008
Pain Forum, October 2004 Philadelphia, PA
Electrodiagnostics Course, Thomas Jefferson University Hospital
Brain Injury Symposium, AI DuPont Hospital, March 2003
Orthotics and Prosthetics Course, University of Pennsylvania, Philadelphia, PA. 2002-2004

Intercity Gait Course, Moss Rehabilitation Hospital 2003-2004 Philadelphia
Presented at Connecticut Medicine Meeting April 2001
Managed Health Care Internship, Boston, MA Summer 1998.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | January 28, 2020 |
| To: | J. PRICE MCNAMARA<br>LAW OFFICE OF J. PRICE MCNAMARA |
| Attn: | |
| Fax: | (225) 612-6973 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

January 28, 2020

J. Price McNamara
Law Office of J. Price McNamara

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin

Dear J. Price McNamara:

We are in receipt of your request for a copy of Mr. Pervin's administrative claim file and all relevant Plan documents, however we do not have proper authorization to release claim information to you at this time. Please provide a signed notice of representation and/or authorization for Mr. Pervin and we will release all requested documentation to you once received.

In a denial letter sent to Mr. Pervin on August 30, 2019, he was advised of his right to appeal under Employee Retirement Income Security Act (ERISA) guidelines within 180 days of the receipt of the denial letter, including submitting additional medical documentation to support his claim and the reasons he thinks his claim should not have been denied. February 25, 2020 is 180 days from the date the denial letter was issued.

On November 19, 2019, Mr. Pervin confirmed that he had submitted all of the information he wished to have considered in the appeal review of his claim. However, upon receipt of your correspondence dated January 24, 2020, we understand that you intend to submit additional information to be reviewed as part of the appeal. Due to these special circumstances, an extension of time to process Mr. Pervin's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act. Since we are waiting for you to submit proper authorization as well as additional documentation, the days from January 24, 2020 until we receive your submission are not counted as part of the appeal determination period. Please submit all documentation to be considered with Mr. Pervin's appeal no later than February 25, 2020. We will proceed with our review and determination based on the information on file at that time.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant

Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, January 8, 2020 12:37:58 PM |
| To: | SIMPLYBBQ@SBCGLOBAL.NET; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]H-E-B, LP Claim No. 8397829 George Pervin |
| Attachments: | ysbyt4qzex1gkxujwv84_7680572.pdf; |

---

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

January 8, 2020

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

As per our discussion, please reivew the attached letter regarding your Long Term Disability appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 8397829-ACKNOWLEDGE-FREEFORM-01.07.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. GEORGE PERVIN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

January 8, 2020

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under the H-E-B, LP Long Term Disability Policy.

We are in the process of reviewing your appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the clinical reviews completed on December 06, 2019 by an independent physician Board Certified in Physical Medicine & Rehabilitation and Pain Medicine and on December 28, 2019, by an independent physician Board Certified Family Medicine which is new/additional evidence in connection with your appeal. Also attached is a Vocational Assessment completed by a Certified Rehabilitation Counselor and Vocational Case Manager. You may review these assessments and provide a response to us, which we will consider in making our decision on your appeal. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 603-334-5825. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on your appeal. The 21-day period will expire on January 28, 2020. If you will not be responding to the review, please advise us in writing immediately.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 8397829-MEDICAL-CP/PEER REVIEW-12.06.2019
8397829-MEDICAL-CP/PEER REVIEW-12.28.2019
8397829-VOC-TRANSFERRABLE SKILLS ASSESSMENT-01.06.2020

# NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** TAWNYA VALLIERE
**CLIENT:** Lincoln Life Insurance
**NAME:** George A Pervin
**CLAIM #:** 8397829
**NMR #:** 297398
**DATE:** 12/6/2019

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| PROGRESS NOTES | J. Lance LaFleur, MD | 04/03/18 - 09/29/19 | 31-38,42-56,150-151,193,241-254,316-323,326-356,456-463,467-481,483-490 |
| PROGRESS NOTES | Memorial Hermann Medical Group | 10/04/19 | 102 |
| PROGRESS NOTES | Gulf Coast Spine Care | 11/21/17 - 05/15/18 | 163-176,199,267-280,304 |
| PROGRESS NOTES | H. Cotler, MD | 12/12/17 | 184 |
| PROGRESS NOTES | P.P. Hinh, MD | 03/29/19 | 309-312 |
| PROGRESS NOTES | A. Rahman, MD | 03/26/19 | 313-314 |
| MRI | Cerner Imaging | 05/07/18 | 196-198,301-303 |
| MRI | Diagnostic Radiology | 03/28/19 | 257 |
| PHYSICAL THERAPY | Aquatic Care Programs | 12/08/17 - 05/10/18 | 183-186,195,288-291,300 |
| PHYSICAL THERAPY/FCE | Rehab Management And Staffing | 04/01/19 | 209-240 |
| PHYSICAL THERAPY | Unknown Location | 08/17/18 - 03/06/19 | 255-256 |
| FCE | Aquatic Care Programs | 04/02/18 | 187-194,292-299 |
| LAB | Millennium Health | 02/14/19 - 02/16/19 | 258-264 |
| JOB | Meat Cutter | Undated | 25 |
| FILE REVIEWS | P.E. Stander, MD | 05/17/19 - 05/21/19 | 153-158,428-430,435-437 |
| ROI | | 09/15/18 - 04/18/19 | 22,126-128,152,205-207,308,370-371,375-376380-381,385-386,390-391,395-396,400-401,407- |

**4960 E. State Street ◈ Rockford, IL 61108 ◈ Phone 815.964.6334 ◈ Fax 815.964.1162**
*website* www.nmrco.com ▪ *email* info@nmrco.com

| | | | |
|---|---|---|---|
| | | | 408,412,418-419,423,427,437,434,443 |
| MISC | | 11/21/17 - 11/25/19 & Undated | 1-21,23-24,26-30,39-41,57-101,103-125,129-149,159-162,177-182,200-204,208,265-266,281-287,305-307,315.324-325,357-369,372-374,377-379,382-384,387-389,392-394,397-399,402-406,409-411,413-417,420-422,424-426,431-433,438-442,444-455,464-466,482,491-505 |

TELECONFERENCE#1:

1) AP NAME: Dr. J. Lance LaFleur
2) PHONE: 832-736-2677
3) DATE(S): 11/26/2019
4) TIME(S): 11:00 AM CT
5) PERSON(S) SPOKEN WITH: Vanessa, Dr. LaFleur
6) POSITION OF PERSON(S) SPOKEN WITH: Office staff, treating provider

SUMMARY OF DISCUSSION(S): The office was called on 11/26/19 and spoke with the office staff, who transferred my call to the treating provider. Dr. LaFleur stated that the claimant has a complex situation. He has severe central canal stenosis. He weighs 440 pounds, and for this reason a surgeon is not willing to operate. He can't sit or stand in one place at anytime. He had an FCE done, he has had epidurals, and failed SCS trial facet injection. Dr. LaFleur stated that no changes are expected in the claimant's condition unless he loses weight .

TELECONFERENCE#2:

1) AP NAME: Dr. Ryan Jennings
2) PHONE: 281-388-3700
3) DATE(S): 11/26/2019, 11/29/2019
4) TIME(S): 1:16 PM CT, 9:00 AM CT
5) PERSON(S) SPOKEN WITH: Office voicemail, Amanda
6) POSITION OF PERSON(S) SPOKEN WITH: Office voicemail, MA

SUMMARY OF DISCUSSION(S): The office was called on 11/26/19. I left a a detailed voicemail message.

The office was called on 11/29/19. I left a message with the MA, as the provider was not in the office.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed. The claimant, J. Lance Lafleur (DOB: ) is a male Meat Cutter with a reported spinal stenosis of the lumbar region.

The claimant was under the care of J. Lance LaFleur, MD. On 07/05/18, the claimant was seen for chronic low back pain. He reported no relief from medial branch blocks. On 07/16/18, J. Lance LaFleur, MD saw the claimant for chronic low back pain and for a lumbar transforaminal injection. No adverse effects of medications are noted. Pain is moderately controlled on medications. PT was done in the past. He was 420 pounds. No exam was documented in a chart. He was on Percocet 5/235 mg tid. He was a smoker. Depression screening was negative. On 07/30/18, J. Lance LaFleur, MD saw the claimant in follow up for chronic low back pain. He had bilateral median branch block at L3-S1 with 0% relief. On 08/07/18, J. Lance LaFleur, MD saw the claimant in follow up for chronic low back pain. He had bilateral L4-5 transforaminal epidural steroid injection with 4-5%

relief. On 8/17/18 he was diagnosed with chronic venous insufficiency after a vein study. On 09/06/18, he had back pain in the mid back up to the neck and low back. It was a constant sharp pain with stabbing, and had stiffness. He was changed from Percocet to Zohydro. On 12/20/18, he was on Norco 7.5/325mg. On 01/15/19, he had pain in the neck and radiates to the arms bilaterally. He had posterior central annular fissuring at L3-L4 and L4-L5. Epidural steroid injection was planned. Partial note for a varicose vein ablation on 03/08/19 was reviewed. On 02/14/19, he was seen for management of low back pain and bilateral leg back pain. Pain level was a 7/10. The patient describes the pain as sharp and with burning sensation. Pain is rated at 7/10 in severity with the current medication regimen. On 04/15/19, he had a spinal cord stimulator trial done. He was on Hydromorphone 4mg for pain, as well as Morphine Sulfate ER 15mg. On 04/22/19, he had a pain level of 7/10. He had a spinal cord stimulator trial on 04/15/19 and he had no relief. He had a radiofrequency ablation on the left great saphenous vein. On 05/19/19, he had the SCS implant. On 05/23/19, there was low back pain. There is pain that radiates in the back, buttock and legs. Pain level was a 7. On 07/18/19, there was a pain level of 7/10. He had pain in the lower extremities, neck and upper extremities and hips. On 09/12/19 he had a pain level of 8/10. He had an increase in overall pain in low back and left back pain.

UDS was enclosed on 02/16/19.

Ryan Jennings, MD wrote a letter on the claimant's behalf on 10/04/19 indicating the claimant has been under the medical care prior to his accident at work in September 2018. He suffered a severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements with chronic low back pain. He currently requires monitoring and treatment with interventional pain management. He suffers from a moderate degree of deconditioning with poor endurance with prolonged standing, walking and lifting. He has had formal functional capacity testing showing he needs restriction on bending and squatting as well as prolonged standing and sitting. He requires high-dose opioid analgesics to control his pain and has recurrent pain with the simplest of tasks (showering, cooking, washing dishes, etc.).

The claimant was seen by Howard B. Cotler, MD at Gulf Coast Spine Care from 11/21/17 - 05/15/18. On 11/21/17, he was seen for a history of neck, arm and low back pain after being involved in a work related injury in September 2017. He is currently off work. He was recommended an additional work up. He was on NSAIDS. He had difficulty getting out of a chair, and had a slow gait. He had 30 degrees flexion in the lumbar spine. Some torticollis was present in his neck. Motor strength and sensation were normal. Surgical options were presented and left to the patient to decide. On 01/11/18, there were studies from October 2017, which showed an old compression fracture at T12. He had a C3-C4 disc herniation. He had a 9m AP spinal canal diameter and a right paracentral disc herniation which compresses the anterior thecal sac. On 05/15/18, he had been on ibuprofen and NSAIDs, and referred to PT. Pain level was 3/10. MRI of the lumbar spine on 05/07/18 showed severe central canal stenosis and a central disc herniation. There was foraminal stenosis bilaterally. There was progression of spinal stenosis.

The file review by P.E. Stander, MD dated 05/17/19 - 05/21/19 was noted. It was concluded based on the documentation in the records of his refractory chronic pain, morbid obesity and venous insufficiency, the claimant is impaired in his ability to reliably perform his usual life activities from 5/1/19 and indefinitely going forward.

The claimant was evaluated at Aquatic Care Program from 12/08/17 - 05/10/18. He started therapy on 12/29/17 with cervical and lumbar flexion deficits by 50%. He had had some decreased range of motion in his shoulders. He was treated 2/5/18 and had limited ADLs and was deconditioned. On 05/10/18, he had increased function testing, mobility and shoulder range of motion.

The FCE report signed by PT on 04/02/18 at Aquatic Care Program. His original injury was on 09/24/17, when he hurt his neck and back. He completed 12 visits of aquatic PT. His work involved 30 pounds lifting frequently. He was able to push 135 pounds, pulling 90 pounds. He was functioning at a medium-heavy PDL job. It was also noted that due to his poor cardiovascular conditioning, he would be limited to work 8 hours per day. He was recommended he begin work conditioning five days a week for two weeks four to six hours a day to assist with pain management.

The 04/01/19 report from Rehabilitation Management and Staffing dated 04/01/19 indicated the claimant underwent testing on 04/01/19 and suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation.

MRI of the lumbar spine on 05/07/18 showed mild diffuse disc bulge at L2-L3, and bilateral hypertrophic facet arthrosis at L1-L2, L3-L4. At the L4-L5, there was a small 2mm disc protrusion and facet arthrosis, which was severe. He had worsening of spinal canal stenosis with moderate bilateral foraminal narrowing.

MRI of the thoracic spine on 03/28/19 showed a disc bulge at T6-T7 and T7-T8 with mass effect on the thecal sac with no significant neural foraminal narrowing.

Ultrasound showed a 30 cm left renal cyst, and hepatomegaly on 9/28/18.

Dr. Peter Hinh, MD saw the claimant on 03/29/19 for a renal cyst. He had imaging for his back which showed these. He has urinary hesitancy and a weak stream. He has erectile dysfunction. He as on Flomax and it has helped.

The 10/11/18 Activities Questionnaire form completed by the claimant was reviewed.

The 10/01/19 Appeal Letter from the claimant was noted.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. What diagnoses are supported by the medical evidence?**

The records document that the claimant's primary impairing diagnoses are: Lumbar spinal stenosis (M48.06), Chronic Back Pain (M54.5), Chronic Pain Syndrome (G89.4), Long Term Use of Opioid Pain Medication (Z79.891).

**2. Does the medical evidence support any diagnoses causing functional impairment from 10/29/2019 to the present? Please explain your medical rationale as to why or why not.**

According to the medical records review, the claimant presented with chronic refractory pain, morbid obesity with mild level of deconditioning, and venous insufficiency. Imaging showed degenerative changes with spinal canal stenosis. It was noted that the claimant was recommended a surgical treatment, but because of his weight, surgery is not performed at this time. His spinal stenosis is at one level, L4-L5 but actual size of canal is not

noted on MRI. His pain is likely predominantly myofascial in nature given absolutely no improvement noted with transforaminal epidurals, spinal cord stimulator and facet joint injections.

The claimant had an FCE in April 2018 stating he could performed at medium-to-heavy work. This was about 7 months post his injury. However, the 04/01/19 FCE suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation. He appears to have be very deconditioned over the course of a year. FCE showed significant heart rate elevations during activity. Exam showed only mild midline tenderness.

Information from the provider was noted. Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits. The following restrictions are supported in an 8-hour workday:
He can lift up to 50 pounds occasionally, 25 pounds frequently.
There are no restrictions on sitting, standing or walking.
He can reach, touch, feel grip, keyboard with no restrictions.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

According to the medical records review, the claimant presented with chronic refractory pain, morbid obesity with mild level of deconditioning, and venous insufficiency. Imaging showed degenerative changes with spinal canal stenosis. It was noted that the claimant was recommended a surgical treatment, but because of his weight, surgery is not performed at this time. His spinal stenosis is at one level, L4-L5 but actual size of canal is not noted on MRI. His pain is likely predominantly myofascial in nature given absolutely no improvement noted with transforaminal epidurals, spinal cord stimulator and facet joint injections.The claimant had an FCE in April 2018 stating he could performed at medium-to-heavy work. This was about 7 months post his injury. However, the 04/01/19 FCE suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation. He appears to have be very deconditioned over the course of a year. FCE showed significant heart rate elevations during activity. Exam showed only mild midline tenderness.

Information from the provider was noted. Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits. The following restrictions are supported in an 8-hour workday:
He can lift up to 50 pounds occasionally, 25 pounds frequently.
There are no restrictions on sitting, standing or walking.
He can reach, touch, feel grip, keyboard with no restrictions.
I would place these restrictions for 1 year, but they are likely to be permanent.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

Morbid Obesity (BMI 67.17 - E66.01).
At this weight, fatigue, extra effort is necessary to move. He has gained more weight since not working and appears to have become further deconditioned

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

No, he does not have any chronic medical condition that is severe or would preclude him from working.

**6. When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call.**

I did not reach consensus with Dr. Lafleur. He had done a multitude of procedures without efficacy and thought that he needed surgery which the surgeons would not do due to his size.
Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Priya Swamy, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Licensed in State of DE #C1-0009894
Licensed in State of PA #MD422552

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 12/09/2019 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 12/23/2019 | **Medical/ Surgical Condition:** | lumbar spinal stenosis, chronic pain syndrome, obesity, chronic venous insufficiency, hypertension, obstructive sleep apnea |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 12/28/2019 | **DOD:** | 05/02/2018 |
| **Physical Demands:** | | **BBD:** | 10/29/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Questions**

**1. What diagnoses are supported by the medical evidence?**

Super morbid obesity (E66.01, Z68.44), diffuse spondylosis (M47.813, M47.815), lumbar spinal stenosis (M48.06), venous insufficiency (I87.2), chronic pain syndrome (G89.4), opioid dependence (F11.288), hypertension (I10), and simple renal cyst (N28.1) are supported.

**2. Does the medical evidence support any diagnoses causing functional impairment from 10/28/2019 to the present? Please explain your medical rationale as to why or why not.**

The available medical records support impairment due to severe obesity and opioid dependence. Both of these conditions increase risk of injurious mishaps in certain activities.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what periods of time. Please define in terms of task (sit, stand, lift/carry, type etc) and frequency (never, occasional, frequent, constant). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

The following activity restrictions are supported by the available records, in order to prevent serious injury. No ladders. No operation of hazardous equipment. No stooping or kneeling or squatting. No lifting more than 10 pounds above waist level. No lifting more than 20 pounds at waist level. The following functional limitations are also supported, to maintain productivity despite the impairing diagnoses. No standing or walking more than occasionally. No sitting longer than 1 hour without opportunity to stand. These restrictions and limitations are supported until the claimant achieves massive weight loss and/or stops taking high-dose narcotic pain medications.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

See above.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

There is no evidence of inability to engage in sustained, full-time productive activity within the restrictions and limitations. The functional capacity evaluation said the claimant could not engage in gainful employment because of the need for frequent position changes and the need to avoid prolonged standing/walking as well as repetitive bending and squatting. But there are many examples of gainful employment that do not require these activities and that also allow for frequent position changes.

**6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call (Dr Ryan Jennings, 281-388-3700, fax 281-388-3715).**

No records from Dr Jennings are available. The available records contain sufficient clinical information to determine impairment and appropriate restrictions and limitations.

**Analysis**

The records show the claimant is extremely obese, weighing nearly 450 pounds. This places enormous strain on a person's musculoskeletal system. The documentation shows that low back pain has been present since at least 2014, and that in September 2017 he fell at work, when he stopped working due to increased back pain. Documented imaging studies show that degenerative changes in the spine have been present since before 2014. He received physical therapy and by April 2018 the records showed that his physical exam was normal except for severe obesity and uncontrolled hypertension. The physical therapist stated that the claimant was then limited by poor cardiovascular conditioning after being out of work for 7 months. The orthopedist documented that pain had improved to moderate (treated with ibuprofen), stated the claimant could return to unrestricted work, and that if the claimant found the work demands difficult, he could look for different employment. The records show the claimant obtained a new MRI of the lumbar spine from some other physician, and it showed progression of the narrowing of the lumbar spinal canal to a degree termed severe by the radiologist. Inexplicably, the orthopedist recommended epidural steroid injections based on the radiographic findings (the purpose of steroid injections is to reduce pain, not address radiographic findings), and also said the claimant would likely require surgery (surgery is not indicated in the absence of neurologic deficits or intractable pain, neither of which were documented).

The records show that at that point, the claimant began seeing a pain management physician who prescribed escalating doses of narcotics. The records showed that the claimant's subjective pain level and objective examination findings had improved markedly since the fall in September 2017, and the only change to prompt initiation of narcotics was a new MRI that used the word "severe" to describe the increased narrowing of the lumbar spinal canal. Published medical literature has shown that such studies often lead patients to experience more subjective symptoms, once they come to believe their condition is "severe". In April 2019 a functional capacity evaluation found the claimant was at increased risk of injury if lifting more than 15 pounds overhead, and that he had a hard time with prolonged standing/walking, and needed frequent changes in position. The physical therapist stated that the claimant could not engage in gainful employment due to these limitations, but there are many occupations that can accommodate such limitations.

In May 2019 an internal medicine peer review was done, with conclusions similar to mine. The records show the pain medicine physician agreed with the review's conclusions. This month a physiatry peer review also concluded that the claimant is capable of full-time work within modest restrictions and limitations. Unsurprisingly, epidural steroid injection didn't help and neither did radiofrequency ablation of a leg vein to reduce leg pain. The record shows that the claimant reports pain throughout the body, which is likely due to opioid dependence that results in hyperalgesia (increased pain sensitivity and continual cycles of mild narcotic withdrawal). Published medical literature shows that opioid use for chronic non-malignant pain such that present in the claimant's case does not improve quality of life, and results in life-threatening complications. Despite the pain management physician's boilerplate declarations to the contrary, his documentation shows that the claimant's quality of life has failed to improve on opioids, and has in fact worsened since he now has diffuse pain, which he didn't have before. He has not been able to return to work, and his obesity has worsened in the absence of work. The pain management physician has made other statements in the records that are contradicted by the evidence. He states that the claimant has thoracic radiculopathy, even though MRI shows no narrowing of the spinal nerve foramina. He also states that the claimant's fall in 2017 resulted in lumbar spinal stenosis, when in fact this chronic degenerative condition had already been documented by MRI in 2014.

Keeping the claimant out of work has resulted in worsening obesity, which the orthopedist correctly concluded is the major source of the claimant's discomfort, and has also resulted in opioid dependence which further complicates the claimant's medical condition. The American College of Occupational and Environmental Medicine has clearly stated that subjective pain such as that caused by the claimant's severe obesity is not a reason for physicians to restrict a patient from working, and that it's up to the patient to find work that is tolerable. The severe obesity and opioid dependence do present hazards in certain activities, and so work must accommodate reasonable restrictions and limitations as detailed above.

David Carl Houghton, MD, FACP
Consulting physician, Lincoln Financial
602-626-6022 (direct voice)

*I affirm that I have no conflict of interest in this review. My compensation is not dependent on the specific outcome of this review nor on the opinions it contains. All opinions are advisory only, independently developed by myself, and are based upon the preponderance of evidence available from the records made available, as well as current standards of medical practice contained in broadly acknowledged professional medical publications.*

Representative and relevant data from more than 230 pages of medical records reviewed:

11/21/17 Howard B Cotier, MD, FACS, FAAOS (orthopedics): Neck, arm, low back pain since work injury 9/24/17. Tripped and broke fall with L hand. Has hx of prior back problems. 402lbs. 182/108. Hard to get out of chair. Slow shuffling gait. Forward flexed posture. Torticollis. Decr lumbar ROM. Exam o/w unremarkable. X-rays show diffuse thoracolumbar spondylosis and T11 and T12 old 10% wedge compression fractures. Cervical MRI shows mild to moderate DDD and C3-4 and C6-7 contained disc herniations with 9mm central canal diameter at C6-7. Ibuprofen, walking, stretching and strengthening. PT/pool therapy. Aggressive wt loss. Consider bariatric surgery. Unable to work.

1/11/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): PT helped. LBP 7/10. Leg pain 3/10. No neck/arm pain. Taking ibuprofen. BP 156/100. No limp, gets out of chair by himself. Normal posture. Lumbar ROM improved. Exam o/w normal.

4/2/18 Physical therapy: "Although pt is functioning at a medium-heavy PDL, his poor cardiovascular conditioning would limit his ability to work an eight hour day. Begin work conditioning 5d a week for 2wks, 4-6hrs/day.

4/5/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): LBP 5/10. Was walking daily but stopped. Did a week of work conditioning but got some radiculopathy and stopped. Lacks stamina. Wt 425lbs, BMI 65.6. Otherwise normal exam. Morbid obesity the majority of his problem. Needs daily exercise, needs to lose wt. Needs bariatric surgery. RTW unrestricted. "If he is unable to perform his job I believe it

would be in his best interest to seek other employment." Not candidate for back surgery. Maximal medical improvement reached. "His diagnosis is soft tissue injury with pre-existing degenerative condition secondary to morbid obesity." RTC PRN.

5/15/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): LBP 3/10. BP 210/110. Slight decr pinprick sensation R L4, exam o/w normal. MRI shows severe lumbar central canal stenosis due to contained herniation and hypertrophy, increased since 11/6/14 MRI. ESI and will probably need decompression and fusion.

10/11/18 George Pervin (activity questionnaire): Sits up to 3hrs at a time (sits in recliner up to 10hrs a day), stands up to 90min at a time (up to 4hr/day), walks up to 90min at a time. Naps up to 90min/day. Drives up to 3hrs at a time. Wife does all household chores. Does ADLs. Drives a truck with trailer 2-3 times per yr for vacation. Can't work due to back/neck pain. Standing or sits in regular chair pain is excruciating.

12/20/18 J Lance LaFleur, MD (pain management): Hydrocodone not helping. Stop that and start hydromorphone.

2/14/19 J Lance LaFleur, MD (pain management): LBP radiates to BLE and neck pain radiates to BUE. 7/10. Minimal relief from increased hydromorphone. Wt 422lbs, BMI 62.4. BP 167/94. No neuro or ortho exam. Chronic pain syndrome, lumbar stenosis/spondylosis and radiculopathy. Meds: tried hydrocodone 52mg/day, then oxycodone 30mg/day, then hydromorphone 16mg/day, allopurinol, HCTZ, levothyroxine, losartan, lovastatin, metformin, tizanidine, naloxegol, ibuprofen, meloxicam. Start MS-ER 15mg/day and topiramate 25mg BID. Depressed. Scheduled RFA of greater saphenous vein and ESI L4-5.

3/28/19 MRI thoracic spine: No stenosis.

4/1/19 Maria C Hill, PT (physical therapy): FCE over 4hrs. At risk of injury if lifting more than 15lbs above shoulder level. Poor body mechanics. Required frequent rests and change in position during testing. May need to have repetitive bending and squatting restricted. "Not qualified to return to gainful employment at this time because of the the restrictions." Fair CV fitness. Slight lumbosacral TTP. Exam o/w normal. Very poor strength of arms and torso.

8/20/19 J Lance LaFleur, MD (pain management): Agree with Dr Stander's peer review. Thoracic and lumbar radiculopathy, lumbar stenosis and radiculopathy, venous insufficiency, opioid dependence, chronic pain syndrome. Refill hydrocodone and hydromorphone and morphine. No relief from SCS and RFA of greater saphenous vein.

9/12/19 J Lance LaFleur, MD (pain management): 8/10 pain. LBP rad to BLE, neck pain rad to BUE. "He states his pain travels throughout his whole body." BMI 65, wt 440lbs. 161/85. No neuro or ortho exams.

11/11/19 J Lance LaFleur, MD (pain management): Pt under my care since May 2018. Had "severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements." Uses high dose opioid. Should continue with LTD.

**Vocational Memorandum**

**From:** Lori Ashworth, M.Ed., CRC **Date:** 1/6/2020

**To:** Tawnya Valliere

**Claim#:** 8397829

**Claimant:** George Pervin

**Date of Birth:**

**Date of Disability:** 05/02/2018

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Nicole Hall MS, CRC dated 5/30/2019. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. The following occupations were identified in that TSA: Order Clerk, Food and Beverage; Information Clerk; Customer Service Representative; Telephone Sales Representative. A prior Occupational Analysis was completed by Nicole Hall MS, CRC on 5/24/2018. By way of summary, EE is a 49-year-old Meat Cutter with a 10th grade education, computer skills which included e-mail and internet usage and the following work history: Meat Cutter (2 years), Line Installer Repairer (3 years) and Meat Manager/Meat Cutter/Assistant Manager Market (16 years). I have been asked to utilize restrictions and limitations from a peer review completed by David Carl Houghton, M.D. on 12/28/2019. Based on these updated capacities, the following previously identified occupations of Food and Beverage Order Clerk, Information Clerk and Customer Service Representative still remain viable. In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s). The occupation of Telephone Sales Representative does not remain viable as it does not meet the gainful wage requirement of $2225.60. This information has been provided to the ARC. This memorandum will serve in lieu of a formal written report.

Lori Ashworth, M.Ed., CRC

Certified Rehabilitation Counselor
Vocational Case Manager
SDN: 732-6302
Group Protection
Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. GEORGE PERVIN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

January 8, 2020

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under the H-E-B, LP Long Term Disability Policy.

We are in the process of reviewing your appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the clinical reviews completed on December 06, 2019 by an independent physician Board Certified in Physical Medicine & Rehabilitation and Pain Medicine and on December 28, 2019, by an independent physician Board Certified Family Medicine which is new/additional evidence in connection with your appeal. Also attached is a Vocational Assessment completed by a Certified Rehabilitation Counselor and Vocational Case Manager. You may review these assessments and provide a response to us, which we will consider in making our decision on your appeal. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 603-334-5825. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on your appeal. The 21-day period will expire on January 28, 2020. If you will not be responding to the review, please advise us in writing immediately.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 8397829-MEDICAL-CP/PEER REVIEW-12.06.2019
8397829-MEDICAL-CP/PEER REVIEW-12.28.2019
8397829-VOC-TRANSFERRABLE SKILLS ASSESSMENT-01.06.2020

**Network Medical Review Co. Ltd.**

An ExamWorks Company

**REFERRED BY:** TAWNYA VALLIERE
**CLIENT:** Lincoln Life Insurance
**NAME:** George A Pervin
**CLAIM #:** 8397829
**NMR #:** 297398
**DATE:** 12/6/2019

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| PROGRESS NOTES | J. Lance LaFleur, MD | 04/03/18 - 09/29/19 | 31-38,42-56,150-151,193,241-254,316-323,326-356,456-463,467-481,483-490 |
| PROGRESS NOTES | Memorial Hermann Medical Group | 10/04/19 | 102 |
| PROGRESS NOTES | Gulf Coast Spine Care | 11/21/17 - 05/15/18 | 163-176,199,267-280,304 |
| PROGRESS NOTES | H. Cotler, MD | 12/12/17 | 184 |
| PROGRESS NOTES | P.P. Hinh, MD | 03/29/19 | 309-312 |
| PROGRESS NOTES | A. Rahman, MD | 03/26/19 | 313-314 |
| MRI | Cerner Imaging | 05/07/18 | 196-198,301-303 |
| MRI | Diagnostic Radiology | 03/28/19 | 257 |
| PHYSICAL THERAPY | Aquatic Care Programs | 12/08/17 - 05/10/18 | 183-186,195,288-291,300 |
| PHYSICAL THERAPY/FCE | Rehab Management And Staffing | 04/01/19 | 209-240 |
| PHYSICAL THERAPY | Unknown Location | 08/17/18 - 03/06/19 | 255-256 |
| FCE | Aquatic Care Programs | 04/02/18 | 187-194,292-299 |
| LAB | Millennium Health | 02/14/19 - 02/16/19 | 258-264 |
| JOB | Meat Cutter | Undated | 25 |
| FILE REVIEWS | P.E. Stander, MD | 05/17/19 - 05/21/19 | 153-158,428-430,435-437 |
| ROI | | 09/15/18 - 04/18/19 | 22,126-128,152,205-207,308,370-371,375-376380-381,385-386,390-391,395-396,400-401,407- |

**4960 E. State Street ◦ Rockford, IL 61108 ◦ Phone 815.964.6334 ◦ Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

| | | | |
|---|---|---|---|
| | | | 408,412,418-419,423,427,437,434,443 |
| MISC | | 11/21/17 - 11/25/19 & Undated | 1-21,23-24,26-30,39-41,57-101,103-125,129-149,159-162,177-182,200-204,208,265-266,281-287,305-307,315.324-325,357-369,372-374,377-379,382-384,387-389,392-394,397-399,402-406,409-411,413-417,420-422,424-426,431-433,438-442,444-455,464-466,482,491-505 |

TELECONFERENCE#1:

1) AP NAME: Dr. J. Lance LaFleur
2) PHONE: 832-736-2677
3) DATE(S): 11/26/2019
4) TIME(S): 11:00 AM CT
5) PERSON(S) SPOKEN WITH: Vanessa, Dr. LaFleur
6) POSITION OF PERSON(S) SPOKEN WITH: Office staff, treating provider

SUMMARY OF DISCUSSION(S): The office was called on 11/26/19 and spoke with the office staff, who transferred my call to the treating provider. Dr. LaFleur stated that the claimant has a complex situation. He has severe central canal stenosis. He weighs 440 pounds, and for this reason a surgeon is not willing to operate. He can't sit or stand in one place at anytime. He had an FCE done, he has had epidurals, and failed SCS trial facet injection. Dr. LaFleur stated that no changes are expected in the claimant's condition unless he loses weight .

TELECONFERENCE#2:

1) AP NAME: Dr. Ryan Jennings
2) PHONE: 281-388-3700
3) DATE(S): 11/26/2019, 11/29/2019
4) TIME(S): 1:16 PM CT, 9:00 AM CT
5) PERSON(S) SPOKEN WITH: Office voicemail, Amanda
6) POSITION OF PERSON(S) SPOKEN WITH: Office voicemail, MA

SUMMARY OF DISCUSSION(S): The office was called on 11/26/19. I left a a detailed voicemail message.

The office was called on 11/29/19. I left a message with the MA, as the provider was not in the office.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed. The claimant, J. Lance Lafleur (DOB: ) is a male Meat Cutter with a reported spinal stenosis of the lumbar region.

The claimant was under the care of J. Lance LaFleur, MD. On 07/05/18, the claimant was seen for chronic low back pain. He reported no relief from medial branch blocks. On 07/16/18, J. Lance LaFleur, MD saw the claimant for chronic low back pain and for a lumbar transforaminal injection. No adverse effects of medications are noted. Pain is moderately controlled on medications. PT was done in the past. He was 420 pounds. No exam was documented in a chart. He was on Percocet 5/235 mg tid. He was a smoker. Depression screening was negative. On 07/30/18, J. Lance LaFleur, MD saw the claimant in follow up for chronic low back pain. He had bilateral median branch block at L3-S1 with 0% relief. On 08/07/18, J. Lance LaFleur, MD saw the claimant in follow up for chronic low back pain. He had bilateral L4-5 transforaminal epidural steroid injection with 4-5%

relief. On 8/17/18 he was diagnosed with chronic venous insufficiency after a vein study. On 09/06/18, he had back pain in the mid back up to the neck and low back. It was a constant sharp pain with stabbing, and had stiffness. He was changed from Percocet to Zohydro. On 12/20/18, he was on Norco 7.5/325mg. On 01/15/19, he had pain in the neck and radiates to the arms bilaterally. He had posterior central annular fissuring at L3-L4 and L4-L5. Epidural steroid injection was planned. Partial note for a varicose vein ablation on 03/08/19 was reviewed. On 02/14/19, he was seen for management of low back pain and bilateral leg back pain. Pain level was a 7/10. The patient describes the pain as sharp and with burning sensation. Pain is rated at 7/10 in severity with the current medication regimen. On 04/15/19, he had a spinal cord stimulator trial done. He was on Hydromorphone 4mg for pain, as well as Morphine Sulfate ER 15mg. On 04/22/19, he had a pain level of 7/10. He had a spinal cord stimulator trial on 04/15/19 and he had no relief. He had a radiofrequency ablation on the left great saphenous vein. On 05/19/19, he had the SCS implant. On 05/23/19, there was low back pain. There is pain that radiates in the back, buttock and legs. Pain level was a 7. On 07/18/19, there was a pain level of 7/10. He had pain in the lower extremities, neck and upper extremities and hips. On 09/12/19 he had a pain level of 8/10. He had an increase in overall pain in low back and left back pain.

UDS was enclosed on 02/16/19.

Ryan Jennings, MD wrote a letter on the claimant's behalf on 10/04/19 indicating the claimant has been under the medical care prior to his accident at work in September 2018. He suffered a severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements with chronic low back pain. He currently requires monitoring and treatment with interventional pain management. He suffers from a moderate degree of deconditioning with poor endurance with prolonged standing, walking and lifting. He has had formal functional capacity testing showing he needs restriction on bending and squatting as well as prolonged standing and sitting. He requires high-dose opioid analgesics to control his pain and has recurrent pain with the simplest of tasks (showering, cooking, washing dishes, etc.).

The claimant was seen by Howard B. Cotler, MD at Gulf Coast Spine Care from 11/21/17 - 05/15/18. On 11/21/17, he was seen for a history of neck, arm and low back pain after being involved in a work related injury in September 2017. He is currently off work. He was recommended an additional work up. He was on NSAIDS. He had difficulty getting out of a chair, and had a slow gait. He had 30 degrees flexion in the lumbar spine. Some torticollis was present in his neck. Motor strength and sensation were normal. Surgical options were presented and left to the patient to decide. On 01/11/18, there were studies from October 2017, which showed an old compression fracture at T12. He had a C3-C4 disc herniation. He had a 9m AP spinal canal diameter and a right paracentral disc herniation which compresses the anterior thecal sac. On 05/15/18, he had been on ibuprofen and NSAIDs, and referred to PT. Pain level was 3/10. MRI of the lumbar spine on 05/07/18 showed severe central canal stenosis and a central disc herniation. There was foraminal stenosis bilaterally. There was progression of spinal stenosis.

The file review by P.E. Stander, MD dated 05/17/19 - 05/21/19 was noted. It was concluded based on the documentation in the records of his refractory chronic pain, morbid obesity and venous insufficiency, the claimant is impaired in his ability to reliably perform his usual life activities from 5/1/19 and indefinitely going forward.

The claimant was evaluated at Aquatic Care Program from 12/08/17 - 05/10/18. He started therapy on 12/29/17 with cervical and lumbar flexion deficits by 50%. He had had some decreased range of motion in his shoulders. He was treated 2/5/18 and had limited ADLs and was deconditioned. On 05/10/18, he had increased function testing, mobility and shoulder range of motion.

The FCE report signed by PT on 04/02/18 at Aquatic Care Program. His original injury was on 09/24/17, when he hurt his neck and back. He completed 12 visits of aquatic PT. His work involved 30 pounds lifting frequently. He was able to push 135 pounds, pulling 90 pounds. He was functioning at a medium-heavy PDL job. It was also noted that due to his poor cardiovascular conditioning, he would be limited to work 8 hours per day. He was recommended he begin work conditioning five days a week for two weeks four to six hours a day to assist with pain management.

The 04/01/19 report from Rehabilitation Management and Staffing dated 04/01/19 indicated the claimant underwent testing on 04/01/19 and suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation.

MRI of the lumbar spine on 05/07/18 showed mild diffuse disc bulge at L2-L3, and bilateral hypertrophic facet arthrosis at L1-L2, L3-L4. At the L4-L5, there was a small 2mm disc protrusion and facet arthrosis, which was severe. He had worsening of spinal canal stenosis with moderate bilateral foraminal narrowing.

MRI of the thoracic spine on 03/28/19 showed a disc bulge at T6-T7 and T7-T8 with mass effect on the thecal sac with no significant neural foraminal narrowing.

Ultrasound showed a 30 cm left renal cyst, and hepatomegaly on 9/28/18.

Dr. Peter Hinh, MD saw the claimant on 03/29/19 for a renal cyst. He had imaging for his back which showed these. He has urinary hesitancy and a weak stream. He has erectile dysfunction. He as on Flomax and it has helped.

The 10/11/18 Activities Questionnaire form completed by the claimant was reviewed.

The 10/01/19 Appeal Letter from the claimant was noted.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. What diagnoses are supported by the medical evidence?**

The records document that the claimant's primary impairing diagnoses are: Lumbar spinal stenosis (M48.06), Chronic Back Pain (M54.5), Chronic Pain Syndrome (G89.4), Long Term Use of Opioid Pain Medication (Z79.891).

**2. Does the medical evidence support any diagnoses causing functional impairment from 10/29/2019 to the present? Please explain your medical rationale as to why or why not.**

According to the medical records review, the claimant presented with chronic refractory pain, morbid obesity with mild level of deconditioning, and venous insufficiency. Imaging showed degenerative changes with spinal canal stenosis. It was noted that the claimant was recommended a surgical treatment, but because of his weight, surgery is not performed at this time. His spinal stenosis is at one level, L4-L5 but actual size of canal is not

noted on MRI. His pain is likely predominantly myofascial in nature given absolutely no improvement noted with transforaminal epidurals, spinal cord stimulator and facet joint injections.

The claimant had an FCE in April 2018 stating he could performed at medium-to-heavy work. This was about 7 months post his injury. However, the 04/01/19 FCE suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation. He appears to have be very deconditioned over the course of a year. FCE showed significant heart rate elevations during activity. Exam showed only mild midline tenderness.

Information from the provider was noted. Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits. The following restrictions are supported in an 8-hour workday:
He can lift up to 50 pounds occasionally, 25 pounds frequently.
There are no restrictions on sitting, standing or walking.
He can reach, touch, feel grip, keyboard with no restrictions.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

According to the medical records review, the claimant presented with chronic refractory pain, morbid obesity with mild level of deconditioning, and venous insufficiency. Imaging showed degenerative changes with spinal canal stenosis. It was noted that the claimant was recommended a surgical treatment, but because of his weight, surgery is not performed at this time. His spinal stenosis is at one level, L4-L5 but actual size of canal is not noted on MRI. His pain is likely predominantly myofascial in nature given absolutely no improvement noted with transforaminal epidurals, spinal cord stimulator and facet joint injections.The claimant had an FCE in April 2018 stating he could performed at medium-to-heavy work. This was about 7 months post his injury. However, the 04/01/19 FCE suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation. He appears to have be very deconditioned over the course of a year. FCE showed significant heart rate elevations during activity. Exam showed only mild midline tenderness.

Information from the provider was noted. Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits. The following restrictions are supported in an 8-hour workday:
He can lift up to 50 pounds occasionally, 25 pounds frequently.
There are no restrictions on sitting, standing or walking.
He can reach, touch, feel grip, keyboard with no restrictions.
I would place these restrictions for 1 year, but they are likely to be permanent.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

Morbid Obesity (BMI 67.17 - E66.01).
At this weight, fatigue, extra effort is necessary to move. He has gained more weight since not working and appears to have become further deconditioned

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

No, he does not have any chronic medical condition that is severe or would preclude him from working.

**6. When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call.**

I did not reach consensus with Dr. Lafleur. He had done a multitude of procedures without efficacy and thought that he needed surgery which the surgeons would not do due to his size.
Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Priya Swamy, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Licensed in State of DE #C1-0009894
Licensed in State of PA #MD422552

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 12/09/2019 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 12/23/2019 | **Medical/ Surgical Condition:** | lumbar spinal stenosis, chronic pain syndrome, obesity, chronic venous insufficiency, hypertension, obstructive sleep apnea |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 12/28/2019 | **DOD:** | 05/02/2018 |
| **Physical Demands:** | | **BBD:** | 10/29/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Questions**

**1. What diagnoses are supported by the medical evidence?**

Super morbid obesity (E66.01, Z68.44), diffuse spondylosis (M47.813, M47.815), lumbar spinal stenosis (M48.06), venous insufficiency (I87.2), chronic pain syndrome (G89.4), opioid dependence (F11.288), hypertension (I10), and simple renal cyst (N28.1) are supported.

**2. Does the medical evidence support any diagnoses causing functional impairment from 10/28/2019 to the present? Please explain your medical rationale as to why or why not.**

The available medical records support impairment due to severe obesity and opioid dependence. Both of these conditions increase risk of injurious mishaps in certain activities.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what periods of time. Please define in terms of task (sit, stand, lift/carry, type etc) and frequency (never, occasional, frequent, constant). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

The following activity restrictions are supported by the available records, in order to prevent serious injury. No ladders. No operation of hazardous equipment. No stooping or kneeling or squatting. No lifting more than 10 pounds above waist level. No lifting more than 20 pounds at waist level. The following functional limitations are also supported, to maintain productivity despite the impairing diagnoses. No standing or walking more than occasionally. No sitting longer than 1 hour without opportunity to stand. These restrictions and limitations are supported until the claimant achieves massive weight loss and/or stops taking high-dose narcotic pain medications.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

See above.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

There is no evidence of inability to engage in sustained, full-time productive activity within the restrictions and limitations. The functional capacity evaluation said the claimant could not engage in gainful employment because of the need for frequent position changes and the need to avoid prolonged standing/walking as well as repetitive bending and squatting. But there are many examples of gainful employment that do not require these activities and that also allow for frequent position changes.

**6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call (Dr Ryan Jennings, 281-388-3700, fax 281-388-3715).**

No records from Dr Jennings are available. The available records contain sufficient clinical information to determine impairment and appropriate restrictions and limitations.

**Analysis**

The records show the claimant is extremely obese, weighing nearly 450 pounds. This places enormous strain on a person's musculoskeletal system. The documentation shows that low back pain has been present since at least 2014, and that in September 2017 he fell at work, when he stopped working due to increased back pain. Documented imaging studies show that degenerative changes in the spine have been present since before 2014. He received physical therapy and by April 2018 the records showed that his physical exam was normal except for severe obesity and uncontrolled hypertension. The physical therapist stated that the claimant was then limited by poor cardiovascular conditioning after being out of work for 7 months. The orthopedist documented that pain had improved to moderate (treated with ibuprofen), stated the claimant could return to unrestricted work, and that if the claimant found the work demands difficult, he could look for different employment. The records show the claimant obtained a new MRI of the lumbar spine from some other physician, and it showed progression of the narrowing of the lumbar spinal canal to a degree termed severe by the radiologist. Inexplicably, the orthopedist recommended epidural steroid injections based on the radiographic findings (the purpose of steroid injections is to reduce pain, not address radiographic findings), and also said the claimant would likely require surgery (surgery is not indicated in the absence of neurologic deficits or intractable pain, neither of which were documented).

The records show that at that point, the claimant began seeing a pain management physician who prescribed escalating doses of narcotics. The records showed that the claimant's subjective pain level and objective examination findings had improved markedly since the fall in September 2017, and the only change to prompt initiation of narcotics was a new MRI that used the word "severe" to describe the increased narrowing of the lumbar spinal canal. Published medical literature has shown that such studies often lead patients to experience more subjective symptoms, once they come to believe their condition is "severe". In April 2019 a functional capacity evaluation found the claimant was at increased risk of injury if lifting more than 15 pounds overhead, and that he had a hard time with prolonged standing/walking, and needed frequent changes in position. The physical therapist stated that the claimant could not engage in gainful employment due to these limitations, but there are many occupations that can accommodate such limitations.

In May 2019 an internal medicine peer review was done, with conclusions similar to mine. The records show the pain medicine physician agreed with the review's conclusions. This month a physiatry peer review also concluded that the claimant is capable of full-time work within modest restrictions and limitations. Unsurprisingly, epidural steroid injection didn't help and neither did radiofrequency ablation of a leg vein to reduce leg pain. The record shows that the claimant reports pain throughout the body, which is likely due to opioid dependence that results in hyperalgesia (increased pain sensitivity and continual cycles of mild narcotic withdrawal). Published medical literature shows that opioid use for chronic non-malignant pain such that present in the claimant's case does not improve quality of life, and results in life-threatening complications. Despite the pain management physician's boilerplate declarations to the contrary, his documentation shows that the claimant's quality of life has failed to improve on opioids, and has in fact worsened since he now has diffuse pain, which he didn't have before. He has not been able to return to work, and his obesity has worsened in the absence of work. The pain management physician has made other statements in the records that are contradicted by the evidence. He states that the claimant has thoracic radiculopathy, even though MRI shows no narrowing of the spinal nerve foramina. He also states that the claimant's fall in 2017 resulted in lumbar spinal stenosis, when in fact this chronic degenerative condition had already been documented by MRI in 2014.

Keeping the claimant out of work has resulted in worsening obesity, which the orthopedist correctly concluded is the major source of the claimant's discomfort, and has also resulted in opioid dependence which further complicates the claimant's medical condition. The American College of Occupational and Environmental Medicine has clearly stated that subjective pain such as that caused by the claimant's severe obesity is not a reason for physicians to restrict a patient from working, and that it's up to the patient to find work that is tolerable. The severe obesity and opioid dependence do present hazards in certain activities, and so work must accommodate reasonable restrictions and limitations as detailed above.

David Carl Houghton, MD, FACP
Consulting physician, Lincoln Financial
602-626-6022 (direct voice)

*I affirm that I have no conflict of interest in this review. My compensation is not dependent on the specific outcome of this review nor on the opinions it contains. All opinions are advisory only, independently developed by myself, and are based upon the preponderance of evidence available from the records made available, as well as current standards of medical practice contained in broadly acknowledged professional medical publications.*

Representative and relevant data from more than 230 pages of medical records reviewed:

11/21/17 Howard B Cotier, MD, FACS, FAAOS (orthopedics): Neck, arm, low back pain since work injury 9/24/17. Tripped and broke fall with L hand. Has hx of prior back problems. 402lbs. 182/108. Hard to get out of chair. Slow shuffling gait. Forward flexed posture. Torticollis. Decr lumbar ROM. Exam o/w unremarkable. X-rays show diffuse thoracolumbar spondylosis and T11 and T12 old 10% wedge compression fractures. Cervical MRI shows mild to moderate DDD and C3-4 and C6-7 contained disc herniations with 9mm central canal diameter at C6-7. Ibuprofen, walking, stretching and strengthening. PT/pool therapy. Aggressive wt loss. Consider bariatric surgery. Unable to work.

1/11/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): PT helped. LBP 7/10. Leg pain 3/10. No neck/arm pain. Taking ibuprofen. BP 156/100. No limp, gets out of chair by himself. Normal posture. Lumbar ROM improved. Exam o/w normal.

4/2/18 Physical therapy: "Although pt is functioning at a medium-heavy PDL, his poor cardiovascular conditioning would limit his ability to work an eight hour day. Begin work conditioning 5d a week for 2wks, 4-6hrs/day.

4/5/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): LBP 5/10. Was walking daily but stopped. Did a week of work conditioning but got some radiculopathy and stopped. Lacks stamina. Wt 425lbs, BMI 65.6. Otherwise normal exam. Morbid obesity the majority of his problem. Needs daily exercise, needs to lose wt. Needs bariatric surgery. RTW unrestricted. "If he is unable to perform his job I believe it

would be in his best interest to seek other employment." Not candidate for back surgery. Maximal medical improvement reached. "His diagnosis is soft tissue injury with pre-existing degenerative condition secondary to morbid obesity." RTC PRN.

5/15/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): LBP 3/10. BP 210/110. Slight decr pinprick sensation R L4, exam o/w normal. MRI shows severe lumbar central canal stenosis due to contained herniation and hypertrophy, increased since 11/6/14 MRI. ESI and will probably need decompression and fusion.

10/11/18 George Pervin (activity questionnaire): Sits up to 3hrs at a time (sits in recliner up to 10hrs a day), stands up to 90min at a time (up to 4hr/day), walks up to 90min at a time. Naps up to 90min/day. Drives up to 3hrs at a time. Wife does all household chores. Does ADLs. Drives a truck with trailer 2-3 times per yr for vacation. Can't work due to back/neck pain. Standing or sits in regular chair pain is excruciating.

12/20/18 J Lance LaFleur, MD (pain management): Hydrocodone not helping. Stop that and start hydromorphone.

2/14/19 J Lance LaFleur, MD (pain management): LBP radiates to BLE and neck pain radiates to BUE. 7/10. Minimal relief from increased hydromorphone. Wt 422lbs, BMI 62.4. BP 167/94. No neuro or ortho exam. Chronic pain syndrome, lumbar stenosis/spondylosis and radiculopathy. Meds: tried hydrocodone 52mg/day, then oxycodone 30mg/day, then hydromorphone 16mg/day, allopurinol, HCTZ, levothyroxine, losartan, lovastatin, metformin, tizanidine, naloxegol, ibuprofen, meloxicam. Start MS-ER 15mg/day and topiramate 25mg BID. Depressed. Scheduled RFA of greater saphenous vein and ESI L4-5.

3/28/19 MRI thoracic spine: No stenosis.

4/1/19 Maria C Hill, PT (physical therapy): FCE over 4hrs. At risk of injury if lifting more than 15lbs above shoulder level. Poor body mechanics. Required frequent rests and change in position during testing. May need to have repetitive bending and squatting restricted. "Not qualified to return to gainful employment at this time because of the the restrictions." Fair CV fitness. Slight lumbosacral TTP. Exam o/w normal. Very poor strength of arms and torso.

8/20/19 J Lance LaFleur, MD (pain management): Agree with Dr Stander's peer review. Thoracic and lumbar radiculopathy, lumbar stenosis and radiculopathy, venous insufficiency, opioid dependence, chronic pain syndrome. Refill hydrocodone and hydromorphone and morphine. No relief from SCS and RFA of greater saphenous vein.

9/12/19 J Lance LaFleur, MD (pain management): 8/10 pain. LBP rad to BLE, neck pain rad to BUE. "He states his pain travels throughout his whole body." BMI 65, wt 440lbs. 161/85. No neuro or ortho exams.

11/11/19 J Lance LaFleur, MD (pain management): Pt under my care since May 2018. Had "severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements." Uses high dose opioid. Should continue with LTD.

**Vocational Memorandum**

**From:** Lori Ashworth, M.Ed., CRC **Date:** 1/6/2020

**To:** Tawnya Valliere

**Claim#:** 8397829

**Claimant:** George Pervin

**Date of Birth:**

**Date of Disability:** 05/02/2018

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Nicole Hall MS, CRC dated 5/30/2019. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. The following occupations were identified in that TSA: Order Clerk, Food and Beverage; Information Clerk; Customer Service Representative; Telephone Sales Representative. A prior Occupational Analysis was completed by Nicole Hall MS, CRC on 5/24/2018. By way of summary, EE is a 49-year-old Meat Cutter with a 10th grade education, computer skills which included e-mail and internet usage and the following work history: Meat Cutter (2 years), Line Installer Repairer (3 years) and Meat Manager/Meat Cutter/Assistant Manager Market (16 years). I have been asked to utilize restrictions and limitations from a peer review completed by David Carl Houghton, M.D. on 12/28/2019. Based on these updated capacities, the following previously identified occupations of Food and Beverage Order Clerk, Information Clerk and Customer Service Representative still remain viable. In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s). The occupation of Telephone Sales Representative does not remain viable as it does not meet the gainful wage requirement of $2225.60. This information has been provided to the ARC. This memorandum will serve in lieu of a formal written report.

Lori Ashworth, M.Ed., CRC

Certified Rehabilitation Counselor
Vocational Case Manager
SDN: 732-6302
Group Protection
Lincoln Financial Group

## Vocational Memorandum

**From:** Lori Ashworth, M.Ed., CRC **Date:** 1/6/2020

**To:** Tawnya Valliere

**Claim#:** 8397829

**Claimant:** George Pervin

**Date of Birth:**

**Date of Disability:** 05/02/2018

## Vocational Assessment:

VCM received this file for a TSA update to one previously performed by Nicole Hall MS, CRC dated 5/30/2019. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. The following occupations were identified in that TSA: Order Clerk, Food and Beverage; Information Clerk; Customer Service Representative; Telephone Sales Representative. A prior Occupational Analysis was completed by Nicole Hall MS, CRC on 5/24/2018. By way of summary, EE is a 49-year-old Meat Cutter with a 10th grade education, computer skills which included e-mail and internet usage and the following work history: Meat Cutter (2 years), Line Installer Repairer (3 years) and Meat Manager/Meat Cutter/Assistant Manager Market (16 years). I have been asked to utilize restrictions and limitations from a peer review completed by David Carl Houghton, M.D. on 12/28/2019. Based on these updated capacities, the following previously identified occupations of Food and Beverage Order Clerk, Information Clerk and Customer Service Representative still remain viable. In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s). The occupation of Telephone Sales Representative does not remain viable as it does not meet the gainful wage requirement of $2225.60. This information has been provided to the ARC. This memorandum will serve in lieu of a formal written report.

Lori Ashworth, M.Ed., CRC

Certified Rehabilitation Counselor
Vocational Case Manager
SDN: 732-6302
Group Protection
Lincoln Financial Group

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [x] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Tawnya Valliere DATE: Thursday, January 2, 2020

## CLAIM BACKGROUND

Claimant Name: GEORGE PERVIN Claim Number: 8397829

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [x] YES [ ] NO

Employer: H-E-B, LP.

Change In DEF. Date: 10/29/2019

Pre-Disability Earnings: $3,709.33 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please complete addendum TSA based on R&L's outlined per ICP report by Dr. Houghton dated 12/28/2019 and considering gainful wage amount of $2225.60.

DP 512

## ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 12/09/2019 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 12/23/2019 | **Medical/ Surgical Condition:** | lumbar spinal stenosis, chronic pain syndrome, obesity, chronic venous insufficiency, hypertension, obstructive sleep apnea |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 12/28/2019 | **DOD:** | 05/02/2018 |
| **Physical Demands:** | | **BBD:** | 10/29/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Questions**

**1. What diagnoses are supported by the medical evidence?**

Super morbid obesity (E66.01, Z68.44), diffuse spondylosis (M47.813, M47.815), lumbar spinal stenosis (M48.06), venous insufficiency (I87.2), chronic pain syndrome (G89.4), opioid dependence (F11.288), hypertension (I10), and simple renal cyst (N28.1) are supported.

**2. Does the medical evidence support any diagnoses causing functional impairment from 10/28/2019 to the present? Please explain your medical rationale as to why or why not.**

The available medical records support impairment due to severe obesity and opioid dependence. Both of these conditions increase risk of injurious mishaps in certain activities.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what periods of time. Please define in terms of task (sit, stand, lift/carry, type etc) and frequency (never, occasional, frequent, constant). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

The following activity restrictions are supported by the available records, in order to prevent serious injury. No ladders. No operation of hazardous equipment. No stooping or kneeling or squatting. No lifting more than 10 pounds above waist level. No lifting more than 20 pounds at waist level. The following functional limitations are also supported, to maintain productivity despite the impairing diagnoses. No standing or walking more than occasionally. No sitting longer than 1 hour without opportunity to stand. These restrictions and limitations are supported until the claimant achieves massive weight loss and/or stops taking high-dose narcotic pain medications.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

See above.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

There is no evidence of inability to engage in sustained, full-time productive activity within the restrictions and limitations. The functional capacity evaluation said the claimant could not engage in gainful employment because of the need for frequent position changes and the need to avoid prolonged standing/walking as well as repetitive bending and squatting. But there are many examples of gainful employment that do not require these activities and that also allow for frequent position changes.

**6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call (Dr Ryan Jennings, 281-388-3700, fax 281-388-3715)**.

No records from Dr Jennings are available. The available records contain sufficient clinical information to determine impairment and appropriate restrictions and limitations.

**Analysis**

The records show the claimant is extremely obese, weighing nearly 450 pounds. This places enormous strain on a person's musculoskeletal system. The documentation shows that low back pain has been present since at least 2014, and that in September 2017 he fell at work, when he stopped working due to increased back pain. Documented imaging studies show that degenerative changes in the spine have been present since before 2014. He received physical therapy and by April 2018 the records showed that his physical exam was normal except for severe obesity and uncontrolled hypertension. The physical therapist stated that the claimant was then limited by poor cardiovascular conditioning after being out of work for 7 months. The orthopedist documented that pain had improved to moderate (treated with ibuprofen), stated the claimant could return to unrestricted work, and that if the claimant found the work demands difficult, he could look for different employment. The records show the claimant obtained a new MRI of the lumbar spine from some other physician, and it showed progression of the narrowing of the lumbar spinal canal to a degree termed severe by the radiologist. Inexplicably, the orthopedist recommended epidural steroid injections based on the radiographic findings (the purpose of steroid injections is to reduce pain, not address radiographic findings), and also said the claimant would likely require surgery (surgery is not indicated in the absence of neurologic deficits or intractable pain, neither of which were documented).

The records show that at that point, the claimant began seeing a pain management physician who prescribed escalating doses of narcotics. The records showed that the claimant's subjective pain level and objective examination findings had improved markedly since the fall in September 2017, and the only change to prompt initiation of narcotics was a new MRI that used the word "severe" to describe the increased narrowing of the lumbar spinal canal. Published medical literature has shown that such studies often lead patients to experience more subjective symptoms, once they come to believe their condition is "severe". In April 2019 a functional capacity evaluation found the claimant was at increased risk of injury if lifting more than 15 pounds overhead, and that he had a hard time with prolonged standing/walking, and needed frequent changes in position. The physical therapist stated that the claimant could not engage in gainful employment due to these limitations, but there are many occupations that can accommodate such limitations.

In May 2019 an internal medicine peer review was done, with conclusions similar to mine. The records show the pain medicine physician agreed with the review's conclusions. This month a physiatry peer review also concluded that the claimant is capable of full-time work within modest restrictions and limitations. Unsurprisingly, epidural steroid injection didn't help and neither did radiofrequency ablation of a leg vein to reduce leg pain. The record shows that the claimant reports pain throughout the body, which is likely due to opioid dependence that results in hyperalgesia (increased pain sensitivity and continual cycles of mild narcotic withdrawal). Published medical literature shows that opioid use for chronic non-malignant pain such that present in the claimant's case does not improve quality of life, and results in life-threatening complications. Despite the pain management physician's boilerplate declarations to the contrary, his documentation shows that the claimant's quality of life has failed to improve on opioids, and has in fact worsened since he now has diffuse pain, which he didn't have before. He has not been able to return to work, and his obesity has worsened in the absence of work. The pain management physician has made other statements in the records that are contradicted by the evidence. He states that the claimant has thoracic radiculopathy, even though MRI shows no narrowing of the spinal nerve foramina. He also states that the claimant's fall in 2017 resulted in lumbar spinal stenosis, when in fact this chronic degenerative condition had already been documented by MRI in 2014.

Keeping the claimant out of work has resulted in worsening obesity, which the orthopedist correctly concluded is the major source of the claimant's discomfort, and has also resulted in opioid dependence which further complicates the claimant's medical condition. The American College of Occupational and Environmental Medicine has clearly stated that subjective pain such as that caused by the claimant's severe obesity is not a reason for physicians to restrict a patient from working, and that it's up to the patient to find work that is tolerable. The severe obesity and opioid dependence do present hazards in certain activities, and so work must accommodate reasonable restrictions and limitations as detailed above.

David Carl Houghton, MD, FACP
Consulting physician, Lincoln Financial
602-626-6022 (direct voice)

*I affirm that I have no conflict of interest in this review. My compensation is not dependent on the specific outcome of this review nor on the opinions it contains. All opinions are advisory only, independently developed by myself, and are based upon the preponderance of evidence available from the records made available, as well as current standards of medical practice contained in broadly acknowledged professional medical publications.*

Representative and relevant data from more than 230 pages of medical records reviewed:

11/21/17 Howard B Cotier, MD, FACS, FAAOS (orthopedics): Neck, arm, low back pain since work injury 9/24/17. Tripped and broke fall with L hand. Has hx of prior back problems. 402lbs. 182/108. Hard to get out of chair. Slow shuffling gait. Forward flexed posture. Torticollis. Decr lumbar ROM. Exam o/w unremarkable. X-rays show diffuse thoracolumbar spondylosis and T11 and T12 old 10% wedge compression fractures. Cervical MRI shows mild to moderate DDD and C3-4 and C6-7 contained disc herniations with 9mm central canal diameter at C6-7. Ibuprofen, walking, stretching and strengthening. PT/pool therapy. Aggressive wt loss. Consider bariatric surgery. Unable to work.

1/11/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): PT helped. LBP 7/10. Leg pain 3/10. No neck/arm pain. Taking ibuprofen. BP 156/100. No limp, gets out of chair by himself. Normal posture. Lumbar ROM improved. Exam o/w normal.

4/2/18 Physical therapy: "Although pt is functioning at a medium-heavy PDL, his poor cardiovascular conditioning would limit his ability to work an eight hour day. Begin work conditioning 5d a week for 2wks, 4-6hrs/day.

4/5/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): LBP 5/10. Was walking daily but stopped. Did a week of work conditioning but got some radiculopathy and stopped. Lacks stamina. Wt 425lbs, BMI 65.6. Otherwise normal exam. Morbid obesity the majority of his problem. Needs daily exercise, needs to lose wt. Needs bariatric surgery. RTW unrestricted. "If he is unable to perform his job I believe it

would be in his best interest to seek other employment." Not candidate for back surgery. Maximal medical improvement reached. "His diagnosis is soft tissue injury with pre-existing degenerative condition secondary to morbid obesity." RTC PRN.

5/15/18 Howard B Cotier, MD, FACS, FAAOS (orthopedics): LBP 3/10. BP 210/110. Slight decr pinprick sensation R L4, exam o/w normal. MRI shows severe lumbar central canal stenosis due to contained herniation and hypertrophy, increased since 11/6/14 MRI. ESI and will probably need decompression and fusion.

10/11/18 George Pervin (activity questionnaire): Sits up to 3hrs at a time (sits in recliner up to 10hrs a day), stands up to 90min at a time (up to 4hr/day), walks up to 90min at a time. Naps up to 90min/day. Drives up to 3hrs at a time. Wife does all household chores. Does ADLs. Drives a truck with trailer 2-3 times per yr for vacation. Can't work due to back/neck pain. Standing or sits in regular chair pain is excruciating.

12/20/18 J Lance LaFleur, MD (pain management): Hydrocodone not helping. Stop that and start hydromorphone.

2/14/19 J Lance LaFleur, MD (pain management): LBP radiates to BLE and neck pain radiates to BUE. 7/10. Minimal relief from increased hydromorphone. Wt 422lbs, BMI 62.4. BP 167/94. No neuro or ortho exam. Chronic pain syndrome, lumbar stenosis/spondylosis and radiculopathy. Meds: tried hydrocodone 52mg/day, then oxycodone 30mg/day, then hydromorphone 16mg/day, allopurinol, HCTZ, levothyroxine, losartan, lovastatin, metformin, tizanidine, naloxegol, ibuprofen, meloxicam. Start MS-ER 15mg/day and topiramate 25mg BID. Depressed. Scheduled RFA of greater saphenous vein and ESI L4-5.

3/28/19 MRI thoracic spine: No stenosis.

4/1/19 Maria C Hill, PT (physical therapy): FCE over 4hrs. At risk of injury if lifting more than 15lbs above shoulder level. Poor body mechanics. Required frequent rests and change in position during testing. May need to have repetitive bending and squatting restricted. "Not qualified to return to gainful employment at this time because of the the restrictions." Fair CV fitness. Slight lumbosacral TTP. Exam o/w normal. Very poor strength of arms and torso.

8/20/19 J Lance LaFleur, MD (pain management): Agree with Dr Stander's peer review. Thoracic and lumbar radiculopathy, lumbar stenosis and radiculopathy, venous insufficiency, opioid dependence, chronic pain syndrome. Refill hydrocodone and hydromorphone and morphine. No relief from SCS and RFA of greater saphenous vein.

9/12/19 J Lance LaFleur, MD (pain management): 8/10 pain. LBP rad to BLE, neck pain rad to BUE. "He states his pain travels throughout his whole body." BMI 65, wt 440lbs. 161/85. No neuro or ortho exams.

11/11/19 J Lance LaFleur, MD (pain management): Pt under my care since May 2018. Had "severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements." Uses high dose opioid. Should continue with LTD.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. GEORGE PERVIN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

December 24, 2019

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Lincoln Financial Group is responsible for managing claims for benefits under the H-E-B, LP Long-Term Disability (LTD) Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

Your file is currently being reviewed in the Appeal Review Unit and has been referred for further medical review and assessment. We will make every effort to render a determination as soon as possible, but no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** TAWNYA VALLIERE
**CLIENT:** Lincoln Life Insurance
**NAME:** George A Pervin
**CLAIM #:** 8397829
**NMR #:** 297398
**DATE:** 12/6/2019

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| PROGRESS NOTES | J. Lance LaFleur, MD | 04/03/18 - 09/29/19 | 31-38,42-56,150-151,193,241-254,316-323,326-356,456-463,467-481,483-490 |
| PROGRESS NOTES | Memorial Hermann Medical Group | 10/04/19 | 102 |
| PROGRESS NOTES | Gulf Coast Spine Care | 11/21/17 - 05/15/18 | 163-176,199,267-280,304 |
| PROGRESS NOTES | H. Cotler, MD | 12/12/17 | 184 |
| PROGRESS NOTES | P.P. Hinh, MD | 03/29/19 | 309-312 |
| PROGRESS NOTES | A. Rahman, MD | 03/26/19 | 313-314 |
| MRI | Cerner Imaging | 05/07/18 | 196-198,301-303 |
| MRI | Diagnostic Radiology | 03/28/19 | 257 |
| PHYSICAL THERAPY | Aquatic Care Programs | 12/08/17 - 05/10/18 | 183-186,195,288-291,300 |
| PHYSICAL THERAPY/FCE | Rehab Management And Staffing | 04/01/19 | 209-240 |
| PHYSICAL THERAPY | Unknown Location | 08/17/18 - 03/06/19 | 255-256 |
| FCE | Aquatic Care Programs | 04/02/18 | 187-194,292-299 |
| LAB | Millennium Health | 02/14/19 - 02/16/19 | 258-264 |
| JOB | Meat Cutter | Undated | 25 |
| FILE REVIEWS | P.E. Stander, MD | 05/17/19 - 05/21/19 | 153-158,428-430,435-437 |
| ROI | | 09/15/18 - 04/18/19 | 22,126-128,152,205-207,308,370-371,375-376380-381,385-386,390-391,395-396,400-401,407- |

**4960 E. State Street ● Rockford, IL 61108 ● Phone 815.964.6334 ● Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

| | | | |
|---|---|---|---|
| | | | 408,412,418-419,423,427,437,434,443 |
| MISC | | 11/21/17 - 11/25/19 & Undated | 1-21,23-24,26-30,39-41,57-101,103-125,129-149,159-162,177-182,200-204,208,265-266,281-287,305-307,315.324-325,357-369,372-374,377-379,382-384,387-389,392-394,397-399,402-406,409-411,413-417,420-422,424-426,431-433,438-442,444-455,464-466,482,491-505 |

TELECONFERENCE#1:

1) AP NAME: Dr. J. Lance LaFleur
2) PHONE: 832-736-2677
3) DATE(S): 11/26/2019
4) TIME(S): 11:00 AM CT
5) PERSON(S) SPOKEN WITH: Vanessa, Dr. LaFleur
6) POSITION OF PERSON(S) SPOKEN WITH: Office staff, treating provider

SUMMARY OF DISCUSSION(S): The office was called on 11/26/19 and spoke with the office staff, who transferred my call to the treating provider. Dr. LaFleur stated that the claimant has a complex situation. He has severe central canal stenosis. He weighs 440 pounds, and for this reason a surgeon is not willing to operate. He can't sit or stand in one place at anytime. He had an FCE done, he has had epidurals, and failed SCS trial facet injection. Dr. LaFleur stated that no changes are expected in the claimant's condition unless he loses weight .

TELECONFERENCE#2:

1) AP NAME: Dr. Ryan Jennings
2) PHONE: 281-388-3700
3) DATE(S): 11/26/2019, 11/29/2019
4) TIME(S): 1:16 PM CT, 9:00 AM CT
5) PERSON(S) SPOKEN WITH: Office voicemail, Amanda
6) POSITION OF PERSON(S) SPOKEN WITH: Office voicemail, MA

SUMMARY OF DISCUSSION(S): The office was called on 11/26/19. I left a a detailed voicemail message.

The office was called on 11/29/19. I left a message with the MA, as the provider was not in the office.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed. The claimant, J. Lance Lafleur (DOB: ) is a male Meat Cutter with a reported spinal stenosis of the lumbar region.

The claimant was under the care of J. Lance LaFleur, MD. On 07/05/18, the claimant was seen for chronic low back pain. He reported no relief from medial branch blocks. On 07/16/18, J. Lance LaFleur, MD saw the claimant for chronic low back pain and for a lumbar transforaminal injection. No adverse effects of medications are noted. Pain is moderately controlled on medications. PT was done in the past. He was 420 pounds. No exam was documented in a chart. He was on Percocet 5/235 mg tid. He was a smoker. Depression screening was negative. On 07/30/18, J. Lance LaFleur, MD saw the claimant in follow up for chronic low back pain. He had bilateral median branch block at L3-S1 with 0% relief. On 08/07/18, J. Lance LaFleur, MD saw the claimant in follow up for chronic low back pain. He had bilateral L4-5 transforaminal epidural steroid injection with 4-5%

relief. On 8/17/18 he was diagnosed with chronic venous insufficiency after a vein study. On 09/06/18, he had back pain in the mid back up to the neck and low back. It was a constant sharp pain with stabbing, and had stiffness. He was changed from Percocet to Zohydro. On 12/20/18, he was on Norco 7.5/325mg. On 01/15/19, he had pain in the neck and radiates to the arms bilaterally. He had posterior central annular fissuring at L3-L4 and L4-L5. Epidural steroid injection was planned. Partial note for a varicose vein ablation on 03/08/19 was reviewed. On 02/14/19, he was seen for management of low back pain and bilateral leg back pain. Pain level was a 7/10. The patient describes the pain as sharp and with burning sensation. Pain is rated at 7/10 in severity with the current medication regimen. On 04/15/19, he had a spinal cord stimulator trial done. He was on Hydromorphone 4mg for pain, as well as Morphine Sulfate ER 15mg. On 04/22/19, he had a pain level of 7/10. He had a spinal cord stimulator trial on 04/15/19 and he had no relief. He had a radiofrequency ablation on the left great saphenous vein. On 05/19/19, he had the SCS implant. On 05/23/19, there was low back pain. There is pain that radiates in the back, buttock and legs. Pain level was a 7. On 07/18/19, there was a pain level of 7/10. He had pain in the lower extremities, neck and upper extremities and hips. On 09/12/19 he had a pain level of 8/10. He had an increase in overall pain in low back and left back pain.

UDS was enclosed on 02/16/19.

Ryan Jennings, MD wrote a letter on the claimant's behalf on 10/04/19 indicating the claimant has been under the medical care prior to his accident at work in September 2018. He suffered a severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements with chronic low back pain. He currently requires monitoring and treatment with interventional pain management. He suffers from a moderate degree of deconditioning with poor endurance with prolonged standing, walking and lifting. He has had formal functional capacity testing showing he needs restriction on bending and squatting as well as prolonged standing and sitting. He requires high-dose opioid analgesics to control his pain and has recurrent pain with the simplest of tasks (showering, cooking, washing dishes, etc.).

The claimant was seen by Howard B. Cotler, MD at Gulf Coast Spine Care from 11/21/17 - 05/15/18. On 11/21/17, he was seen for a history of neck, arm and low back pain after being involved in a work related injury in September 2017. He is currently off work. He was recommended an additional work up. He was on NSAIDS. He had difficulty getting out of a chair, and had a slow gait. He had 30 degrees flexion in the lumbar spine. Some torticollis was present in his neck. Motor strength and sensation were normal. Surgical options were presented and left to the patient to decide. On 01/11/18, there were studies from October 2017, which showed an old compression fracture at T12. He had a C3-C4 disc herniation. He had a 9m AP spinal canal diameter and a right paracentral disc herniation which compresses the anterior thecal sac. On 05/15/18, he had been on ibuprofen and NSAIDs, and referred to PT. Pain level was 3/10. MRI of the lumbar spine on 05/07/18 showed severe central canal stenosis and a central disc herniation. There was foraminal stenosis bilaterally. There was progression of spinal stenosis.

The file review by P.E. Stander, MD dated 05/17/19 - 05/21/19 was noted. It was concluded based on the documentation in the records of his refractory chronic pain, morbid obesity and venous insufficiency, the claimant is impaired in his ability to reliably perform his usual life activities from 5/1/19 and indefinitely going forward.

The claimant was evaluated at Aquatic Care Program from 12/08/17 - 05/10/18. He started therapy on 12/29/17 with cervical and lumbar flexion deficits by 50%. He had had some decreased range of motion in his shoulders. He was treated 2/5/18 and had limited ADLs and was deconditioned. On 05/10/18, he had increased function testing, mobility and shoulder range of motion.

The FCE report signed by PT on 04/02/18 at Aquatic Care Program. His original injury was on 09/24/17, when he hurt his neck and back. He completed 12 visits of aquatic PT. His work involved 30 pounds lifting frequently. He was able to push 135 pounds, pulling 90 pounds. He was functioning at a medium-heavy PDL job. It was also noted that due to his poor cardiovascular conditioning, he would be limited to work 8 hours per day. He was recommended he begin work conditioning five days a week for two weeks four to six hours a day to assist with pain management.

The 04/01/19 report from Rehabilitation Management and Staffing dated 04/01/19 indicated the claimant underwent testing on 04/01/19 and suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation.

MRI of the lumbar spine on 05/07/18 showed mild diffuse disc bulge at L2-L3, and bilateral hypertrophic facet arthrosis at L1-L2, L3-L4. At the L4-L5, there was a small 2mm disc protrusion and facet arthrosis, which was severe. He had worsening of spinal canal stenosis with moderate bilateral foraminal narrowing.

MRI of the thoracic spine on 03/28/19 showed a disc bulge at T6-T7 and T7-T8 with mass effect on the thecal sac with no significant neural foraminal narrowing.

Ultrasound showed a 30 cm left renal cyst, and hepatomegaly on 9/28/18.

Dr. Peter Hinh, MD saw the claimant on 03/29/19 for a renal cyst. He had imaging for his back which showed these. He has urinary hesitancy and a weak stream. He has erectile dysfunction. He as on Flomax and it has helped.

The 10/11/18 Activities Questionnaire form completed by the claimant was reviewed.

The 10/01/19 Appeal Letter from the claimant was noted.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. What diagnoses are supported by the medical evidence?**

The records document that the claimant's primary impairing diagnoses are: Lumbar spinal stenosis (M48.06), Chronic Back Pain (M54.5), Chronic Pain Syndrome (G89.4), Long Term Use of Opioid Pain Medication (Z79.891).

**2. Does the medical evidence support any diagnoses causing functional impairment from 10/29/2019 to the present? Please explain your medical rationale as to why or why not.**

According to the medical records review, the claimant presented with chronic refractory pain, morbid obesity with mild level of deconditioning, and venous insufficiency. Imaging showed degenerative changes with spinal canal stenosis. It was noted that the claimant was recommended a surgical treatment, but because of his weight, surgery is not performed at this time. His spinal stenosis is at one level, L4-L5 but actual size of canal is not

noted on MRI. His pain is likely predominantly myofascial in nature given absolutely no improvement noted with transforaminal epidurals, spinal cord stimulator and facet joint injections.

The claimant had an FCE in April 2018 stating he could performed at medium-to-heavy work. This was about 7 months post his injury. However, the 04/01/19 FCE suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation. He appears to have be very deconditioned over the course of a year. FCE showed significant heart rate elevations during activity. Exam showed only mild midline tenderness.

Information from the provider was noted. Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits. The following restrictions are supported in an 8-hour workday:
He can lift up to 50 pounds occasionally, 25 pounds frequently.
There are no restrictions on sitting, standing or walking.
He can reach, touch, feel grip, keyboard with no restrictions.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

According to the medical records review, the claimant presented with chronic refractory pain, morbid obesity with mild level of deconditioning, and venous insufficiency. Imaging showed degenerative changes with spinal canal stenosis. It was noted that the claimant was recommended a surgical treatment, but because of his weight, surgery is not performed at this time. His spinal stenosis is at one level, L4-L5 but actual size of canal is not noted on MRI. His pain is likely predominantly myofascial in nature given absolutely no improvement noted with transforaminal epidurals, spinal cord stimulator and facet joint injections.The claimant had an FCE in April 2018 stating he could performed at medium-to-heavy work. This was about 7 months post his injury. However, the 04/01/19 FCE suggested that "Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restriction with bending and squatting. He may also have restrictions with prolonged standing 1md sitting. He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above." He had some posture issues with higher lifting levels. He had slight pain with palpation. He appears to have be very deconditioned over the course of a year. FCE showed significant heart rate elevations during activity. Exam showed only mild midline tenderness.

Information from the provider was noted. Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits. The following restrictions are supported in an 8-hour workday:
He can lift up to 50 pounds occasionally, 25 pounds frequently.
There are no restrictions on sitting, standing or walking.
He can reach, touch, feel grip, keyboard with no restrictions.
I would place these restrictions for 1 year, but they are likely to be permanent.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

Morbid Obesity (BMI 67.17 - E66.01).
At this weight, fatigue, extra effort is necessary to move. He has gained more weight since not working and appears to have become further deconditioned

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

No, he does not have any chronic medical condition that is severe or would preclude him from working.

**6. When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call.**

I did not reach consensus with Dr. Lafleur. He had done a multitude of procedures without efficacy and thought that he needed surgery which the surgeons would not do due to his size.
Based on the clinical data as above, the claimant has significant limitations, but he would be recommended to continue working with appropriate restrictions and limitations. His current exam showed only mild tenderness, pain with no documented neurological deficits.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Priya Swamy, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Licensed in State of DE #C1-0009894
Licensed in State of PA #MD422552

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

NMR
Network Medical Review

An ExamWorks Company

ExamWorks

**December 5, 2019**

**Attending Physician Confirmatory Letter**

Re: George A Pervin

Dear Dr. J. Lance LaFleur,

I have completed an appeal review on George A Pervin, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 11/26/2019 at 11:00 AM. You stated: The claimant has a complex situation. He has severe central canal stenosis. He weighs 440 pounds, and for this reason, a surgeon is not willing to operate. He cannot sit or stand in one place at any time. He had an FCE done; he has had epidurals, and failed SCS trial facet injection. You stated that no changes are expected in the claimant's condition unless he loses weight.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 12/12/2019 to the fax number below.

Sincerely,

Priya Swamy, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine

Name ____________________ Date ____________

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

## Network Medical Review Company, LTD.

*An Examworks company*

**INVOICE**

GIN5RGN LINAN5IAGUBRWC - GGARY

Attn: FAV NEA 8AGGIHBH
66M1 INDIAN SIGG9 DBI8H
RTASA, NH P6114

Invoice Number: 327026-1
Invoice Date: 13/P/3M12 3:13 CT 59F
Account Number: I 12120
LiG Number: 327026-1

9ervice Date: 13/P/3M12 3:13 CT
5Gaim Number: 6027632
5Gaimant Name: Ueorge A Cervin

| Description | | Amount |
|---|---|---|
| InitiaO | GFD | **$997.5** |

**Physician Name/Specialty**

Criya 9wamy / ChysicaOT edicine & BehabiOtation

**Comments**

**Please pay this amount:** **$997.5**

Bemit to: Network T edicaOBeview 5ompany, GFD
CR Yox 4233PM
Bedding, 5A 2PM42-33PM
Fax ID 7P-M711136

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. GEORGE PERVIN

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

November 19, 2019

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B, LP's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shana Cote
Appeals Examiner II
Phone No.: (888) 437-7611 Ext. 16120
Secure Fax No.: (603) 334-0419

CC: Joann Lopez

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, November 19, 2019 11:44:26 AM |
| To: | LOPEZ.JO.ANN@HEB.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]H-E-B, LP Claim No. 8397829 George Pervin |
| Attachments: | cc_n2nxy7bmjfh09cjkk7aq_7453251_7683594.pdf; |

---

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

November 19, 2019

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B, LP's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shana Cote
Appeals Examiner II
Phone No.: (888) 437-7611 Ext. 16120
Secure Fax No.: (603) 334-0419

CC: Joann Lopez

Cover Page
2 Pages
Liberty Mutal
Attn: Shana ?
Medical Records For Appeal
George Pervin -
Claim # 8397829

Fax #1
603-334-0419

PAGE 1/2 * RCVD AT 11/12/2019 3:26:16 PM [Eastern Standard Time] * SVR:VA1PWFAX401/0 * DNIS:6033340419 * CSID:2815855490 * ANI:12815855490 * DURATION (mm-ss):00-34

AS INSTITUTE OF
Pain & Spine
1920 Country Place Parkway, Suite 160
Pearland, TX 77584
P: 832-736-2677 F: 832-730-4574

November 11, 2019

RE: George Pervin
DOB:

To Whom It May Concern,

Mr. George Pervin is currently under my care and has been since May 2018. He suffered a severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements with chronic low back pain. Mr. Pervin was on short term disability and upon returning to work he found himself unable to perform the daily functions. He requires high dose opioid analgesics to control is pain. It is my medical recommendation that he continues on long- term disability at this time. Should you have any questions or concerns, please feel free to contact my office and ask to speak to me directly or my Operations Manager, Christie Kent.

Sincerely,

J. Lance LaFleur, M.D., MBA

Board Certified Pain Medicine
Board Certified Anesthesiology

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 262-7945
Secure Fax No.: (603) 334-4176

August 30, 2019

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond October 28, 2019 and your claim has been closed. H-E-B's Group Disability Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft: Applicable to Class 1, 3, 4:*

*a. i. if the Covered Person is eligible for the 12 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*Applicable to Class 2:*

*a. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties*

possibly also necessitate bariatric surgery. Based on the documentation in the records of your refractory chronic pain, morbid obesity and venous insufficiency, you are impaired in your ability to reliably perform usual life activities from 5/1/19 and indefinitely going forward. You have no restrictions or limitations on sitting, use of your arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. You can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. You can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally.

You cannot stoop, squat, crouch, crawl, kneel or climb ladders. You appear to have sustained capacity for full time work within these restrictions and limitations.

**Peer-to-Peer Discussion, Dr. Hinh**

On August 6, 2019, we sent a copy of the medical review to Dr. Hinh, to review and comment on by August 21, 2019. As of August 28, 2019, we have received no response.

**Peer-to-Peer Discussion, Dr. LeFleur**

On August 6, 2019, we sent a copy of the medical review to Dr. LeFleur, to review and comment on by August 21, 2019. On August 20, 2019, Dr. Fleur agreed with the medical review findings.

**Vocational Review**

Your file was then referred to a vocational consultant for review based on the current physical restrictions and limitations provided and referenced above. We requested a transferrable skills analysis to identify any vocational alternatives within the labor market consistent with your training, education, experience and physical capabilities. The vocational consultant report dated May 30, 2019 indicates you have the following transferrable skills:

**Skills and Abilities**

- Manual/Technical – complete precise work, utilize attention to detail skills, use hand-eye coordination, work with power equipment, tools, and machinery, follow safety protocols and procedures, develop and train staff members
- Organizational – demonstrate efficiency and ability to get a job done, utilize time management skills, complete paperwork and documentation, follow directions both verbal and written
- Management/Supervisory – teach, train, coach, and mentor others. Assign and delegate work duties, use knowledge of hiring/firing procedures, oversee the work of others, inspire, lead, and motivate subordinates. Assist others with task completion, set standards and measure production, work well under stress, execute and carrying out company directives
- Communication/Interpersonal – speak effectively, listen attentively, inform and consult with both staff and customers
- Customer Service -- work well with diverse populations, answer questions, clarify information, convey a positive self-image
- Sales – persuade and negotiate with others, utilize product knowledge, display merchandising skills, review and inspect products



PAGE 2/33 * RCVD AT 11/7/2019 11:55:23 AM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:6033340419 * CSID:8325868999 * ANI:18325868999 * DURATION (mm-ss):10-03

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home: 7
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

09/12/2019

Progress Notes: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Narcan 4 MG/0.1ML Liquid as directed Nasally in case of overdose, call911
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours
- Morphine Sulfate ER 15 MG Tablet Extended Release 1 tablet Orally every 12 hrs
- Topamax 25 MG Tablet as directed Orally twice a day

**Not-Taking**

- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: Dr. Ryan Jennings.

Interim History:

Transcribed by: Samantha Ontiveros scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Discuss plan of care and medication refill.

Change in pain or new pain Yes.

Pain moderately managed on current medication somewhat.

Adverse affect of current medication No.

The patient is a 49 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back down to his lower extremities and his neck pain radiates to his upper extremity. Patient describes the pain as a constant, sharp, and burning sensation. Today, the patient reports that the pain is a 8 out of 10 in severity with the current medication regimen. Patient reports his current pain medication regimen is not really helping but it takes the edge off his pain.

Since the last office visit, the patient reports an increase in his overall pain and his worst pain is in his low back and left leg. He states his pain travels throughout his whole body.

Radiological Studies:

Thoracic MRI 2019.03.28 Impressions:

1. Normal cervical spinal cord.
2. No Significant spinal canal stenosis or neural foraminal narrowing at any level.
3. Degenerative changes as described from T6-T7 through T11-T12.

Lumbar MRI **11/06/2014**

IMPRESSION:

1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..

UDS:

Last: 05/23/2019.

Screening +Hydromorphone, + Morphine, +Hydromorphone .

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Tobacco Use:
Tobacco use other than smoking
Are you an other tobacco user? *No*
Tobacco Use/Smoking
Are you a *nonsmoker*
Drugs/Alcohol:
Caffeine
Intake: *1-2 cups per day*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:

Next: 08/2019.
Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Feeling down, depressed, or hopeless *Yes*
Little interest or pleasure in doing things *Yes*
PHQ-9
Feeling down, depressed, or hopeless *Not at all*
Little interest or pleasure in doing things *Nearly every day*

## Vital Signs

BP 161/85 mm Hg, HR 75 /min, RR 16 /min, Oxygen sat % 98 %, VAS 8, Ht 69 in, Wt 440 lbs, BMI 64.97 Index, Ht-cm 175.26 cm, Wt-kg 199.58 kg.

## Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Opioid dependence, uncomplicated - F11.20
3. Lumbar stenosis - M48.06
4. Long term current use of opiate analgesic - Z79.891
5. Lumbar spondylosis - M47.816
6. Chronic venous insufficiency - I87.2
7. Lumbar radiculopathy - M54.16
8. Thoracic radiculopathy - M54.14

## Treatment

**1. Chronic pain syndrome**
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 1
Refill Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Refill Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60, Refills 0
Continue (No Refill today) Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:
Discussed weight loss options
1.Medications: As above
2. Rx Topical: N/A

Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral:
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**
Notes:

schedule right SSV RF w/ US w/ local

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER:
*Referral to general physician*
Depression Screening
Depression Screening Findings *Positive*
Care goal follow-up plan:

BMI management provided *Yes*

**Visit Codes**
99213 Office Visit, Est Pt., Level 3.

**Follow Up**
2 month

**Electronically signed by Jay LaFleur , M.D. on 09/29/2019 at 08:21 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

07/18/2019

Progress Notes: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Narcan 4 MG/0.1ML Liquid as directed Nasally in case of overdose, call911
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours
- Morphine Sulfate ER 15 MG Tablet Extended Release 1 tablet Orally every 12 hrs
- Topamax 25 MG Tablet as directed Orally twice a day

**Not-Taking**

- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Surgical History

Colonoscopy 2015

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: Dr. Ryan Jennings.

Interim History:

Transcribed by: Shanequa Geter scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Discuss plan of care and medication refill.

Change in pain or new pain No.

Pain moderately managed on current medication Yes.

Adverse affect of current medication No.

The patient is a 49 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back to buttock area down to the lower extremities and his neck pain radiates to his upper extremity. He reports an increase in pain in the bilateral hips . Patient describes the pain as a constant, sharp, and burning sensation. Today, the patient reports that the pain is a 7 out of 10 in severity with the current medication regimen. Since the last office visit patient states he has an increased pain in bilateral hips.

Radiological Studies:

Thoracic MRI 2019.03.28 Impressions:

1. Normal cervical spinal cord.
2. No Significant spinal canal stenosis or neural foraminal narrowing at any level.
3.Degenerative changes as described from T6-T7 through T11-T12.

Lumbar MRI **11/06/2014**

IMPRESSION:

1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..

UDS:

Last: 05/23/2019.

Screening Confirmation: +Hydromorphone, + Morphine, +Hydromorphone .

Next: 08/2019.

Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Drugs/Alcohol:
Caffeine
Intake: *1-2 cups per day*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual

Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *Yes*
Feeling down, depressed, or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Not at all*

## Vital Signs

BP 157/88 mm Hg, HR 68 /min, RR 16 /min, Oxygen sat % 98 %, VAS 6, Ht 69 in, Wt 430 lbs, BMI 63.49 Index, Ht-cm 175.26 cm, Wt-kg 195.05 kg.

## Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Opioid dependence, uncomplicated - F11.20
3. Lumbar stenosis - M48.06
4. Long term current use of opiate analgesic - Z79.891
5. Lumbar spondylosis - M47.816
6. Chronic venous insufficiency - I87.2
7. Lumbar radiculopathy - M54.16
8. Thoracic radiculopathy - M54.14

## Treatment

**1. Chronic pain syndrome**
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 1
Refill Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Refill Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60, Refills 0
Continue (No Refill today) Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:
Discussed weight loss options
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below

hallucinations, substance abuse, suicidal thoughts.

4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral:
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**
Notes:

schedule right SSV RF w/ US w/ local

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

.

**Preventive Medicine**

Counseling:
Tobacco use:
Patient counseled on the dangers of smoking and urged to quit: *07/18/2019*
Type of Tobacco Use Cessation Counseling provided *Smoking cessation education*
Depression Screening
Depression Screening Findings *Positive*

Suicide Risk Assessment Performed *07/18/2019*

**Visit Codes**
99213 Office Visit, Est Pt., Level 3.

**Follow Up**
2 month (Reason: Follow up visit)



**Electronically signed by Jay LaFleur , M.D. on 07/21/2019 at 09:48 AM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

05/23/2019

Progress Notes: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours
- Morphine Sulfate ER 15 MG Tablet Extended Release 1 tablet Orally every 12 hrs
- Topamax 25 MG Tablet as directed Orally twice a day
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Narcan 4 MG/0.1ML Liquid as directed Nasally in case of overdose, call911

**Not-Taking**

- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:
Primary Care: Dr. Ryan Jennings.
Interim History:
Transcribed by: Samantha Ontiveros scribing the following service on behalf of Dr. Lance LaFleur.
Purpose of visit today: Discuss plan of care and medication refill.
Change in pain or new pain Yes.
Pain moderately managed on current medication somewhat.
Adverse affect of current medication No.
The patient is a 49 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back to buttock area down to the lower extremities and his neck pain radiates to his upper extremity. He reports an increase in pain throughout his entire spine. Patient describes the pain as a constant, sharp, and burning sensation. Today, the patient reports that the pain is a 7 out of 10 in severity with the current medication regimen. Patient reports swelling in his feet.
Since the last visit in the clinic, the patient denies any changes in his general health.
Radiological Studies:
Thoracic MRI 2019.03.28 Impressions:
1. Normal cervical spinal cord.
2. No Significant spinal canal stenosis or neural foraminal narrowing at any level.
3.Degenerative changes as described from T6-T7 through T11-T12.
Lumbar MRI **11/06/2014**
IMPRESSION:
1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..
UDS:
Last: 02/14/2019.
Screening +Hydromorphone.
Next: 05/2019.

**Surgical History**
Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:

Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *Yes*
Feeling down, depressed, or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Not at all*

**Vital Signs**
BP 168/100 mm Hg, HR 69 /min, RR 16 /min, Oxygen sat % 97 %, VAS 7, Ht 69 in, Wt 427 lbs, BMI 63.05 Index, Ht-cm 175.26 cm, Wt-kg 193.69 kg.

**Examination**
General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

**Assessments**
1. Chronic pain syndrome - G89.4 (Primary)
2. Chronic pain syndrome - G89.4
3. Opioid dependence, uncomplicated - F11.20
4. Lumbar stenosis - M48.06
5. Long term current use of opiate analgesic - Z79.891
6. Lumbar spondylosis - M47.816
7. Chronic venous insufficiency - I87.2
8. Lumbar radiculopathy - M54.16
9. Thoracic radiculopathy - M54.14

**Treatment**

**1. Chronic pain syndrome**
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 1
Continue (No Refill today) Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Continue (No Refill today) Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60, Refills 0
Continue (No Refill today) Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:
Discussed weight loss options
1.Medications: As above
2. Rx Topical: N/A

Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral:
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**
Notes:

schedule right SSV RF w/ US w/ local

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.
.

**Preventive Medicine**
Counseling:
Depression Screening
Depression Screening Findings *Positive*

**Visit Codes**
99213 Office Visit, Est Pt., Level 3. Modifiers: 25

**Procedure Codes**
99408 AUDIT/DAST, 15-30 MIN

**Follow Up**
1 months

**Electronically signed by Jay LaFleur , M.D. on 05/23/2019 at 09:11 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

**04/22/2019** **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours
- Morphine Sulfate ER 15 MG Tablet Extended Release 1 tablet Orally every 12 hrs
- Topamax 25 MG Tablet as directed Orally twice a day
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day

**Not-Taking**

- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Surgical History

Colonoscopy 2015

## Reason for Appointment

1. Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: Dr. Ryan Jennings.

Interim History:

Transcribed by: Alexis B scribing the following on behalf of Dr. J. Lance Lafleur.

Purpose of visit today: Medication refill, discuss plan of care and post procedure follow up.

Change in pain or new pain :, Yes.

Pain moderately managed on current medication Yes.

Adverse affect of current medication No.

Description of Procedure Spinal cord stimulator trial and Left Great Saphenous Vein of Lower extremity Endovenous radiofrequency ablation .

Relief from procedure Yes.

% Relief from Procedure Minimal relief.

The patient is a 49 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back to buttock area down to the bilateral lower extremities. Patient states his neck pain radiates to his bilateral upper extremity. Patient describes the pain as a constant, sharp, and burning sensation. Today, the patient reports that the pain is a 7 out of 10 in severity with the current medication regimen.

The patient reports 0% in pain relief from the recent Spinal Cord Stimulator Trial on 04/15/2019, and minimal relief at this time from recent Left Great Saphenous Vein of Lower extremity Endovenous radiofrequency ablation on 04/10. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence.

Radiological Studies:

Thoracic MRI 2019.03.28 Impressions:

1. Normal cervical spinal cord.

2. No Significant spinal canal stenosis or neural foraminal narrowing at any level.

3.Degenerative changes as described from T6-T7 through T11-T12.

Lumbar MRI **11/06/2014**

IMPRESSION:

Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.

1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..

UDS:
Last: 02/14/2019.
Screening +Hydromorphone.
Next: 05/2019.
Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *Yes*
Feeling down, depressed, or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Not at all*

## Vital Signs

BP 176/104 mm Hg, HR 68 /min, RR 16 /min, Oxygen sat % 96 %, VAS 7, Ht 69 in, Wt 426 lbs, BMI 62.90 Index, Ht-cm 175.26 cm, Wt-kg 193.23 kg.

## Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16
7. Thoracic radiculopathy - M54.14

## Treatment

**1. Chronic pain syndrome**
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Refill Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Refill Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60, Refills 0

Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

Continue (No Refill today) Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG:
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral:
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**
Notes:

schedule right SSV RF w/ US w/ local

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.
.

**Procedures**
Both SCS leads removed tip intact without complication. No erythema, edema, fluctuance, purulence.

**Preventive Medicine**
Counseling:
Tobacco use:
Patient not counseled: *Patient not eligible*
Depression Screening
Suicide Risk Assessment Performed *04/22/2019*

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Follow Up**
1 month (Reason: Follow up visit)

**Electronically signed by Jay LaFleur , M.D. on 04/22/2019 at 04:40 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

04/15/2019 Procedure: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours
- Morphine Sulfate ER 15 MG Tablet Extended Release 1 tablet Orally every 12 hrs
- Topamax 25 MG Tablet as directed Orally twice a day

**Not-Taking**

- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day

**Discontinued**

- Zohydro ER 15 MG Capsule ER 12 Hour Abuse-Deterrent 1 capsule Orally every 12 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.

## Reason for Appointment

1. Chronic Pain

## History of Present Illness

Reason for visit:

SCS Trial Patient presents today for Spinal Cord Stimulator Trial for their chronic pain. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is only moderately controlled on current medications. This treatment is being used as a late resort in the treatment pathway. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications..

## Vital Signs

BP 154/85 mm Hg, HR 60 /min, RR 16 /min, Oxygen sat % 96 %, VAS 6, Ht 69 in, Wt 426 lbs, BMI 62.90 Index, Ht-cm 175.26 cm, Wt-kg 193.23 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress..

HEAD: normocephalic, atraumatic, no scalp lesions.

SKIN: normal, good turgor, no rashes, normal hair distribution.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16
7. Thoracic radiculopathy - M54.14

## Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0

Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

**Surgical History**

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

**Family History**

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s), 1 sister(s).

**Social History**

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Psychiatric:
Patient denies auditory/visual

Continue (No Refill today) Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Continue (No Refill today) Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60, Refills 0
Continue (No Refill today) Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: reviewed Thoracic MRI
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral:
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**

Notes:

Schedule left GSV RF.

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Others**

Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

.

hallucinations, substance abuse, suicidal thoughts.

**Procedures**

Pre-Operative Diagnosis: Chronic Pain Syndrome. Lumbar Radiculopathy.
Post-Operative Diagnosis: Chronic Pain Syndrome. Lumbar Radiculopathy.
Procedure(s):
1. Trial of Spinal Cord Stimulation.
2. Fluoroscopic guidance for needle placement of the above procedure (s).
Anesthesia: Versed 7.5 mg IV
Estimated Blood Loss: Minimal.
Complications: None.
Position: Prone.
Medications (mL):
Lidocaine 1% (skin/subq): 5
Bupivacaine 0.25%: (skin/subq): 5
Description of Procedure:
After providing written informed consent, the patient was brought to the operating room and placed in the prone position. Ancef 3 g IV was administered prior to the procedure. Due to a delay, clindamycin 600 mg IV was later administered. A timeout was performed. Using sterile technique, appropriate attire was donned and the operative area was prepped and draped in the usual sterile fashion. AP fluoroscopy was used to identify the T12-L1 interspace. I locally infiltrated the skin and subcutaneous tissues with 1% lidocaine mixed with bupivacaine 0.25% and adequate time was allowed for local anesthesia.
Intermittent AP and lateral fluoroscopic guidance was used to advance the Tuohy needle in a shallow right paramedian trajectory. A syringe and sterile saline were used to appreciate a loss of resistance, and aspiration was negative for blood or CSF. Then, the Tuohy stylette was removed and the 1 x 8 contact lead was inserted through the needle with lateral views confirming appropriate posterior epidural placement. Intermittent AP and lateral fluoroscopic guidance was used to steer the lead to the superior T7 vertebral body. This technique was repeated at the same interspace on the left side to advance a second 1 x 8 contact lead to the superior T7 vertebral body. At this point, temporary extensions were connected to the leads, and stimulator testing was performed with the assistance of the device representative. The patient reported satisfactory capture of the painful areas. The needles were then carefully removed as well as the lead stylettes. The positions of the leads were rechecked with fluoroscopy. The entry sites and leads were cleaned and dried, and sterile dressings were applied. The patient tolerated the procedure well and was taken to the PACU in stable condition. There were no immediate complications. Detailed patient instructions were provided. The device representative met with the patient in PACU and provided instructions on how to operate the generator to provide adequate pain coverage. The patient should call us with any questions or concerns, and we will schedule follow up soon for lead removal. If there are any signs of bleeding, infection, or neurologic symptoms, the patient should present immediately to the emergency room.
The post procedure vitals are BP: 145/84, HR: 65, RR: 16, and oxygen saturation 99% on room air.

**Visit Codes**
99212 Office Visit, Est Pt., Level 2. Modifiers: 25

**Procedure Codes**
63650 IMPLANT NEUROELECTRODES, Units: 2.00
L8680 IMPLT NEUROSTIM ELCTR EACH, Units: 16.00
77003 FLUOROGUIDE FOR SPINE INJECT, Modifiers: 26
95972 ANALYZE NEUROSTIM, COMPLEX, Modifiers: 59
J3490 UNCLASSIFIED DRUGS (Bupivacaine) J3490 NDC 00409116001 , Units: 5.00
36410 VENIPUNCT, NON-ROUT*, Modifiers: 59
J2250 INJ MIDAZOLAM HYDROCHLORIDE, Units: 7.50

**Follow Up**
As Scheduled



**Electronically signed by Jay LaFleur , M.D. on 05/19/2019 at 08:44 PM CDT**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**STE 160**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

**04/12/2019** **Venous Ultrasound: J. Lance LaFleur, M.D.**

**Reason for Appointment**
1. Chronic lower extremity pain

**History of Present Illness**
Reason for visit:
Venous Ultrasound Screen: This is a 49 year old male with bilateral lower extremity pain and cramps with suspected lower extremity venous insufficiency..

**Assessments**
1. Chronic pain syndrome - G89.4 (Primary)
2. Chronic venous insufficiency - I87.2

**Procedures**
See scanned venous ultrasound report.

**Procedure Codes**
93970 EXTREMITY STUDY



**Electronically signed by Jay LaFleur , M.D. on 04/15/2019 at 08:43 PM CDT**

**Sign off status: Completed**

River Basin Medical Center, LLC
1920 COUNTRY PLACE PKWY
STE 160
PEARLAND, TX 77584-2283
Tel: 331-305-2813
Fax:

---

**Patient: Pervin, George A DOB: Progress Note: J. Lance LaFleur, M.D. 04/12/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

04/10/2019 J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Zohydro ER 15 MG Capsule ER 12 Hour Abuse-Deterrent 1 capsule Orally every 12 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours
- Morphine Sulfate ER 15 MG Tablet Extended Release 1 tablet Orally every 12 hrs
- Topamax 25 MG Tablet as directed Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Reason for Appointment

1. Leg Pain
2. Leg Swelling

## History of Present Illness

Reason for visit:

Procedure: Patient presents today for Left Great Saphenous Vein of Lower extremity Endovenous radiofrequency ablation. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, prescription medications and compression stockings for greater than 12 weeks as documented in the chart..

Pain Management:

Assessment and Follow-up:
Follow-up Plan documented: *No*
Reason: *Patient not eligible candidate*

## Vital Signs

BP 145/79 mm Hg, HR 63 /min, RR 16 /min, Oxygen sat % 96 %, VAS 6, Ht 69 in, Wt 426 lbs, BMI 62.90 Index, Ht-cm 175.26 cm, Wt-kg 193.23 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress..
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

**Surgical History**
Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

7. Thoracic radiculopathy - M54.14

**Treatment**

**1. Chronic pain syndrome**
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue (No Refill today) Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Continue (No Refill today) Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60, Refills 0
Continue (No Refill today) Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: reviewed Thoracic MRI
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral:
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**
Notes:

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

**3. Lumbar radiculopathy**
Notes: Schedule SCS trial w/ fluoro w/ versed (Abbott).

Risks, Benefits and alternative treatment options of above procedure were discussed in detail with the patient.

.

**4. Others**

Notes:

Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

.

**Procedures**

Procedure Information:

Rendering Physician: Dr. Lance LaFleur M.D..

Side Left.

Procedure :Endovenous Radiofrequency Ablation of Great Saphenous Vein of Lower Extremity.

Risks and Benefits Prior to the procedure, the risks, benefits and possible alternative treatments were fully explained to the patient. These risks are rare, but include and are not limited to reactions to the local anesthetic (circumoral/tongue numbness, metallic taste in mouth, visual or auditory disturbances, nausea, dizziness, hallucinations, muscle twitching/tremors, drowsiness, unconsciousness, seizures, coma, respiratory arrest, cardiovascular depression, angina, bradycardia, arrhythmias), nerve injury, bleeding, scar, infection, lack of improvement or worsening of symptoms, allergic reaction and death. The patient fully understands the risks and is agreeable to proceed with the procedure. Site was marked and consent was reviewed with the patient in the pre-procedure area.

Anesthesia :, Local.

Guidance Ultrasound guidance for needle placement.

Endovascular Radiofrequency Ablation :

Pre-Procedure Diagnosis Chronic venous insuffciency.

Post Procedure Diagnosis Chronic venous insuffciency.

Side :, Left.

Vein Great Saphenous of lower extremity.

Procedure The patient was transferred to the procedure suite and the insufficient saphenous vein was mapped by ultrasound and diagrammed on the overlying skin. The depth and diameter of the vein to be treated was documented. The varicose tributary veins and suitable access sites were identified and mapped as well. The patient was then positioned supine on the procedure table. The affected limb was prepped and draped in the usual sterile fashion. The RF catheter was placed on the sterile field, flushed and wiped down, prepared, and connected by a sterile cable. The patient was placed in reverse-Trendelenburg position and 1% lidocaine anesthesia was instilled in the skin overlying the access site. A skin incision was made overlying the identified and mapped great saphenous vein entry site. The vein was accessed using ultrasound guidance and the Seldinger technique, a guide wire was introduced through the needle, which was then exchanged over the guide wire for a 7F sheath, which was secured in

place. The guide wire was removed and the sheath was flushed. The RF catheter was placed into the vein through the sheath and Preferentially, imaging was used to place the catheter tip just inferior to the superficial epigastric vein to preserve normal physiological flow in that vein. Additionally, it was confirmed by ultrasound guidance that the catheter tip was also placed a minimum of 2.5 cm distal to the saphenofemoral junction. After the RF catheter position was verified by ultrasound, tumescent anesthesia was infiltrated, under ultrasound guidance, precisely into the perivenous compartment along the entire length of vein from the entry site to the saphenofemoral junction until a "halo" of fluid was noted around the vein. The patient was then placed in Trendelenburg position to further exsanguinate the superficial venous system. After RF catheter position was again confirmed with ultrasound imaging, and under direct external compression along the length of the heating element, RF energy was applied. The vein was segmentally ablated by heating a 7 cm segment and then indexing the catheter forward by 6.5 cm until the treatment length is completed. Device temperature was maintained at 120 +/- 5 degrees C with an initial power level of 40W dropping to below 20W for each treatment .

Vein Length Treated : 48 cm.

Total Cycles of RF : 11.

Ablation Time : 3 Min 4 Sec.

Tumescent Solution 35 ml of 1% Lidocaine with Epinephrine and 15 ml of Bicarb in 500ml of Normal Saline.

Volume of Tumescent Solution Used : 1000 ml.

Post Procedure Scan Repeat ultrasound of the saphenous vein was performed, confirming successful treatment. The catheter and sheath were withdrawn and hemostasis established with direct pressure. After assuring hemostasis, the skin incision over the saphenous vein was closed with a bandage and a compression wrap, and/or graduated compression stocking was applied from the level of the foot to the most proximal level of the thigh..

Post- Procedure:

EBL Nil.

Complications No complications were observed during or after the procedure.

Post-procedure disposition and discharge The patient's blood pressure, pulse, and oxygen saturation were monitored and maintained throughout the procedure. The patient went to the recovery room in stable condition. Patient was subsequently discharged in good condition and with discharge instructions.
The post procedure vitals are BP: 146/74, HR: 71, RR: 16, and oxygen saturation 97% on room air.

**Procedure Codes**

36475 ENDOVENOUS RF, 1ST VEIN

**Follow Up**

Patient will follow up for Venous ultrasound to rule out DVT within 72 hours.


PAGE 28/33 * RCVD AT 11/7/2019 11:55:23 AM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:6033340419 * CSID:8325868999 * ANI:18325868999 * DURATION (mm-ss):10-03



**Electronically signed by Jay LaFleur , M.D. on 04/10/2019 at 09:21 PM CDT**

**Sign off status: Completed**

---

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**STE 160**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

---

# Pervin, George A

49 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

**04/02/2019** **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours
- Morphine Sulfate ER 15 MG Tablet Extended Release 1 tablet Orally every 12 hrs
- Topamax 25 MG Tablet as directed Orally twice a day
- Zohydro ER 15 MG Capsule ER 12 Hour Abuse-Deterrent 1 capsule Orally every 12 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Reason for Appointment

1. Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: Dr. Ryan Jennings.

Interim History:

Transcribed by: Shanequa Geter scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.

Change in pain or new pain No.

Pain moderately managed on current medication somewhat.

Adverse affect of current medication No.

Description of Procedure Bilateral L4-L5 Transforaminal Epidural Injection..

Relief from procedure No.

% Relief from Procedure 10%.

Any new symptoms experienced after procedure No.

The patient is a 49 year old male who presents today for management of chronic low back pain.The patient reports that the pain radiates from the low back to buttock area down to the bilateral lower extremities. Patient states his neck pain radiates to his bilateral upper extremity. Patient describes the pain as a constant, sharp, and burning sensation. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen.

The patient reports 10% in pain relief from the recent Bilateral L4-L5 Transforaminal Epidural Injection on 03/25/2019.Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence.

Radiological Studies:

Thoracic MRI 2019.03.28 Impressions:

1. Normal cervical spinal cord.
2. No Significant spinal canal stenosis or neural foraminal narrowing at any level.
3.Degenerative changes as described from T6-T7 through T11-T12.

Lumbar MRI **11/06/2014**

IMPRESSION:

1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.

### Surgical History
Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

### Family History
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:

3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..
UDS:
Last: 02/14/2019.
Screening +Hydromorphone.
Next: 05/2019.
Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *Yes*
Feeling down, depressed, or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Not at all*

### Vital Signs
BP 142/83 mm Hg, HR 64 /min, RR 16 /min, Oxygen sat % 99 %, VAS 6, Ht 69 in, Wt 426 lbs, BMI 62.90 Index, Ht-cm 175.26 cm, Wt-kg 193.23 kg.

### Examination
General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments
1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16
7. Thoracic radiculopathy - M54.14

### Treatment

**1. Chronic pain syndrome**
Continue Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Continue Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, every 12 hrs, 30 days, 60, Refills 0
Continue Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:

Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: reviewed Thoracic MRI
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral:
10. Request for Information/Records: N/A

Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**
Notes:

Schedule left GSV RF.

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Lumbar radiculopathy**
Notes: Schedule SCS trial w/ fluoro w/ versed (Abbott).

Risks, Benefits and alternative treatment options of above procedure were discussed in detail with the patient.

.

**4. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive

or operate heavy machinery while on opioid or sedating medications.

•

**Preventive Medicine**

Counseling:
  Tobacco use:
    Patient not counseled: *Patient not eligible*
  Depression Screening
    Suicide Risk Assessment Performed *04/02/2019*

**Visit Codes**

99214 Office Visit, Est Pt., Level 4.

**Follow Up**

1 month (Reason: Follow up visit)



**Electronically signed by Jay LaFleur , M.D. on 04/03/2019 at 04:47 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. GEORGE PERVIN

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

November 6, 2019

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B, LP's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Lincoln Life Assurance Company of Boston to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within 171 days of this letter. If no additional information is received by April 24, 2020, your claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shana Cote
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16120
Secure Fax No.: (603) 334-0419

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

Office: 913 | Manager: DIGIANDOMENICO, ROBERT | Case Mgr: LEITCH, DEWEY

Claimant Name: GEORGE A PERVIN | Claim #: 8397829

Occupation (Job Title): MEAT CUTTER | Date Sent: 10/25/2019

Diagnosis: M48.06 Spinal stenosis, lumbar region, I87.2 Venous insufficiency (chronic) (peripheral)

Date of Disability: 5/2/2018 | Date Benefits Began: 10/29/2018

Maximum Duration: 3/19/2037 | Paid Through: 10/28/2019

Date of Denial or (DB451): 10/8/2019 | Date Appeal Received: 10/8/2019

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: H-E-B, LP.

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

*001001*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

MR. GEORGE PERVIN

Appeal Letters For
George A Pervin
Claim # 8397829

3 Letter Pages for consideration
by George Pervin
and
1 Medical Page From Primary Medical Doctor.
5 Page total w/ cover page.
George Cell

Please Contact with any questions.

*4000001000400000100100l001*

George A Pervin
Claim # 8397829

Appeal letter

Pg 1

Ext.
LTD 855-262-7945 41482

Oct 1, 2019 Dewey Leitch Claims Manager Fax 603-334-4176

Liberty Mutal Long Term Disability Claim # 8397829

To whom it will concern, Lincoln Financial Group

I George A. Pervin am appealing the decision to stop my dissabitity Payments on Oct. 28th 2019. I Do this for the Reason that I am not capable of employment OR making the income I did before my injury and am still not in a position of driving everyday because of the Medicines I take just to Function around my house. I am a obese guy that is not going to be cured of my weight in a week as you state in your letter. I do not drive while on Medication (~~not often~~) because I do not want to be that person that Kills or injures Someone while operating a vehicle while not suppose to. I am uneducated without any deploma or collage time and do not have the body or ability to sit in a classroom For Further Education to Retrain for different employment. I am unable to stand physically for periods of time due to my injury. I am unable to sit in diffent chairs in different Positions For any great deal of time. I do fair well in a Recliner, where I can sit up, Recline back as needed to Relieve pressure off my spine, twist in Recliner as needed to Relive pressure off spine as well, in which I have not found anywhere publically that I am able to do so much less anyone to pay me for it. Texas Min wage is less than 8.00 per hr which is no where near the money I made before my Injuries. My Doctors have told me my pain is long term, not giving me much hope. My issues of not being able to work, Function, provide for my family or just not Really Feeling that I am a Man anymore is Really disgusting to me as well as I feel that mentally why me. It is [illegible]

George A. Pervin Appeal letter Pg 2
Claim# 8347829

everyday. My wife and I depend on the disability check we Recieve from you to just survive in this day and time. We do not abuse our disability check on drugs + alcohol or anything else illigal, we need it to Live. I have workes most of my Life since my teen years Mowing grass to my First Real job at 17yrs old. It is not that I just want a free Ride, it is that I am not physically or mentally able to be in a work environment any longer with the pain my body endures when it has had enuff. I cant think straight when my back starts to Feel Like it is on Fire, and my Memory for things is getting shorter as well.

There is nothing I would Rather do then Return to working and Recieve 100% of my pay in lieu of what you pay, but because of the pain I feel I am unable to push my body to keep going because it gets unbearable to work and have to do what is told to do not what able to do in a job setting.

I ask that you Reconsider your decision to stop + give up on Me. I have been to see Surgeons For all of them to tell me that they cannot help me at this time. DR Geist, DR WestMark (DR Cotter thee Doctor), and do still see My Pain specialist DR LaFleur, of which I am still doing treatments of Pills. Just because your paperwork charts say that I should be able to work does not Ring true for Me. I Know how my day is going to be if and when I use the restroom and have to wipe my rear, which is challenging when you can't even twist your back to clean your butt, Most of my days are not good judging From this, My back and neck are no better and not getting any better as the days pass. Again I just beg of you to Reconsider your decision before throwing someone out

George A. Pervin
Claim # 8397829

Appeal letter

Pg. 3

I also need to add to the fact of my sleeping disorders that I suffer from now in which some nights I get 0 hours of sleep to as much as 6 hrs of sleep. I do average at least 2-3 hrs of sleep at least 4 nights per week with 0 hrs to 1 hr the rest of the weeks time, Just between all the shifting I have to do to try to find a comfortable enuff position to be able to sleep a bit so I can move in my sleep to kink my nerves which will suddenly wake me and throb the area of my back spine with traveling pain from Butt crack area up to the back of my neck and or down to Just Below the behind of my knee area in the backs of my legs which is very painful as well as the burning sensation from my spine area which I am very sleep deprived most of the time since the incedent + just more damage occuring - I also need to state that with the medicines I take to keep the edge of pain at bay, will not help me pass anyones drug testing that is done in this day and time as well.

There is more info I am missing as I cant think straight enuff to put all into words but I hope this is enuff info for a determination.

Thank you George A Pervin

Appeal letter
Claim # 8397829

MEMORIAL HERMANN Medical Group

**Memorial Hermann Medical Group Alvin**

**252 Alvin Bypass, Suite D, Alvin, Texas 77511 | P: 281-388-3700 | F: 281-388-3715**

10/04/2019

GEORGE PERVIN

To whom it may concern:

This letter is in regard to Mr. George Pervin, DOB and his current medical condition. Mr. Pervin is currently, and has been, under my medical care prior to his accident at work in September 2018. As you may know, he suffered a severe back injury resulting in severe lumbar spinal canal stenosis and multilevel spinal nerve impingements with chronic low back pain. He was on short-term disability for a short period and upon returning to work he found himself unable to perform his daily functions and thus advanced to long-term disability. He currently requires monitoring and treatment with interventional pain management. He has seen 3 spinal surgeons that have told him that surgical intervention was warranted but not amenable due to his morbidly obese body habitus. He suffers from a moderate degree of deconditioning with poor endurance with prolonged standing, walking and lifting. He has had formal functional capacity testing showing he needs restriction on bending and squatting as well as prolonged standing and sitting. He requires high-dose opioid analgesics to control his pain and has recurrent pain with the simplest of tasks (showering, cooking, washing dishes, etc.). It is my medical recommendation that he continues on long-term disability at this time. Please feel free to contact me if any additional information is needed.

Sincerely,

Ryan Jennings, MD



PAGE 5/5 * RCVD AT 10/7/2019 3:22:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033344176 * CSID:2815855490 * ANI:12815855490 * DURATION (mm-ss):02-08

## CLAIMANT INFORMATION

CLAIMANT: GEORGE PERVIN

CUSTOMER: H-E-B

CLAIM #(s): 8397829

GROSS MONTHLY BENEFIT: $2,225.60

NET MONTHLY BENEFIT: 2075.60

MINIMUM MONTHLY BENEFIT:

FEDERAL TAX WITHHOLDING: $150

## OFFSETS

| | FROM DATE | THRU DATE | BENEFIT |
|---|---|---|---|
| SS PRIMARY | | | |
| SS DEPENDENT | | | |
| SS RETIREMENT | | | |
| ER PENSION | | | |
| CAN. PENSION | | | |
| WORKERS' COMP. | | | |
| SLCT | | | |
| STAT BENEFITS | | | |
| OTHER - Benefit Red. | | | |
| OTHER - Subro lien | | | |

## AMOUNT TO BE PAID

| FROM DATE | THRU DATE | GROSS BENEFIT AMOUNT | OFFSETS | ADJUSTED GROSS AMOUNT (D)-(E) | FEDERAL TAX (FIT) WITHHELD | FICA TAX WITHHELD | BR Applied | STATE TAX (SIT) WITHHELD | NET BENEFIT AMOUNT (F)-(G)-(H)-(I)-(J) |
|---|---|---|---|---|---|---|---|---|---|
| 9/1/2019 | 9/30/2019 | 2,225.60 | 0.00 | 2,225.60 | 150.00 | | | | 2,075.60 |
| 10/1/2019 | 10/28/2019 | 2,077.23 | 0.00 | 2,077.23 | 140.00 | | | | 1,937.23 |
| | | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| | | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| | | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| | | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| | | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| | **TOTALS** | **4,302.83** | **0.00** | **4,302.83** | **290.00** | **0.00** | **0.00** | **0.00** | **4,012.83** |

Payment Specialist: ____________________

Date 8/30/2019

w
9/9/19

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

Date: August 6, 2019

To: DR LANCE LEFLEUR PAIN MANAGEMENT
1920 COUNTRY PL PKWY #160
PEARLAND TX 77584

Attn: Dr. LeFleur

Fax: (832) 730-4574

From: Dewey Leitch
LTD Claims Manager
Phone No.: Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

Total Pages
(Including Cover): 7

RE:

Claim #: 8397829
Claimant: George Pervin

H-E-B, LP

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

August 6, 2019

Dr. Lance Lefleur, Pain Management
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

On May 22, 2019 a/an independent medical evaluation was performed to assist us in determining Mr. Pervin's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders. He appears to have sustained capacity for full time work within these restrictions and limitations.

Please review the enclosed report by Dr. Stander, and provide any comments you wish to have considered. If you disagree with Dr. Stander's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by August 21, 2019. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to

release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

________ I will not comment. OR

✓ I agree with the findings of the review. OR

________ I have supplied additional information/comments to highlight where I do not agree with the findings of the review.

[signature] 8/20/19

Signature Date

Lina Laflow MD

Print Name

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.18.2019
8397829-MEDICAL-CP/PEER REVIEW-05.22.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship Self

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Dewey Leitch | **Claimant DOB:** | |
| **Referral Date:** | 05/17/2019 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 06/01/2019 | **Medical/ Surgical Condition:** | SPINAL STENOSIS AND VENOUS INSUFFICICENCY |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 5/21/19 | **DOD:** | 05/02/2018 |
| | | **BBD:** | 10/29/2018 |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant's primary impairing diagnoses are Lumbar spinal stenosis (M48.06), Chronic Back Pain (M54.5), Chronic Pain Syndrome (G89.4), Long Term Use of Opioid Pain Medication (Z79.891) and (super) Morbid Obesity (BMI 67.17 - E66.01).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant has multiple comorbid conditions including Chronic Venous Insufficiency (I87.2), Hypertension (I10), Obstructive Sleep Apnea (G47.33) and Benign Prostatic Hyperplasia (N40.1).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/1/19 to forward, and comment on the expected duration.**

The records document that the claimant has severe, refractory back pain despite physical therapy efforts, epidural injections, implanted spinal stimulator and oral pain medications and he is dependent on the use of potent opioid pain medications. His super morbid obesity exacerbates his chronic pain and makes it unlikely that his pain will improve without massive weight loss to approach a more normal BMI which would require weight loss of 150 pounds or more. Weight loss of this magnitude would also likely markedly improve his venous insufficiency and improve his ability to stand, walk and perform physical activity. It would likely require months or several years for this degree of weight loss and possibly also necessitate bariatric surgery. Based on the documentation in the records of his refractory chronic pain, morbid obesity and venous insufficiency, the claimant is impaired in his ability to reliably perform his usual life activities from 5/1/19 and indefinitely going forward. He has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend

or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders. He appears to have sustained capacity for full time work within these restrictions and limitations.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Not applicable.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, treatment is consistent with current standard of care and the claimant is compliant with treatment recommendations.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Lefleur Phone Number: 8 (327) 362 677- ex ----- Fax Number: 832-730-4574
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter
Other providers: Dr. Hinh, ph: 713-366-7800, fx 713-366-7980, Dr. Cotler ph: 713-523-8884, fx 713-523-9075,**

Not necessary at this time – the documentation in the records is clear.

**Additional Questions**

**Other If verifiable impairment is identified, what specific physical restrictions/limitations [if any] are supported? Please describe by type of task [sitting, lifting, standing, etc.], as well as frequency of task [Never, Occasionally (1-33% of the time or 1-20 min/hour), Frequently (34-66% of the time or 21-40 min/hour), or Constantly (67-100% of the time or 41-60 min/hour).] a What is a reasonable timeframe for these r&l's to be imposed?**

As noted above, the claimant has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders at all. He appears to have sustained capacity for full time work within these restrictions and limitations.

Electronically signed:

**Paul E. Stander, MD, MBA, FACP**

Consulting Physician
Board Certified, Internal Medicine

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 262-7945
Secure Fax No.: (603) 334-4176

August 30, 2019

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond October 28, 2019 and your claim has been closed. H-E-B's Group Disability Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft: Applicable to Class 1, 3, 4:*

*a. i. if the Covered Person is eligible for the 12 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*Applicable to Class 2:*

*a. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties*

*of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training education, experience, physical and mental capacity.*

You have been receiving Long Term Disability benefits for your disability since October 29, 2018. In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s), and then compared your restrictions and limitations to the requirements of your occupation

**Medical Review**

Our review of your claim was based on your diagnoses of severe back pain and venous insufficiency. We received the following medical information:

- Office visit notes from Dr. Hinh, date: 3/29/19
- Office visit notes from Dr. LeFleur, dates: 12/20/18 to 3/28/19
- Office visit notes from Dr. Cotler, dates: 11/21/17 to 5/15/18
- Functional Capacity Evaluation from Dr. Hill, date: 4/1/19

**Internal Medical Review**

To clarify the severity of your diagnoses of spinal stenosis and venous insufficiency, we referred your file to a consulting physician, board certified in Internal Medicine, for an independent review of the medical records noted above. The results of the medical review dated May 21, 2019 are summarized as follows:

The records document that your primary impairing diagnoses are lumbar spinal stenosis, chronic back pain, chronic pain syndrome, long term use of opioid pain medication and morbid obesity.

The records document that you have multiple comorbid conditions including chronic venous insufficiency, hypertension, obstructive sleep apnea and benign prostatic hyperplasia.

The records document that you have severe, refractory back pain despite physical therapy efforts, epidural injections, implanted spinal stimulator and oral pain medications and you are dependent on the use of potent opioid pain medications. Your morbid obesity exacerbates the chronic pain and makes it unlikely that your pain will improve without massive weight loss. Weight loss would also likely improve your venous insufficiency and improve your ability to stand, walk and perform physical activity. It would likely require months or several years for this degree of weight loss and

possibly also necessitate bariatric surgery. Based on the documentation in the records of your refractory chronic pain, morbid obesity and venous insufficiency, you are impaired in your ability to reliably perform usual life activities from 5/1/19 and indefinitely going forward. You have no restrictions or limitations on sitting, use of your arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. You can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. You can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally.

You cannot stoop, squat, crouch, crawl, kneel or climb ladders. You appear to have sustained capacity for full time work within these restrictions and limitations.

**Peer-to-Peer Discussion, Dr. Hinh**

On August 6, 2019, we sent a copy of the medical review to Dr. Hinh, to review and comment on by August 21, 2019. As of August 28, 2019, we have received no response.

**Peer-to-Peer Discussion, Dr. LeFleur**

On August 6, 2019, we sent a copy of the medical review to Dr. LeFleur, to review and comment on by August 21, 2019. On August 20, 2019, Dr. Fleur agreed with the medical review findings.

**Vocational Review**

Your file was then referred to a vocational consultant for review based on the current physical restrictions and limitations provided and referenced above. We requested a transferrable skills analysis to identify any vocational alternatives within the labor market consistent with your training, education, experience and physical capabilities. The vocational consultant report dated May 30, 2019 indicates you have the following transferrable skills:

**Skills and Abilities**

- Manual/Technical – complete precise work, utilize attention to detail skills, use hand-eye coordination, work with power equipment, tools, and machinery, follow safety protocols and procedures, develop and train staff members
- Organizational – demonstrate efficiency and ability to get a job done, utilize time management skills, complete paperwork and documentation, follow directions both verbal and written
- Management/Supervisory – teach, train, coach, and mentor others. Assign and delegate work duties, use knowledge of hiring/firing procedures, oversee the work of others, inspire, lead, and motivate subordinates. Assist others with task completion, set standards and measure production, work well under stress, execute and carrying out company directives
- Communication/Interpersonal – speak effectively, listen attentively, inform and consult with both staff and customers
- Customer Service – work well with diverse populations, answer questions, clarify information, convey a positive self-image
- Sales – persuade and negotiate with others, utilize product knowledge, display merchandising skills, review and inspect products

To clarify the extent of physical demand within the occupational alternatives found, as well as to clarify wages and qualifications, a transferrable skills analysis and wage data report were completed within national labor markets. Wage information is based on 2018 information from Bureau of Labor Statistics national wage data. Based on your work history and experience, national mean wages are provided.

| Occupation National | Mean Monthly Wage |
|---|---|
| Order Clerk, food and beverage | $2,789 |
| Information Clerk | $2,428 |
| Customer Service Representative | $2,813 |
| Telephone Sales Representative | $2,104 |

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are able to perform the material and substantial duties of any other occupation that you are qualified to perform. We are not required to ensure the availability of these occupations or that you return to active employment with H-E-B in the same or alternative position. The review of your file conducted was to determine whether you are capable of performing the duties of any occupation.

While you may continue to experience some symptoms, the medical documentation contained in your file does not support restrictions and limitations severe enough to prevent you from performing the material and substantial duties of any occupation as referenced above.

**Summary**

Based upon the Policy information, your LTD benefit begin date was October 29, 2018. As indicated above, continued LTD Benefits are not supported beyond October 28, 2019, as the medical records did not support any additional benefits. Therefore, you do not continue to meet the definition of total disability under the terms of H-E-B's Group Disability Policy, and benefits are no longer payable. Benefits will be paid through October 28, 2019 and your claim is closed as of October 29, 2019.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted

**ERISA**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Now a Lincoln Financial Group
Attn: Dewey Leitch
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review should be sent within 180 days of your receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review, please include the following documentation: Any additional medical information from all medical provider(s) you have seen for your condition(s) for the period of June 2019 through present to include, but is not limited to office notes, current treatment plans, clinical notes, consultation reports, diagnostic tests and results and physical evaluations); as well as any additional information which you feel will support your claim. You may request to receive, free of charge, copies of all documents relevant to your claim.

If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occupation period and are issuing the remainder of these benefits in a lump sum advance payment to October 28, 2019. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and Policy provisions.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (855) 262-7945 Ext. 41482
Secure Fax No.: (603) 334-4176

MEMORIAL HERMANN
Breakthroughs every day

**To:** **Liberty Life Assurance Co. of Boston-Group Benefit Disabili**

**Fax Number:** 6033344176

**From:** **Memorial Hermann Healthcare System**

---

## NOTES:

Dear Sir/Madam,
Enclosed is a letter for your request with the Release of Information Office of Memorial Hermann Health System.
In case you have questions, please contact us at 713.242.3401.
Your reference number is 560307.

Confidentiality Notice.
This Fax message (and any attachments) contains information that may be confidential or privileged. The information is intended for the exclusive use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any use, review, disclosure, copying or action related to this information is strictly prohibited. Inadvertent communication error shall not compromise or waive any privilege or confidentiality. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete the original message from your system without making copies.

---

**Date and time of transmission: 8/26/2019 2:42:48 PM**
**Number of pages including this cover sheet: 2**

MEMORIAL HERMANN

Release of Information

8/26/2019

Liberty Life Assurance Co. of Boston-Group Benefit Disability Claims
PO BOX 7209, London, KY 40742-7209

Re: REQUEST FOR RECORDS
PERVIN, GEORGE ALLEN

Ref Number : 560307
Claim Number: 8397829
Portal Code : XEIQTTU0

Thank you for your request for medical records on the above patient. At this time, Memorial Hermann cannot process your request for the following reason(s):

- **Dates of service requested are after date that the authorization was signed. Please provide an updated authorization.**

This request for information has now been closed. Please resubmit your request with the above mentioned documentation.

If you attached a prepayment check with your request, your check has been voided and shredded

The Memorial Hermann Requestor Portal can be accessed at www.memorialhermann.org/mhrelease. After you register as a user, you can manage your tracking board, review correspondence, make credit card payments, and download requested documents (if authorization allows for an electronic release). Updates to the portal occur every hour.

Thank you for your request.

Memorial Hermann Release of Information
(713) 867-4335

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR RYAN JENNINGS
ROI - MG
7737 SW FREEWAY, STE C94
HOUSTON TX 77074

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

August 8, 2019

Dr. Ryan Jennings
ROI - MG
7737 SW FREEWAY, STE C94
HOUSTON, TX 77074

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Ryan Jennings:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B, LP's Group Disability Policy. We are writing in reference to George Pervin's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 21, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-REQUEST-PROVIDER-08.07.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: August 7, 2019 | |
| To: | DR RYAN JENNINGS<br>ROI - MG<br>7737 SW FREEWAY, STE C94<br>HOUSTON TX 77074 |
| Attn: | medical records |
| Fax: | (281) 388-3715 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

August 7, 2019

Dr. Ryan Jennings
ROI - MG
7737 SW FREEWAY, STE C94
HOUSTON, TX 77074

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Ryan Jennings:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by August 20, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.18.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] B61AF8D89D9A464...

Date of Birth: ________ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | August 6, 2019 |
| To: | DR. PETER HINH<br>MEMORIAL HERMANN MEDICAL GROUP UROLOGY<br>11920 ASTORIA BLVD STE 210<br>HOUSTON TX 77089 |
| Attn: | Dr. Hinh |
| Fax: | (713) 366-7980 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

August 6, 2019

Dr. Peter Hinh
Memorial Hermann Medical Group Urology
11920 ASTORIA BLVD STE 210
HOUSTON, TX 77089

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Peter Hinh:

We are the Disability Claim Administrator for your patient, George Pervin.

On May 22, 2019 a/an independent medical review was performed to assist us in determining Mr. Pervin's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders. He appears to have sustained capacity for full time work within these restrictions and limitations.

Please review the enclosed report by Dr. Stander, and provide any comments you wish to have considered. If you disagree with Dr. Stander's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by August 20, 2019. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin

allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

________ I will not comment. OR

________ I agree with the findings of the review. OR

________ I have supplied additional information/comments to highlight where I do not agree with the findings of the review.

______________________________________________________________

Signature Date

______________________________________

Print Name

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.18.2019
8397829-MEDICAL-CP/PEER REVIEW-05.22.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] B61AF8D89D9A484...

Date of Birth: ________ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Dewey Leitch | **Claimant DOB:** | |
| **Referral Date:** | 05/17/2019 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 06/01/2019 | **Medical/ Surgical Condition:** | SPINAL STENOSIS AND VENOUS INSUFFICICENCY |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 5/21/19 | **DOD:** | 05/02/2018 |
| | | **BBD:** | 10/29/2018 |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant's primary impairing diagnoses are Lumbar spinal stenosis (M48.06), Chronic Back Pain (M54.5), Chronic Pain Syndrome (G89.4), Long Term Use of Opioid Pain Medication (Z79.891) and (super) Morbid Obesity (BMI 67.17 - E66.01).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant has multiple comorbid conditions including Chronic Venous Insufficiency (I87.2), Hypertension (I10), Obstructive Sleep Apnea (G47.33) and Benign Prostatic Hyperplasia (N40.1).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/1/19 to forward, and comment on the expected duration.**

The records document that the claimant has severe, refractory back pain despite physical therapy efforts, epidural injections, implanted spinal stimulator and oral pain medications and he is dependent on the use of potent opioid pain medications. His super morbid obesity exacerbates his chronic pain and makes it unlikely that his pain will improve without massive weight loss to approach a more normal BMI which would require weight loss of 150 pounds or more. Weight loss of this magnitude would also likely markedly improve his venous insufficiency and improve his ability to stand, walk and perform physical activity. It would likely require months or several years for this degree of weight loss and possibly also necessitate bariatric surgery. Based on the documentation in the records of his refractory chronic pain, morbid obesity and venous insufficiency, the claimant is impaired in his ability to reliably perform his usual life activities from 5/1/19 and indefinitely going forward. He has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend

or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders. He appears to have sustained capacity for full time work within these restrictions and limitations.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Not applicable.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, treatment is consistent with current standard of care and the claimant is compliant with treatment recommendations.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Lefleur Phone Number: 8 (327) 362 677- ex ----- Fax Number: 832-730-4574**
**Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter**
**Other providers: Dr. Hinh, ph: 713-366-7800, fx 713-366-7980, Dr. Cotler ph: 713-523-8884, fx 713-523-9075,**

Not necessary at this time – the documentation in the records is clear.

**Additional Questions**

**Other If verifiable impairment is identified, what specific physical restrictions/limitations [if any] are supported? Please describe by type of task [sitting, lifting, standing, etc.], as well as frequency of task [Never, Occasionally (1-33% of the time or 1-20 min/hour), Frequently (34-66% of the time or 21-40 min/hour), or Constantly (67-100% of the time or 41-60 min/hour).] a What is a reasonable timeframe for these r&l's to be imposed?**

As noted above, the claimant has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders at all. He appears to have sustained capacity for full time work within these restrictions and limitations.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**

**Consulting Physician**
**Board Certified, Internal Medicine**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | August 6, 2019 |
| To: | DR LANCE LEFLEUR PAIN MANAGEMENT<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | Dr. LeFleur |
| Fax: | (832) 730-4574 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

August 6, 2019

Dr. Lance Lefleur, Pain Management
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

On May 22, 2019 a/an independent medical evaluation was performed to assist us in determining Mr. Pervin's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders. He appears to have sustained capacity for full time work within these restrictions and limitations.

Please review the enclosed report by Dr. Stander, and provide any comments you wish to have considered. If you disagree with Dr. Stander's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by August 21, 2019. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to

release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

________ I will not comment. OR

________ I agree with the findings of the review. OR

________ I have supplied additional information/comments to highlight where I do not agree with the findings of the review.

_______________________________________________

Signature Date

_______________________________

Print Name

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.18.2019
8397829-MEDICAL-CP/PEER REVIEW-05.22.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] B61AF8D89D9A484...

Date of Birth: ____ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Dewey Leitch | **Claimant DOB:** | |
| **Referral Date:** | 05/17/2019 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 06/01/2019 | **Medical/ Surgical Condition:** | SPINAL STENOSIS AND VENOUS INSUFFICICENCY |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 5/21/19 | **DOD:** | 05/02/2018 |
| | | **BBD:** | 10/29/2018 |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant's primary impairing diagnoses are Lumbar spinal stenosis (M48.06), Chronic Back Pain (M54.5), Chronic Pain Syndrome (G89.4), Long Term Use of Opioid Pain Medication (Z79.891) and (super) Morbid Obesity (BMI 67.17 - E66.01).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant has multiple comorbid conditions including Chronic Venous Insufficiency (I87.2), Hypertension (I10), Obstructive Sleep Apnea (G47.33) and Benign Prostatic Hyperplasia (N40.1).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/1/19 to forward, and comment on the expected duration.**

The records document that the claimant has severe, refractory back pain despite physical therapy efforts, epidural injections, implanted spinal stimulator and oral pain medications and he is dependent on the use of potent opioid pain medications. His super morbid obesity exacerbates his chronic pain and makes it unlikely that his pain will improve without massive weight loss to approach a more normal BMI which would require weight loss of 150 pounds or more. Weight loss of this magnitude would also likely markedly improve his venous insufficiency and improve his ability to stand, walk and perform physical activity. It would likely require months or several years for this degree of weight loss and possibly also necessitate bariatric surgery. Based on the documentation in the records of his refractory chronic pain, morbid obesity and venous insufficiency, the claimant is impaired in his ability to reliably perform his usual life activities from 5/1/19 and indefinitely going forward. He has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend

or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders. He appears to have sustained capacity for full time work within these restrictions and limitations.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Not applicable.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, treatment is consistent with current standard of care and the claimant is compliant with treatment recommendations.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Lefleur Phone Number: 8 (327) 362 677- ex ----- Fax Number: 832-730-4574**
**Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter**
**Other providers: Dr. Hinh, ph: 713-366-7800, fx 713-366-7980, Dr. Cotler ph: 713-523-8884, fx 713-523-9075,**

Not necessary at this time – the documentation in the records is clear.

**Additional Questions**

**Other If verifiable impairment is identified, what specific physical restrictions/limitations [if any] are supported? Please describe by type of task [sitting, lifting, standing, etc.], as well as frequency of task [Never, Occasionally (1-33% of the time or 1-20 min/hour), Frequently (34-66% of the time or 21-40 min/hour), or Constantly (67-100% of the time or 41-60 min/hour).] a What is a reasonable timeframe for these r&l's to be imposed?**

As noted above, the claimant has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders at all. He appears to have sustained capacity for full time work within these restrictions and limitations.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**

**Consulting Physician**
**Board Certified, Internal Medicine**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | August 7, 2019 |
| To: | DR RYAN JENNINGS<br>ROI - MG<br>7737 SW FREEWAY, STE C94<br>HOUSTON TX 77074 |
| Attn: | medical records |
| Fax: | (281) 388-3715 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

August 7, 2019

Dr. Ryan Jennings
ROI - MG
7737 SW FREEWAY, STE C94
HOUSTON, TX 77074

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Ryan Jennings:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by August 20, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.18.2019

DocuSign Envelope ID: 4D1CF6EC-1057-4DB1-A25C-6D342CF529A4

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] B61AF8D89D9A484...

Date of Birth: ____ ________ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# Transferable Skills Analysis

## Date: 05/30/19
## Claimant: George Pervin
## Claim #: 8397829
## Policyholder: H-E-B. LP

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Mr. Pervin's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
ER provided Job Description, TE&E form, previously completed OA report dated 05/24/18, Internal Medicine Consulting Physician Review completed by Dr. Stander, M.D., dated 05/21/19, OASYS

**Education & Training:**
Education: 10th Grade

Certifications/Licensures: N/A

Volunteer Activities: N/A

Last 15 years of Work History:

- Meat Cutter, HEB [11/16-05/18] – "Customer service, service counter, cut meat, wrap meat, grind meat, fill retail cases, break pallets of product down."
- Meat Cutter, Food Town [08/16-11/16] – "Customer service, cut meat, make orders, wrap meat, fill retail cases, break truck pallets."
- Groundsman/CDL Driver, Power Line Solutions [07/13-06/16] – "Drive truck with equipment to job site, load or unload material, build with power supply of electricity with crews of 3-4 men."
- Meat Manager/Meat Cutter/Assistant Manager Market [01/97-04/13] –"Customer service, make orders, supervise and line out daily task for employees, cut meat, communicate with supervisors, break truck pallets, maintenance."

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 316.684-014 | Deli Cutter-Slicer | 2 | 2 | L |
| 822.381-014 | Line Installer-Repairer | 7 | 3 | H |
| 299.137-010 | Manager, Department | 7 | 16 | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of the Internal Medicine Consulting Physician Review completed by Dr. Stander, M.D., dated 05/21/19. Restrictions include the following:

- "He has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders."

**Skills & Abilities:**
Manual/Technical – completing precise work, utilizing attention to detail skills, using hand-eye coordination, experience working with power equipment, tools, and machinery, following safety protocols and procedures, developing and training staff members

<u>Organizational</u> – demonstrating efficiency and ability to get a job done, utilizing time management skills, completing paperwork and documentation, following directions both verbal and written
<u>Management/Supervisory</u> – teaching, training, coaching, and mentoring, others, assigning and delegating work duties, using knowledge of hiring/firing procedures, overseeing the work of others, inspiring, leading, and motivating subordinates, assisting others with task completion, setting standards and measuring production, working well under stress, executing and carrying out company directives
<u>Communication/Interpersonal</u> – speaking effectively, listening attentively, informing and consulting with both staff and customers
<u>Customer Service</u> – working well with diverse populations, answering questions, clarifying information, conveying a positive self-image
<u>Sales</u> – persuading and negotiating with others, utilizing knowledge of product, displaying merchandising skills, review and inspect products

**<u>Profile Adjustments:</u>**
Physical and Strength adjustments were made to reflect Mr. Pervin's physical abilities as noted above. It should be noted that Mr. Pervin is able to: sit, use his arms, hands, and fingers for reaching, gripping, and grasping, and use common office equipment without restriction; stand/walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day; occasional bend, twist, and lift 20lbs; and cannot stoop, squat, crouch, crawl, kneel or climb ladders. It should be noted that climbing was left on constantly and all alternate occupations identified through the oasys analysis were reviewed for potential of climbing ladders.

Environmental Conditions were adjusted from "never" to "constantly" as no limitations were noted.

Work Situations, including influencing people in their opinions, attitudes, judgments, expressing personal feelings, performing effectively under stress, and working under specific instructions, were adjusted to "yes" to reflect Mr. Pervin's demonstrated ability to work successfully in a retail department by influencing customers' opinions and potentially encouraging sales as well as in a managerial capacity by influencing his staff. He also showed an ability to express his feelings and use creative approaches to lead and supervise others. Mr. Pervin also performed effectively under stressful and potentially dangerous situations as a Groundsman, working with live wires and equipment that could hurt himself or others. He also showed the ability to follow instructions set forth by his supervisor or company.

Data adjustments, including analyzing and copying, were adjusted to "yes" to reflect Mr. Pervin's analysis of data and information through his supervisory level work as a Retail Department Manager as well as the entering of data that was required of him to manage documentation and records accordingly.

People adjustments, including mentoring, negotiating, instructing, supervising, persuading, speaking-signaling, and serving, were adjusted to "yes" to reflect Mr. Pervin's managerial and supervisory level of experience. As a manager, he was required to advise, counsel, guide, teach, train, assign duties, and maintain a level of harmony all while working with a diverse range of individuals. He had to rely on his negotiating and persuading skills as well as his ability to communicate/speak effectively, serve, and tend to the needs of others, both in a supervisory and staff member capacity.

Things adjustments, including setting up, operating-controlling, and driving-operating, were adjusted to "yes" to reflect Mr. Pervin's experience as a Groundsman/Line Worker as he was responsible for setting up and operating equipment as well as driving the truck to and from work sites.

**<u>Examples of Occupations identified based on National labor market and claimants ability profile analysis:</u>**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 209.567-014 | Order Clerk, Food and Beverage | 2 | S | $2,789 |
| 237.367-022 | Information Clerk | 4 | S | $2,428 |
| 239.362-014 | Customer Service Representative | 5 | S | $2,813 |
| 299.357-014 | Telephone Sales Representative | 3 | S | $2,104 |

**Wage Information is based on median 2018 Bureau of Labor Statistical Data*

Updated 5/30/19

**Summary:**

***Occupations Identified:***
The Transferable Skills Analysis identified occupations are within Mr. Pervin's physical abilities and within their identified skill level. The following are examples of occupations Mr. Pervin could perform: Order Clerk, Food and Beverage; Information Clerk; Customer Service Representative; Telephone Sales Representative. These occupations exist in a part-time capacity.

I have not met with Mr. Pervin for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

Electronically Signed

*Nicole Hall, M.S., C.R.C.*
*Vocational Rehabilitation Counselor*

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 316.684-014 | Deli Cutter-Slicer | 2 | 2 | 0 | Y | N | N | L | 05.12.17 |
| 822.381-014 | Line Installer-Repairer | 7 | 3 | 0 | Y | Y | Y | H | 05.05.05 |
| 299.137-010 | Manager, Department | 7 | 16 | 0 | Y | N | N | M | 11.11.05 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 2 (Up to 1 month) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | No Change |
| Language | | 3 Grades 7-8 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Frequently | Constantly |
| Balancing | | Frequently | Constantly |
| Stooping | | Frequently | Never |
| Kneeling | | Frequently | Never |
| Crouching | | Frequently | Never |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Frequently | Constantly |
| Accommodation | | Frequently | Constantly |
| Color Vision | | Frequently | Constantly |
| Field of Vision | | Never | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Constantly |
| Extreme Cold | | Never | Constantly |
| Extreme Heat | | Never | Constantly |
| Wet and/or Humid | | Never | Constantly |
| Vibration | | Never | Constantly |
| Atmospheric Conditions | | Never | Constantly |
| Proximity to Moving Mechanical Parts | | Never | Constantly |
| Exposure to Electrical Shock | | Never | Constantly |
| Working in High Exposed Places | | Never | Constantly |
| Exposure to Radiation | | Never | Constantly |
| Working with Explosives | | Never | Constantly |
| Exposure to Toxic or Caustic Chemicals | | Never | Constantly |

| | | |
|---|---|---|
| Other Environmental Conditions | Frequently | Constantly |
| Noise Intensity Level | Loud | No Change |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | Yes |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | Yes |
| 1 Negotiating | No | Yes |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | Yes |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | Yes |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Dewey Leitch    DATE: Tuesday, May 28, 2019

## CLAIM BACKGROUND

Claimant Name: GEORGE PERVIN    Claim Number: 8397829

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE    Has MDS worked the claim? ☑ YES ☐ NO

Employer: H-E-B, LP.

Change In DEF. Date: 10/29/2019

Pre-Disability Earnings: $3,709.33 / M (mode)    Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

given med review rls, please review for ao determ

DP 512

Lincoln Financial Group®

# Occupational Analysis

## Date: 05/24/19
## Name: George Pervin
## Claim Number: 8397829
## Policy Holder: H-E-B, LP.

An Occupational Analysis was completed to compare the job, Meat Cutter (physical demand level not identified), to the own occupation in the National Economy per the DOT of Deli Cutter-Slicer (DOT: 316.684-014, Light; O*NET: 35-2021.00).

The following resources/documents were utilized in this comparison:
- OASYS
- SOC/O*NET
- ER provided Job Description
- TE&E
- Internal Medicine Consulting Physician Review completed by Dr. Stander, M.D., dated 05/21/19

EE's RLs per Dr. Stander:
- "He has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders."

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, per the DOT, as they both cut delicatessen meats and cheeses using slicing machine, knives, or other cutters; wrap, price, and label meat; rotate/organize product in cooler; and assist customers.

**Physical Demands**:
The employer does not provide physical demand level or job demands within the job description.

The occupation is typically performed as Light in the National Economy per the DOT. National Economy demand levels include:
- <u>Frequent</u> standing, walking, reaching, handling
- <u>Occasional</u> sitting, fingering
- <u>Never</u> stooping, crouching/squatting, crawling, kneeling, climbing

Additional demand levels as noted per the O*NET include:
- <u>Occasional</u> bending, twisting

**Summary**:
The employer does not list physical requirements in the job description. The occupation is most often performed at the Light level in the National Economy per the DOT. Part-time opportunity does exist for this occupation in the National Economy.

I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

*Nicole Hall, M.S., C.R.C.*
*Vocational Case Manager*

**316.684-014 Deli Cutter-Slicer**
**O*NET Code:** 35-2021.00 Food Preparation Workers

Cuts delicatessen meats and cheeses, using slicing machine, knives, or other cutters: Places meat or cheese on cutting board and cuts slices to designated thickness, using knives or other hand cutters. Positions and clamps meat or cheese on carriage of slicing machine. Adjusts knob to set machine for desired thickness. Presses button to start motor that moves carriage past rotary blade that slices meats and cheeses. Stacks cut pieces on tray or platter, separating portions with paper. May weigh and wrap sliced foods and affix sticker showing price and weight.
DLU: 1977

## OCCUPATIONAL REQUIREMENTS

**Title:** Deli Cutter-Slicer **DOT Code:** 316.684-014
**Industry:** Retail Trade

**Specific Vocational Preparation:** Level 2 (Up to 1 month)

**General Educational Development:** Reasoning Grades 4-6
Mathematics Grades 4-6
Language Grades 1-3

**Strength:** Light — Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Never | Exposure to Radiation | Never |
| Hearing | Never | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Frequently |
| Far Acuity | Never | | |
| Depth Perception | Occasionally | | |
| Accommodation | Frequently | | |
| Color Vision | Occasionally | | |
| Field of Vision | Never | | |

**Work Situations:** Performing repetitive or short-cycle work.
Attaining precise set limits, tolerances, and standards.

**Data:** 6 Comparing
**People:** 8 Taking Instructions
**Things:** 4 Manipulating

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 4 (11-33 Percentile) | Not Included |
| Verbal Aptitude | 4 (11-33 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |

| | | |
|---|---|---|
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Motor Coordination | 3 (34-66 Percentile) | 4 (18 - 24 Percentile) |
| Finger Dexterity | 3 (34-66 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | 4- (11 - 17 Percentile) |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 4 (11-33 Percentile) | |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Dewey Leitch DATE: Thursday, May 23, 2019

## CLAIM BACKGROUND

Claimant Name: GEORGE PERVIN Claim Number: 8397829

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☑ YES ☐ NO

Employer: H-E-B, LP.

Change In DEF. Date: 10/29/2019

Pre-Disability Earnings: $3,709.33 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

review rls from int med review to determine

DP 512

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| H-E-B, LP. | GEORGE PERVIN | 8397829 |

| | | | |
|---|---|---|---|
| **Referred By:** | Dewey Leitch | **Claimant DOB:** | |
| **Referral Date:** | 05/17/2019 | **Job Title:** | MEAT CUTTER |
| **Due Date:** | 06/01/2019 | **Medical/ Surgical Condition:** | SPINAL STENOSIS AND VENOUS INSUFFICICENCY |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/01/2018 |
| **Report Date:** | 5/21/19 | **DOD:** | 05/02/2018 |
| | | **BBD:** | 10/29/2018 |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant's primary impairing diagnoses are Lumbar spinal stenosis (M48.06), Chronic Back Pain (M54.5), Chronic Pain Syndrome (G89.4), Long Term Use of Opioid Pain Medication (Z79.891) and (super) Morbid Obesity (BMI 67.17 - E66.01).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The records document that the claimant has multiple comorbid conditions including Chronic Venous Insufficiency (I87.2), Hypertension (I10), Obstructive Sleep Apnea (G47.33) and Benign Prostatic Hyperplasia (N40.1).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/1/19 to forward, and comment on the expected duration.**

The records document that the claimant has severe, refractory back pain despite physical therapy efforts, epidural injections, implanted spinal stimulator and oral pain medications and he is dependent on the use of potent opioid pain medications. His super morbid obesity exacerbates his chronic pain and makes it unlikely that his pain will improve without massive weight loss to approach a more normal BMI which would require weight loss of 150 pounds or more. Weight loss of this magnitude would also likely markedly improve his venous insufficiency and improve his ability to stand, walk and perform physical activity. It would likely require months or several years for this degree of weight loss and possibly also necessitate bariatric surgery. Based on the documentation in the records of his refractory chronic pain, morbid obesity and venous insufficiency, the claimant is impaired in his ability to reliably perform his usual life activities from 5/1/19 and indefinitely going forward. He has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend

or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders. He appears to have sustained capacity for full time work within these restrictions and limitations.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Not applicable.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, treatment is consistent with current standard of care and the claimant is compliant with treatment recommendations.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Lefleur Phone Number: 8 (327) 362 677- ex ----- Fax Number: 832-730-4574**
**Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter**
**Other providers: Dr. Hinh, ph: 713-366-7800, fx 713-366-7980, Dr. Cotler ph: 713-523-8884, fx 713-523-9075,**

Not necessary at this time – the documentation in the records is clear.

**Additional Questions**

**Other If verifiable impairment is identified, what specific physical restrictions/limitations [if any] are supported? Please describe by type of task [sitting, lifting, standing, etc.], as well as frequency of task [Never, Occasionally (1-33% of the time or 1-20 min/hour), Frequently (34-66% of the time or 21-40 min/hour), or Constantly (67-100% of the time or 41-60 min/hour).] a What is a reasonable timeframe for these r&l's to be imposed?**

As noted above, the claimant has no restrictions or limitations on sitting or use of his arms, hands and fingers for reaching, gripping, grasping or use of common office equipment. He can only stand or walk continuously for up to 15 minutes at a time and two hours in a typical eight hour day. He can bend or twist occasionally and can lift items up to ten pounds frequently and twenty pounds occasionally. He cannot stoop, squat, crouch, crawl, kneel or climb ladders at all. He appears to have sustained capacity for full time work within these restrictions and limitations.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**

**Consulting Physician**
**Board Certified, Internal Medicine**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | May 3, 2019 |
| To: | KAYLEY GEORGE<br>DIETICIAN |
| Attn: | medical records |
| Fax: | (855) 710-7869 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

May 3, 2019

Kayley George
Dietician

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Dear Kayley George
Claimant D.O.B.:

Dear Kayley George:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B, LP's Group Disability Policy. We are writing in reference to George Pervin's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 16, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-REQUEST-PROVIDER-03.28.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | KAYLEY GEORGE<br>DIETICIAN |
| Attn: | medical records |
| Fax: | (855) 710-7869 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Kayley George

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A. Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

May 3, 2019

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829

Dear Mr. George Pervin:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under H-E-B, LP's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 12th month, you must be disabled from any occupation. As your benefits began on October 29, 2018, the change in definition will occur on October 29, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager

Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | April 22, 2019 |
| From To: | DR. PETER HINH<br>MEMORIAL HERMANN MEDICAL GROUP UROLOGY<br>11920 ASTORIA BLVD STE 210<br>HOUSTON TX 77089 |
| Attn: | medical records |
| Fax: | (713) 366-7980 |
| To From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

April 22, 2019

Dr. Peter Hinh
Memorial Hermann Medical Group Urology
11920 ASTORIA BLVD STE 210
HOUSTON, TX 77089

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Peter Hinh:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by May 4, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship self

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| Result type: | Urology Clinic Note |
| Result date: | 03/29/2019 14:52 CDT |
| Result status: | Auth (Verified) |
| Result title: | Urology Office Visit Note |
| Performed by: | Hinh, Peter Phuc MD on 03/29/2019 14:55 CDT |
| Signed by: | Hinh, Peter Phuc MD on 03/29/2019 14:55 CDT |
| Encounter Info: | 343442966518, AT SE URO, Outpatient, 03/29/2019 - 03/29/2019 |

# * Final Report *

**Chief Complaint:**
bph

**History of Present Illness:**
49-year-old male referred for renal cyst. He sustained a fall at work, he underwent a MRI which also revealed these renal cysts. He had imaging previously in the office for noted to have increased in size, one is currently 5, another about 3 cm. He denies any flank pain. He denies any gross hematuria.
At baseline he has urinary hesitancy, occasional weak stream. He feels that there is restriction. He denies straining to void. However his voiding is often slow. There is no dysuria. He has never been treated for an enlarged prostate. He states there is occasional urgency, he has nocturia 1-2. He is also bothered by erectile dysfunction, he reports his erections are uneven, though mostly he has difficulty achieving firm erections. He states that this is progressive through the years. He is never sought treatment previously

He was started on Flomax. He reports significant improvement in his urinary stream, there is resolution of his urgency, frequency. He denies any side effects, overall he is pleased with his voiding.

He is here to go over his recent follow-up renal ultrasound. He denies any interval symptoms. He reports his erections have improved on their own, he is not taking any oral erectile medication, he is minimally sexually active. He continues to void well on Flomax, he denies any significant interval medical history

**Review of Systems:**
Per HPI, otherwise negative

**Physical Exam:**

Vitals & Measurements
**HT:** 170.18 cm **HT Collection:** Measured **WT:** 194.545 kg **WT Collection:** Measured **BP:** 171/85 **HR(Peripheral):** 60 bpm

**BMI:** 67.17 m2 **BSA:** 3.0326 m2

**General:** well developed, well nourished, in no acute distress.
**Abdomen:** soft, nontender, nondistended; no rebound or guarding
**Lungs:** Normal Respiratory Effort
**Musculoskeletal:** normal gait
**Psych:** affect congruent with mood, normal speech

**Assessment/Plan:**
Patient with BPH, with moderate and bothersome symptoms. He also has erectile dysfunction. His BPH is significantly improved on Flomax, we will continue him on this. He has a renal cyst, I went over the results of his most recent renal

**Problem List/Past Medical History:**
Diabetes mellitus with hyperglycemia
Hyperlipidemia, mixed
Hypertension
Morbid obesity
Obstructive sleep apnea
Other obesity due to excess calories
Other specified hypothyroidism
Historical
No historical problems

**Procedure/Surgical History:**
Diabetic retinal eye exam: 01/01/18
Colonoscopy: 2015
Closure of rectal fistula: 2011

**Medications:**
- allopurinol 300 mg oral tablet, 1 tab, PO, Daily, 3 refills
- Belviq 10 mg oral tablet, 10 mg, 1 tab, PO, BID, 1 refills
- diclofenac sodium 50 mg oral enteric coated, delayed-release tablet, 1 tab, PO, BID, PRN
- diclofenac sodium 50 mg oral enteric coated, delayed-release tablet, See Instructions
- Flomax 0.4 mg oral capsule, 0.4 mg, 1 cap, PO, Daily, 11 refills
- hydrochlorothiazide 12.5 mg oral tablet, 12.5 mg, 1 tab, PO, Daily, 1 refills, **Not taking**
- hydromorphone 4 mg oral tablet, 4 mg, 1 tab, PO, Q4H
- levothyroxine 50 mcg (0.05 mg) oral tablet, 1 tab, PO, Daily, 1 refills
- losartan 100 mg oral tablet, 1 tab, PO, Daily, 1 refills
- lovastatin 40 mg oral tablet, 40 mg, 1 tab, PO, Daily, 1 refills
- metFORMIN 500 mg oral tablet, extended release, 500 mg, 1 tab, PO, Dinner

ultrasound. He has a parapelvic cyst, stable, additional 3 cm cyst that is additionally stable as well. I discussed the possibility that the peripelvic cyst could potentially cause obstruction if he continues to enlarge. I have recommended that we continue to monitor this, we will have him return in 1 year with a renal ultrasound. We will obtain a screening PSA with him today, I will contact him regarding the results

**1. BPH with obstruction/lower urinary tract symptoms (N40.1)**
**2. Renal cyst (N28.1)**

Ordered: Renal US, 03/28/20, Year - 1 C4 order, Routine, Transport by Ambulatory, Future Order Indicator, Southeast Hospital

morphine 15 mg oral tablet, extended release
Movantik 25 mg oral tablet, 25 mg, 1 tab, PO, QAM
Zohydro ER 10 mg oral capsule, extended release, 10 mg, 1 cap, PO, Q12H, **Not taking**

**Allergies:**
NKDA

**Social History:**

Alcohol
Never

Substance Abuse
Use: None.

Tobacco
Use: Current every day smoker. Type: Cigarettes. Household tobacco concerns: No. Tobacco smoke exposure: None. Did the Patient Smoke Cigarettes Anytime During the Last 365 Days? Yes. Cessation Counseling Provided? No.

**Family History:**

Arthritis: Mother and Grandparent.
Cardiovascular disease: Father.
Diabetes..: Mother, Father and Grandparent.
Hyperlipidemia: Mother, Father, Sister, Brother and Grandparent.
Hypertension: Father, Sister, Brother and Grandparent.
Myocardial infarction acute..: Father.
Sleep apnea: Father.

**Immunizations and Medications Administered This Visit:**

**Medications**
No medications administered this visit

**Immunizations**
No immunizations administered this visit

**Diagnostic Results:**
1] Renal US 5/2018

The right kidney measures 12.2 x 6.3 cm in size and the left kidney measures 12.8 x 7.4 cm in size. Renal parenchymal thickness is 1.7 cm on right side and 1.5 cm on left side.

The kidneys are normal in size and demonstrate normal echogenicity. Presence of 2 left renal cysts are noted and measure 5.3 x 4.3 cm and 2.5 x 2.3

cm in size each. No evidence of renal calculi or echogenic foci . No bladder abnormalities identified. On color flow Imaging, Ureteral jet is not seen on either side.
The visualized portions of the abdominal aorta and IVC are unremarkable.

Impression:
1. Presence of 2 left renal cysts

Renal US 3/2019
IMPRESSION:
1. Unremarkable right kidney.
2. Extrarenal pelvis on the left.
3. Simple 3 cm left renal cyst.
4. Hepatomegaly with hepatic steatosis.

**Bladder Scan**
*Void Prior to Bladder Scan :* Yes
*Bladder Distention :* Unable to assess
*Patient States Need to Void :* No
*Position During Bladder Scan :* Supine
*Bladder Scan Volume :* 2 mL
*Encounter Review :* Yes

**Signature Line**
Hinh, Peter Phuc MD
Electronically Signed: 03/29/19 14:55

**Completed Action List:**
* Perform by Hinh, Peter Phuc MD on 03/29/2019 14:55 CDT
* Sign by Hinh, Peter Phuc MD on 03/29/2019 14:55 CDT
* VERIFY by Hinh, Peter Phuc MD on 03/29/2019 14:55 CDT

Flowsheet Print Request

Patient: PERVIN, GEORGE ALLEN
MRN: 34344296

Date Range: 12/01/2018 12:06 - 04/24/2019 12:06

Printed by: Currier-Patterson, Kellie
Printed on: 04/23/2019 12:07

| Lab View | 03/29/2019 10:48 | 03/29/2019 09:58 |
|---|---|---|
| **SPECIAL CHEMISTRY** | | |
| PSA | 0.3 * | |
| FREE PSA | 0.12 | |
| % FREE PSA | 40.0 | |
| **URINALYSIS** | | |
| POC U TURBIDITY | | Clear |
| POC U COLOR | | Yellow |
| POC U PH | | 7.0 |
| POC U SPEC GRAVITY | | 1.025 |
| POC U GLUCOSE | | Negative |
| POC U BLOOD | | Trace |
| POC U KETONES | | Negative |
| POC U PROTEIN | | Negative |
| POC U UROBILINOGEN | | 0.2 |
| POC U BILIRUBIN | | Negative |
| POC U LEUKOCYTE ESTER | | Negative |
| POC U NITRITE | | Negative |

| | |
|---|---|
| Result type: | Retroperitoneal Complete US |
| Result date: | 03/26/2019 11:11 CDT |
| Result status: | Auth (Verified) |
| Result title: | Retroperitoneal Complete US |
| Performed by: | Rahman, Arif MD on 03/26/2019 13:17 CDT |
| Signed by: | Rahman, Arif MD on 03/26/2019 13:18 CDT |
| Encounter info: | 343442967506, SE Southeast, Outpatient, 03/26/2019 - 03/26/2019 |

# * Final Report *

**Reason For Exam**

**Radiology Report**
Clinical Indication: - N40.1 Benign prostatic hyperplasia with lower urinary tract symptoms
Comparison: None

TECHNIQUE:

Multiple longitudinal and transverse real time sonographic images of the kidneys and urinary bladder are obtained.

FINDINGS:

KIDNEY:
The right kidney measures 12.0 x 7.0 x 6.5 cm.
The left kidney measures 12.9 x 6.8 x 6.2 cm.

The kidneys are normal in size, shape, contour, and position. The cortices are normal in thickness and the corticomedullary differentiation is maintained. There is no hydronephrosis, nephrolithiasis, or abnormal perinephric collections. There is a left extrarenal pelvis. There is a simple cyst which is exophytic involving the midpole of the left kidney measuring 3 cm in size.

Incidentally noted is hepatomegaly with hepatic steatosis.
BLADDER:
Scanning through the pelvis reveals the bladder to be partially distended with anechoic urine.

AORTA AND IVC:
The visualized portions appear unremarkable. The common iliac arteries are not well visualized due to overlying bowel gas.

ASCITES:
No ascites noted.

IMPRESSION:
1. Unremarkable right kidney.
2. Extrarenal pelvis on the left.

3. Simple 3 cm left renal cyst.
4. Hepatomegaly with hepatic steatosis.

SL: ARIF1127

**Signature Line**

-
-

Read by: Rahman, Arif MD
Dictated Date/time: 03/26/19 13:17
Electronically Signed by: Rahman, Arif MD 03/26/19 13:18
FINAL REPORT

**URL**
This document has an image

**Completed Action List:**
* Order by Hinh, Peter Phuc MD on 09/28/2018 12:55 CDT
* Perform by Golabian, Fred F on 03/26/2019 11:11 CDT
* VERIFY by Rahman, Arif MD on 03/26/2019 13:18 CDT
* Endorse by Hinh, Peter Phuc MD on 03/29/2019 10:15 CDT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | April 22, 2019 |
| To: | DR. PETER HINH<br>MEMORIAL HERMANN MEDICAL GROUP UROLOGY<br>11920 ASTORIA BLVD STE 210<br>HOUSTON TX 77089 |
| Attn: | medical records |
| Fax: | (713) 366-7980 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

April 22, 2019

Dr. Peter Hinh
Memorial Hermann Medical Group Urology
11920 ASTORIA BLVD STE 210
HOUSTON, TX 77089

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Peter Hinh:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by May 4, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] B61AF8D89D9A484...

Date of Birth: ____ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 8397829 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George pervin

Name of legal representative, if applicable (print) N/a Relationship Self

DocuSigned by:
B61AF8D89D9A484...

Signature of claimant or legal representative ______

Date of Birth: ______ Claim Number: 8397829 Date: 4/18/2019

**A copy of this authorization will be considered as valid as the original.**

MEMORIAL HERMANN
Breakthroughs every day

**To:** **Liberty Life Assurance Co. of Boston-Group Benefit Disabili**

**Fax Number:** 6033344176

**From:** **Memorial Hermann Healthcare System**

---

## NOTES:

Dear Sir/Madam,
Enclosed is a letter for your request with the Release of Information Office of Memorial Hermann Health System.
In case you have questions, please contact us at 713.242.3401.
Your reference number is 509410.

Confidentiality Notice.
This Fax message (and any attachments) contains information that may be confidential or privileged. The information is intended for the exclusive use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any use, review, disclosure, copying or action related to this information is strictly prohibited. Inadvertent communication error shall not compromise or waive any privilege or confidentiality. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and delete the original message from your system without making copies.

---

**Date and time of transmission: 4/17/2019 1:17:28 PM**
**Number of pages including this cover sheet: 3**

MEMORIAL HERMANN

Release of Information

4/17/2019

Liberty Life Assurance Co. of Boston-Group Benefit Disability Claims
PO BOX 7209, London, KY 40742-7209

Re: REQUEST FOR RECORDS
PERVIN, GEORGE ALLEN

Ref Number : 509410
Claim Number: 8397829
Portal Code : 8IVFMADE

Thank you for your request for medical records on the above patient. At this time, Memorial Hermann cannot process your request for the following reason(s):

- **Dates of service requested are after date that the authorization was signed**

This request for information has now been closed. Please resubmit your request with the above mentioned documentation.

If you attached a prepayment check with your request, your check has been voided and shredded

Memorial Hermann Release of Information Department has developed a requester portal which will allow you the ability to manage your requests online at times that are convenient for you.

Access to the MH Requestor Portal is available by accessing our Memorial Hermann website and creating a user profile.

Once you have registered as a user, you will be able to create your own tracking board to assist

in managing your requests by adding new requests and removing completed requests.
For each request, a portal code will be generated and provided to you. This portal code is mandatory for you to access any information regarding your requests on the MH Release Portal.

The tracking board will allow you the following features:

1. View submitted request;
2. Review all correspondence from Memorial Hermann including the acknowledgment letter and invoice;
3. Track the status: in process, payment pending, released, USPS tracking number.
4. Online credit card payment feature;
5. Status changes are updated every three hours.

To check status of your request online, please visit www.memorialhermann.org/mhrelease.

Thank you.
Release of Information Department
Memorial Hermann Health System

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Howard Cotler
1200 BINZ, STE 970
HOUSTON, TX 77004

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

## Initial Examination

**PATIENT:** George Pervin **Date of Service:** 11/21/2017
**DOB:** **Age:** 47 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck, left hand, arm and low back pain.

**History of Present Illness:** George Pervin is a 47 year(s) male with a history of neck, arm and low back pain after being involved in a work relarted injury on September 24, 2017. Patient states he tripped on a piece of cardboard on the floor. He states he broke the fall with his left hand. Patient experience immediate onset of low back and left wrist symptoms. Patient mentions being treated for back problems in the past. Patient was evaluated by Dr. Awa at Excell Clinic where left wrist x rays were performed. Muscle relaxers and over the counter anti inflammatories were prescribed. Patient was put on a 10 lb restriction. Patient states he was working on 9/27/2017 as a meat cutter and the following day he had excruciated neck pain. He presented to Dr. Awa on September 29, 2017 at which time cervical spine x ray were performed and a referral to physical therapy was made. He was prescribed Tylenol #3 and Methocarbanol. He was continued on a 10 lb restriction.Patient continued with severe neck pain with burning and MRI was performed. He was prescribed Tramadol and cyclobenzaprine. He was evaluated by Dr. Orth, Orthopaedic Surgeon. Patient reports relief from muscle relaxers, physical therapy, heat and ice. He reports no relief from anti-infilmmatories and pain medications. Patient's symptoms are made worse by standing, excessive movement, walking, driving, activity bending forward and backward, sneezing, coughing and straining to go to the restroom, and cleaning himself after bowel movement and bending neck to the right. Patient reports his low back symptoms are made better by decreasing activities but also states that nothing helps. He states nothing helps relieve his neck symptoms. He reports specific weakness of muscles in his arms and hands and generalized weakness of arms and hands due to pain and discomfort. He reports tingling of hands. He has specific and generalized weakness of legs due to pain and discomfort. His legs hurt wen walking too far and this is relieved by resting his legs. He is able to walk less than a block. His pain is worse at night and awakens him from sleep. Patient is currently taking Tramadol and Meloxicam for his symtoms. Patient quantifies his low back pain as 6 out of 10, neck pain as 8 out of 10, leg pain 4 out of 10 and arm pain as 6 out of 10. Patient works as a meat cutter with a medium and heavy demand level. He is currently off work.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA
**Surgical History:** None reported
**Spine Surgeries:** none reported.
**Medical History:** Diabetes
High Cholesterol
Hypothyroidism
**Family History:** Arthritis

| | |
|---|---|
| | Diabetes<br>Heart Trouble<br>Hypertension |
| **Social History:** | Alcohol - Denies<br>Chews tobacco off and on for 4-5 years<br>Drug Use - Denies<br>Employment: Full Time - Meat cutter<br>Marital Status: Married |

**REVIEW OF SYSTEMS:**

| | |
|---|---|
| **General:** | Denies weakness, tiredness, lack of appetite, excessive appetite, weight loss, chills, fever, night sweats, difficulty in sleeping. |
| **Eyes, Ears, Nose, Throat:** | Denies pain in the eyes, difficulty in hearing, ringing in ears, discharge from the ears, nasal discharge (frequent), hoarseness. |
| **Cardiovascular:** | Denies chest pain, tightness or squeezing, shortness of breath lying down, need to sit up to breathe, heart racing, irregular heart beat (palpitations), heart murmur, swelling of the legs, varicose veins, leg pain at rest, leg pain with exertion, blue/purple discoloration of hands/feet. |
| **Gastrointestinal:** | Denies nausea, vomiting, diarrhea, constipation, heartburn, abdominal pain, bright red blood in stools, black stools. |
| **Urinary:** | Denies incontinence of urine, pain or burning on urination, frequent urination-day, frequent urination-night, urinary tract infections, extreme urge to urinate, difficulty starting stream, difficulty stopping stream, kidney stones. |
| **Musculoskeletal:** | Neck, arm and low back pain. |
| **Neurologic/ Psychiatric:** | Denies seizures, headaches, blackouts, dizziness, double vision, paralysis or weakness of limb(s), loss of sensation, loss of balance, loss of coordination, difficulty in speaking, nervousness, depression, difficulty with memory for past events, difficulty with thinking, difficulty with problem solving, blurred vision or spots before eye(s). |
| **Respiratory:** | Denies cough, wheezing, asthma, shortness of breath at rest, shortness of breath with exertion, pain in the chest when you cough, sneeze, or move. |

**PHYSICAL EXAM:**

**Vitals:**
**HEIGHT / LENGTH: 5' 7.5"**
**WEIGHT: 402 lbs 0 oz**
**BMI: 62**
**RR: 77**
**B/P 182/108**

Well developed, overly nourished **47** year(s) male in no acute distress.
RIGHT hand dominant.

Observation:

| | |
|---|---|
| Gait: | Patient has a difficult time getting out of a chair. He has a slow shuffling reciprocal gait. |
| Posture: | Forward flexed |
| List: | None. |
| Curvature: | Loss of lumbar lordosis |

Palpation:

| | |
|---|---|
| Skin: | Normal, without lesions. |
| Muscle: | No spasms, no tenderness, no atrophy. |
| Bone: | No tenderness to percussion. |

Range of Motion:

| | |
|---|---|
| Cervical: | Lacks 2 inches of chin to chest, extension 10° and rotation 30°. Patient has a tilt/torticollis. |
| Thoracic: | Full, good chest expansion. |
| Lumbar: | Flexion 30°, extension to 0° and lateral bend 10° |

Hip: Full and painless

Neurologic Exam:

Reflexes (0-4):

| | Right | Left |
|---|---|---|
| Biceps: | 2 | 2 |
| Brachioradials: | 2 | 2 |
| Triceps: | 2 | 2 |
| Patella: | 2 | 2 |
| Achilles: | 2 | 2 |
| Hoffman's: | Absent | |
| Clonus: | Absent | |
| Babinski: | Absent | |

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrocnemius |

Anal: Present

Sensory (absent, impaired, normal):

Light touch: Normal
Pin prick: Normal

Additional Tests:

Cervical distraction: Negative
Cervical compression: Negative
Valsalva: Negative
Spurling: Negative
Adson: Negative
Phalens: Negative
Hyperabduction: Negative
Tinels at the elbow: Negative
Tinels at the wrist: Negative

Toe rise and walk: Yes
Heel walk: Yes
Sitting root test: Negative
Reinforced sitting root test: Negative
Patricks test: Negative
Gowers sign: Positive

Circulation:

Pulses: Normal

Waddells signs:

Tenderness: Negative
Stimulation: Negative
Distraction: Negative
Regional disturbance: Negative
Overreaction: Negative

**Imaging:** AP and lateral views of the thoracic spine performed October 6, 2017 demonstrates no fractures, subluxations and/or dislocations. There is disc space narrowing throughout the thoracic spine with associated spondylosis. AP and lateral x-rays of the lumbar spine performed October 6, 2017 demonstrates 5 lumbar vertebra. Intercristal line is at L4-5. There is disc space narrowing and spondylosis throughout the lumbar spine. At T11 and T12 there appear to be old anterior wedge compression deformities. Anterior compression is approximately 10%. MRI scan of the cervical spine performed October 24, 2017 demonstrates a loss of cervical lordosis. There is mild to moderate loss of hydration of all cervical discs. At C3-4 there is a contained central disc herniation. At C4-5 there is a rounding of the annulus with compression of the anterior thecal sac. At C6-7 there is a central right paracentral disc herniation which compresses the anterior thecal sac and flattens the right hemicord resulting in an AP spinal canal diameter of 9 mm.

**Electrodiagnostics:**

**ASSESSMENT:**

**ICD10 code:**
M54.2-Neck Pain
M54.5-Low back pain
M50.20-Cervical HNP
M50.32-Mid-Cervical spine degenerative disc disease
M47.892-Spondylosis, cervical region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
E66.9-Obesity, unspecified

**Surgical Diagnosis:** Unfinished with Diagnosis

**DISCUSSIONS:**

I had a lengthy discussion with the patient and I discussed the natural history of the pathology.

I have reviewed the options of care:

1. observation of the natural history
2. non operative care
3. surgical care

Surgical care may be indicated due to:

1. neurological deficit
2. chronic pain
3. failure to improve with non operative care
4. large space occupying lesion in the spinal canal
5. instability

Benefits, risks and complications of each option of care were presented. All questions were answered.

The practice of orthopaedic surgery is a blend of art and science. Doctors present options of care, coupled with benefits, risks and complications, all with the idea of improving the patients quality of life. Outcome is unable to be predicted with 100% certainty secondary to a multitude of variables.

We will await the patients decision of what option of care they wish to pursue.

**PLAN:**

**PRESCRIPTION:** ibuprofen(Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals

Dispense: 90 Refills: 2)

Daily walking program
Home stretching and strengthening programs.
Referral for physical therapy. Patient needs a pool therapy program secondary to his morbid obesity.
Patient should consider aggressive weight loss program. Consider bariatric surgery consultation.
Toradol 60 mg IM injection LOT:70-107-DK EXP:10/01/18 JL.
Work status unable to work at this time.
Discussion of nonoperative, surgical and pain management treatment options.
Side effects and benefits of medications discussed with patient, if given.
Return for follow-up visit one month.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:

If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

**Follow Up Examination**

**PATIENT:** George Pervin | **Date of Service:** 1/11/2018
**DOB:** | **Age:** 47 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck pain, left arm pain and low back pain.

**History of Present Illness:** George Pervin presents today for a follow-up visit. The patient has been diagnosed with cervical herniated disc, cervical degenerative disc, cervial and lumbar spondylosis, lumbar degenerative disc. The patient has been treated with Toradol IM injection, Ibuprofen 800mg and referral to physical therapy. Patient attended physical therapy and reports relief. He quantifies his low back pain today as 7 out of 10 and leg pain as 3 out of 10. He denies neck and arm pain. He is currently taking Ibuprofen for his symptoms. He continues to be off work.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
ibuprofen (Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals Dispense: 90 Refills: 2)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA

**REVIEW OF SYSTEMS:**
Unchanged

**PHYSICAL EXAM:**
Vitals:
HEIGHT / LENGTH: 5' 7.5"
PULSE: 76
B/P 156/100

Observation:
- Gait: Reciprocal, no limp. Able to now get out of a chair by himself
- Posture: Normal.
- List: None.
- Curvature: Normal alignment.

Palpation:
- Skin: Normal, without lesions.
- Muscle: No spasms, no tenderness, no atrophy.
- Bone: No tenderness to percussion.

Range of Motion:
- Cervical: Improved range of motion
- Thoracic: Full, good chest expansion.
- Lumbar: Improved range of motion but still pain inhibited

Neurologic:

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrocnemius |

Anal: Present

Sensory (absent, impaired, normal):

| | |
|---|---|
| Light touch: | Normal |
| Pin prick: | Normal |

Additional Tests:

| | |
|---|---|
| Hoffmans: | Negative |
| Clonus: | Negative |
| Babinski: | Negative |
| Toe rise and walk: | Yes |
| Heel walk: | Yes |
| Sitting root test: | Negative |
| Reinforced sitting root test: | Negative |
| Gowers sign: | Negative |

**Imaging:**

**Electrodiagnostics:**

**ASSESSMENT:**

**Diagnosis:**

M54.2-Neck Pain
M54.5-Low back pain
M50.20-Cervical HNP
M50.32-Mid-Cervical spine degenerative disc disease
M47.892-Spondylosis, cervical region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
E66.9-Obesity, unspecified

**PLAN:**

**PRESCRIPTION:** No data for Prescription

Home stretching and strengthening programs. Daily walking program.
Join a gym/health club/YMCA for daily exercise
Referral for physical therapy.
Work status not working.
Discussion of nonoperative, surgical and pain management treatment options. Patient should consider bariatric surgery.
Side effects and benefits of medications discussed with patient, if given.

Return for follow-up visit one month.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:
If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

## Follow Up Examination

**PATIENT:** George Pervin | **Date of Service:** 4/5/2018
**DOB:** | **Age:** 48 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck, left arm and low back pain.

**History of Present Illness:** George Pervin presents today for a follow-up visit. The patient has been diagnosed with cervical hemiated disc, cervical degenerative disc, cervial and lumbar spondylosis, lumbar degenerative disc. The patient has been treated with Toradol IM injection, Ibuprofen 800mg and referral to physical therapy. The patient reports 1 week of physical therapy with no relief. The patient reports neck pain is a 1 out of 10, left arm pain is a 1 out of 10 and lower back pain is a 5 out of 10. George was walking on a daily basis at home but then stopped. He attended work conditioning for one week and then developed some radiculopathy and had to stop. Currently he meets his PDC level but his stamina is lacking.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
ibuprofen (Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals Dispense: 90 Refills: 2)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA

**REVIEW OF SYSTEMS:**
Unchanged

**PHYSICAL EXAM:**
Vitals:
HEIGHT / LENGTH: 5' 7.5"
WEIGHT: 425 lbs 0 oz
BMI: 65.6

Observation:
- Gait: Reciprocal, no limp.
- Posture: Normal.
- List: None.
- Curvature: Normal alignment.

Palpation:
- Skin: Normal, without lesions.
- Muscle: No spasms, no tenderness, no atrophy.
- Bone: No tendemess to percussion.

Range of Motion:
- Cervical: Full.

Thoracic: Full, good chest expansion.
Lumbar: Full.

Neurologic:

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrocnemius |

Anal: Present

Sensory (absent, impaired, normal):

Light touch: Normal
Pin prick: Normal

Additional Tests:

| | |
|---|---|
| Hoffmans: | Negative |
| Clonus: | Negative |
| Babinski: | Negative |
| Toe rise and walk: | Yes |
| Heel walk: | Yes |
| Sitting root test: | Negative |
| Reinforced sitting root test: | Negative |
| Gowers sign: | Negative |

**Imaging:**

**Electrodiagnostics:**

**ASSESSMENT:**

**Diagnosis:**

M54.5-Low back pain
M50.20-Cervical HNP
M54.2-Neck Pain
M50.32-Mid-Cervical spine degenerative disc disease
M47.892-Spondylosis, cervical region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
E66.9-Obesity, unspecified

**PLAN:**

**PRESCRIPTION:** No data for Prescription

**At this point in time I feel the majority of the patient's problem is his disease of life or morbid obesity. He needs to be on a daily exercise program and loose weight. I have recommended bariatric surgery and consultation would be appropriate.**

Home stretching and strengthening programs.

Work status will release to return to work full duties. If he is unable to perform his job and I believe it would be in his best interest to seek other employment.
Discussion of nonoperative, surgical and pain management treatment options. Currently he is not a surgical candidate.
Side effects and benefits of medications discussed with patient, if given.
Return for follow-up visit on further request. Patient is reached maximal medical improvement. His discharge diagnosis is soft tissue injury with pre-existing degenerative condition secondary to morbid obesity.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:
If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

**Follow Up Examination**

**PATIENT:** George Pervin
**DOB:**

**Date of Service:** 5/15/2018
**Age:** 48 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck, left arm and low back pain.

**History of Present Illness:** George Pervin presents today for a follow-up visit. The patient has been diagnosed with cervical herniated disc, cervical degenerative disc, cervial and lumbar spondylosis, lumbar degenerative disc. The patient has been treated with Toradol IM injection, Ibuprofen 800mg and referral to physical therapy. Patient denies neck, arm and leg pain. He quantifies his low back pain as 3 out of 10. Patient presented to another physician for evaluation. He presents with MRI lumbar spine for review.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
ibuprofen (Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals Dispense: 90 Refills: 2)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA

**REVIEW OF SYSTEMS:**
Unchanged

**PHYSICAL EXAM:**
Vitals:
HEIGHT / LENGTH: 5' 7.5"
PULSE: 79
B/P 210/110

Observation:
Gait: Reciprocal, no limp.
Posture: Normal.
List: None.
Curvature: Normal alignment.

Palpation:
Skin: Normal, without lesions.
Muscle: No spasms, no tendemess, no atrophy.
Bone: No tenderness to percussion.

Range of Motion:
Cervical: Able to touch chin to chest, extension 20°, left rotation 60° and right rotation 50°
Thoracic: Full, good chest expansion.
Lumbar: Full.

Neurologic:

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrocnemius |

Anal: Present

Sensory (absent, impaired, normal):

| | |
|---|---|
| Light touch: | Normal |
| Pin prick: | Slight decreased sensation right L4 |

Additional Tests:

| | |
|---|---|
| Hoffmans: | Negative |
| Clonus: | Negative |
| Babinski: | Negative |
| Toe rise and walk: | Yes |
| Heel walk: | Yes |
| Sitting root test: | Negative |
| Reinforced sitting root test: | Negative |
| Gowers sign: | Negative |

**Imaging:** Patient presents with an MRI scan lumbar spine which was performed on May 7, 2018. MRI scan demonstrates loss of hydration of the lower 4 lumbar discs. At L4-5 there is severe central spinal stenosis secondary to a contained central disc herniation, facet spondylosis and hypertrophic ligamentum flavum. At L5-S1 there is also foraminal stenosis bilaterally. The report indicates that the patient had a previous MRI scan performed November 6, 2014 and that this MRI scan demonstrates progression of the spinal stenosis but not progression of the disc herniation. Thus it would appear that the patient has progression of his life disease-spinal stenosis, degenerative spondylolisthesis, degenerative disc disease and spondylosis.

**Electrodiagnostics:**

**ASSESSMENT:**

**Diagnosis:**

M48.06-Spinal stenosis, lumbar region
M43.16-Spondylolisthesis, lumbar region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
M51.26-Lumbar herniated disc
M54.2-Neck Pain
M54.5-Low back pain
M50.20-Cervical HNP
M47.892-Spondylosis, cervical region
M50.32-Mid-Cervical spine degenerative disc disease
E66.9-Obesity, unspecified

**PLAN:**
**PRESCRIPTION:** No data for Prescription

At this point and time I have no objection to the patient undergoing the proposed series of epidural steroid injections for treatment of spinal stenosis. The diagnosis of spinal stenosis, DDD, degenerative spondylolisthesis and spondylosis are reflection of the aging of the patient's spine secondary to his age, vocation and morbid obesity. Patient will probably require decompression and fusion.
Patient previously been released to retum to work regular duties.
Weight loss
Work status not working.
Discussion of nonoperative, surgical and pain management treatment options.
Side effects and benefits of medications discussed with patient, if given.
Retum for follow-up visit on further request.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:
If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

| |
|---|
| Date: |
| Zip Code ____ |
| Telephone Number ____ |
| Date of Birth: ____ |

HOWARD B. COTLER, MD

# Gulf Coast Spine Care, Ltd.

## HEALTH HISTORY QUESTIONNAIRE

All questions contained in this questionnaire are strictly confidential and will become part of your medical record.

Name (Last, First, M.I.): Pervin, George A. ☐ M ☐ F AGE:

Marital status: ☐ Single ☑ Married ☐ Divorced ☐ Widowed Occupation:

Referring doctor: DR Awa Address: Hwy 6 Missouri City Phone #: 281-407-3660 Fax #:

Primary care doctor: DR Jennings Address: Alvin Phone #: 281-388-3700 Fax #:

Preferred Pharmacy: Address: Phone #: Fax#:

PREVIOUS TREATMENT FOR BACK OR NECK DR Awa steroids

☐ NONE 4 yrs ago (Hydrocodone + Rest w Ibuprofen)

☐ PHYSICIAN'S NAME: DR Awa

| They prescribed: | NO HELP | SOME RELIEF | MUCH RELIEF |
|---|---|---|---|
| ☐ MEDICATIONS: (Give Names) | ☑ | ☐ | ☐ |
| ☑ Anti-inflammatories: | ☑ | ☐ | ☐ |
| ☑ Muscle Relaxers | ☐ | ☑ | ☐ |
| ☑ Pain Medications | ☑ | ☐ | ☐ |
| ☐ Others | ☐ | ☐ | ☐ |
| ☑ Physical Therapy | ☐ | ☑ | ☐ |
| ☐ Traction | ☐ | ☐ | ☐ |
| ☐ Exercises | ☐ | ☐ | ☐ |
| ☐ Injections: Describe | ☐ | ☐ | ☐ |
| ☐ Manipulations (Osteopath) | ☐ | ☐ | ☐ |
| ☐ Chiropractor's Name: | | | |
| ☑ Heat ☑ Ice | ☐ | ☑ | ☐ |
| ☐ SPINE SURGERY (Age ____) Describe: | | | |

☑ I have had the following test:

☑ Regular X-rays ☐ Discogram

☑ MRI ☐ EMG

☐ Myelogram ☐ OTHER:

I have seen other doctors for my condition:

List types of doctors and who they were:

DR Awa Excel clinic

DR orth orthopedic Surgeon

JOB HISTORY

☑ Heavy – Lifting over 60 lbs; frequent bending ☑ Medium- Lifting 30-50 lbs

☐ Light – Lifting 10-20 lbs ☐ Sedentary- Sit most of the time; very little lifting ☐ My job is high stress; it makes me tense.

## GENERAL MEDICAL HISTORY

| | |
|---|---|
| ☐ Stomach ulcers ☐GERD ☐Colon disease: | |
| Thyroid disease: ☑ Hypothyroid ☐Hyperthyroid | ☑High Cholesterol |
| ☐ Hypertension Medication: | ☐ Liver disease Hepatitis: |
| ☑Diabetes ☐Insulin dependent Medication(s): Metformin | ☐ Kidney disease |
| ☐ Heart Disease ☐Valve disease | ☐ Cancer Type? |
| Lung disease: ☐ Asthma ☐TB ☐ Emphysema ☐ Pneumonia | ☐ Eye disease: |
| Blood disorders: ☐ Anemia ☐ Bleeding problems ☐ Leukemia | ☐Seizures |
| ☐ Arthritis: ☐ Degenerative ☐ Rheumatoid ☑ Gout | |
| ☐ Depression ☐ Bipolar ☐Anxiety ☐ Other______ | |

**List any medical problems that other doctors have diagnosed**

***LADIES***

☐ My periods are normal for me. ☐ I have been pregnant ______times; still born ______times.

☐ I have problems with menstrual periods. ☐ I have had ______vaginal deliveries; ______ C-sections.

☐ I have vaginal discharge. ☐ Problems with deliveries and pregnancies (describe):

I am ☐ menopausal ☐ post-menopausal

☐ I have vaginal bleeding after menopause

☐ Other problems you need to discuss with a doctor:

***MEN***

☐ I have problems with sexual function ☐ I have penis discharge

☐ Other problems you need to discuss with a doctor:

## Past Surgical History

| Year | Surgery | Hospital / Doctor |
|---|---|---|
| | Tonsillectomy | |
| | Appendectomy | |
| | Gall Bladder | |
| | Vasectomy Hysterectomy ☐ Total ☐ Partial | |
| | Prostate operation | |
| | Biopsy: result & type: | |
| | Other: | |
| | Other: | |
| | Other: | |
| | Other: | |
| | Other: | |
| | Other: | |

☐ **NO SURGERY**

**Other hospitalizations**

| Year | Reason | Hospital |
|---|---|---|
| 2011 | Colonoscopy / Fistula | Clear Lake |
| | | |

## PRESENT PROBLEM

**CHIEF COMPLAINT:**

| | |
|---|---|
| How long have you had this problem? | going on Almost 2months |
| What caused the problem? | Trip + then working I stress |
| Wha makes your symptoms worse? | Standing - Alot of Movement - Walking - Driving |
| Do you have any weakness and if so where? | Back - Left hands - neck |
| Do you have any numbness and if so where? | Left Hand (Now) |
| What other treatments have you had? | ☑ Medication(s) ☐ Chiropractic care ☑ Physical therapy ☐ Injections |
| Is this a work related problem? | yes |
| Is there any lawsuit regarding the injury? | ? |
| ☑ Injury ☑ On the job | Explain how it happened: Trippes on Cardboard Another partner |
| ☐ Date of injury: 9-24-17 | Had on floor + caught myself from Falling |
| ☐ I don't know how it began | My problem is chronic: It began at age: |
| ☐ I remember an injury. Please describe: | |
| THE FOLLOWING MAKES MY DISCOMFORT *BETTER*: | |
| NECK: ☐ Bed rest ☐ Massage ☐ Heat ☐ Ice | ☐ Stretching/"popping" neck ☑ Nothing helps! ☑ Other: Sitting Helps Neck Area + Back |
| BACK: ☐ Bed rest ☑ Decreased activities | ☐ Bending forward ☐ Bending backwards ☑ Nothing helps ☐ Other: |
| THE FOLLOWING MAKES MY DISCOMFORT *WORSE*: | |
| NECK: ☑ Activity ☑ Bending neck Forward | ☑ Bending neck backward ☑ Bending neck left ☑ Bending neck right ☐ Other: |
| BACK: ☑ Activity ☑ Bending forward ☑ Bending Backward | ☐ Sitting ☑ Standing ☑ Walking ☑ Sneeze/Cough/Strain to go to the bathroom ☑ Other: Cleaning myself after Bowel Movement |

## I ALSO HAVE THE FOLLOWING PROBLEMS

☑ *Specific weakness* of muscles in my arms or hands

☑ *Generalized weakness* of arms or hands due to pain or discomfort

☐ Numbness in: ☐ arms ☐ hands ☐ legs ☐ feet ☐ toes

☑ Tingling in: ☐ arms ☑ hands ☐ legs ☐ feet ☐ toes

☑ *Specific weakness* of legs due to pain and discomfort

☑ *Generalized weakness* of legs due to pain and discomfort

☑ My legs ☐ Fatigue ☐ Hurt when walk too far.
☑ This is relieved by resting my legs
I can walk: ☑ Less than a block. ☐ 1-2 blocks ☐ more than 3 blocks.

☐ Trouble with my bladder (urine) ☐ I can't empty bladder ☐ Loss of urine (accidents)

☐ Trouble with bowels: ☐ Constipation ☐ Loss of control (accidents)

☑ My pain is worse at night!

☑ My pain awakens me from sleep.

## Major Injuries

☑ Auto or cycle accidents, etc. (describe): Auto Accident in 1990

☐ No Major Injuries

## Medications (list your prescribed drugs)

| Name the Drug | Dose (mg) | Frequency Taken |
|---|---|---|
| Metformin | 500 mg | 1 x DA |
| Tizanidine | 4 Mg | 1x nightly 2-3 wk |
| Tramadol | ~~3x Day~~ 50 mg | 3x Day |
| Losartan Pot | 100 mg | 1x Day |
| Meloxican | 15 mg | 1x Day |
| Lovastatin | 40 mg | 1 " " |
| HCTZ | 12.5 mg | 1 x Day |
| Allopurinol | 300 mg | 1 x Day |
| Levothyroxin | 50 mg | 1 x Day |

More Medications:

☐ Aspirin ☐ Blood thinners

## Allergies to medications

☐ Penicillin *Reaction*______ ☐ Sulfa *Reaction*______ ☐ Keflex *Reaction*______ ☐ Codeine *Reaction*______

| Name the Drug | Reaction You Had | Name the Drug | Reaction You Had |
|---|---|---|---|
| | | | |
| | | | |

## SOCIAL HISTORY

ALL QUESTIONS CONTAINED IN THIS QUESTIONNAIRE ARE OPTIONAL AND WILL BE KEPT STRICTLY CONFIDENTIAL.

| | | | |
|---|---|---|---|
| Exercise | ☑ Sedentary (No exercise) | | |
| | ☐ Mild exercise (i.e., climb stairs, walk 3 blocks, golf) | | |
| | ☐ Regular vigorous exercise (i.e., work or recreation 4x/week for 30 minutes) | | |
| Alcohol | Do you drink alcohol? | ☐ Yes | ☑ N |
| | How many drinks per week? | | |
| | Are you concerned about the amount you drink? | ☐ Yes | ☑ N |
| Tobacco | Do you use tobacco? | ☑ Yes | ☐ N |
| | ☐ Cigarettes – pks./day<br>☑ Chew/Dip tobacco - can/day | ☐ # of years | ☐ Or year quit |
| Drugs | Do you currently use recreational or street drugs? | ☐ Yes | ☑ N |
| Drugs | Have you ever given yourself street drugs with a needle? | ☐ Yes | ☑ N |
| Sex | Are you sexually active? | ☐ Yes | ☑ N |
| | If yes, are you trying for a pregnancy? | ☐ Yes | ☑ N |
| Personal Safety | Do you live alone? | ☐ Yes | ☑ N |
| | Do you have frequent falls (in the past 6 months)? | ☐ Yes | ☑ N |
| | Do you have vision or hearing loss? | ☐ Yes | ☑ N |

## FAMILY HEALTH HISTORY

| | AGE | SIGNIFICANT HEALTH PROBLEMS | | AGE | SIGNIFICANT HEALTH PROBLEMS |
|---|---|---|---|---|---|
| Father | | ☑ Deceased | Children | ☐ M ☐ F | |
| Mother | [illegible] | ☐ Deceased | | ☐ M ☐ F | |
| Sibling(s) | ☑ M ☐ F | | | ☐ M ☐ F | |
| | ☐ M ☐ F | | | ☐ M ☐ F | |

Members of my family suffer with the following condition:

☐ Stroke ☑ High Blood pressure ☑ Diabetes ☑ Arthritis ☑ Heart Trouble ☐ Back problems ☐ Lung disease

☐ I don't know ☑ Cancer; type(s): Pancreatic - ? ☐ Other:

## SYSTEMS REVIEW

Check if you have, or have had, any symptoms in the following areas to a significant degree and briefly explain.

| | | |
|---|---|---|
| ☐ **Constitutional** Fever Weight loss/gain | ☐ **Chest/Heart** Chest pain Palpitations | ☑ **Neurological** Memory changes Difficulty walking Slurred speech Numbness |
| ☑ **Head/Neck** Neck pain Headaches — Since the incident 9-27-17 | ☑ **Back** Lower back pain — since incident gotten new pains & worse | ☐ **Endocrine** Cold/heat intolerance Excessive thirst |
| ☐ **Ears / Nose** Hearing loss Ringing Nose bleeding | ☐ **Gastrointestinal** Nausea/vomiting Abdominal pain Rectal bleeding | ☐ **Hematological** Easy bleeding or bruising Lymph node swelling |
| ☐ **Eyes** Eye pain/burning Loss of vision Double Vision | ☐ **Genitourinary** Urinary frequency Burning with urination Sexual function problems | ☐ **Psychiatric** Depression Anxiety Psychosis |
| ☐ **Throat** Sore throat | ☐ **Skin** Rashes or lesions: | ☐ **Lungs** Shortness of breath Cough |

## MENTAL HEALTH

| | | |
|---|---|---|
| Is stress a major problem for you? | ☐ Yes | ☑ No |
| Do you feel depressed? | ☐ Yes | ☑ No |
| Have you ever attempted suicide? | ☐ Yes | ☑ No |
| Do you have trouble sleeping? | ☑ Yes | ☐ No |

Patient Signature [signature] Date 11-21-17

# Pain diagram

ACHE- AAA NUMBNESS- NNN PINS & NEEDLES- PPP BURNING- BBB STABBING-SSS

Please shade in the areas where you are having pain:



FRONT BACK

On a scale of 1-10 (with 10 being the most pain) please rate your pain TODAY:

| | | | |
|---|---|---|---|
| Lower Back Pain | 6 | | |
| Neck Pain | 8 | | |
| Leg Pain | 4 | R | L |
| Arm Pain | 6 | R | L |

# WORKERS' COMP INFORMATION

Appointment Date 11/21/17 Time 8:30

Patient's Name George Allen Pervin Phone # 281 SS#

Address

Date of Birth Date of Injury 9/24/17

Employer HEB # 110 Phone # 2/778-1300

Address 4123 Michaels Court Sugar Land TX. 77479

Chief Complaint Neck / Lumbar

## BILLING INFORMATION

Insurance Carrier HEB

Address P.O. Box 5997

City San Antonio State TX. Zip Code 78201

Adjuster Sopnia Brooks Phone # 7/329-3613 Fax # 713 329-3624

Claim# 11010015230181 TWCC#

Referred by Chinyere Awa M.D (Excel Urgent Care)

Exam and Report Only
OK'D By

Exam and Treat
OK'D By Sopnia Brooks

# Aquatic Care® Programs, Inc.

*Comprehensive Physical Therapy & Rehabilitation, Land & Pool*

## PHYSICAL THERAPY EVALUATION

Name: George Pervin    Age: 47    DOB: ______    Date: 12, 8, 17
Dx: M54.2 / M54.5 / M50.7U / M50.32    Referring Dr: Howard Cotler
PT Orders: Eval and Treat    Occupation: Butcher
PMHx: DM-II, HTN    Currently working? NO
PSHx: NO significant
Contraindications/Precautions: pt. stated none at this time.
BP: 155/91 Ⓛ arm    Weight: 395    Height: ______

**SUBJECTIVE EXAM:**
Date of onset: 9/24/17    Date of surgery: ______
Mechanism of Injury/Chief complaint:
- pt. slipped at work and hurt low back, neck started hurting 3 days later.
- pt. has been feeling better since injury
- dizziness reported ē ADLs. pt. denied nausea and vomiting
- pt. has been receiving land PT since injury
- pt. has had a cough for 2 weeks, per pt. report M.D. believes it is 2° allergies

Regular Exercise? ______
Pain Intensity Rating: 0—1—(2)—(3)—4—5—6—(7)—8—9—10 (circled: best, at time of eval, worst)
Activity when best: Rest    worst: ______
Constant / Intermittent    Disturb sleep? (y) n




Activities ↑↓ pain:
↑ Sitting    ↑ Standing    ___ Lying: ______
↑ Bending    ___ Walking    ___ Time of Day: ______
___ Cough    ___ Sneeze    ___ Lifting    ___ Other: ______

Medications: ______
X-ray/(MRI)/Other: neck - degeneration, x-ray back - degeneration
Referred Pain/(Numbness): Ⓡ hand CTS, Ⓛ UE, Ⓛ CTS
Bladder/bowel loss: ______    Glove/stocking numbness: ______
Palpation: ______

**OBJECTIVE EXAM:**
Posture/Gait: ↓ gait speed, ↓ weight shift onto Ⓛ, forward head
Skin/Scar Tissue: Intact

**Upper Extremities**

| Left ROM | Left Str | | Right ROM | Right Str | UE WNL range |
|---|---|---|---|---|---|
| | 5 | Shdr Shrug | | 5 | |
| 130* | 3- | Shdr Flex | 122* | 3- | 0-180° |
| 100* | 3- | Shdr Abd | 105* | 3- | 0-180° |
| 65 | 5 | Shdr ER | 65 | 5 | 0-90° |
| 61 | 5 | Shdr IR | 61 | 5 | 0-70° |
| | 5 | Elbow Flex | | 5 | 0-140° |
| | 5 | Elbow Ext | | 5 | 150°-0 |
| | NT | Wrist Flex | | 5 | 0-80° |
| | NT | Wrist Ext | | 5 | 0-70° |
| | | Thumb Ext | | | 50° |
| | | Interossei | | | |
| | 62 | Grip | | 102 | |

**Lower Extremities**

| Left ROM | Left Str | | Right ROM | Right Str | LE WNL range |
|---|---|---|---|---|---|
| 62 | 5 | Hip Flex | 66 | 5 | 0-135° |
| | | Hip Ext | | | 0-20° |
| | | Hip Abd | | | 0-45° |
| | | Hip IR | | | 0-45° |
| | | Hip ER | | | 0-45° |
| | 5 | Knee Ext | | 5 | 0° |
| | 5 | Knee Flex | | 5 | 0-135° |
| | 5 | Ankle DP | | 5 | 0-20° |
| | | Ankle PF | | | 0-50° |
| | | Hallux Ext. | | | 0-50°-70° |
| 55 | | SLR | | 40 | 0-70°-80° |
| | | | | | |

Hip Ext: 1/4 bridge
Hip Abd: pt. was uncomf on table, could complete s/L or prone ex

(R)/L handed: Red    (* = Pain)    Heel Walk: ______    Toe Walk: ______

Corporate Office: 8403 Wynbrook St. Houston, TX 77061
HOUSTON Office Phone: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office Phone: 713-454-6000 ext. 200 Fax: (713) 454-6081
1910 First St. Humble, TX 77338 www.AquaticCare.net

7134546080    09:15:12pm 12-11-2017 2/3

Physical Therapy Evaluation Patient Name George Pervin Date: 12/8/17 Page 2
Spine/Trunk

Str: Upper Abs: NT 2° discomfort on table ROM: L=Lumbar C=Cervical (L)
Lower Abs:
Upper extensors:
Lower extensors:

FB 0-80° 75%
SBL 0-30° 75%
SBR 0-30° 75%
75%
75%
LR DB 0-30° 75%
RR

Sensation: Intact / Impaired:

CERVICAL (R) 45 (L) 45°
ROT 0-80°
FLEX 0-60° 38
EXT 0-60° 22
LAT FLEX 0-30° (L) 30 (R) 28

Special Tests: Vertebral Artery
Slap squeeze - pain after 5 seconds, weak pushing outsides
Alar ligament (-), vertebral artery (-)

Additional Findings: TUG - 16 seconds
5x sit to stand 25 seconds, pt. reported fatigue.

ASSESSMENT:
Pt is a 47 y/o M referred to P.T. for dx: M54.2/M54.5/M50.20/M51.2 presenting with the following problems and functional deficits:
1. Pain limiting ADLs and work
2. Pt. is deconditioned
3. ↓ functional abilities
4. ↓ gait speed
5. ↓ ROM - cervical, lumbar, UES and LE
6. ↑ fall risk 2° TUG and history of fall
7. Impaired posture
8.

✓ Pt. would benefit from skilled physical therapy to improve the identified problems above to assist with restoring their functional status towards meeting the goals established below.

Pt.'s willingness to accept care and rehab attitude: good

Additional comments: pt. states he wants to improve and had good motivation.
- Pt. was fairly easily fatigued after eval.

GOALS:
✓ Pt. will consistently attend P.T. 3 x/week and tolerate 2 hours without ↑'d pain or fatigue.
✓ Pt. will report VAS pain level consistently < 3 /10, with reports of worst pain episodes < 4 /10.
✓ ROM will increase by 10-20° in areas of noted deficit and/or specifically:
✓ R / L SLR will increase to: (L) 65° (R) 50°
Strength will increase by ______ in areas of noted deficit and/or specifically:
✓ Pt. will tolerate return to work: when cleared by M.D.
✓ Pt. will return to the following functional activities without significant increased pain or fatigue:
TUG to ≤ 12 seconds
↓ 5x sit to stand to ≤ 20 seconds
↓ Disability Index to ≤ 30%
Rehab potential for meeting goals established: good Target: ✓

PLAN:
✓ Aquatic PT protocols ✓ Functional mobility training ✓ Education/HEP Instruction
✓ Land PT protocols ✓ Gait training ___ Ultrasound
✓ Therapeutic Exercises ___ Paraffin Treatment
Frequency: 3 X/wk ✓ Soft tissue mobilization ✓ Therapeutic massage ✓ E-stim, TENS
Duration: 4 wks ✓ Joint mobilization ✓ Whirlpool ___ Iontophoresis
✓ Traction ✓ Hot/Cold Packs ___ Other:

Plan established for purposes of: ✓ meeting above goals ✓ maximizing/restoring functional mobility ✓ increasing strength ✓ increasing ROM ✓ decreasing pain ___ minimizing edema/inflamm. ✓ increasing endurance ___ other:

Goals and treatment plan developed and discussed with the patient: (Y) / N

INITIAL RX: Evaluate and treat, aquatic PT

[signature] SPT [signature] PT
Physical Therapist Signature
DISABILITY % 52
Referring Provider
12/8/17
Date
Brycen Dowd
*Thanks for the referral!*
12/12/17
Date

Corporate Office:
8405 Wyebrook St.
Houston, TX 77061
HOUSTON Office Phone: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office Phone: 713-454-6000 ext. 200 Fax: (713) 454-6081
1910 First St.
Humble, TX 77338
www.AquaticCare.net

# Aquatic Care Programs, Inc.

*Comprehensive Physical Therapy & Rehabilitation, Land & Pool*

## PROGRESS NOTE – PHYSICAL THERAPY

Patient Name: George Pervin AGE: 47 DOB: Date: 12/29/17
Diagnosis: M54.2, M54.5, M50.70, M50? Doctor: Howard Cotler
Number Of Visits Seen: 10 Cancellations: 0 No Shows: 0 Initial Eval: 12/8/17
Subjective: Pt feels better since beginning PT. He able to wash dishes, do laundry and cook c̄ a lot less pain. Pt not taking muscle relaxers and only 2 Ibuprofen BD.

Objective: (to date):
Current treatment program: ✓ Aquatic Therapy Protocols ____ Land Therapy Protocols
Current functional status:
ROM: Cervical FB 35 BB 30 SBL 35 SBR 30 L Rot 50 R Rot 50
Lumbar FB 40 BB 30 SBL 30 SBR 30 L Rot ___ R Rot ___

ROM/Strength: Upper Extremities / Lower Extremities

| L ROM/Strength | | R ROM/Strength | L ROM/Strength | | R ROM/Strength |
|---|---|---|---|---|---|
| 155/5 | Shoulder flex | 160/5 | /5 | Hip flex | /5 |
| 115/5 | Shoulder abd | 115/5 | / | Hip ext | / |
| /5 | Shoulder IR | /4 | / | Hip abd | / |
| /4 | Shoulder ER | /4 | / | Hip add | / |
| /5 | Elbow flex | / | /5 | Knee flex | /5 |
| /5 | Elbow ext | / | / | Knee ext | / |
| / | wrist flex | / | / | Ankle df | / |
| / | wrist ext | / | / | Ankle pf | / |
| 70# | Grip | 90# | 55 | SLR | 55 |

Abdominal Strength Upper nd 2 Lower 5 Extensor Strength Upper Bridge Lower ____

Activities ↑↓ Pain:
Sitting ___ Standing ___ Walking ___ Bending ___ Lifting ___ Lying ___ Cough/Sneeze ___ Other ___
Time of day: AM ___ PM ___ Referred Pain? Yes No
Pain Level: Current 2-4/10 Least 2-4/10 Worst 6/10
Overall Function: Increased ___ Decreased ___ No Change ___
# of sit → stands in 25 sec 9x TUG 11 sec
Assessment:
Patient Status/Overall Progression to Date: Improved functional testing, ↑ mobility. ↑ function overall, ↑ (B) UE AROM & strength! Some ↑s in neck AROM. LB ROM is functional. Pt is compliant and motivated. Rec 3x4 aquatic PT

Patient Goals: Completely Met 4/7 Partially Met 2/7 1/7 not met

Plan/ Recommendations:
✓ Partial Goals Met, Good Rehab Potential, Continue
____ Goals Unmet, Good Rehab Potential, Continue Program
____ Goals Unmet, Poor Rehab Potential, Alter or D/C Therapy
____ Goals Fully Met, D/C
____ ... Maximal Potential Reached, D/C

DISABILITY % 45

Physical Therapist Signature 12/29/17

*Thanks for the referral*

Corporate Offices: 8405 Wynbrook St. Houston, TX 77061
HOUSTON Office Phone: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office Phone: 713-454-6000 ext. 200 Fax: (713) 454-6081
1910 First St. Humble, TX 77338 www.AquaticCare.net

7134546080
08:22:08 p.m. 12-29-2017 2/3

# Aquatic Care® Programs, Inc.

*Comprehensive Physical Therapy & Rehabilitation, Land & Pool*

## Discharge Summary - Physical Therapy

Patient Name: George Pervin DOB: ________ Date 2 / 5 / 18

Doctor: Howard Cotler Diagnosis: M54.2 M54.5, M50.701, M50.32

Start of Care Date: 12.8.17 - 1.5.18 Number of visits seen: 12 Number of cancels: 0

Subjective: Pt tripped at work and hurt low back neck. started hurting 3 days later.

Objective:
Prior functional status/deficits: Pain limiting ADLs and work, pt is deconditioned, ↓ functional abilities, ↓ gait speed, ↓ROM - cervical/lumbar/UEs/LEs, ↑ fall risk 2° DUG and history of fall. Impaired posture

Treatment program included:

| | | |
|---|---|---|
| ✓ Aquatic PT protocols | ✓ Kinetic Exercises | ✓ Education/HEP instr. |
| ✓ Land PT protocols | (Functional mobility training) | ___ Ultrasound |
| ✓ Therapeutic Exercises | ✓ Gait training | ___ Paraffin Treatment |
| ✓ Soft tissue mobilization | ___ Therapeutic Massage | ✓ E-stim, TENS |
| ✓ Joint mobilization | ✓ Whirlpool | ___ Iontophoresis |
| ✓ Traction | ✓ Hot/Cold Packs | Other: |

Functional status upon discharge: Improved functional testing. ↑ mobility, ↑ function overall. ↑ (B) shld AROM + strength, some ↑s in neck AROM, LB ROM is functional.

Assessment:
Overall progress: Pt is compliant and motivated. Pt progressed well c̄ ↑ ROM, ↑ strength, ↑ function.

Goals: (M = met, U = unmet) M: 4/7
Partially met: 3/7
U: 0/7

DISABILITY % 45

Reason for Discharge:

| | |
|---|---|
| ___ All goals met | ___ Pt. refusing further PT services |
| ___ Pt. status plateaued, no further PT indicated | ___ Pt. noncompliant with keeping appointments |
| ___ MD orders for PT D/C | ✓ Other: work conditioning elsewhere. |

Final D/C Recommendations: Follow MD orders

[signature] PTA [signature] PT
Physical Therapist Signature

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 1**

**Patient's Name:** George Pervin

**DOB:**

**DATE & TIME OF EVALUATION:** 10-11:30 **DATE OF INJURY:** 9-24-17

**NEXT DOCTORS APPOINTMENT:**

**DIAGNOSIS:**
M47.898, M47.892, E66.9, M54.2, M54.5, M50.20, M50.32, M51.36

**OBSERVATION:**

| | | |
|---|---|---|
| PATIENT WAS ON TIME | YES X | NO ___ |
| COOPERATIVE | YES X | NO ___ |
| APPROPRIATELY DRESSED | YES X | NO ___ |

**CURRENT MEDICAL HISTORY** (to include task, weight, sensation, time of day, accident reported, continued working, medical follow-up to injury, date of first visit, findings and recommendations):

Pt. is well know to ACP. He was injured 9-24-17 when he tripped and hurt his neck and LB. He completed 12 visits of aquatic PT and is now referred for work conditioning. His job as a butcher is a Medium PDL. His job duties include standing, walking, lifting 20-30 pounds frequently and 50 pounds infrequently. He must lift the meat from counter top to counter top. He must retrieve meat from the top shelf of the walk in cooler. He works eight hour shifts with a 30 minute lunch break and two 15 minute breaks.

**PATIENT PERCEPTION OF PHYSICAL DEMAND LEVEL:**

| | | | | | |
|---|---|---|---|---|---|
| Sedentary | 10# or less | ___ | Medium | 50# / 25# or less | X |
| Sedentary-Light | 15# / 10# or less | ___ | Medium-Heavy | 75# / 35# or less | ___ |
| Light | 20# / 10# or less | ___ | Heavy | 100# / 50# or less | ___ |
| Light-Medium | 35# /20# or less | ___ | Very-Heavy | over 100# / 50# -100# | ___ |

PAIN LEVEL BEFORE EVALUATION: 2 /10

PAIN LEVEL AFTER EVALUATION: 3 /10

PERCEPTION OF FUNCTION

| | | |
|---|---|---|
| Lifting | 30 | pounds |
| Carrying | 30 | pounds |
| Standing | 5-60 | minutes |
| Sitting | 60 | minutes |
| Walking | 5-60 | minutes |

BLOOD PRESSURE 150/86 HEIGHT 5'9" WEIGHT 428#

BEGINNING PULSE 68 MAXIMUM HR ___ TARGET HR FOR CV TESTING ___ O2 99 %

MHR = (220-AGE) THR = (220-AGE) X 85%

(Stop test = diastolic of 120 mmHg or systolic of 200 mmHg)

7134546080 07:21:47 a.m. 04-03-2018 2/9
TO: 13467014039 From: 17136493378 Date: 04/03/18 Time: 6:22 AM Page: 02

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 2**

**Patient's Name:** George Pervin

**DOB:**

## MANUAL MUSCLE TEST WORKSHEET

ROM: Cervical FB ____ BB ____ SBL ____ SBR ____ L Rot ____ R Rot ____

ROM: Lumbar FB ____ BB ____ SBL ____ SBR ____ L Rot ____ R Rot ____

| ROM/Strength L ROM/Strength | Upper Extremities | R ROM/Strength | L ROM/Strength | Lower Extremities | R ROM/Strength |
|---|---|---|---|---|---|
| ALL WFL / ALL 5/5 | Shoulder flex | ALL WFL / ALL 5/5 | / ALL 5/5 | Hip flex | / ALL 5/5 |
| / | Shoulder abd | / | / | Hip ext | / |
| / | Shoulder ER | / | / | Hip abd | / |
| / | Shoulder IR | / | / | Hip add | / |
| / | Elbow flex | / | / | Knee flex | / |
| / | Elbow ext | / | / | Knee ext | / |
| / | Wrist flex | / | / | Ankle df | / |
| / | Wrist ext | / | / | Ankle pf | / |
| / | Grip | / | 40 | SLR | 60 |

Abdominal Strength: Upper 2 ____ Lower ____ Extensor Strength: Upper ____ Lower ____

Neck Strength: flex ____ ext ____ L Rot ____ L SB ____ R SB ____

| WADDEL' TESTING | POSITIVE/NEGATIVE |
|---|---|
| TENDERNESS | - |
| DISTRACTION | - |
| SIMULATION | - |
| OVERREACTION | - |
| REGIONAL | - |

Patient exhibited 0 of five positive Waddell's Tests for non-organic signs. A finding of three or more is considered clinically significant.

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 3**

**Patient's Name:** George Pervin

**DOB:** ____________

**PLEASE NOTE THAT YOU HAVE THE RIGHT TO STOP THE FOLLOWING TESTS AT ANY TIME. YOU HAVE COMPLETE CONTROL OF THESE TEST. I ALSO HAVE THE OPTION TO STOP THESE TEST AT ANYTIME FOR ANY OF THE FOLLOWING REASONS:**

1. UNSAFE ACTIVITY
2. POOR BODY MECHANICS
3. LOSS OF CONTROL

FOLLOWING EACH TEST I WILL ASK HOW YOU FEEL AND WHY YOU CHOSE TO STOP ANY TEST. I AM INTERESTED IN ANY COMPLAINTS OF PAIN, FATIGUE, FEAR, ETC. I CANNOT GIVE AN INTERPRETATION AT ANY TIME DURING THE EVALUATION.**

**GRIP STRENGTH:** Right handed x Left handed ____

| RIGHT | | | LEFT | | | GRIP STRENGTH NORMS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOTCH 1 | 75 | # | NOTCH 1 | 80 | # | AGE | 20 | 30 | 40 | 50 | 60 | 70 | 80 |
| NOTCH 2 | 85 | # | NOTCH 2 | 90 | # | | | | | | | | |
| NOTCH 3 | 85 | # | NOTCH 3 | 95 | # | MALE R | 125 | 120 | 116 | 100 x | 95 | 85 | 80 |
| ~~NOTCH 2~~ | | # | ~~NOTCH 2~~ | | # | MALE L | 117 | 118 | 100 | 95 x | 85 | 80 | 70 |
| NOTCH 4 | 60 | # | NOTCH 4 | 65 | # | | | | | | | | |
| NOTCH 5 | 70 | # | NOTCH 5 | 70 | # | FEMALE R | 65 | 60 | 57 | 55 | 51 | 50 | 48 |
| ~~NOTCH 2~~ | | # | ~~NOTCH 2~~ | | # | FEMALE L | 58 | 53 | 52 | 50 | 48 | 45 | 42 |

**VALIDITY/ INVALIDITY:** Test considered valid if there is less than a 20% variation in the readings

Right: Valid x Invalid ____
Comments: ____

LEFT: Valid x Invalid ____
Comments: ____

**SITTING POSTURE/ TOLERANCE:** 30 minutes 68 heart rate
Comments: NO DISTRESS

**STANDING POSTURE/TOLERANCE** 15 minutes 70 heart rate

**PLUM LINE:** ant dev____ post dev____ Rot. Counterclock____ Rot. Clockwise____ kyphosis____
Lordosis____ scoliosis____ ant pelvic tilt____ sway____ flatback____

Comments: NO MARKED DEVIATIONS.

**GAIT ANALYSIS: STANCE: (60%)** Heel Strike: ____ Mid Stance: ____ Push Off: ____
**SWING: (40%)** Early (toe off, pick up) ____ Late (reach) ____

Comments: No marked deviations.

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 4**

**Patient's Name:** George Pervin

**DOB:**

**FUNCTIONAL STRENGTH TESTING:** Instruct in proper body mechanics. Observe body mechanics used by patient and check appropriate box. Detailed descriptions for any body mechanics rating given at a level of "fair" or below will be provided in the Comments section.
*Make note of body mechanics, muscle recruitment, weight shift and postural changes.*

| MAXIMUM FLOOR TO KNUCKLE | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 68 | HR AFTER | 98 | WEIGHT | 25 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | 92 | WEIGHT | 50 | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | 96 | WEIGHT | 75 | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | | x |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | | x |

COMMENTS: C/o burning in his back.

| MAXIMUM KNUCKLE TO SHOULDER | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 68 | HR AFTER | 86 | WEIGHT | 10 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | 90 | WEIGHT | 25 | GOOD | X | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | 90 | WEIGHT | 35 | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | x | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | x | |

COMMENTS:

| MAXIMUM SHOULDER TO OVERHEAD | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | 68 | WEIGHT | 60 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | x | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | x | |

COMMENTS: C/o burning in LB. Pt. stopped test due to fear of lifting more weight and re injury.

| FREQUENT FLOOR TO KNUCKLE | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | 103 | WEIGHT | 60 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | x | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | | x |

COMMENTS: C/o burning in LB

| FREQUENT KNUCKLE TO SHOULDER | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 68 | HR AFTER | 80 | WEIGHT | 25 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | x | | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | x | | |

COMMENTS:

7134546080 07:22:51 a.m. 04-03-2018 5/9
To: 13467014039 From: 17136493378 Date: 04/03/18 Time: 6:22 AM Page: 05

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 5**

**Patient's Name:** George Pervin

**DOB:**

## FUNCTIONAL STRENGTH TESTING (CONTINUED)

| FREQUENT SHOULDER TO OVERHEAD | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | 92 | WEIGHT | 33 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | x | | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | x | |

COMMENTS:

| CARRYING | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | 104 | WEIGHT | 75 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | X | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | | x |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | | x |

COMMENTS:

## JOB SPECIFIC FUNCTIONAL TESTING

| TASK: | BODY MECHANICS | | | |
|---|---|---|---|---|
| | EXCELLENT | | FAIR | |
| | GOOD | | POOR | |
| COMMENTS: | | | | |
| TASK: | BODY MECHANICS | | | |
| | EXCELLENT | | FAIR | |
| | GOOD | | POOR | |
| COMMENTS: | | | | |
| TASK: | BODY MECHANICS | | | |
| | EXCELLENT | | FAIR | |
| | GOOD | | POOR | |
| COMMENTS: | | | | |

**CRAWLING:** Crawling on hands and knees for 12 feet forward and then 12 feet backward.,
HEART RATE BEFORE: 60 AFTER: 101 TIME: 26 SEC
Standing to Crawl Position: X 3-point ____deep squat ____4 point
Crawl to stand: X 3-point ____deep squat ____4 point
Crawl: ____symmetry ____head position ____hands ____elbows ____shoulders ____spine ____hips ____knees ____feet
Comments: Pt. used shelving to assist with getting to floor and getting up from floor. C/o LB and coccyx pain.

**LADDER CLIMBING TEST:** Climbing two steps up, then down. Count sets completed in one minute.
HEART RATE BEFORE: 78 AFTER: 120 TIME: 47 SEC
x R foot lead ____L foot lead ____L&R foot lead ____hand position ____hands ____elbow ____shoulders ____spine ____hips ____knees ____feet
Comments: Pt. stopped test at 47 sec due to SOB and a twitch in his back. The test should last 60 seconds.

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 6**

Patient's Name: George Pervin

DOB: ____________

| ISOMETRIC PUSH: | ISOMETRIC PULL: |
|---|---|
| Push 1 135 # ☑ | Pull 1 90 # ☑ |
| Push 2 100 # ☐ | Pull 2 90 # ☐ |
| Push 3 80 # ☐ | Pull 3 85 # ☐ |
| Comments: | Comments: |

| COORDINATION: | REACHING: |
|---|---|
| Right hand ______ Left hand ______ | Above shoulders WNL Below waist ______ |
| Right LE 38 seconds Left LE 60 seconds | Horizontal ______ |
| Comments: Single leg stance. C/o burning in R LE. | Comments: |

| SENSATION | Comments: |
|---|---|

**CARCIOVASCULAR FUNCTION BASED ON YMCA BIKE EROGMETER PROTOCAL:**

SCORE DID NOT FINISH
HEART RATE 97

Pt stopped test at 6 minutes due to SOB and burning sensation in feet and LB.

**POST-EVALUATION PHYSICAL DEMAND LEVEL:**

| | | | |
|---|---|---|---|
| Sedentary | ____10# or less | Medium | ____50#/25# or less |
| Sedentary-Light | ____15#/10# or less | Medium-Heavy | x 75#/35# or less |
| Light | ____20#/10# or less | Heavy | ____100#/50# or less |
| Light-Medium | ____35#/20# or less | Very-Heavy | ____over 100#/50#-100# |

**SUMMARY OF ADL'S:** Pt. reports difficulty with lifting heavy weights.

**JOB SPECIFIC LIMIATION/ RTW PLANNING:** Pt's poor endurance limits him from RTW.

**CURRENT PAIN LEVEL: "0" BEING NO PAIN AND "10" BEING EXCRUCIATING** 3

0 1 2 3 4 5 6 7 8 9 10

7134546080 07:23:48 a.m. 04-03-2018 7/9
To: 13467014039 From: 17136493378 Date: 04/03/18 Time: 6:22 AM Page: 07

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 7**

**Patient's Name:** George Pervin

**DOB:**

**VALIDITY/ CONSISTENCY: (Overall ROM, grip, distraction, ADL's)**

All tests valid and consistent. His grip strengths show a bell shaped curve and all testing parts caused significant heart rate increase.

**ASSESSMENT OF WEAKNESSES:**

1. Poor cardiovascular endurance.
2. Chronic LBP with exertion.
3. Decreased core strength.
4. Decreased R LE balance.
5. Decreased B SLR ROM.
6. Morbid obesity

**ASSESSMENT OF STRENGTHS:**

1. Pt. is pleasant and cooperative.
2. Pt. is functioning at a Medium-Heavy PDL for a Medium PDL job.

**RECOMMENDATIONS:**

Although pt. is functioning at a Medium-Heavy PDL, his poor cardiovascular conditioning would limit his ability to work an eight hour day. It is therefore recommended he begin work conditioning five days a week for two weeks at four to six hours a day to assist with pain management, increase endurance, core strength and balance to assist him with RTW as a butcher.

**Licensed Therapist's Signature:** PT **Date:** 4-2-2018

**Physician's Signature:** **Date:** 4/3/18

7134546080 07:24:07 a.m. 04-03-2018 8/9
To: 13467014039 From: 17136493378 Date: 04/03/18 Time: 6:22 AM Page: 08

George Pervin DOB-

Work Conditioning Weekly Goals

| | Short Term | | | | Long Term |
|---|---|---|---|---|---|
| | Week 1 | Week 2 | Week 3 | Week 4 | Weeks 2 |
| 1. Patient able to lift _____ pounds from floor to waist. | | | | | |
| 2. Patient able to lift _____ pounds from waist to shoulder. | | | | | |
| 3. Patient able to lift _____ pounds from shoulder to overhead. | | | | | |
| 4. Patient able to lift _____ pounds from floor to waist 5 times. | | | | | |
| 5. Patient able to lift _____ pounds from waist to shoulder 5 times. | | | | | |
| 6. Patient able to lift _____ pounds from shoulder to overhead 5 times. | | | | | |
| 7. Patient able to carry _____ pounds 100 feet. | | | | | |
| 8. Patient able to stand _____ minutes. | | | | | |
| 9. Patient able to climb two rungs of a ladder for 15 sets in one min. | | | | | |
| 10. Patient able to tolerate 6 hrs of work conditioning | | | | | |
| 11. Pt able to walk at 3.0 mph x 30 min on TM | | | | | |
| PDL FUNCTION Medium. | | | | | |

# Aquatic Care® Programs, Inc.

*Comprehensive Physical Therapy & Rehabilitation, Land & Pool*

## Discharge Summary – Physical Therapy

Patient Name: George Pervin DOB: Date 5/10/18

Doctor: Howard Cotler Diagnosis: M47896, M47892, E669, M542, M545, M54020 M50 32 M5136

Start of Care Date: 12.8.17 – 4/6 Number of visits seen: 16 Number of cancels: 0

Subjective: Pt tripped at work and hurt low back, neck. Has dizziness

Objective:
Prior functional status/deficits: Deconditioned, ↓ functional abilities, ↓ gait speed, ↓ Rom, cervical, lumbar, UEs and LE, ↑ fall risk, impaired posture.

Treatment program included:

| | | |
|---|---|---|
| ✓ Aquatic PT protocols | ✓ Kinetic Exercises | ✓ Education/HEP instr. |
| ✓ Land PT protocols | (Functional mobility training) | ___ Ultrasound |
| ✓ Therapeutic Exercises | ✓ Gait training | ___ Paraffin Treatment |
| ✓ Soft tissue mobilization | ___ Therapeutic Massage | ✓ E-stim, TENS |
| ✓ Joint mobilization | ✓ Whirlpool | ___ Iontophoresis |
| ✓ Traction | ✓ Hot/Cold Packs | ___ Other: |

Functional status upon discharge: ↑ functional testing, ↑ mobility, ↑ overall function, ↑ (B) shld AROM & strength, some ↑s in neck AROM, LE ROM is functional.
Pt completed 12 visits of PT and 4 visits of work conditioning. WC ↑'d his pain.

Assessment:
Overall progress: Pt is compliant and motivated. Pt progressed well c̄ ↑ Rom, ↑ strength, ↑ function.

Goals: (M = met, U = unmet) M = 4/7 PM 3/7 U = 1/7.

DISABILITY % ____

Reason for Discharge:

| | |
|---|---|
| ___ All goals met | ___ Pt. refusing further PT services |
| ___ Pt. status plateaued, no further PT indicated | ___ Pt. noncompliant with keeping appointments |
| ___ MD orders for PT D/C | ✓ Other: RTW, D/C from PT services. |

Final D/C Recommendations: Follow HEP, Follow MD orders

A. [signature] PTA (SB: L. Battles PT [signature] PT)
Physical Therapist Signature

Corporate Offices:
8405 Wynbrook
Houston, TX 77061

HOUSTON Office: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office: 713-454-6000 ext. 200 Fax: (713) 454-6081

1910 First St.
Humble, TX 77338
www.aquaticcare.net

# DEPARTMENT USE ONLY
## Cerner Imaging Exam Report
Facility: LA LEAGUE CITY

Patient Name: PERVIN, GEORGE A
MRN: 34344296
FIN: 343442968501
Patient Type: Outpt Diag Services
Accession No: 18-127-018661
Exam Date/Time: 05/07/2018 14:55
Ordering Physician: LaFleur, Jay Lance MD
Resident:
Interpreting Physician: Ginzel, Andrew William MD
Reason for Exam: M47.26 Other spondylosis with radiculopathy, lumbar region

DOB/Age/Sex: 48 Years Male
Location: LA LOLA/ /
Exam: Spine lumbar wo contrast MRI
Exam Status: Completed
Transcriptionist:
Report Status: Final
Transcribed Date/Time:

---

## Radiology Report
MRI LUMBAR SPINE WITHOUT CONTRAST

HISTORY: M47.26 Other spondylosis with radiculopathy, lumbar region - low back pain

COMPARISON: MRI lumbar spine dated 11/06/2014

TECHNIQUE: Multiplanar T1, T2, fluid-sensitive weighted MRI of the lumbar spine without contrast is performed.

FINDINGS:

No fracture is seen. Vertebral body heights are maintained. No aggressive osseous lesion. No discitis/osteomyelitis.

Mild bone marrow edema in the right L5 pedicle is unchanged from the prior exam and likely reactive secondary to severe facet arthrosis. No other bone marrow edema in the lumbar spine. Unchanged diffuse marrow T1 hypointensity.

Multilevel disc degeneration and facet arthrosis resulting in variable multilevel canal stenosis and neural foraminal narrowing.

No paraspinal mass or fluid collection. A 5.2 x 4.0 cm T2 hyperintense lesion in the left kidney is partially visualized and has mildly increased in size since 11/06/2014 (previously 4.3 x 3.8 cm). Appearance suggests this likely represents a cyst. Visualized portion of the right kidney is normal. Visualized aorta demonstrates no aortic aneurysm.

DISC SPACES:

L1/L2: Normal intervertebral disc. Unchanged moderate bilateral hypertrophic facet arthrosis. Unchanged mild canal stenosis. No neural foraminal narrowing.

L2/L3: Unchanged mild diffuse disc bulge. Unchanged moderate bilateral hypertrophic facet arthrosis. Unchanged mild canal stenosis. No neural foraminal narrowing.

L3/L4: Mild degenerative disc desiccation. No disc bulge or protrusion. Unchanged moderate bilateral hypertrophic

# DEPARTMENT USE ONLY
## Cerner Imaging Exam Report
**Facility: LA LEAGUE CITY**

Patient Name: **PERVIN, GEORGE A**
MRN: **34344296**
FIN: **343442968501**
Patient Type: **Outpt Diag Services**
Accession No: **18-127-018661**
Exam Date/Time: **05/07/2018 14:55**
Ordering Physician: **LaFleur, Jay Lance MD**
Resident:
Interpreting Physician: **Ginzel, Andrew William MD**
Reason for Exam: **M47.26 Other spondylosis with radiculopathy, lumbar region**

DOB/Age/Sex: **48 Years Male**
Location: **LA LOLA//**
Exam: **Spine lumbar wo contrast MRI**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

facet arthrosis. No canal stenosis or neural foraminal narrowing.

L4/L5: Unchanged very small posterior central disc protrusion measuring approximately 2 mm AP. Worsening of bilateral hypertrophic facet arthrosis, now severe. Worsening of spinal canal stenosis, now severe. Unchanged mild/moderate bilateral neural foraminal narrowing.

L5/S1: Mild degenerative disc desiccation. No disc bulge or protrusion. Unchanged severe right and moderate left hypertrophic degenerative facet arthrosis. Mild progression right neural foraminal narrowing, now moderate to severe. Unchanged mild left neural foraminal narrowing.

IMPRESSION:

1. Worsening of bilateral hypertrophic facet arthrosis at L4/L5, now severe.

2. Worsening of canal stenosis at L4/L5, now severe.

3. Worsening of right neural foraminal narrowing L5/S1, now moderate to severe.

4. Unchanged mild/moderate bilateral neural foraminal narrowing L4/L5.

5. Unchanged mild bone marrow edema in the right L5 pedicle, likely reactive secondary to severe facet arthrosis.

6. Slight increase in size of a 5.2 cm cystic-appearing lesion in the left kidney. Recommend further evaluation with renal ultrasound.

SL: A124642

# DEPARTMENT USE ONLY
## Cerner Imaging Exam Report
Facility: LA LEAGUE CITY

Patient Name: PERVIN, GEORGE A
MRN: 34344296
FIN: 343442968501
Patient Type: Outpt Diag Services
Accession No: 18-127-018661
Exam Date/Time: 05/07/2018 14:55
Ordering Physician: LaFleur, Jay Lance MD
Resident:
Interpreting Physician: Ginzel, Andrew William MD
Reason for Exam: M47.26 Other spondylosis with radiculopathy, lumbar region

DOB/Age/Sex: 48 Years Male
Location: LA LOLA/ /
Exam: Spine lumbar wo contrast MRI
Exam Status: Completed
Transcriptionist:
Report Status: Final
Transcribed Date/Time:

---

Read by: Ginzel, Andrew William MD
Dictated Date/time: 05/07/18 15:11
Electronically Signed by: Ginzel, Andrew William MD 05/07/18 15:29
FINAL REPORT

***** END OF REPORT *****

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

**Doctors Medical Report and Work Status Form**

Name: George Pervin Date of Injury:

( ) Patient is able to perform PARTTIME WORK on this date: _ for _

(X) Patient is able to perform FULLTIME WORK WITH NO RESTRICTIONS on this date: April 11, 2018

( ) Patient is JOB READY FOR FULLTIME WORK within the following capabilities on this date: _

( ) Sitting
( ) Standing/Walking
( ) Pushing/Pulling
( ) Climbing/Crawling
( ) Lifting/Carrying (indicate weight limit)
( ) 5-10 lbs. ( ) 20-30 lbs. ( ) 40-50 lbs ( ) _ lbs.

( ) Avoid the following:
( ) Bending ( ) Twisting ( ) Overhead Reach

(X) Patient MAY drive

( ) Patient MAY NOT drive

( ) Patient is NOT JOB READY and will return for treatment on this date: _

( ) Patient will report to Dr. _ for further treatment.

( ) Patient needs to attend:
( ) Functional Rehabilitation
( ) Physical Therapy
( ) Back School
( ) Biofeedback

Additional Comments: _

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

4/10/2018

catheter was placed into the vein through the sheath and Preferentially, imaging was used to place the catheter tip just inferior to the superficial epigastric vein to preserve normal physiological flow in that vein. Additionally, it was confirmed by ultrasound guidance that the catheter tip was also placed a minimum of 2.5 cm distal to the saphenofemoral junction. After the RF catheter position was verified by ultrasound, tumescent anesthesia was infiltrated, under ultrasound guidance, precisely into the perivenous compartment along the entire length of vein from the entry site to the saphenofemoral junction until a "halo" of fluid was noted around the vein. The patient was then placed in Trendelenburg position to further exsanguinate the superficial venous system. After RF catheter position was again confirmed with ultrasound imaging, and under direct external compression along the length of the heating element, RF energy was applied. The vein was segmentally ablated by heating a 7 cm segment and then indexing the catheter forward by 6.5 cm until the treatment length is completed. Device temperature was maintained at 120 +/- 5 degrees C with an initial power level of 40W dropping to below 20W for each treatment .

Vein Length Treated : 50 cm.
Total Cycles of RF : 11.
Ablation Time : 3 Min 40 Sec.
Tumescent Solution 35 ml of 1% Lidocaine with Epinephrine and 15 ml of Bicarb in 500ml of Normal Saline.
Volume of Tumescent Solution Used : 650 ml.
Post Procedure Scan Repeat ultrasound of the saphenous vein was performed, confirming successful treatment. The catheter and sheath were withdrawn and hemostasis established with direct pressure. After assuring hemostasis, the skin incision over the saphenous vein was closed with a bandage and a compression wrap, and/or graduated compression stocking was applied from the level of the foot to the most proximal level of the thigh..

Post- Procedure:

EBL Nil.
Complications No complications were observed during or after the procedure.
Post-procedure disposition and discharge The patient's blood pressure, pulse, and oxygen saturation were monitored and maintained throughout the procedure. The patient went to the recovery room in stable condition. Patient was subsequently discharged in good condition and with discharge instructions.
The post procedure vitals are BP: 186/82, HR: 76, RR: 16, and oxygen saturation 97% on room air.

**Procedure Codes**

36475 ENDOVENOUS RF, 1ST VEIN

**Follow Up**

Patient will follow up for Venous ultrasound to rule out DVT within 72 hours.

**Electronically signed by Jay LaFleur , M.D. on 03/08/2019 at 04:51 PM CST**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**STE 160**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

02/14/2019

Progress Notes: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Zohydro ER 15 MG Capsule ER 12 Hour Abuse-Deterrent 1 capsule Orally every 12 hrs
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Dilaudid 4 MG Tablet as directed Orally Q 6 hours

**Unknown**

- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:
Primary Care: Dr. Ryan Jennings.
Interim History:
Scribed by: Alexis B scribing the following service on behalf of Dr. Lance Lafleur, MD.
Purpose of visit today: Discuss plan of care and medication refill.
Change in pain or new pain :, No.
Pain moderately managed on current medication somewhat.
Adverse affect of current medication No.
The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back to buttock area down to the bilateral lower extremities. Patient states his neck pain radiates to his bilateral upper extremity. Patient describes the pain as a constant, sharp, and burning sensation. Today, the patient reports that the pain is a 7 out of 10 in severity with the current medication regimen.
Patient reports minimal relief from the increase in Dilaudid.
Radiological Studies:
Lumbar MRI **11/06/2014**
IMPRESSION:
1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..
UDS:
Last: 11/02/2018.
Result Confirmation: +Hydrocodone.
Next: 01/2019.
Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *Yes*

**Surgical History**
Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:

Feeling down, depressed, or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Not at all*

**Vital Signs**
BP 167/94 mm Hg, HR 73 /min, RR 16 /min, Oxygen sat % 97 %, VAS 7, Ht 69 in, Wt 422.6 lbs, BMI 62.40 Index, Ht-cm 175.26 cm, Wt-kg 191.69 kg.

**Examination**
General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

**Assessments**
1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

**Treatment**
**1. Chronic pain syndrome**
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Refill Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Start Morphine Sulfate ER Tablet Extended Release, 15 MG, 1 tablet, Orally, Once a day, 30 days, 30 Tablet, Refills 0
Start Topamax Tablet, 25 MG, as directed, Orally, twice a day, 30 days, 60, Refills 0
Notes: Comprehensive pain management plan:

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

**2. Chronic venous insufficiency**
Notes:

Schedule right GSV radiofrequency ablation under ultrasound with local.

Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Lumbar radiculopathy**
Notes: Schedule bilateral L4-L5 transforaminal epidural steroid inejction under fluoroscopy with local

Risks, Benefits and alternative treatment options of above procedure (s) were discussed in detail with the patient.

.

**4. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER:
*Referral to general physician*

Tobacco use: Patient not counseled: Patient not eligible Non smoker.
Depression Screening
Depression Screening Findings *Negative*
Suicide Risk Assessment Performed *02/14/2019*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Follow Up**
1 month (Reason: Follow up visit)



**Electronically signed by Jay LaFleur , M.D. on 02/14/2019 at 01:34 PM CST**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A
**48 Y old Male, DOB:**
**Account Number: 20087**

**Home:**
**Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS**
**Payer ID: 00900**
**PCP: Ryan Jennings Referring: Ryan Jennings**
**Appointment Facility: Lance LaFleur, M.D., PLLC**

**01/15/2019** **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications
**Taking**
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Zohydro ER 15 MG Capsule ER 12 Hour Abuse-Deterrent 1 capsule Orally every 12 hrs
- Dilaudid 2 MG Tablet as directed Orally Q 6 hours
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day

**Not-Taking**
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.
Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Reason for Appointment
1. Chronic Low Back Pain

## History of Present Illness
Patient Care Team:
Primary Care: Dr. Ryan Jennings.

Interim History:
Scribed by: Alexis B scribing the following service on behalf of Dr. Lance Lafleur, MD .
Purpose of visit today: Discuss plan of care and medication refill.
Change in pain or new pain :, No.
Pain moderately managed on current medication somewhat.
Adverse affect of current medication No.
The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back to buttock area down to the legs bilaterally. His neck pain radiates to the arms bilaterally. The patient describes the pain as a constant, sharp, burning sensation. Today, the patient reports that the pain is an 8 out of 10 in severity with the current medication regimen.
Patient states he has 0% relief while taking Dilaudud.

Radiological Studies:
Lumbar MRI **11/06/2014**
IMPRESSION:
1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..

UDS:
Last: 11/02/2018.
Result Confirmation: +Hydrocodone.
Next: 01/2019.

Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.

Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *Yes*

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Feeling down, depressed, or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Not at all*

## Vital Signs

BP 166/83 mm Hg, HR 73 /min, RR 16 /min, Oxygen sat % 97 %, VAS 8, Ht 69 in, Wt 422.6 lbs, BMI 62.40 Index, Ht-cm 175.26 cm, Wt-kg 191.69 kg.

## Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

## Treatment

### 1. Chronic pain syndrome

Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Increase Dilaudid Tablet, 4 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Notes: Comprehensive pain management plan:

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

### 2. Chronic venous insufficiency

Notes:

Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

Schedule right GSV radiofrequency ablation under ultrasound with local.

Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Lumbar radiculopathy**
Notes: Schedule right L4-L5, L5-S1 transforaminal epidural steroid inejction under fluoroscopy with local

Risks, Benefits and alternative treatment options of above procedure (s) were discussed in detail with the patient.

.

**4. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Tobacco use: Patient not counseled: Patient not eligible Non smoker.
Depression Screening

Depression Screening Findings *Negative*
Suicide Risk Assessment Performed *01/15/2019*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Follow Up**
1 month (Reason: Follow up visit)



**Electronically signed by Jay LaFleur , M.D. on 01/15/2019 at 08:35 PM CST**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

12/20/2018

Progress Notes: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Zohydro ER 15 MG Capsule ER 12 Hour Abuse-Deterrent 1 capsule Orally every 12 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day

**Not-Taking**

- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day

**Discontinued**

- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes.
Hyperlipidemia.
Hypertension.
Morbid Obesity.
Obstructive Sleep Apena.
Hypothyroidism.

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: Dr. Ryan Jennings.

Interim History:

Scribed by: Vanessa Alamia scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Discuss plan of care and medication refill.
Change in pain or new pain No.
Pain moderately managed on current medication Yes.
Adverse affect of current medication No.

The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back to buttock area down to the legs bilaterally. For the neck pain he states that the pain radiates to the arms bilaterally. The patient describes the pain as a constant, sharp, burning sensation. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen.

Patient states the Zohydro is not helping with the pain, he experiences mild dizziness after taking the medication. He states the Tizanadine helps with the sleep. He takes Diclofenac for muscle pain and it minimally helps.

Radiological Studies:

Lumbar MRI **11/06/2014**
IMPRESSION:
1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen..

UDS:

Last: 11/02/2018.
Result Confirmation: +Hydrocodone.
Next: 01/2019.

Risk Assessment:

Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.

Carpal Tunnel Syndrome.
Rheumatoid Arthritis.

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018
Bilateral L4-L5, L5-S1 Intra Articular Facet Joint Injection; 5-10% Relief 10/08/2018

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have a drink containing alcohol in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *1-2 cups per day*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: occasionally.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.

Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *Yes*
Feeling down, depressed, or hopeless *Yes*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Not at all*

## Vital Signs

BP 155/83 mm Hg, HR 80 /min, RR 16 /min, Oxygen sat % 97 %, VAS 7, Ht 69 in, Wt 422.6 lbs, BMI 62.40 Index, Ht-cm 175.26 cm, Wt-kg 191.69 kg.

## Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

## Treatment

**1. Chronic pain syndrome**
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
D/C Zohydro ER Capsule ER 12 Hour Abuse-Deterrent, 15 MG, 1 capsule, Orally, every 12 hrs, 30 days, 60, Refills 0
Start Dilaudid Tablet, 2 MG, as directed, Orally, Q 6 hours, 30 days, 120, Refills 0
Notes: Comprehensive pain management plan:

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: Continue wearing compression stockings
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: The patient reports depression, he denies any suicidal or homicidal ideation.
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

**2. Chronic venous insufficiency**
Notes:

Consider vein RF

CEAP Score: 4

Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.

The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

.

**3. Others**
Notes:
Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.
.

**Preventive Medicine**
Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Tobacco use: Patient not counseled: Patient not eligible Non smoker.
Depression Screening
Depression Screening Findings *Negative*
Suicide Risk Assessment Performed *12/20/2018*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Visit Codes**
99213 Office Visit, Est Pt., Level 3.

**Follow Up**
1 month



**Electronically signed by Jay LaFleur , M.D. on 12/20/2018 at 09:13 PM CST**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Suite 160**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

Name: Pervin, George
PT Indications: Edema
Tech:

DOB:
DOS: 8/17/18
MD: LaHenk




| Vessel | Reflux | Time | Size |
|---|---|---|---|
| RT GSV | ✓ | 4292 m/s | P 1.17 cm<br>M .64 cm<br>D .54 cm |
| RT GSV (A) | | | |
| RT GSV (P) | | | |
| RT SSV | ✓ | 4792 m/s | .40 cm |
| RT Medial Perforator | | | |
| Thigh Perforator | | | |




| Vessel | Reflux | Time | Size |
|---|---|---|---|
| LT GSV | ✓ | 5750 m/s | P .92 cm<br>M .64 cm<br>D .56 cm |
| LT GSV (A) | | | |
| LT GSV (P) | | | |
| LT SSV | ✓ | 4392 m/s | .66 cm |
| LT Medial Perforator | | | |
| Thigh Perforator | | | |

| | RT | LT |
|---|---|---|
| Venous Ulcer: | | |
| Vein Harvesting / stripping: | | |
| Varicose Veins: | | |

| | RT | LT |
|---|---|---|
| Good compression & augmentation with color flow; negative for DVT | ✓ | ✓ |
| DVT location: | | |
| Deep venous Reflux: | | |
| GSV dilated with significant reflux at the SFJ: | ✓ | ✓ |
| GSV dilated with significant reflux: | ✓ | ✓ |
| GSV (A) dilated with significant reflux: | | |
| GSV (P) dilated with significant reflux: | | |
| SSV dilated with significant reflux: | ✓ | ✓ |
| Medial Perforator dilated with reflux > 500 ms: | | |
| **Post RFA treatment:** | | |
| GSV non-compressible, filled with hyper / hypochoic material: Good RFA of treated segment | | |
| SSV non-compressible, filled with hyper / hypochoic material: Good RFA of treated segment | | |

Medtronic
ClosureFast™
Endovenous Radiofrequency Ablation (RFA) Catheter
7 Fr (2.3 mm)
7 cm x 60 cm
REF CFR7-7-60
LOT 183410405
2020-11-30
9/4/19
R GSV

T 60ml /
L 50ml
C11
T 5.40min

CPT 93970    ICD: I87.2

ICD: I87.2
CPT: 93970

Name: Pervin, George
DOB:
PT Indications:
DOS: 3/6/19
Tech: Dx S/P RFGSV
MD: Caffaux



| Vessel | Reflux | Time | Size |
|---|---|---|---|
| RT GSV | Good RFA | | P |
| | | | M |
| | | | D |
| RT GSV (A) | | | |
| RT GSV (P) | | | |
| RT SSV | | | |
| RT Medial Perforator | | | |
| Thigh Perforator | | | |

| Vessel | Reflux | Time | Size |
|---|---|---|---|
| LT GSV | | | P |
| | | | M |
| | | | D |
| LT GSV (A) | | | |
| LT GSV (P) | | | |
| LT SSV | | | |
| LT Medial Perforator | | | |
| Thigh Perforator | | | |

| | RT | LT |
|---|---|---|
| Venous Ulcer: | | |
| Vein Harvesting / stripping: | | |
| Varicose Veins: | | |

| | RT | LT |
|---|---|---|
| Good compression & augmentation with color flow; negative for DVT | ✓ | |
| DVT location: | | |
| Deep venous Reflux: | | |
| GSV dilated with significant reflux at the SFJ: | | |
| GSV dilated with significant reflux: | | |
| GSV (A) dilated with significant reflux: | | |
| GSV (P) dilated with significant reflux: | | |
| SSV dilated with significant reflux: | | |
| Medial Perforator dilated with reflux > 500 ms: | | |

Post RFA treatment:

| | RT | LT |
|---|---|---|
| GSV non-compressible, filled with hyper / hypochoic material: Good RFA of treated segment | ✓ | |
| SSV non-compressible, filled with hyper / hypochoic material: Good RFA of treated segment | | |

3/11/19

h
3/28/19

| | | | |
|---|---|---|---|
| Patient Name: | PERVIN, GEORGE ALLEN | Admitting Physician: | |
| DOB/Age/Sex: | / 49 years / M | Ordering Physician: | LaFleur, Jay Lance |
| Med Rec Number: | 034344296 | | |
| Location: | LA LOLA | | |

## *Diagnostic Radiology*

| Exam: | Accession Number: | Exam Date/Time: |
|---|---|---|
| Spine Thoracic wo contrast MRI | 19-087-019117 | 3/28/2019 1:32:00 PM |

**RADIOLOGY REPORT**

Clinical Indication: - M54.14 Radiculopathy, thoracic region;
Comparison: None

TECHNIQUE: Multiplanar T1, T2, STIR weighted noncontrast MRI of the thoracic spine is performed on the 1.5 Tesla magnet.

FINDINGS:
ALIGNMENT AND GENERAL SURVEY: There is normal alignment of the thoracic spine. The bone marrow is normal for the patient's age. There are no fractures or compression deformities. The thoracic spine posterior elements are normal. The costovertebral junctions are unremarkable.

SPINAL CORD: The thoracic spine spinal cord is normal in size and signal. The CSF space is unremarkable. The conus medullaris ends at the L1 level.

DISK SPACES: Disc space narrowing, disc desiccation, annular bulging, and osteophytes are present at T6-T7 and T7-T8 resulting in mass effect on the thecal sac but no significant neural foraminal narrowing or spinal canal stenosis. 2 mm right paracentral disc herniation at T6-T7 is noted. 3 mm right paracentral disc herniation at T7-T8 is noted. Minimal annular bulges at T8-T9, T9-T10, and T10-T11 are noted. There is mild bulging and osteophytes asymmetric to the right at T11-T12. There is no significant spinal canal stenosis or neural foraminal narrowing at any level throughout the thoracic spine.

IMPRESSION:
1. Normal cervical spinal cord.
2. No significant spinal canal stenosis or neural foraminal narrowing at any level.
3. Degenerative changes as described from T6-T7 through T11-T12.

SL: BM-M-
-

Read by: Miles, Brian Jason MD
Dictated Date/time: 03/28/19 14:06
Electronically Signed by: Miles, Brian Jason MD 03/28/19 14:17
FINAL REPORT

| | |
|---|---|
| Patient Financial #: | 343442968503 |
| Patient Type: | Outpatient |
| Admit Date: | 03-28-2019 |
| Discharge Date: | -- |

MILLENNIUM HEALTH
16981 Via Tazon, San Diego, CA 92127
Phone: 877.451.3534 · Fax: 858.451.3636
CLIA ID# 05D1078705

GEORGE PERVIN

**SPECIMEN INFORMATION**
Temperature read within 4 minutes and is in range of 32.2 – 37.8°C (90 - 100°F)
☐ YES ☐ NO If NO: Actual Temp ______
2/14/19 DATE COLLECTED / TIME COLLECTED

MC 607117
SPECIMEN ID NUMBER

# URINE DRUG TEST REQUISITION

**REQUIRED** PLEASE COMPLETE ALL YELLOW HIGHLIGHTED SECTIONS.

Diagnosis Code(s)

**Patient Information**
Last Name: PERVIN
First Name, Middle Initial: GEORGE
Gender ☑ M ☐ F
Social Security Number ___-__-____ Date of Birth ______ Date of Injury __/__/__ (If Workers' Comp)
Insurance Name: BCBS Subscriber ID ______ ☐ Uninsured Patient ☐ Medicaid Insurance Pending
Claims Address
STREET ______ CITY ______ STATE ____ ZIP ____

**Practice Information**
Interventional Pain Med-Lance LaFleur
1920 Country Place Pkwy Ste 160
Pearland TX 77584
239761
Requesting Provider ______

MEDICARE WILL ONLY PAY FOR TESTS THAT ARE MEDICALLY REASONABLE AND NECESSARY BASED ON THE CLINICAL CONDITION OF EACH INDIVIDUAL PATIENT.[1,2]

MC 607117

**I** Order Single Definitive LC-MS/MS Tests.[3,4] Tests in BOLD are available only as LC-MS/MS. Clearly mark your order with an "X" - Example: ☒

| Mark if Prescribed | Medication/Drug | Order | Mark if Prescribed | Medication/Drug | Order | Mark if Prescribed | Medication/Drug | Order | Mark if Prescribed | Medication/Drug | Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **OPIATES** | | | **BARBITURATES** | | | **SYNTHETICS AND OTHER** | | | **STIMULANTS** | |
| O | Codeine (Tylenol #3) | ☐ | O | Butalbital (Fiorinal) | ☐ | — | Bath Salts (Cathinones) | ☐ | O | Methylphenidate (Ritalin) | ☐ |
| O | Hydrocodone (Vicodin) | ☐ | O | Phenobarbital | ☐ | — | Kratom | ☐ | O | Phentermine (Adipex-P) | ☐ |
| O | Hydromorphone (Dilaudid) | ☐ | O | Secobarbital | ☐ | — | Spice (Synthetic Cannabinoids)[5] | ☐ | | **ANTIPSYCHOTICS** | |
| O | Morphine (MSContin) | ☐ | | **BENZODIAZEPINES** | | | **AMPHETAMINES** | | O | Aripiprazole (Abilify) | ☐ |
| | **OPIOIDS** | | O | Alprazolam (Xanax) | ☐ | O | Amphetamine (Adderall) | ☐ | O | Clozapine (Clozaril) | ☐ |
| O | Fentanyl (Duragesic) | ☐ | O | Clonazepam (Klonopin) | ☐ | O | Methamphetamine | ☐ | O | Haloperidol (Haldol) | ☐ |
| O | Methadone | ☐ | O | Diazepam (Valium) | ☐ | — | Methamphetamine-d/l Isomers | ☐ | O | Olanzapine (Zyprexa) | ☐ |
| O | Oxycodone (Oxycontin) | ☐ | O | Lorazepam (Ativan) | ☐ | | **TRICYCLIC ANTIDEPRESSANTS** | | O | Quetiapine (Seroquel) | ☐ |
| O | **Oxymorphone (Opana)** | ☐ | O | Oxazepam (Serax) | ☐ | O | Amitriptyline (Elavil) | ☐ | O | Risperidone (Risperdal) | ☐ |
| O | **Tapentadol (Nucynta)** | ☐ | O | Temazepam (Restoril) | ☐ | O | Desipramine (Norpramin) | ☐ | | **OTHER** | |
| O | Tramadol (Ultram) | ☐ | | **ALCOHOL** | | O | Imipramine (Tofranil) | ☐ | O | Carisoprodol (Soma) | ☐ |
| | **OPIOIDS-RELATED** | | — | Alcohol[6] *Presumptive Test* | ☐ | O | Nortriptyline (Pamelor) | ☐ | O | Cyclobenzaprine | ☐ |
| O | Buprenorphine (Suboxone) | ☐ | — | Ethyl Glucuronide / Ethyl Sulfate | ☐ | | **ANTIDEPRESSANTS, OTHER** | | O | Dextromethorphan | ☐ |
| O | **Naloxone (Suboxone)** | ☐ | | **ILLICIT SUBSTANCES** | | O | **Bupropion (Wellbutrin)** | ☐ | O | Gabapentin (Neurontin) | ☐ |
| O | **Levorphanol** | ☐ | — | Cocaine | ☐ | O | Citalopram/Escitalopram | ☐ | O | Ketamine | ☐ |
| O | **Meperidine (Demerol)** | ☐ | — | Heroin | ☐ | O | Duloxetine (Cymbalta) | ☐ | O | Pregabalin (Lyrica) | ☐ |
| O | **Naltrexone (Vivitrol)** | ☐ | — | MDMA | ☐ | O | Fluoxetine (Prozac) | ☐ | O | Zolpidem (Ambien) | ☐ |
| | | | — | Phencyclidine (PCP) | ☐ | O | Paroxetine (Paxil) | ☐ | | | |
| | | | O | THC | ☐ | O | Venlafaxine (Effexor) | ☐ | | | |

**II** Order Immunoassay Test with Available Definitive LC-MS/MS Confirmation Test.

| Mark if Prescribed | Medication / Drug Class | Immunoassay Test | Definitive Test POS(+) | Definitive Test NEG(-) | Mark if Prescribed | Medication / Drug Class | Immunoassay Test | Definitive Test POS(+) | Definitive Test NEG(-) | Mark if Prescribed | Medication / Drug Class | Immunoassay Test | Definitive Test POS(+) | Definitive Test NEG(-) | Mark if Prescribed | Medication / Drug Class | Immunoassay Test | Definitive Test POS(+) | Definitive Test NEG(-) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | Acetaminophen | ☐ | - | - | — | BENZODIAZEPINES | ☐ | - | - | O | Fentanyl | ☐ | ☐ | ☐ | O | Oxycodone | ☐ | ☐ | ☐ |
| — | Alcohol[6] | ☐ | - | - | O | Alprazolam | — | ☐ | ☐ | — | Heroin | ☐ | ☐ | ☐ | — | Phencyclidine (PCP) | ☐ | ☐ | ☐ |
| — | Ethyl Glucuronide | ☐ | ☐ | ☐ | O | Clonazepam | — | ☐ | ☐ | — | MDMA | ☐ | ☐ | ☐ | O | THC | ☐ | ☐ | ☐ |
| O | Amphetamines | ☐ | ☐ | ☐ | O | Diazepam | — | ☐ | ☐ | O | Methadone | ☐ | ☐ | ☐ | O | Tramadol | ☐ | ☐ | ☐ |
| — | BARBITURATES | ☐ | - | - | O | Lorazepam | — | ☐ | ☐ | O | Methamphetamine | ☐ | ☐ | ☐ | — | TRICYCLIC ANTIDEPRESSANTS | ☐ | - | - |
| O | Butalbital | — | ☐ | ☐ | O | Oxazepam | — | ☐ | ☐ | O | Nicotine | ☐ | - | - | O | Amitriptyline | — | ☐ | ☐ |
| O | Phenobarbital | — | ☐ | ☐ | O | Temazepam | — | ☐ | ☐ | — | OPIATES | ☐ | - | - | O | Desipramine | — | ☐ | ☐ |
| O | Secobarbital | — | ☐ | ☐ | O | Buprenorphine | ☐ | ☐ | ☐ | O | Codeine | — | ☐ | ☐ | O | Imipramine | — | ☐ | ☐ |
| | | | | | — | Cocaine | ☐ | ☐ | ☐ | O | Hydrocodone | — | ☐ | ☐ | O | Nortriptyline | — | ☐ | ☐ |
| | | | | | | | | | | O | Hydromorphone | — | ☐ | ☐ | | | | | |
| | | | | | | | | | | O | Morphine | — | ☐ | ☐ | | | | | |

**III** Specimen Validity Testing[7]

| | | | |
|---|---|---|---|
| Creatinine | ☐ | Specific Gravity | ☐ |
| pH | ☐ | Oxidant | ☐ |

Special Instructions

Other Prescribed Medications (if not listed above) ☐ MEDICATION LIST ATTACHED.

Note: An inconsistent result may be reflected on the RADAR® Report if a complete list of patient's prescribed medications is not provided.

**Patient Authorization** (if applicable): My signature below represents that I have read and agree to comply with the Patient Authorization on the back page, I have had the opportunity to ask questions, and I agree to undergo this testing.

Patient Signature: ______________

By submitting this specimen to Millennium Health and/or by signing below, the Authorized Health Care Provider and all practice personnel authorized to submit a specimen on behalf of the Authorized Health Care Provider, agree to the Authorized Health Care Provider Certification on the back page.

Authorized Health Care Provider Signature: ______________ Date: ______

ORIGINAL - MILLENNIUM HEALTH COPY PINK - HEALTH CARE PROVIDER COPY GOLDENROD - PATIENT COPY

MILLENNIUM HEALTH

# MILLENNIUMUDT℠
## RADAR® Report
Consistency and Validity Results

w
3/19/19

**RADAR® Hotline**
**866.866.0605**
5:00AM – 9:00PM PT, Monday-Friday
7:00AM – 12:30PM PT, Saturday

**Patient Name:** **PERVIN, GEORGE**
Patient SSN:
Patient DOB:

**Specimen Outcome: LC-MS/MS POSITIVE**
**Specimen Validity Outcome: ABNORMAL** ⚠
**Specimen Type: Urine**

**Specimen ID: MC607117**
**Accession ID: AB6345656**
**Original Report (Final)**
02/16/2019 Original (Final)

Requesting Provider: Jay L. LaFleur
Requesting Practice: Interventional Pain Medicine - Lance LaFleur

Collected: 02/14/19
Received: 02/15/19
Tested: 02/15/19
Completed: 02/16/19

⚠ Identifies results with Attention Needed

**CONSISTENT RESULTS** - REPORTED MEDICATION DETECTED (PARENT DRUG AND/OR METABOLITE)

| REPORTED MEDICATION | ANTICIPATED POSITIVE(S) | TEST OUTCOME | COMMENTS |
|---|---|---|---|
| DILAUDID | Hydromorphone | **POSITIVE** | The sample tested positive for Hydromorphone which is consistent with patient having taken DILAUDID |
| NORCO | Hydrocodone | Negative | The sample tested positive for Hydromorphone which is consistent with patient having taken NORCO |
| | Norhydrocodone | Negative | |
| | Hydromorphone | **POSITIVE** | |
| ZOHYDRO ER | Hydrocodone | Negative | The sample tested positive for Hydromorphone which is consistent with patient having taken ZOHYDRO ER |
| | Norhydrocodone | Negative | |
| | Hydromorphone | **POSITIVE** | |

**INCONSISTENT RESULTS** - REPORTED MEDICATION NOT DETECTED (NEITHER PARENT DRUG NOR METABOLITE)

| REPORTED MEDICATION | ANTICIPATED POSITIVE(S) | DETECTION WINDOW[1] | COMMENTS |
|---|---|---|---|
| PERCOCET | Oxycodone | 1 - 2 days (immediate release); 2 - 4 days (extended release). | The sample tested negative for Noroxycodone, Oxycodone, Oxymorphone which suggests the patient is not currently taking PERCOCET (within the detection window) |
| | Noroxycodone | Typically follow oxycodone concentrations. | |
| | Oxymorphone | 2 - 3 days (immediate release); 2 - 5 days (extended release). | |

**INCONSISTENT RESULTS[2]** - ANALYTE DETECTED BUT NO CORRESPONDING MEDICATION REPORTED

| DETECTED ANALYTE | DETECTION WINDOW[1] | COMMENTS |
|---|---|---|
| NONE | | |

(1) The following may affect detection window: elimination half-life of the analyte, administered dose, acute versus chronic drug use, drug interactions, sensitivity of the detection method, cutoff levels and physiological differences between patients. (2) If prescribed medications are not reported to Millennium Health on the test requisition form, any positive results will appear in the inconsistent results section. Please call the RADAR® Hotline if you would like to amend a report to include prescribed medications not reported.

**SPECIMEN VALIDITY RESULTS**

| TEST (MEASUREMENT UNIT) | TEST OUTCOME | MEASURED RESULT | REFERENCE RANGE |
|---|---|---|---|
| CREATININE (mg/dL) | ABNORMAL ⚠ | 19.9 | >20 mg/dL |
| OXIDANT (ug/mL) | Normal | 0 | <200 ug/mL |
| pH | Normal | 6.2 | 4.5 - 9.5 |
| SPECIFIC GRAVITY (NONE) | Normal | 1.005 | 1.003 - 1.035 |

**OTHER REPORTED PRESCRIBED MEDICATIONS (NOT TESTED BY LC-MS/MS OR NOT QUANTIFIED)**

TIZANIDINE

The consistency section provides interpretive assistance based on available data, but may not cover all drug use scenarios or clinical circumstances. In making treatment decisions, it should be used in the context of a clinical evaluation. Consultation is available through RADAR® Hotline. The medication information reported here and on the requisition form has been provided by the requesting provider and has not been verified by Millennium Health. The consistency section utilizes LC-MS/MS test results and does not include results for EIA, ELISA or Chemical assays.

MILLENNIUM HEALTH

# MILLENNIUMUDT℠
## RADAR® Report
LC-MS/MS Tabulated Results

RADAR® Hotline
866.866.0605
5:00AM – 9:00PM PT, Monday-Friday
7:00AM – 12:30PM PT, Saturday

| TEST | TEST METHOD | TEST OUTCOME | MEASURED RESULTS (ng/mL) | CREATININE NORMALIZED RESULTS (ng/mg) | CUTOFF (ng/mL) |
|---|---|---|---|---|---|
| **NATURAL AND SEMI-SYNTHETIC OPIOIDS** | | | | | |
| Codeine | LC-MS/MS | Negative | | - | 50 |
| Morphine | LC-MS/MS | Negative | | - | 50 |
| Hydrocodone | LC-MS/MS | Negative | | - | 50 |
| Norhydrocodone | LC-MS/MS | Negative | | - | 50 |
| Hydromorphone | LC-MS/MS | POSITIVE | 90 | - | 50 |
| Oxycodone | LC-MS/MS | Negative | | - | 50 |
| Noroxycodone | LC-MS/MS | Negative | | - | 50 |
| Oxymorphone | LC-MS/MS | Negative | | - | 50 |
| Buprenorphine | LC-MS/MS | Negative | | - | 10 |
| Norbuprenorphine | LC-MS/MS | Negative | | - | 20 |
| **SYNTHETIC OPIOIDS** | | | | | |
| Fentanyl | LC-MS/MS | Negative | | - | 2 |
| Norfentanyl | LC-MS/MS | Negative | | - | 8 |
| Methadone | LC-MS/MS | Negative | | - | 100 |
| EDDP (Methadone metabolite) | LC-MS/MS | Negative | | - | 100 |
| Tramadol | LC-MS/MS | Negative | | - | 100 |
| O-desmethyl-tramadol | LC-MS/MS | Negative | | - | 100 |
| N-desmethyl-tramadol | LC-MS/MS | Negative | | - | 100 |
| Tapentadol | LC-MS/MS | Negative | | - | 50 |
| Meperidine | LC-MS/MS | Negative | | - | 50 |
| Normeperidine | LC-MS/MS | Negative | | - | 50 |
| **BENZODIAZEPINES** | | | | | |
| Alpha-Hydroxyalprazolam | LC-MS/MS | Negative | | - | 20 |
| 7-Amino-Clonazepam | LC-MS/MS | Negative | | - | 20 |
| Lorazepam | LC-MS/MS | Negative | | - | 40 |
| Nordiazepam | LC-MS/MS | Negative | | - | 40 |
| Temazepam | LC-MS/MS | Negative | | - | 50 |
| Oxazepam | LC-MS/MS | Negative | | - | 40 |
| **STIMULANTS** | | | | | |
| Amphetamine | LC-MS/MS | Negative | | - | 100 |
| **OTHER** | | | | | |
| Naltrexone | LC-MS/MS | Negative | | - | 10 |
| Naltrexol (Naltrexone metabolite) | LC-MS/MS | Negative | | - | 10 |
| Naloxone | LC-MS/MS | Negative | | - | 20 |
| Phenobarbital | LC-MS/MS | Negative | | - | 200 |
| Secobarbital | LC-MS/MS | Negative | | - | 200 |
| Butalbital | LC-MS/MS | Negative | | - | 200 |
| Levorphanol / Dextrorphan | LC-MS/MS | Negative | | - | 50 |
| **ILLICITS** | | | | | |
| Methamphetamine | LC-MS/MS | Negative | | - | 100 |
| Cocaine metabolite | LC-MS/MS | Negative | | - | 50 |
| cTHC (Marijuana metabolite) | LC-MS/MS | Negative | | - | 15 |
| MDMA | LC-MS/MS | Negative | | - | 100 |
| 6-MAM (Heroin metabolite) | LC-MS/MS | Negative | | - | 10 |
| Phencyclidine | LC-MS/MS | Negative | | - | 10 |
| **RECREATIONAL SUBSTANCES** | | | | | |
| Mitragynine (Kratom alkaloid) | LC-MS/MS | Negative | | - | 1 |
| 7-OH-Mitragynine (Kratom alkaloid) | LC-MS/MS | Negative | | - | 1 |
| Ethyl Glucuronide | LC-MS/MS | Negative | | - | 500 |
| Ethyl Sulfate | LC-MS/MS | Negative | | - | 500 |

**Original Report (Final)**

Specimen Outcome: **LC-MS/MS POSITIVE**
Validity Outcome: **ABNORMAL** ⚠
Specimen Type: **Urine**
Specimen ID: **MC607117**
Accession ID: **AB6345656**

**Patient Name: PERVIN, GEORGE**

Patient SSN: DOB:

Requesting Provider : Jay L. LeFleur
Requesting Practice: Interventional Pain Medicine - Lance LeFleur

## SPECIMEN VALIDITY RESULTS

| TEST (MEASUREMENT UNIT) | TEST OUTCOME | MEASURED RESULT | REFERENCE RANGE |
|---|---|---|---|
| CREATININE (mg/dL) | ABNORMAL | 19.9 | >20 mg/dL |
| OXIDANT (ug/mL) | Normal | 0 | <200 ug/mL |
| pH | Normal | 6.2 | 4.5 - 9.5 |
| SPECIFIC GRAVITY (NONE) | Normal | 1.005 | 1.003 - 1.035 |

**THE FOLLOWING MEDICATIONS WERE REPORTED ON THE REQUISITION FORM[1]**

DILAUDID, NORCO, PERCOCET, TIZANIDINE, ZOHYDRO ER

(1) The medications reported here and on the test requisition form have not been verified by Millennium Health.

**Specimen History**
Collected: 02/14/19 Received: 02/15/19
Tested: 02/15/19 Completed: 02/16/19

**Report History**
02/16/2019 Original (Final)

MILLENNIUM HEALTH

# MILLENNIUMUDT℠
## RADAR® Report
LC-MS/MS Tabulated Results

**RADAR® Hotline**
**866.866.0605**
5:00AM – 9:00PM PT, Monday-Friday
7:00AM – 12:30PM PT, Saturday

COMMENTS

MILLENNIUM UDT RADAR NOTES

ALL TESTING IS PERFORMED BY MILLENNIUM HEALTH, LLC ("Millennium Health"). This test was developed and its performance characteristics determined by Millennium Health. It has not been cleared or approved by the US Food and Drug Administration (FDA). The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research. The test results should be used with other clinical and diagnostic findings for patient case management. Millennium Health is accredited by the College of American Pathologists (CAP) and maintains certification in accordance with the Clinical Laboratory Improvement Amendments of 1988 (CLIA). The information provided in this report is not intended to indicate a patient's adherence to a prescribed medication dosage. All tests results should be evaluated utilizing professional judgement in the clinical context of the patient. Specimen collection date is reported by the referring provider and is not verified by Millennium Health. Reference ranges have not been established for urine specimens. Creatinine normalized values are for clinical pharmacokinetic comparison only.

*** END OF REPORT ***


The Millennium Health logo and RADAR are service marks or registered service marks of Millennium Health, LLC or its subsidiaries in the United States and other countries. All other trademarks used herein are the property of their respective owners.
© 2019 Millennium Health, LLC

MILLENNIUM HEALTH

# MILLENNIUMUDT℠
## RADAR® Report
Consistency and Validity Results

RADAR® Hotline
866.866.0605
5:00AM 9:00PM PT, Monday-Friday
7:00AM – 12:30PM PT, Saturday

**Patient Name:** PERVIN, GEORGE
Patient SSN:
Patient DOB:

**Specimen Outcome: LC-MS/MS POSITIVE**
**Specimen Validity Outcome: ABNORMAL** ⚠
**Specimen Type: Urine**

**Specimen ID: MC607117**
**Accession ID: AB6345656**
**Original Report (Final)**
02/16/2019 Original (Final)

Requesting Provider: Jay L. LaFleur
Requesting Practice: Interventional Pain Medicine - Lance LaFleur

Collected: 02/14/19
Received: 02/15/19
Tested: 02/15/19
Completed: 02/16/19

⚠ identifies results with Attention Needed

**CONSISTENT RESULTS** - REPORTED MEDICATION DETECTED (PARENT DRUG AND/OR METABOLITE)

| REPORTED MEDICATION | ANTICIPATED POSITIVE(S) | TEST OUTCOME | COMMENTS |
|---|---|---|---|
| DILAUDID | Hydromorphone | **POSITIVE** | The sample tested positive for Hydromorphone which is consistent with patient having taken DILAUDID |
| NORCO | Hydrocodone | Negative | The sample tested positive for Hydromorphone which is consistent with patient having taken NORCO |
| | Norhydrocodone | Negative | |
| | Hydromorphone | **POSITIVE** | |
| ZOHYDRO ER | Hydrocodone | Negative | The sample tested positive for Hydromorphone which is consistent with patient having taken ZOHYDRO ER |
| | Norhydrocodone | Negative | |
| | Hydromorphone | **POSITIVE** | |

**INCONSISTENT RESULTS** - REPORTED MEDICATION NOT DETECTED (NEITHER PARENT DRUG NOR METABOLITE)

| REPORTED MEDICATION | ANTICIPATED POSITIVE(S) | DETECTION WINDOW[1] | COMMENTS |
|---|---|---|---|
| PERCOCET | Oxycodone | 1 - 2 days (immediate release); 2 - 4 days (extended release). | The sample tested negative for Noroxycodone, Oxycodone, Oxymorphone which suggests the patient is not currently taking PERCOCET (within the detection window) |
| | Noroxycodone | Typically follow oxycodone concentrations. | |
| | Oxymorphone | 2 - 3 days (immediate release); 2 - 5 days (extended release). | |

**INCONSISTENT RESULTS[2]** ANALYTE DETECTED BUT NO CORRESPONDING MEDICATION REPORTED

| DETECTED ANALYTE | DETECTION WINDOW[1] | COMMENTS |
|---|---|---|
| NONE | | |

(1) **The following may affect detection window:** elimination half-life of the analyte, administered dose, acute versus chronic drug use, drug interactions, sensitivity of the detection method, cutoff levels and physiological differences between patients. (2) If prescribed medications are not reported to Millennium Health on the test requisition form, any positive results will appear in the inconsistent results section. Please call the RADAR® Hotline if you would like to amend a report to include prescribed medications not reported.

**SPECIMEN VALIDITY RESULTS**

| TEST (MEASUREMENT UNIT) | TEST OUTCOME | MEASURED RESULT | REFERENCE RANGE |
|---|---|---|---|
| **CREATININE (mg/dL)** | **ABNORMAL** ⚠ | **19.9** | **>20 mg/dL** |
| OXIDANT (ug/mL) | Normal | 0 | <200 ug/mL |
| pH | Normal | 6.2 | 4.5 - 9.5 |
| SPECIFIC GRAVITY (NONE) | Normal | 1.005 | 1.003 - 1.035 |

**OTHER REPORTED PRESCRIBED MEDICATIONS (NOT TESTED BY LC-MS/MS OR NOT QUANTIFIED)**

TIZANIDINE

The consistency section provides interpretive assistance based on available data, but may not cover all drug use scenarios or clinical circumstances. In making treatment decisions, it should be used in the context of a clinical evaluation. Consultation is available through RADAR® Hotline. The medication information reported here and on the requisition form has been provided by the requesting provider and has not been verified by Millennium Health. The consistency section utilizes LC-MS/MS test results and does not include results for EIA, ELISA or Chemical assays.

MILLENNIUM HEALTH

# MILLENNIUMUDT℠
## RADAR® Report
LC-MS/MS Tabulated Results

**RADAR® Hotline**
**866.866.0605**
5:00AM – 9:00PM PT, Monday-Friday
7:00AM – 12:30PM PT, Saturday

| TEST | TEST METHOD | TEST OUTCOME | MEASURED RESULTS (ng/mL) | CREATININE NORMALIZED RESULTS (ng/mg) | CUTOFF (ng/mL) |
|---|---|---|---|---|---|
| **NATURAL AND SEMI-SYNTHETIC OPIOIDS** | | | | | |
| Codeine | LC-MS/MS | Negative | | - | 50 |
| Morphine | LC-MS/MS | Negative | | - | 50 |
| Hydrocodone | LC-MS/MS | Negative | | - | 50 |
| Norhydrocodone | LC-MS/MS | Negative | | - | 50 |
| **Hydromorphone** | **LC-MS/MS** | **POSITIVE** | **90** | **-** | **50** |
| Oxycodone | LC-MS/MS | Negative | | - | 50 |
| Noroxycodone | LC-MS/MS | Negative | | - | 50 |
| Oxymorphone | LC-MS/MS | Negative | | - | 50 |
| Buprenorphine | LC-MS/MS | Negative | | - | 10 |
| Norbuprenorphine | LC-MS/MS | Negative | | - | 20 |
| **SYNTHETIC OPIOIDS** | | | | | |
| Fentanyl | LC-MS/MS | Negative | | - | 2 |
| Norfentanyl | LC-MS/MS | Negative | | - | 8 |
| Methadone | LC-MS/MS | Negative | | - | 100 |
| EDDP (Methadone metabolite) | LC-MS/MS | Negative | | - | 100 |
| Tramadol | LC-MS/MS | Negative | | - | 100 |
| O-desmethyl-tramadol | LC-MS/MS | Negative | | - | 100 |
| N-desmethyl-tramadol | LC-MS/MS | Negative | | - | 100 |
| Tapentadol | LC-MS/MS | Negative | | - | 50 |
| Meperidine | LC-MS/MS | Negative | | - | 50 |
| Normeperidine | LC-MS/MS | Negative | | - | 50 |
| **BENZODIAZEPINES** | | | | | |
| Alpha-Hydroxyalprazolam | LC-MS/MS | Negative | | - | 20 |
| 7-Amino-Clonazepam | LC-MS/MS | Negative | | - | 20 |
| Lorazepam | LC-MS/MS | Negative | | - | 40 |
| Nordiazepam | LC-MS/MS | Negative | | - | 40 |
| Temazepam | LC-MS/MS | Negative | | - | 50 |
| Oxazepam | LC-MS/MS | Negative | | - | 40 |
| **STIMULANTS** | | | | | |
| Amphetamine | LC-MS/MS | Negative | | - | 100 |
| **OTHER** | | | | | |
| Naltrexone | LC-MS/MS | Negative | | - | 10 |
| Naltrexol (Naltrexone metabolite) | LC-MS/MS | Negative | | - | 10 |
| Naloxone | LC-MS/MS | Negative | | - | 20 |
| Phenobarbital | LC-MS/MS | Negative | | - | 200 |
| Secobarbital | LC-MS/MS | Negative | | - | 200 |
| Butalbital | LC-MS/MS | Negative | | - | 200 |
| Levorphanol / Dextrorphan | LC-MS/MS | Negative | | - | 50 |
| **ILLICITS** | | | | | |
| Methamphetamine | LC-MS/MS | Negative | | - | 100 |
| Cocaine metabolite | LC-MS/MS | Negative | | - | 50 |
| cTHC (Marijuana metabolite) | LC-MS/MS | Negative | | - | 15 |
| MDMA | LC-MS/MS | Negative | | - | 100 |
| 6-MAM (Heroin metabolite) | LC-MS/MS | Negative | | - | 10 |
| Phencyclidine | LC-MS/MS | Negative | | - | 10 |
| **RECREATIONAL SUBSTANCES** | | | | | |
| Mitragynine (Kratom alkaloid) | LC-MS/MS | Negative | | - | 1 |
| 7-OH-Mitragynine (Kratom alkaloid) | LC-MS/MS | Negative | | - | 1 |
| Ethyl Glucuronide | LC-MS/MS | Negative | | - | 500 |
| Ethyl Sulfate | LC-MS/MS | Negative | | - | 500 |

**Original Report (Final)**

Specimen Outcome: **LC-MS/MS POSITIVE**
Validity Outcome: **ABNORMAL** ⚠
Specimen Type: **Urine**
Specimen ID: **MC607117**
Accession ID: **AB6345656**

**Patient Name:** **PERVIN, GEORGE**

Patient SSN: DOB:

Requesting Provider: Jay L. LaFleur
Requesting Practice: Interventional Pain Medicine - Lance LaFleur

## SPECIMEN VALIDITY RESULTS

| TEST (MEASUREMENT UNIT) | TEST OUTCOME | MEASURED RESULT | REFERENCE RANGE |
|---|---|---|---|
| **CREATININE (mg/dL)** | **ABNORMAL** | **19.9** | **>20 mg/dL** |
| OXIDANT (ug/mL) | Normal | 0 | <200 ug/mL |
| pH | Normal | 6.2 | 4.5 - 9.5 |
| SPECIFIC GRAVITY (NONE) | Normal | 1.005 | 1.003 - 1.035 |

**THE FOLLOWING MEDICATIONS WERE REPORTED ON THE REQUISITION FORM[1]**

DILAUDID, NORCO, PERCOCET, TIZANIDINE, ZOHYDRO ER

(1) The medications reported here and on the test requisition form have not been verified by Millennium Health.

**Specimen History**

Collected: 02/14/19 Received: 02/15/19
Tested: 02/15/19 Completed: 02/16/19

**Report History**

02/16/2019 Original (Final)

MILLENNIUM HEALTH

**MILLENNIUMUDT℠**
**RADAR® Report**
LC-MS/MS Tabulated Results

**RADAR® Hotline**
**866.866.0605**
5:00AM – 9:00PM PT, Monday-Friday
7:00AM – 12:30PM PT, Saturday

## COMMENTS

## MILLENNIUM UDT RADAR NOTES

ALL TESTING IS PERFORMED BY MILLENNIUM HEALTH, LLC ("Millennium Health"). This test was developed and its performance characteristics determined by Millennium Health. It has not been cleared or approved by the US Food and Drug Administration (FDA). The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research. The test results should be used with other clinical and diagnostic findings for patient case management. Millennium Health is accredited by the College of American Pathologists (CAP) and maintains certification in accordance with the Clinical Laboratory Improvement Amendments of 1988 (CLIA). The information provided in this report is not intended to indicate a patient's adherence to a prescribed medication dosage. All tests results should be evaluated utilizing professional judgement in the clinical context of the patient. Specimen collection date is reported by the referring provider and is not verified by Millennium Health. Reference ranges have not been established for urine specimens. Creatinine normalized values are for clinical pharmacokinetic comparison only.

*** END OF REPORT ***


The Millennium Health logo and RADAR are service marks or registered service marks of Millennium Health, LLC or its subsidiaries in the United States and other countries. All other trademarks used herein are the property of their respective owners.
© 2019 Millennium Health, LLC

Thank
you

— Mr. Dewey Leitch

George Pervin

NACC
Nguyen and Associates Counseling Center
7419 S. Kirkwood Rd. Suite A
Houston, TX 77072
P: 713-474-5303
F: 713-474-5672
info@nguyencounseling.com

# Texas Notice Form

## Notice of Clinicians' Policies and Practices to Protect the Privacy of Your Health Information

THIS NOTICE DESCRIBES HOW PSYCHOLOGICAL AND MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

### I. Uses and Disclosures for Treatment, Payment, and Health Care Operations

Nguyen and Associates Counseling Center may *use or disclose your protected health information* (PHI), for *treatment, payment, and health care operations* purposes with your *consent*. To help clarify these terms, here are some definitions:

- "*PHI*" refers to information in your health record that could identify you.
- "*Treatment Payment and Health Care Operations*"
  - Treatment is when Nguyen and Associates Counseling Center provide, coordinate or manage your health care and other services related to your health care. An example of treatment would be when we consult with another health care provider, such as your family physician or another Clinician.
  - *Payment* is when Nguyen and Associates Counseling Center obtain reimbursement for your healthcare. Examples of payment are when we disclose your PHI to your health insurer to obtain reimbursement for your health care or to determine eligibility or coverage.
  - *Health Care Operations* are activities that relate to the performance and operation of our practice. Examples of health care operations are quality assessment and improvement activities, business-related matters such as audits and administrative services, and case management and care coordination.
- "*Use*" applies only to activities within Nguyen and Associates Counseling Center such as sharing, employing, applying, utilizing, examining, and analyzing information that identifies you.
- "*Disclosure*" applies to activities outside of Nguyen and Associates Counseling Center such as releasing, transferring, or providing access to information about you to other parties.

### II. Uses and Disclosures Requiring Authorization

Nguyen and Associates Counseling Center may use or disclose PHI for purposes outside of treatment, payment, and health care operations when your appropriate authorization is obtained. An "*authorization*" is written permission above and beyond the general consent that permits only specific disclosures. In those instances when Nguyen and Associates Counseling Center is asked for information for purposes outside of treatment, payment and health care operations, we will obtain an authorization from you before releasing this information. Nguyen and Associates Counseling Center will also need to obtain an authorization before releasing your psychotherapy notes. "*Psychotherapy notes*" are notes we have made about your conversation during a private, group, joint or family counseling session, which we have kept separate from the rest of your medical record. These notes are given a greater degree of protection than PHI.

You may revoke all such authorities (of PHI or psychotherapy notes) at any time, provided each revocation is in writing. You may not revoke an authorization to the extent that (1) Nguyen and Associates Counseling Center have relied on that authorization: or (2) if the authorization was obtained as a condition of obtaining insurance coverage and the law provides the insurer the right to contest the claim under the policy.

### III. Uses and Disclosures with Neither Consent nor Authorization



Page:5/37 To:16033344176 APR-06-2019 04:17 From:
Liberty/Pervin 467

## Texas Notice Form Attachment

I, George A Pervin ______ have obtained (or been offered) a copy of the Texas Notice Form from the staff of Nguyen and Associates Counseling Center. I have read and understand my patient rights according to the Privacy Health Information Act.

______ 3-23-2019
Signature Date

______
Witness

---

## For Office Use Only

We attempted to obtain written acknowledgement of receipt of our Texas Notice Form, but acknowledgement could not be obtained because:

- Client refused to sign
- Communication barriers prohibited obtaining the acknowledgment
- An emergency situation prevented us from obtaining acknowledgement
- Client obtained a copy of the Texas Notice Form
- Other(please specify)______

______

______

Nguyen and Associates Counseling Center Staff initials: ______ Date:______

I understand the information presented above in this **Informed Consent to Treatment** agreement and I have also had an opportunity to review the NACC office policies and the **About the Treatment Process** handout. I have had an opportunity to discuss these materials with my clinician and have questions answered. I voluntarily give my consent to treatment and to be subject to the arrangements presented.

[signature] 3-23-2019

Signature of Client(s) Date

Signature of Parent/Legal Guardian (if applicable) Date

Signature of Clinician/Clinician's Representative Date



MAR-06-2019 04:18 From: To:16033344176 Page:4/37

Rehabilitation Management and Staffing, LLC
PO Box 192
Alief, TX 77411

713-922-0313 Fax 832-932-790

Patient: PERVIN, George
Test date: 04/01/2019

Mr. George Pervin had a Functional Capacity Evaluation (FCE) done on 04/01/2019. The conduct of the test and the interpretation of results took 4 hours to complete, it started at 9:30 a.m. and ended at 1:30 p.m. Mr. Pervin was pleasant and cooperative throughout the evaluation.

**Functional Capacity Evaluation Results**

The actual test indicates that Mr. Pervin was able to lift up to 15 lbs. from the floor and at shoulder level and above. Mr. Pervin demonstrated significant kinesiophysical limitations while lifting more than the above weights. This may indicate high risk of injury if Mr. Pervin is made to work at a higher physical demand level. He was not able to meet the material handling requirement of a Meat Cutter that requires his to lift up to 50 lbs. according to his reported job description. The detailed results are attached.

**Validity**

Mr. Pervin passed 81% of the validity criteria suggesting good effort during the evaluation. Please refer to the FCE validity report for details of the validity criteria scores.

**Body Mechanics**

Mr. Pervin demonstrated poor body mechanics during the FCE by direct observation and distraction. His preferred lifting posture is the torso lift. He failed to stabilize his trunk in neutral. He requires instruction and improvement with his body mechanics to prevent injury and to enable his to achieve a higher physical demand level.

**Material and Non Material Handling Activity**

Mr. Pervin may have restrictions with repetitive bending and squatting in a job environment. He may also have restrictions with prolonged posturing (standing and sitting). Frequent rest periods and interruption of position were required during testing. The detailed summary of the test result is attached.

**Endurance Testing**

The heart rate taken during the Continuous Stair Climbing test was correlated with the heart rate data taken at periodic interval during the FCE, to estimate Mr. Pervin's aerobic fitness level.

His maximum heart rate after 66 steps was 130 bpm. His recovery heart rate after one minute of rest is 84 bpm.

Per the Blankenship standards, Mr. Pervin was determined to have fair level of cardio vascular fitness. A conditioning program may be needed to improve his level of fitness to qualify him for a higher physical demand level

**Recommendation**

Mr. Pervin' test shows that he is able to lift up to 15 lbs. Mr. Pervin may have restrictions with bending and squatting. He may also have restrictions with prolonged standing and sitting.

He is not qualified to return to gainful employment at this time because of the restrictions as mentioned above.

I hope this helps you with the medical and vocational management of Mr. Pervin. If you have any questions call me at call my office.

Ma. Omapcum B. Hill, P.T

Maria C. Hill, P.T.

NAME George A. Pervin TEST DATE 04/01/19

S.S.N. AGE 49 SEX M HT 67 WT 427

| MATERIAL HANDLING ACTIVITIES | OCCASIONAL<br>1-33% of Day<br>1-32 Reps/Day | FREQUENT<br>34-66% of Day<br>33-200 Reps/Day | CONSTANT<br>67-100% of Day<br>>200 Reps/Day |
|---|---|---|---|
| TORSO LIFT WEIGHT | 25 lbs | 18 lbs | 8 lbs |
| LEG LIFT WEIGHT | 15 lbs | 11 lbs | 5 lbs |
| 12" LIFT WEIGHT | 25 lbs | 18 lbs | 8 lbs |
| SHOULDER LIFT WEIGHT | 15 lbs | 11 lbs | 5 lbs |
| OVERHEAD LIFT WEIGHT | 15 lbs | 11 lbs | 5 lbs |
| CARRYING WEIGHT | 25 lbs | 18 lbs | 8 lbs |
| PUSHING FORCE | 20 lbs | 14 lbs | 7 lbs |
| PULLING FORCE | 20 lbs | 14 lbs | 7 lbs |

COMMENTS

| NON MATERIAL HANDLING ACTIVITIES | NEVER<br>0% of Day | OCCASIONAL<br>1-33% of Day<br>0-100 Reps/Day | FREQUENT<br>34-66% of Day<br>101-800 Reps/Day | CONSTANT<br>67-100% of Day<br>>800 Reps/Day |
|---|---|---|---|---|
| SITTING | | X | | |
| STANDING | | X | | |
| WALKING | | X | | |
| BENDING | | X | | |
| REACHING | | | X | |
| SQUATTING | | X | | |
| KNEELING | | X | | |
| CRAWLING | | X | | |
| CLIMBING | | X | | |

COMMENTS

| SPECIAL ACTIVITIES | BALANCING | ARM CONTROLS | FOOT CONTROLS |
|---|---|---|---|
| LEFT | Yes | Light | Light |
| RIGHT | Yes | Light | Light |

COMMENTS

| HAND FUNCTION | CANNOT USE | SIMPLE GRASPING | FINE WORK | PUSHING PULLING | LOW SPEED ASSEMBLY | HIGH SPEED ASSEMBLY |
|---|---|---|---|---|---|---|
| LEFT | | X | X | X | X | X |
| RIGHT | | X | X | X | X | X |

COMMENTS

PHYSICAL DEMAND CLASSIFICATION OF WORKER: LIGHT

CURRENT WORK STATUS: ☐ QUALIFIED FULL TIME ☐ QUALIFIED PART TIME __Hrs/Day ☒ CANNOT WORK

RESTRICTIONS

| | SEDENTARY | SEDENTARY-LIGHT | LIGHT | LIGHT-MEDIUM | MEDIUM | MEDIUM-HEAVY | HEAVY | VERY HEAVY |
|---|---|---|---|---|---|---|---|---|
| OCCASIONAL (1-33%) | 10 lbs. | 15 lbs. | 20 lbs. | 35 lbs. | 50 lbs. | 75 lbs. | 100 lbs. | Over 100 lbs. |
| FREQUENT (34-66%) | Negligible | 8 lbs. | 10 lbs. | 15 lbs. | 25 lbs. | 35 lbs. | 50 lbs. | Over 50 lbs. |
| CONSTANT (67-100%) | Negligible | Negligible | Negligible | 7 lbs. | 10 lbs. | 15 lbs. | 20 lbs. | Over 20 lbs. |

AUTHORIZATION

The above data is accurate according to our test protocol. EVALUATOR ________ 04/02/19 DATE

I accept the above Functional Capacities with my changes indicated. PHYSICIAN ________ DATE

# The Blankenship System: Functional Capacity Evaluation

© The Blankenship Corporation, 1989-95

The Blankenship System

Functional Capacity Evaluation

NARRATIVE REPORT

Patient: George A. Pervin
SSN:
DOI: 9/23/17
Test Date: 4/1/19

INFORMED CONSENT

Prior to the evaluation, informed consent was obtained. Mr. Pervin was informed that he would not be asked to perform any activity he did not feel he could perform and he could stop any test secondary to pain, if he so desired.

PERSONAL DATA

Height............... 67 inches
Weight............... 427 lbs.
Build................ Obese
Race................. Caucasian
Smoking History...... None
WC or PI Attorney.... No

PROBLEM

Mr. Pervin reports an injury on 9/23/17 and he reports the following information about his injury.

Primary Injury: Back Side: Both

History:Injured back following a fall.He tripped.

Diagnosis: Back pain

Procedures:ESI x4, physical therapy, work conditioning, aquatic therapy x 4 months, MRI, x-rays, nerve block study.

Symptoms: Complains of back pain aggravated by prolonged posturing. LLE numbness.

| | |
|---|---|
| C-V Disease: | No<br>Movantik,Hydromorphone,Morphin |
| Hypertension: | Yes<br>HCZ,Metformin,Levothyroxine |
| Medications: | Yes<br>Losartan,Tamsulosin<br>Diclofenac,Lovastatin,Allopuri |
| DOT Category: | Service |
| Occupation: | Meat Cutter |
| Job Specific: | No |
| Crit. Demands: | Occassional lifting up to 50 lbs.<br>Frequent bending, squatting, reaching |
| Estimated PDC: | MEDIUM |

DAILY 24-HOUR PROFILE

Prior to the evaluation, the patient is asked how a typical day is spent between sleeping, walking, and sitting. The total must equal 24 hours. The patient's results are below.

| | |
|---|---|
| Sleeping or Lying. . . . | 14 |
| Standing or Walking. . . | 3 |
| Sitting. . . . . . . . . | 7 |
| TOTAL | 24 hrs. |

Mr. Pervin reports that he has a driver's license and can drive or ride in a car for 2 hours before needing a rest.

POSTURE

The patient's joint posture(s) are characterized by the following:

BACK

Forward Head
Flatback
Weak Abdominal Wall

Neurological - Back & Lower Extremities

Sensation - Pin Prick

| | LEFT | RIGHT |
|---|---|---|
| L2 | Normal | Normal |
| L3 | Normal | Normal |
| L4 | Normal | Normal |
| L5 | Normal | Normal |
| S1 | Normal | Normal |
| Vibration | N/T | N/T |

| | | |
|---|---|---|
| Regional Loss | No | |
| Paresthesias | None | |
| Reflexes | | |
| Patellar (L4) | NT | NT |
| Achilles (S1) | NT | NT |
| Valsalva Test | N/T | |
| Sitting SLR | 60° | 60° |
| Result | Negative | Negative |
| Pain | None | None |
| Overreaction | No | No |
| Supine SLR | 60° | 60° |
| Result | Negative | Negative |
| Pain | Back | Back |
| Overreaction | No | No |

Back VALIDITY

| CATEGORY | VALIDITY | COMMENTS |
|---|---|---|
| Cogwheel Release | Valid | |
| Incl. - % Between Trials | Valid | |
| (Hip Flex. + Hip Ext.)-(SLR) | Valid | |
| Non Organic Signs (Waddell) | Valid | |
| SARS | Valid | |
| Mvt. Pattern Matches Pain | Valid | |
| Distraction ROM | Valid | |

Hip VALIDITY

| CATEGORY | VALIDITY | COMMENTS |
|---|---|---|
| Deep Squat Test | Valid | |

Tenderness

Palpation was performed for deep tenderness and the following areas were found to be tender:

| BACK | LEFT | RIGHT | MID-LINE |
|---|---|---|---|
| T6-7 | None | None | None |
| T7-8 | None | None | None |
| T8-9 | None | None | None |
| T9-10 | None | None | None |
| T10-11 | None | None | None |
| T11-12 | None | None | None |
| T12-L1 | None | None | None |
| L1-2 | None | None | Slight |
| L2-3 | None | None | Slight |
| L3-4 | None | None | Slight |
| L4-5 | None | None | Slight |
| L5-S1 | None | None | Slight |
| Sacrum | None | None | None |
| SI Joint | Slight | Slight | |
| Coccyx | None | None | |
| Iliac Crest | None | None | |
| Sciatic Notch | None | None | |
| Lateral Torso | None | None | |

| | | |
|---|---|---|
| Posterior Thigh | None | None |
| Intercostals | | |
| 6-7 | None | None |
| 7-8 | None | None |
| 8-9 | None | None |
| 9-10 | None | None |
| 10-11 | None | None |
| 11-12 | None | None |

Manual Muscle Testing
The results of the Manual Muscle Test are listed below.

| Muscle Tested | LEFT | RIGHT | DEFICIT | COGWHEEL |
|---|---|---|---|---|
| BACK | | | | |
| Gastroc - Soleus | N | N | 0% | None |
| Tibialis Anterior | N | N | 0% | None |
| EHL | N | N | 0% | None |
| Tibialis Posterior | N | N | 0% | None |
| Peroneals | N | N | 0% | None |
| Quadriceps | N | N | 0% | None |
| Hamstrings | N | N | 0% | None |
| Iliopsoas | N | N | 0% | None |
| Gluteus Medius | N | N | 0% | None |
| Gluteus Maximus | N | N | 0% | None |
| Quadratus Lumborum | N | N | 0% | None |

INCLINOMETRY
Inclinometry measurements were taken according to the protocol described in Guides to the Evaluation of Permanent Impairment, AMA, 4th Edition, 1993. The patient is asked to bend as far as they are able to move and their maximum bending angle is documented. Repeat trial consistency is one of the primary validity criteria to determine if the results are valid and can be used as a measure of the patient's medical impairment and flexibility. Three consecutive measurements which meet the AMA's criteria for validity is taken. Another validity criteria for the lumba spine is the comparison of the tightest SLR to the combination of the maximum hip (sacral) flexion and hip (sacral) extension angles. These two must correlate and the supine SLR can be compared to the sitting SLR to check for its reliability. Spinal Inclinometry may also be used to help determine improvement in a treatment or rehabilitation program. Mr. Pervin's results are listed below.

| Spinal Region | Validity Criteria |
|---|---|
| Lumbar | Valid |

GAIT PATTERN

Mr. Pervin does not use a cane during ambulation. His speed is average, there is no splinting, no holding, the movement patterns are symmetrical, and there is good correlation with the pain rating. He exhibits no limp and his behavior is appropriate.

WBOS, decreased hip and knee flexion.

REPETITIVE MOVEMENT TESTS

The patient is tested for three common work activities, repetitive Bending, Squatting, and Overhead Reaching. They are asked to perform one repetition and 10 repetitions at a controlled speed for all three movements and 10 fast repetitions for Bending and Overhead Reaching. The test results are analyzed for each test sequence before proceeding to the next test sequence. If their pain increases significantly or if the patient requests to stop, the test is stopped. Consistency of the movement patterns, willingness to move, pain, spasm, symmetry of motion, velocity of motion, and end range stretch are critically evaluated and an estimation is made regarding the patient's ability to move during an 8 hour work shift. The results of Mr. Pervin's evaluation are listed below.

| | | Joints Stressed | Primary Injury |
|---|---|---|---|
| | PRE TEST: | | 3/10+ |
| FORWARD BENDING CLASSIFICATION: | OCCASIONAL | 5/10+ | 5/10+ |
| SQUATTING CLASSIFICATION: | OCCASIONAL | 5/10+ | 5/10+ |
| OVERHEAD REACHING CLASSIFICATION: | FREQUENT | 5/10+ | 5/10+ |
| | POST TEST: | | 5/10+ |

A description of each test sequence is listed below.

FORWARD BENDING - 1 TIME CONTROLLED

The range of motion was slightly decreased, the speed was average, there was end range stretch, the movement pattern was symmetrical, the behavior was normal, and the movement pattern correlated with the pain rating which was 4/10+.

FORWARD BENDING - 10 TIMES CONTROLLED

The range of motion was slightly decreased, the speed was slow, there was end range stretch, the movement pattern was symmetrical, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

Reported increased pain.

FORWARD BENDING - 10 TIMES FAST (Normal < 14.0 seconds)
Mr. Pervin completed 10 repetitions in 45 seconds. The range of motion was slightly decreased, the speed was very slow, there was end range stretch, the movement pattern was symmetrical, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

Psychophysical Limitations (Bending)
Low Back Pain
Strength Limitation

Kinesiophysical Limitations (Bending)
Slowed Velocity/Muscular Strain
Force Postural Change

SQUATTING - 1 TIME CONTROLLED
The range of motion was slightly decreased, the speed was average, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

SQUATTING - 10 TIMES CONTROLLED (1)
The range of motion was slightly decreased, the speed was slow, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

| | | |
|---|---|---|
| Crepitus Left: | 1+ | C-F |
| Crepitus Right: | 1+ | C-F |

SQUATTING - 10 TIMES CONTROLLED (2)
The range of motion was slightly decreased, the speed was slow, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

Psychophysical Limitations (Squatting)
Low Back Pain

Kinesiophysical Limitations (Squatting)
Slowed Velocity/Muscular Strain
Force Postural Change

OVERHEAD REACHING - 1 TIME CONTROLLED
The range of motion was slightly decreased, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

OVERHEAD REACHING - 10 TIMES CONTROLLED
The range of motion was slightly decreased, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

| | | |
|---|---|---|
| Crepitus Left: | 0 | C |
| Crepitus Right: | 0 | C |

OVERHEAD REACHING - 10 TIMES FAST (Normal < 7.0 seconds)
Mr. Pervin completed 10 repetitions in 34 seconds. The range of motion was slightly decreased, the speed was slow, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 5/10+.

Psychophysical Limitations (Reaching)
Low Back Pain

Kinesiophysical Limitations (Reaching)
Slowed Velocity/Muscular Strain
Force Postural Change

DISTRACTED MOVEMENT PATTERNS
The patient's movement patterns are observed by distraction throughout the evaluation and compared to the movement patterns exhibited during the Repetitive Movement Tests. If there are any improvements in the movement patterns by distraction, including increased range of motion, increased velocity, decreased holding, decreased splinting, decreased limping, or any other change which signifies an improvement in the patient's movement ability, or if the patient's pain behavior decreases or their affect improves compared to the Repetitive Movement Tests, it indicates that the patient's movement ability is better than what was demonstrated during the Repetitive Movement Tests when they were given ample opportunity to demonstrate their best performance. This represents a failed validity criteria, a non-organic sign, and indicates the patient is attempting to control the test results.

Summary of Observed Distracted Movement Patterns
Mr. Pervin's movement patterns did not change during the remainder of the evaluation; therefore, the results of the Repetitive Movement Tests are considered Valid.

STATIC STRENGTH TESTS
Static Strength Tests are performed according to the protocol documented in Ergonomics Guide for the Assessment of Human Static Strength, D.B. Chaffin, Ph.D., AIHA J., 1975 and Functional Capacity Evaluation: The Procedure Manual, K. L. Blankenship, Macon, GA, 1994. Six whole body test postures are documented in Work Practices Guide for Manual Lifting, NIOSH, Cincinnati, OH, 1981, and two postures, Pushing and Pulling, were designed by Keith L. Blankenship, P.T.. Only selected postures are tested depending upon the patient's condition and the necessity for the data. Test validity is determined by the following criteria:

1. Coefficient of Variation of all Mean Forces
2. Coefficient of Variation of the Last Two Mean Forces
3. The Curve Coefficient of Variation
4. Visual Analysis of the Force Curves

5. A Fatigue Response over 5 seconds.
6. Percentile of Strength Rankings
7. The Presence of a Functional Strength Deficit
8. The Extrapolations from the Static Strength Tests to the Occasional Material Handling Tests.

A summary of Mr. Pervin's results are listed on the table below.

PRE TEST PAIN: 5/10+
PRE TEST HR: 84

| STATIC TEST | PEAK FORCE | MEAN FORCE | CV | FATIGUE | PERCENTILE | PAIN |
|---|---|---|---|---|---|---|
| Arm Lift | 38 lbs. | 28 lbs. | 1.3% | 22.2% | 2% | 5 |
| Hi Near Lift | 28 lbs. | 25 lbs. | 5.8% | 21.6% | 1% | 5 |
| Hi Far Lift | 22 lbs. | 19 lbs. | 1.5% | 19.0% | 1% | 5 |
| Leg Lift | 58 lbs. | 54 lbs. | 8.6% | 9.4% | 2% | 5 |
| Torso Lift | 54 lbs. | 41 lbs. | NA% | 20.3% | 1% | 5 |
| Push | 75 lbs. | 61 lbs. | 5.4% | 24.1% | 1% | 5 |
| Pull | 54 lbs. | 45 lbs. | 7.2% | 11.2% | 1% | 5 |

POST TEST HR: 103
POST TEST PAIN: 5/10+

VALIDITY CRITERIA: VALID: 26/32
INVALID: 2/32

Summary of the Static Strength Tests
Mr. Pervin passed 26/32 validity criteria during the Static Strength Tests, 81%, suggesting good effort and valid results which can be used to help understand his functional ability.

OCCASIONAL MATERIAL HANDLING TESTS (OMH)
The tests for Occasional Material Handling are documented in The Design of Manual Handling Tasks: Revised Tables of Maximum Acceptable Weights and Forces, S. H. Snook and V. M. Ciriello, Ergonomics, 1991. Psychophysical, kinesiophysical, and biophysical decision making protocols are used. Psychophysical means the patient makes the decision about the acceptable weight based on their pain, anxiety regarding pain and reinjury, and their level of strength. Kinesiophysical means the evaluator chooses the proper weight by observing signs of biomechanical overload. Biophysical means that calculations involving objective test data and cross correlation of the test data are made to decide the proper lifting weight. If any weight causes an increase in pain, a lighter weight is chosen as the acceptable weight for Occasional Material Handling. Occasional Material Handling is limited by biomechanical stress rather than physiological stress. Lifting is recorded in units of weight, but pushing and pulling are recorded in units of force exerted, not the amount of mass or weight moved. Mr. Pervin's results are listed on the table below.

PRE TEST PAIN: 6/10+
PRE TEST HR: 87

| OMH TEST NAME | PEAK WEIGHT | ACCEPT WEIGHT | PCNT. RANK | HR | PAIN | COMMENTS |
|---|---|---|---|---|---|---|
| Torso Lift | 35 lbs | 25 lbs | 3% | 100 | 6 | LIMITATIONS |
| Leg Lift | 15 lbs | 15 lbs | 1% | 124 | 6 | LIMITATIONS |
| 12" Leg Lift | 25 lbs | 25 lbs | 2% | 100 | 6 | LIMITATIONS |
| Shoulder Lift | 15 lbs | 15 lbs | 1% | 106 | 6 | LIMITATIONS |
| Overhead Lift | 15 lbs | 15 lbs | 1% | 102 | 6 | LIMITATIONS |
| Carry-30 ft. | 25 lbs | 25 lbs | 3% | 107 | 6 | LIMITATIONS |
| Push-30 ft. | 20 lbs | 20 lbs | 2% | 101 | 6 | LIMITATIONS |
| Pull-30 ft. | 20 lbs | 20 lbs | 1% | 101 | 6 | LIMITATIONS |

POST STANDING H.R.: 66
POST TEST PAIN: 6/10+
VALIDITY CRITERIA: VALID: 11/15
INVALID: 4/15
PHYSICAL DEMAND CLASSIFICATION: LIGHT

Summary of the Occasional Material Handling Tests
Mr. Pervin passed 11/15 validity criteria during the OMH Tests, 73%, suggesting fair effort and valid results which can be used to help understand his functional ability. The results classify Mr. Pervin for the LIGHT Physical Demand Level according to the Dictionary of Occupational Titles, U.S. Dept. of Labor, 1991.

Psychophysical Limitations
Torso Lift: Maximum Prior to Pain
Torso Lift: Low Back Pain
Torso Lift: Strength Limitation
Leg Lift: Low Back Pain
12" Leg Lift: Low Back Pain
12" Leg Lift: Strength Limitation
Shoulder Lift: Low Back Pain
Overhead Lift: Low Back Pain
Carry-30ft: Low Back Pain
Push-30ft: Low Back Pain
Pull-30ft: Low Back Pain

Kinesiophysical Limitations
Torso Lift: Slowed Velocity/Muscular Strain
Torso Lift: Force Postural Change
Leg Lift: Slowed Velocity/Muscular Strain
Leg Lift: Force Postural Change
12" Leg Lift: Slowed Velocity/Muscular Strain
12" Leg Lift: Force Postural Change
Shoulder Lift: Slowed Velocity/Muscular Strain
Shoulder Lift: Force Postural Change
Shoulder Lift: Holding Box On Chest
Overhead Lift: Slowed Velocity/Muscular Strain
Overhead Lift: Force Postural Change

Overhead Lift: Leaning Backward
Carry-30ft: Slowed Velocity/Muscular Strain
Carry-30ft: Force Postural Change

Patient preferred torso lift. He failed to stabilize trunk in neutral. He also twisted trunk in peforming overhead lift.

EXTRAPOLATIONS FROM THE STATIC TESTS TO THE OMH ACTIVITIES
The results of the Static Strength Tests are used to extrapolate the patient's Occasional Material Handling (OMH) ability. There are several research papers which support these extrapolations with a potential error of approximately 25%. The extrapolations here are based on unpublished research described in Functional Capacity Evaluation: The Procedure Manual, K. L. Blankenship, Macon, GA, 1994. Three extrapolations are made. The "OMH Expected Extrapolation" is the approximate weight or force the patient should be able to manage dynamically. The "OMH High Extrapolation" is the maximum weight or force the patient should be able to manage dynamically. The "OMH Low Extrapolation" is the minimum Occasional Material Handling weight or force the patient should achieve. The "OMH Maximum Weight Lifted (MWL) Result" is the maximum weight the patient lifted during the Occasional Material Handling Tests. The "Validity Rating" is based on whether the patient's "OMH Maximum Weight Lifted (MWL) Result" is within the High and Low Extrapolation range. If the "OMH Maximum Weight Lifted (MWL) Result" is less than the Low Extrapolation, this represents a failed validity criteria and indicates that the patient performed submaximally on the Occasional Material Handling Tests, unless otherwise justified. If the patient lifts a weight dynamically which is greater than the OMH High Extrapolation, this is an indication of submaximal effort on the Static Strength Tests. Mr. Pervin's results are listed on the table below.

| OMH DYNAMIC ACTIVITY | OMH HIGH EXTRAP | OMH EXPECTED EXTRAP | OMH LOW EXTRAP | OMH MWL RESULT | VALIDITY CRITERIA |
|---|---|---|---|---|---|
| Torso Lift | 30 lbs. | 21 lbs. | 16 lbs. | 35 lbs. | Valid |
| Leg Lift | 28 lbs. | 19 lbs. | 14 lbs. | 15 lbs. | Valid |
| 12" Leg Lift | 39 lbs. | 27 lbs. | 16 lbs. | 25 lbs. | Valid |
| Shoulder Lift | 31 lbs. | 21 lbs. | 16 lbs. | 15 lbs. | Invalid |
| Overhead Lift | 19 lbs. | 13 lbs. | 10 lbs. | 15 lbs. | Valid |
| Carry - 30 ft. | 32 lbs. | 22 lbs. | 17 lbs. | 25 lbs. | Valid |
| Push-30 ft. | 71 lbs. | 49 lbs. | 37 lbs. | 20 lbs. | Invalid |
| Pull-30 ft. | 46 lbs. | 32 lbs. | 24 lbs. | 20 lbs. | Invalid |

Summary of Extrapolations from Static to Dynamic
Mr. Pervin failed 3/8 validity criteria for extrapolating his Occasional Material Handling Ability from Static Strength Testing. This suggests that he may have been able to lift more weight in the Shoulder Lift, Push-30 ft. and Pull-30 ft. than he

demonstrated today; however, there are two reasons why persons who are passing more than 70% of their Validity Criteria may fail one or more of the validity criteria for these extrapolations.

1. They may have allowed a greater pain increase during the Static Strength Tests than they allowed during the Occasional Material Handling Tests.

2. They may have experienced pain in a part of the range of motion during the Occasional Material Handling Tests which was not experienced during the Static Strength Tests.

Mr. Pervin passed more than 70% of his validity criteria for this evaluation; therefore, these failed validity criteria are probably justified secondary to his pain.

HAND TESTS

A series of tests are performed for Maximum Grip and Pinch Strength described in Grip and Pinch Strength Normative Data for Adults, V. Mathiowetz, et.al., Arch PM&R, 1985, and tests for Gross and Fine Motor Control using the Purdue Pegboard. There are a number of validity criteria indicating the degree of effort documented in The Seriously Uninjured Hand: Weakness of Grip, H. M. Stokes, JOM, 1983, Detecting Sincerity of Effort When Measuring Grip Strength, B. Niebuhr and R. Marion, Am. J. PM, 1987, Detection of Submaximal Effort by Use of the Rapid Exchange Grip, D. Hildreth, et.al., J. Hand Surg., 1989, and Functional Capacity Evaluation: The Procedure Manual, Keith L. Blankenship, Macon, GA, 1994. The Hand Grip tests may be repeated a second or third time and the Pinch Grip tests may be repeated a second time in order to verify the patient's effort through repeat trial consistency and to evaluate for pain and fatigue responses. Mr. Pervin's results are listed on the table below.

DOMINANT HAND - Right                PRE TEST PAIN: 5/10+

| TEST NAME | STRENGTH | PERCENTILE RANK | STRENGTH DEFICIT |
|---|---|---|---|
| Hand Grip -------- Rt | 78 lbs. | 8% | 0% |
| - Lt | 79 lbs. | 16% | 1% - Rt |
| Key Pinch -------- Rt | 29 lbs. | 79% | 7% - Lt |
| - Lt | 27 lbs. | 69% | 0% |
| Palmar Pinch ----- Rt | 25 lbs. | 61% | 12% - Lt |
| - Lt | 22 lbs. | 33% | 0% |
| Tip Pinch -------- Rt | 21 lbs. | 68% | 10% - Lt |
| - Lt | 19 lbs. | 63% | 0% |

| TEST NAME | TRIAL 1 | | TRIAL 2 | | TRIAL 3 | |
|---|---|---|---|---|---|---|
| | Lt | Rt | Lt | Rt | Lt | Rt |
| MAX Grip - 1 | 67 | 75 | 0 | 0 | 0 | 0 |
| MAX Grip - 2 | 64 | 76 | 0 | 0 | 0 | 0 |
| MAX Grip - 3 | 63 | 77 | 0 | 0 | 0 | 0 |
| 5 Pos. Test- 1 | 46 | 55 | 0 | 0 | 0 | 0 |
| 5 Pos. Test- 2 | 79 | 78 | 0 | 0 | 0 | 0 |
| 5 Pos. Test- 3 | 80 | 77 | 0 | 0 | 0 | 0 |
| 5 Pos. Test- 4 | 50 | 58 | 0 | 0 | 0 | 0 |
| 5 Pos. Test- 5 | 51 | 57 | 0 | 0 | 0 | 0 |

POST TEST PAIN: 5/10+
VALIDITY CRITERIA: VALID: 16/17
INVALID: 1/17

| HAND FUNCTION CLASSIFICATION | LEFT | RIGHT |
|---|---|---|
| Simple Grasp. . . . . . . . . . . | XX | XX |
| Fine Motor Skills . . . . . . . . | XX | XX |
| Low Speed Assembly. . . . . . . . | XX | XX |
| High Speed Assembly . . . . . . . | XX | XX |
| Pushing and Pulling . . . . . . . | XX | XX |

Summary of the Hand Tests
Mr. Pervin passed 16/17 validity criteria during the Hand Tests, 94%, suggesting excellent effort and valid results which can be used to help understand his functional ability.

PURDUE PEGBOARD ASSEMBLY TEST

| TRIAL 1 | TRIAL 2 | TRIAL 3 | AVERAGE | PERCENTILE |
|---|---|---|---|---|
| 29 | 31 | 35 | 32 | 9 |

The results of the Purdue Pegboard Assembly Test indicate that Mr. Pervin has excellent fine motor skills and is qualified for Assembly Tasks of pieces in the 1-4 mm. range or larger at a Non Production Rate, but he should be capable of a Production Rate with a short period of training or job acclimation; therefore, he is classified as High Speed Trainable.

FREQUENT MATERIAL HANDLING TESTS (FMH)
The Frequent Material Handling Tests follow the protocol documented in Progressive Isoinertial Lifting Evaluation, T. G. Mayer, M.D., et.al., Spine, 1988 and Functional Capacity Evaluation: The Procedure Manual, Keith L. Blankenship, Macon, GA, 1994. Psychophysical, kinesiophysical, and biophysical decision making protocols are used. Psychophysical means the patient makes the decision about the acceptable weight based on their pain, anxiety regarding pain and reinjury, and their level of strength. Kinesiophysical means the evaluator chooses the proper weight by observing signs of biomechanical overload. Biophysical means that calculations involving objective test data and cross correlation of the test data are made to decide the

proper lifting weight. The tests are performed psychophysically which means that the patient selects the appropriate weights for Frequent lifting after lifting progressively increasing weights. The weights are systematically increased after four repetitions have been completed. All of the test data is correlated including the heart rate, the amount of weight lifted, pain, body mechanics, the physiological response, the patient's perceived exertion and the patient's subjective response. The weight which satisfies all of the test criteria is selected as the acceptable weight. The patient or the evaluator may elect to stop the test at any time. The Frequent Material Handling Tests can place biomechanical and physiological stress on the worker. Mr. Pervin's results are listed on the table below.

Summary of the Frequent Material Handling Tests
The Frequent Material Handling Tests were not performed but the data was extrapolated from the results of the Occasional Material Handling Tests using the ratios from The Blankenship FCE System, Keith L. Blankenship, P.T., Macon, Ga., 1991. These extrapolations were made because Mr. Pervin's pain response, heart rate response, and the RPE-Heart Rate comparisons have all been acceptable which indicates that his material handling ability in the Frequent frequency is predictable and confidence in the extrapolations is high.

NON-MATERIAL HANDLING TESTS (NMH)
The patient is tested on the selected work stations for the Non-Material Handling and Repetitive Activities. In many cases, the data can be extrapolated from the Material Handling Tests and other tests such as the Repetitive Movement tests. The amount of time spent Standing, Walking, and Sitting is obtained from the Activity Profile and the amount of time the patient actually performs these activities throughout this evaluation. Stair Climbing, Balancing, and Crawling are tested separately. The ability to use Arm or Leg controls is tested directly or the data is extrapolated from the Static Strength Tests or the Material Handling Tests according to the criteria in the Dictionary of Occupational Titles, U.S. Department of Labor, 1991. Mr. Pervin's results are listed on the table below.

PRE TEST PAIN: 6/10+

| ACTIVITY TESTED | QUALIFICATION |
|---|---|
| SITTING | Occasional |
| FCE Sitting | 2:00 |
| STANDING | Occasional |
| FCE Standing | 2:00 |
| WALKING | Occasional |
| FCE Walking | 2:00 |
| BENDING | Occasional |
| REACHING | Frequent |
| SQUATTING | Occasional |

| | |
|---|---|
| KNEELING | Occasional |
| CRAWLING | Occasional |
| 30 sec. Test | Average |
| CONSTANT Test | N/T |
| BALANCING-RIGHT | Yes |
| LEFT | Yes |
| Balance by Distraction | Poor |
| 30 sec. Balance Right | Poor |
| 30 sec. Balance Left | Good |
| ARM CONTROLS-RIGHT | Light |
| LEFT | Light |
| LEG CONTROLS-RIGHT | Light |
| LEFT | Light |
| CLIMBING | Occasional |
| Pretest H.R. | 84 |
| Test H.R. 1 - 30 Steps | 132 |
| Test H.R. 2 - 70 Steps | 130 |
| 3 min. Stand H.R. | 88 |
| Post RPE | 10 |
| Cardiac Rhythm | Regular |
| Steps Climbed | 66 |

POST TEST PAIN: 6/10+
VALIDITY CRITERIA: VALID: 3/3
INVALID: 0/3

Summary of the Non-Material Handling Tests
The results of the Non-Material Handling Tests are considered Valid and represent Mr. Pervin's maximum ability based on the Overall Validity Profile of the Functional Capacity Evaluation. The limitations appear to be secondary to his impairment. This information can be used to help understand Mr. Pervin's functional ability.

Psychophysical Limitations (Climbing)
Low Back/Hip Pain
Strength Limitation

Kinesiophysical Limitations (Climbing)
Slowed Velocity/Muscular Strain
Fatigue

CONSTANT TESTS (CT)
The appropriate weights for Constant Material Handling are chosen based on the protocol established in The Design of Manual Handling Tasks Revised Tables of Maximum Acceptable Weights and Forces, S. H. Snook and V. M. Ciriello, Ergonomics, 1991, the Reliability of the Psychophysical Approach to Manual Lifting of Liquids by Females, W. Karwowski and J. W. Yates, Ergonomics, 1978, and Functional Capacity Evaluation: The Procedure Manual, K. L. Blankenship, Macon, GA, 1994. The evaluation is performed for a minimum of 30 minutes and a maximum of 2 hours. The

patient performs a series of Material Handling Activities, one time every 30 seconds, and/or Non-Material Handling Activities, five times every 30 seconds, until they reach a point at which the patient and the evaluator are confident they can perform the activities for an 8 hour day. This decision is made on the basis of their pain, heart rate response, body mechanics, fatigue, a psychophysical decision, and a rating of confidence on the Degree of Confidence Scale (DOC) by Karwowski. The evaluation is terminated when all of the test criteria are satisfied and the evaluator's and the patient's DOC both reach 9/10 or 10/10. Constant work places a physiological stress and a repetitive stress on the worker. The following activities were tested and Mr. Pervin's results are listed for each activity.

Summary of the Constant Material Handling Tests
The Constant Test was not performed and the data was extrapolated from the results of the Occasional Material Handling Tests using the ratios from The Blankenship FCE System, Keith L. Blankenship, P.T., Macon, Ga., 1991. These extrapolations were made because Mr. Pervin's pain response, heart rate response, and the RPE-Heart Rate comparisons have all been acceptable which indicates that his material handling ability in the Constant frequency is predictable and confidence in the extrapolations is high.

BODY MECHANICS
The patient's utilization of body mechanics is observed throughout the evaluation. The body mechanics they use intuitively when distracted usually represents the body mechanics they use naturally during work and leisure activities, even though they may report using a different style. Based on their type of injury and the amount of weight they are capable of lifting, recommendations may be made in order to decrease the risk for future injury relative to improper body mechanics. Mr. Pervin's body mechanics are classified on the table below.

| TEST SEQUENCE | PREFERRED POSTURE | BODY MECHANICS |
|---|---|---|
| Occasional Floor Lift | Torso | Poor |

Summary of Body Mechanics
Mr. Pervin utilized poor body mechanics during this evaluation both by direct observation and by distraction. He utilized a Torso Lift while lifting weights from the floor level and did not appear to understand the importance of good body mechanics for reducing stress on his body. Therefore, if Mr. Pervin is going to return to any job where material handling is performed above the LIGHT Physical Demand Level, a course of body mechanics instructions is recommended to help reduce the risk of future injury.

PERCENTILE OF STRENGTH PROFILE

The percentiles of strength for all of the activities tested are analyzed for specific variations. Most individuals will have a percentile ranking which is reasonably consistent across all tests. Specific variations may indicate weakness secondary to pain, neurological deficits, disuse atrophy, poor cardiovascular fitness, or specific lifestyle trends. The patient's strength may be characterized by the word descriptors on the table below.

| PERCENTILE PROFILE | PERCENTILE CLASSIFICATION |
|---|---|
| Exceptional | 90-99% |
| Excellent | 80-89% |
| Well Above Average | 70-79% |
| Above Average | 60-69% |
| Average | 41-59% |
| Below Average | 31-40% |
| Well Below Average | 21-30% |
| Poor | 11-20% |
| Very Poor | 1-10% |

Mr. Pervin's percentiles are listed below.

| FUNCTIONAL CAPACITY TEST | PERCENTILE |
|---|---|
| Static Arm Lift | 2% |
| Static Hi-Near Lift | 1% |
| Static Hi-Far Lift | 1% |
| Static Leg Lift | 2% |
| Static Torso Lift | 1% |
| Static Push | 1% |
| Static Pull | 1% |
| Occasional Torso Lift | 3% |
| Occasional Leg Lift | 1% |
| Occasional 12" Lift | 2% |
| Occasional Shoulder Lift | 1% |
| Occasional Overhead Lift | 1% |
| Occasional Carry - 30 ft. | 3% |
| Occasional Push - 30 ft. | 2% |
| Occasional Pull - 30 ft. | 1% |
| Hand Grip - Left | 16% |
| Hand Grip - Right | 8% |
| Key Pinch - Left | 69% |
| Key Pinch - Right | 79% |
| Palmar Pinch - Left | 33% |
| Palmar Pinch - Right | 61% |
| Tip Pinch - Left | 63% |
| Tip Pinch - Right | 68% |

Summary of the Percentile Profile
The above Percentiles of Strength appear to represent Mr. Pervin's maximum functional ability according to his Validity Profile which is classified as Valid. Mr. Pervin's Overall Percentile Classification is 18%, an Overall Strength Profile of Poor. Mr. Pervin's results are listed on the table below.

| TEST MODULE | AVERAGE PERCENTILE | PERCENTILE PROFILE |
|---|---|---|
| Static Strength Testing | 1% | Very Poor |
| Occasional Material Handling | 2% | Very Poor |
| Hand Grip | 12% | Poor |
| Pinch Grip | 62% | Above Average |
| Overall Average | 18% | Poor |

HEART RATE PROFILE
The patient's heart rate is documented at periodic intervals throughout testing. The data is used to determine the patient's suitability for work relative to their level of cardiovascular fitness, which is measured while the patient is actually working. This profile is felt to be more appropriate than a low level fitness evaluation performed on steps, treadmill, or bicycle ergometer because this profile is specific to work activities. If the patient's heart rates exceed their acceptable levels, a cardiovascular fitness program may be necessary prior to return to work. All Continuous Work categories assume that normal breaks are permitted. The acceptable heart rate limits for continuous work are shown below.

| CONTINUOUS WORKING TIME | PERCENT MAX H.R. |
|---|---|
| Continuous Sitting | 30-45% |
| Continuous Standing | 35-50% |
| Continuous Walking | 45-55% |
| Material Handling 10 min. | 75-85% |
| Material Handling 30 min. | 68-75% |
| Material Handling 60 min. | 60-66% |
| Material Handling 4 hrs. | 57-63% |
| Material Handling 8 hrs. | 50-60% |

Mr. Pervin's actual heart rates documented during testing are listed below.

| TEST ACTIVITY | H.R. | PERCENT MAX. H.R. | B.P. |
|---|---|---|---|
| Pre-Test Sitting | 61 | 36% | 149/76 |
| Pre-Test Standing | 70 | 41% | |
| Static Strength Testing | 103 | 60% | |
| Occasional Material Handling | 66 | 39% | 130/69 |
| 3 Min. Post Test Standing | 88 | 51% | |
| Post FCE Standing (3 Min.) | 88 | 51% | |
| Post FCE Sitting (3 Min.) | 67 | 39% | 153/77 |

Summary of the Heart Rate Profile

The above Heart Rate Profile indicates a good level of cardiovascular fitness for Mr. Pervin with all of his critical heart rates at or below our acceptable criteria for good cardiovascular fitness. Therefore, additional cardiovascular rehabilitation is not necessary prior to return to work.

THE BLANKENSHIP BEHAVIORAL PROFILE

The Blankenship Behavioral Profile includes profiles for Symptom/ Disability Exaggeration, Non Organic Signs and Validity. The Symptom/Disability Exaggeration Profile is subjective but the Non Organic Signs and Validity Profiles are objective. Patients scoring high on all three profiles are felt to be attempting to control the test results to demonstrate a greater level of disability than what is actually present, the motivation of which is not known. Any one of the three profiles may not be reported if insufficient data exists.

SYMPTOM/DISABILITY EXAGGERATION PROFILE

Symptom/Disability Exaggeration is a clinical behavior in which the patient's symptoms, pain behavior and disability are out of proportion to their medical impairment and movement patterns observed mainly by distraction. First, the patient completes questionnaires which help the evaluator understand the patient's perspective of their symptoms and disability. Second, an intake interview is conducted and the patient's description of their symptoms and disability are correlated with their actual medical impairment. Third, the functional tests are conducted and the following observations are made:

1. True Pain Behavior
2. Overreaction Behavior
3. The Movement Patterns of the Injured Body Part
4. The Patient's Symptomatic Reports
5. Non Organic Test Results
6. True Strength and Strength Deficits
7. Movement Patterns that Improve by Distraction
8. General Attitude
9. Motivation to Cooperate
10. Deliberate Use of Poor Body Mechanics that Increase Stress on the Injured Body Part

Any significant lack of correlation between the patient's perception of their symptoms and disability and the actual test results, including the observation of normal to near normal movement patterns observed either by direct observation or by distraction, represents Symptom/Disability Exaggeration Behavior. Observing the movement patterns of the injured body part is the best way to determine if any significant level of pain and disability exists due to the neurophysiological relationship that exists between pain and the ability to move. When significant pain is present, the patient is unable to move normally, and when

there is no pain, normal movement patterns are possible. Therefore, if a patient reports a high level of pain and disability, but the movement patterns of their injured body part are normal, this is neurophysiologically impossible and the patient is a Symptom/Disability Exaggerator. One of the most blatent acts of Symptom/Disability Exaggeration is abnormal movement patterns that occur during direct observation which improve significantly by distraction.

Since professional judgment is involved, Symptom/Disability Exaggeration is not documented unless there is a significant disparity between the patient's subjective reports and behavior and the evaluator's observations of the patient's actual movement patterns, general behavior and test results. Symptom/Disability Exaggeration generally represents an obstacle to effective rehabilitation and return to work, and an effort should be placed on determining why it exists. The scores of Mr. Pervin's questionnaires are classified as follows:

| PAIN QUESTIONNAIRE SUMMARY - CRITERIA SCORED: 10 | | |
|---|---|---|
| 3/10 in the LOW Category | 30% | |
| 2/10 in the MODERATE Category | 20% | PAIN Q. PROFILE |
| 5/10 in the HIGH Category | 50% | HIGH |

| NUMERIC PAIN RATING PROFILE (0-10+) | PAIN RATING |
|---|---|
| Pre-Test Pain | 3/10+ |
| Repetitive Movement Tests | 5/10+ |
| Static Strength Testing | 5/10+ |
| Occasional Material Handling | 6/10+ |
| Hand Tests | 5/10+ |
| Continuous Stair Climbing | 6/10+ |
| Post FCE Sitting | 6/10+ |
| NUMERIC PAIN RATING PROFILE - MODERATE | 5.14/10+ |

MOVEMENT PATTERN CLASSIFICATION

- _X_ The Movement Patterns and Behavior Correlate with the Symptoms and Disability
- ___ The Movement Patterns and Behavior Have Equivocal Correlation with the Symptoms and Disability
- ___ The Movement Patterns and Behavior Do Not Correlate with the Symptoms and Disability

SYMPTOM/DISABILITY EXAGGERATION CLASSIFICATION

- _X_ Symptom/Disability Exaggeration Is Not Present
- ___ Minimal Symptom/Disability Exaggeration Exists
- ___ True Symptom/Disability Exaggeration Exists
- ___ Overt Symptom/Disability Exaggeration Exists

NON ORGANIC SIGNS PROFILE

Non Organic Signs are inappropriate responses to musculoskeletal tests and were documented by Gordon Waddell in, Non Organic Physical Signs in Low Back Pain, Spine, Vol. 5, 1980 and Greg Korbon in The Development of the Somatic Amplification Rating Scale for Low Back Pain, Spine, Vol. 12, 1987. The Non Organic Signs are based on recognized neuroanatomic responses when the patient is given specific musculoskeletal tests including sensory tests, motor tests, tenderness tests, simulation tests, distraction tests and observations of exaggerated behavior. Three additional components are high scores on the Pain Drawing, 3/10, the Inappropriate Symptoms Questionnaire, 2/7, and any additional positive distraction. The Non Organic Signs scores are:

| WADDELL - LOW BACK | +/- |
|---|---|
| SIMULATION | - |
| Axial Loading | - |
| Trunk Rotation | - |
| REGIONAL | - |
| Sensory | - |
| Weakness | - |
| TENDERNESS | - |
| Superficial | - |
| Non Anatomic | - |
| DISTRACTION SLR (> 20° Difference) | - |
| Supine | 60 |
| Seated | 60 |
| Difference | |
| OVERREACTION | - |
| Gait | No |
| SLR | No |
| AROM | No |
| Palpation | No |
| MMT | No |
| FCE | No |

| SOMATIC AMPLIFICATION RATING SCALE (SARS) | | SCORE |
|---|---|---|
| SENSORY EXAMINATION - Pin Prick | | |
| A. No deficit or localized to dermatomes | | 0** |
| Some inconsistency | | 1 |
| Non-dermatomal, very inconsistent | | 2 |
| Blatantly impossible (Split down midline with positive tuning fork test) | | 3 |
| B. Amount of body involved | < 15% | 0** |
| (Burn Chart - Entire Leg = 18%) | 15-35% | 1 |
| | 36-60% | 2 |
| | > 60% | 3 |
| MOTOR EXAMINATION | | |
| A. No deficit or localized to myotomes | | 0** |
| Some inconsistency | | 1 |
| Non-myotomal, very inconsistent weakness, | | |

cogwheeling or giving away . . . . . . . . . . 2
Blatantly impossible (Significant weakness which disappears by distraction) . . . . . . . 3

B. Amount of body involved (Burn Chart - Entire Leg = 18%)

| | | |
|---|---|---|
| < 15% . . | 0 ** |
| 15-35% . . | 1 |
| 36-60% . . | 2 |
| > 60% . . | 3 |

TENDERNESS

A. No tenderness or well localized to discrete anatomically sensible structures . . 0 **
Some inconsistency . . . . . . . . . . . . . . . . 1
Very inconsistent, multiple structures, (skin, muscle, bone) . . . . . . . . . . . . . 2
Blatantly impossible, significant tenderness of multiple structures, which disapppears by distraction . . . . . . . . . . . . . . . . . . 3

B. Amount of body involved (Burn Chart - Entire Leg = 18%)

| | | |
|---|---|---|
| < 15% . . | 0 ** |
| 15-35% . . | 1 |
| 36-60% . . | 2 |
| > 60% . . | 3 |

DISTRACTED STRAIGHT LEG RAISING (SLR)

| | | |
|---|---|---|
| Difference . . . . . . . . . . . . . . . . . . . . | < 20° . . | 0 ** |
| Difference . . . . . . . . . . . . . . . . . . . | 20°-45° . . | 1 |
| Difference . . . . . . . . . . . . . . . . . . . . | > 45° . . | 2 |
| No pain Seated, strongly positive Supine at < 45° | . | 3 |

| NON ORGANIC SIGNS | SCORES |
|---|---|
| Were Waddell's Non-Organic Signs High (≥ 3/5)? | 0/5 |
| Is Korbon's SARS High (≥ 5/21)? | 0/21 |
| Do Movement Patterns Improve by Distraction? | NO |
| Is Pain Drawing Scored High (≥ 3/10)? | 0/10 |
| Is Inappropriate Symptoms Q. High (≥ 2/7)? | 2/7 |
| ARE NON ORGANIC SIGNS PRESENT? | NO |

VALIDITY PROFILE

Validity criteria help determine if maximum effort without any pain increase has been achieved. They are based on published research and are not subject to evaluator bias. The percentage of validity criteria passed is calculated and that percentage is thought to correlate with the degree of effort the patient exerts prior to any pain increase. This algorithm was developed by Keith L. Blankenship and published in Functional Capacity Evaluation: The Procedure Manual, Macon, GA, 1994.

| CLASSIFICATION | CRITERIA PASSED | EFFORT CORRELATION |
|---|---|---|
| Category I | 90-100% | Excellent |
| Category II | 80-89% | Good |
| Category III | 70-79% | Fair |
| Category IV | 60-69% | Poor |
| Category V | < 60% | Very Poor, Voluntary |

| | | |
|---|---|---|
| Category VI | < 20 Scored | Submaximal Unreliable, Professional Judgement Required |

VALIDITY SUMMARY---CRITERIA SCORED - 57

| | |
|---|---|
| 46 are Passed | 81% |
| 4 are Equivocal | 7% |
| 7 are Failed | 12% |

VALIDITY CLASSIFICATION
Category II : Good Effort

SUMMARY OF VALIDITY PROFILE
Mr. Pervin passed 46/57 validity criteria during the FCE, 81%, suggesting good effort.

| 4/1/19 | 4/2/19 | |
|---|---|---|
| Test Date | Report Date | |

# FUNCTIONAL STRENGTH DEFICIT REPORT

NAME: George A. Pervin S.S.N.:

SEX: M AGE: 49 HEIGHT: 67 WEIGHT: 427 TEST DATE: 4/1/19

| NON IMPAIRMENT MEAN | IMPAIRMENT MEAN | CURRENT STRENGTH RANGE ± 1 SD | FUNCTIONAL STRENGTH DEFICIT |
|---|---|---|---|
| 0.0% | 0.0% | 0.0– 0.0% | 0.0% |




## STATIC STRENGTH TEST POSTURES




## EVALUATOR

Report Date: 04/02/19 ______________________________

© The Blankenship Corporation, 1993–95

# STATIC FCE™ DATA REPORT

NAME: George A. Pervin S.S.N.:

SEX: M AGE: 49 HEIGHT: 67 WEIGHT: 427 TEST DATE: 4/1/19






ELBOW 90°

## ARM

| EXERTION | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Mean lbs | 28.5 | 28.[illegible] | 27.9 | |
| Peak lbs | 37.5 | 38.[illegible] | 48.8 | |
| Fatigue | 21.6 | 22.[illegible] | 50.0 | |
| CV – All | N/A | 0.[illegible] | 1.3 | |
| CV – Two | N/A | 0.[illegible] | 1.8 | |
| Curve CV | 10.0 | 5.[illegible] | 13.1 | |
| Percentile | 2 | [illegible] | 2 | |






H = 10 V = 56

## HI NEAR

| EXERTION | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Mean lbs | 25.6 | 22.[illegible] | 24.3 | |
| Peak lbs | 28.7 | 28.[illegible] | 29.1 | |
| Fatigue | 21.6 | 22.[illegible] | 8.2 | |
| CV – All | N/A | 9.[illegible] | 6.7 | |
| CV – Two | N/A | 9.[illegible] | 5.8 | |
| Curve CV | 9.2 | 5.[illegible] | 5.0 | |
| Percentile | 1 | [illegible] | 1 | |

## EVALUATOR

Report Date: 04/02/19 ______________________

© The Blankenship Corporation, 1993–95

# STATIC FCE™ DATA REPORT

NAME: George A. Pervin S.S.N.:

SEX: M AGE: 49 HEIGHT: 67 WEIGHT: 427 TEST DATE: 4/1/19






H = 20 V = 57

## HI FAR

| EXERTION | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Mean lbs | 15.3 | 18.7 | 19.1 | |
| Peak lbs | 19.2 | 2[illegible].9 | 22.6 | |
| Fatigue | 19.8 | 26.5 | 19.0 | |
| CV – All | N/A | 14.1 | 11.8 | |
| CV – Two | N/A | 14.1 | 1.5 | |
| Curve CV | 3.9 | 5.1 | 4.6 | |
| Percentile | 1 | . | 1 | |






H = 0 V = 14

## LEG

| EXERTION | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Mean lbs | 48.6 | 54.9 | 46.6 | |
| Peak lbs | 54.4 | 58.7 | 51.3 | |
| Fatigue | 0.0 | 8.4 | 0.0 | |
| CV – All | N/A | 6.5 | 8.6 | |
| CV – Two | N/A | 6.5 | 11.4 | |
| Curve CV | 5.1 | 5.3 | 7.1 | |
| Percentile | 1 | [illegible] | 1 | |

## EVALUATOR

Report Date: 04/02/19

© The Blankenship Corporation, 1993–95

# STATIC FCE™ DATA REPORT

NAME: George A. Pervin S.S.N.:

SEX: M AGE: 49 HEIGHT: 67 WEIGHT: 427 TEST DATE: 4/1/19






## TORSO

H = 15 V = 15

| EXERTION | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Mean lbs | 41.1 | | | |
| Peak lbs | 54.3 | | | |
| Fatigue | 20.3 | | | |
| CV – All | N/A | | | |
| CV – Two | N/A | | | |
| Curve CV | 10.1 | | | |
| Percentile | 1 | | | |






## PUSH

H = 49 V = 42

| EXERTION | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Mean lbs | 61.5 | 56.[illegible] | 52.5 | |
| Peak lbs | 75.1 | 63.[illegible] | 59.3 | |
| Fatigue | 24.1 | 7.[illegible] | 0.0 | |
| CV – All | N/A | 5.[illegible] | 7.9 | |
| CV – Two | N/A | 5.[illegible] | 5.4 | |
| Curve CV | 8.6 | 5.[illegible] | 4.8 | |
| Percentile | 1 | 1 | 1 | |

## EVALUATOR

Report Date: 04/02/19

© The Blankenship Corporation, 1993–95

# STATIC FCE™ DATA REPORT

NAME: George A. Pervin | S.S.N.:

SEX: M | AGE: 49 | HEIGHT: 67 | WEIGHT: 427 | TEST DATE: 4/1/19







## PULL

| EXERTION | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Mean lbs | 41.2 | 39.[illegible] | 45.7 | |
| Peak lbs | 46.8 | 60.7 | 54.7 | |
| Fatigue | 15.4 | 37.[illegible] | 11.2 | |
| CV – All | N/A | 2.[illegible] | 7.2 | |
| CV – Two | N/A | 2.[illegible] | 9.6 | |
| Curve CV | 6.3 | 9.[illegible] | 2.9 | |
| Percentile | 1 | 1 | 1 | |

## EVALUATOR

Report Date: 04/02/19 ____________________

© The Blankenship Corporation, 1993–95

# STATIC FCE™ ESTIMATED FUNCTIONAL CAPACITIES

NAME: George A. Pervin  S.S.N.:

SEX: M  AGE: 49  HEIGHT: 67  WEIGHT: 427  TEST DATE: 4/1/19

| MATERIAL HANDLING<br>DOT Criteria = % of Day<br>Blankenship Criteria = Reps/Day | OCCASIONAL<br>1-33% of Day<br>1-32 Reps/Day | FREQUENT<br>34-66% of Day<br>33-200 Reps/Day | CONSTANT<br>67-100% of Day<br>>200 Reps/Day |
|---|---|---|---|
| Torso Lift | 25 lbs | 18 lbs | 8 lbs |
| Leg Lift | 15 lbs | 11 lbs | 5 lbs |
| 12" Leg Lift | 25 lbs | 18 lbs | 8 lbs |
| Shoulder Lift | 15 lbs | 11 lbs | 5 lbs |
| Overhead Lift | 15 lbs | 11 lbs | 5 lbs |
| Carry – 30 ft | 25 lbs | 18 lbs | 8 lbs |
| Push – 30 ft | 20 lbs | 14 lbs | 7 lbs |
| Pull – 30 ft | 20 lbs | 14 lbs | 7 lbs |

| NON MATERIAL HANDLING<br>DOT Criteria = % of Day<br>Blankenship Criteria = Reps/Day | NEVER<br>0% of Day<br>0 Reps/Day | OCCASIONAL<br>1-33% of Day<br>1-100 Reps/Day | FREQUENT<br>34-66% of Day<br>101-800 Reps/Day | CONSTANT<br>67-100% of Day<br>>800 Reps/Day |
|---|---|---|---|---|
| Sitting | | X | | |
| Standing | | X | | |
| Walking | | X | | |
| Bending | | X | | |
| Reaching | | | X | |
| Squatting | | X | | |
| Kneeling | | X | | |
| Climbing | | X | | |

| CONTROLS | NEVER | LIGHT | MODERATE | HEAVY |
|---|---|---|---|---|
| Arm Controls – Rt | | X | | |
| – Lt | | X | | |
| Leg Controls – Rt | | X | | |
| – Lt | | X | | |

| HAND ACTIVITIES | NEVER | SIMPLE GRASP | FINE WORK | PUSH–PULL |
|---|---|---|---|---|
| Right Hand | | X | X | X |
| Left Hand | | X | X | X |

PHYSICAL DEMAND CLASSIFICATION ........................................ LIGHT

| DOT CLASSIFICATION | SEDENTARY | SEDENTARY-LIGHT | LIGHT | LIGHT-MEDIUM | MEDIUM | MEDIUM-HEAVY | HEAVY | VERY HEAVY |
|---|---|---|---|---|---|---|---|---|
| OCCASIONAL (1-33%) | 10 lbs. | 15 lbs. | 20 lbs. | 35 lbs. | 50 lbs. | 75 lbs. | 100 lbs. | Over 100 lbs. |
| FREQUENT (34-66%) | Negligible | 8 lbs. | 10 lbs. | 15 lbs. | 25 lbs. | 35 lbs. | 50 lbs. | Over 50 lbs. |
| CONSTANT (67-100%) | - | - | Negligible | 7 lbs. | 10 lbs. | 15 lbs. | 20 lbs. | Over 20 lbs. |

## EVALUATOR

Report Date: 04/02/19

C The Blankenship Corporation, 1993–95

# STATIC FCE™ VALIDITY REPORT

NAME: George A. Pervin S.S.N.:

SEX: M AGE: 49 HEIGHT: 67 WEIGHT: 427 TEST DATE: 4/1/19

| TEST POSTURE | FATIGUE EFFECT | COEFFICIENT OF VARIATION (CV) | FORCE CURVE ANALYSIS |
|---|---|---|---|
| ARM LIFT | Equivocal | Valid | Valid |
| HI NEAR LIFT | Equivocal | Valid | Valid |
| HI FAR LIFT | Valid | Valid | Valid |
| LEG LIFT | Valid | Valid | Valid |
| TORSO LIFT | Equivocal | | Valid |
| FLOOR LIFT | | | |
| PUSH | Equivocal | Valid | Valid |
| PULL | Valid | Valid | Valid |
| IMPAIRMENT MEAN > NON IMPAIRMENT MEAN +1 SD | | | |
| PERCENTILE ANALYSIS | Invalid – All ≤ 5th percentile | | |
| OVERREACTION BEHAVIOR | Valid | | |
| MOVEMENT PATTERN MATCHES PAIN | Valid | | |
| DISTRACTED MOVEMENT PATTERNS | Valid | | |
| STATIC TO DYNAMIC EXTRAPOLATIONS | V = 7 | E = 0 | I = 1 |
| REPEAT TRIALS | V = 0 | E = 0 | I = 0 |
| | | | |
| | | | |
| VALIDITY SUMMARY | 32 Validity Criteria Scored | | |
| VALID | 26/32 – 81% | | |
| EQUIVOCAL | 4/32 – 13% | | |
| INVALID | 2/32 – 6% | | |

## EVALUATOR

Report Date: 04/02/19 ______________________

© The Blankenship Corporation, 1993–95

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR RYAN JENNINGS
ROI - MG
7737 SW FREEWAY, STE C94
HOUSTON TX 77074

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

April 3, 2019

Dr. Ryan Jennings
ROI - MG
7737 SW FREEWAY, STE C94
HOUSTON, TX 77074

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Dr. Ryan Jennings:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B, LP's Group Disability Policy. We are writing in reference to George Pervin's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 16, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-REQUEST-PROVIDER-03.28.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | DR RYAN JENNINGS<br>252 N BYPASS 35<br>ALVIN TX 77511 |
| Attn: | medical records |
| Fax: | (281) 388-3715 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Ryan Jennings
252 N BYPASS 35
ALVIN, TX 77511

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A. Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ___ /___ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

18333 Egret Bay Blvd. #200
Houston, TX 77058
Dr. Richard Westmark
Dr. Jeremy Wang
Dr. Lenny Jue

**Houston Spine & Neurosurgery Center**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Dewey Leitch | **From:** | Brittany D. |
| **Fax:** | 603-334-4174 | **Phone:** | 281-333-1300 ext. 114 |
| **Date:** | 4/1/19 | **Fax:** | 281-333-1303 |
| **Re:** | Pervin, George | **Pages:** | |

☒ Dr. Westmark ☐ Dr. Wang ☐ Dr. Jue

Comments:

* NO RECORDS FROM 12/2018 TO PRESENT. *

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problems occur with this transmission, please notify us immediately at the above number. Thank you

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | DR RICHARD WESTMARK<br>18333 EGRET BAY BLVD<br>SUITE 200<br>HOUSTON TX 77058 |
| Attn: | medical records |
| Fax: | (281) 333-1303 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Richard Westmark
18333 EGRET BAY BLVD
SUITE 200
HOUSTON, TX 77058

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Howard Cotler
1200 BINZ, STE 970
HOUSTON, TX 77004

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

GULF COAST SPINE CARE LTD., PA
1200 BINZ, SUITE 970
HOUSTON, TEXAS 77004

**PATIENT INFORMATION RECORD**
(Please Complete)

Name (Last, First, Middle Initial) Pervin George A. Sex: ✓ Male ___ Female Age 47

Home Phone ______ Alternate # ______ DOB ______ SS#: ______

Street Address ______

City, State, Zip ______

Ethnicity ______ Preferred Language English E-mail Address ______

State Driver's License Number ______ Marital Status Married

Please List Any Allergies to Medications of Any Kind n/a

Emergency Contact Name Deborah Pervin Phone # ______ Relationship Wife

Did this injury happen on the job? yes Have you notified your employer? yes Are you claiming Workers' Compensation? yes Is this injury related to a motor vehicle accident? no

Who is the Referring Physician? Dr Awa Phone # 281-403-3622 Fax # ______

Mailing Address: ______

PCP Dr Jennings Phone # 281-388-3700 Fax # ______

Mailing Address: ______

Employer's Name: Heb Phone # 281-778-1300

Employer's Mailing Address: ______

Occupation: Meat Cutter How Long Employed? 11 Months - 21 days

Person Responsible for Bill HEB

Mailing Address ______ Phone # ______

Insurance Carrier Workers Comp Provider Services # ______

Insured's Name ______ DOB ______

Relationship to Patient ______

[signature] 11-21-17

Signature of Patient Date

______ ______

Signature of Responsible Party Date

Texas

USA
TX

**COMMERCIAL DRIVER LICENSE**



4d CDL

9 Class A

4a Iss 05/21/2013

4b Exp 2019

3 DOB

1 PERVIN

2 GEORGE ALLEN

8

12 Restrictions NONE

9a End NONE

16 Hgt 5-08

15 Sex M

18 Eyes BRO

5 DD 18212330154221287341

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

## Initial Examination

**PATIENT:** George Pervin
**DOB:**

**Date of Service:** 11/21/2017
**Age:** 47 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck, left hand, arm and low back pain.

**History of Present Illness:** George Pervin is a 47 year(s) male with a history of neck, arm and low back pain after being involved in a work relarted injury on September 24, 2017. Patient states he tripped on a piece of cardboard on the floor. He states he broke the fall with his left hand. Patient experience immediate onset of low back and left wrist symptoms. Patient mentions being treated for back problems in the past. Patient was evaluated by Dr. Awa at Excell Clinic where left wrist x rays were performed. Muscle relaxers and over the counter anti inflammatories were prescribed. Patient was put on a 10 lb restriction. Patient states he was working on 9/27/2017 as a meat cutter and the following day he had excruciated neck pain. He presented to Dr. Awa on September 29, 2017 at which time cervical spine x ray were performed and a referral to physical therapy was made. He was prescribed Tylenol #3 and Methocarbanol. He was continued on a 10 lb restriction.Patient continued with severe neck pain with burning and MRI was performed. He was prescribed Tramadol and cyclobenzaprine. He was evaluated by Dr. Orth, Orthopaedic Surgeon. Patient reports relief from muscle relaxers, physical therapy, heat and ice. He reports no relief from anti-inflmmatories and pain medications. Patient's symptoms are made worse by standing, excessive movement, walking, driving, activity bending forward and backward, sneezing, coughing and straining to go to the restroom, and cleaning himself after bowel movement and bending neck to the right. Patient reports his low back symptoms are made better by decreasing activities but also states that nothing helps. He states nothing helps relieve his neck symptoms. He reports specific weakness of muscles in his arms and hands and generalized weakness of arms and hands due to pain and discomfort. He reports tingling of hands. He has specific and generalized weakness of legs due to pain and discomfort. His legs hurt wen walking too far and this is relieved by resting his legs. He is able to walk less than a block. His pain is worse at night and awakens him from sleep. Patient is currently taking Tramadol and Meloxicam for his symtoms. Patient quantifies his low back pain as 6 out of 10, neck pain as 8 out of 10, leg pain 4 out of 10 and arm pain as 6 out of 10. Patient works as a meat cutter with a medium and heavy demand level. He is currently off work.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA
**Surgical History:** None reported
**Spine Surgeries:** none reported.
**Medical History:** Diabetes
High Cholesterol
Hypothyroidism
**Family History:** Arthritis

Diabetes
Heart Trouble
Hypertension

**Social History:**
Alcohol - Denies
Chews tobacco off and on for 4-5 years
Drug Use - Denies
Employment: Full Time - Meat cutter
Marital Status: Married

**REVIEW OF SYSTEMS:**

**General:** Denies weakness, tiredness, lack of appetite, excessive appetite, weight loss, chills, fever, night sweats, difficulty in sleeping.

**Eyes, Ears, Nose, Throat:** Denies pain in the eyes, difficulty in hearing, ringing in ears, discharge from the ears, nasal discharge (frequent), hoarseness.

**Cardiovascular:** Denies chest pain, tightness or squeezing, shortness of breath lying down, need to sit up to breathe, heart racing, irregular heart beat (palpitations), heart murmur, swelling of the legs, varicose veins, leg pain at rest, leg pain with exertion, blue/purple discoloration of hands/feet.

**Gastrointestinal:** Denies nausea, vomiting, diarrhea, constipation, heartburn, abdominal pain, bright red blood in stools, black stools.

**Urinary:** Denies incontinence of urine, pain or burning on urination, frequent urination-day, frequent urination-night, urinary tract infections, extreme urge to urinate, difficulty starting stream, difficulty stopping stream, kidney stones.

**Musculoskeletal:** Neck, arm and low back pain.

**Neurologic/ Psychiatric:** Denies seizures, headaches, blackouts, dizziness, double vision, paralysis or weakness of limb(s), loss of sensation, loss of balance, loss of coordination, difficulty in speaking, nervousness, depression, difficulty with memory for past events, difficulty with thinking, difficulty with problem solving, blurred vision or spots before eye(s).

**Respiratory:** Denies cough, wheezing, asthma, shortness of breath at rest, shortness of breath with exertion, pain in the chest when you cough, sneeze, or move.

**PHYSICAL EXAM:**

**Vitals:**
**HEIGHT / LENGTH: 5' 7.5"**
**WEIGHT: 402 lbs 0 oz**
**BMI: 62**
**RR: 77**
**B/P 182/108**

Well developed, overly nourished 47 year(s) male in no acute distress.
RIGHT hand dominant.

Observation:
- Gait: Patient has a difficult time getting out of a chair. He has a slow shuffling reciprocal gait.
- Posture: Forward flexed
- List: None.
- Curvature: Loss of lumbar lordosis

Palpation:
- Skin: Normal, without lesions.
- Muscle: No spasms, no tenderness, no atrophy.
- Bone: No tenderness to percussion.

Range of Motion:
- Cervical: Lacks 2 inches of chin to chest, extension 10° and rotation 30°. Patient has a tilt/torticollis.
- Thoracic: Full, good chest expansion.
- Lumbar: Flexion 30°, extension to 0° and lateral bend 10°

Hip: Full and painless

Neurologic Exam:

Reflexes (0-4):

| | Right | Left |
|---|---|---|
| Biceps: | 2 | 2 |
| Brachioradials: | 2 | 2 |
| Triceps: | 2 | 2 |
| Patella: | 2 | 2 |
| Achilles: | 2 | 2 |
| Hoffman's: | Absent | |
| Clonus: | Absent | |
| Babinski: | Absent | |

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrochemius |

Anal: Present

Sensory (absent, impaired, normal):

Light touch: Normal
Pin prick: Normal

Additional Tests:

Cervical distraction: Negative
Cervical compression: Negative
Valsalva: Negative
Spurling: Negative
Adson: Negative
Phalens: Negative
Hyperabduction: Negative
Tinels at the elbow: Negative
Tinels at the wrist: Negative

Toe rise and walk: Yes
Heel walk: Yes
Sitting root test: Negative
Reinforced sitting root test: Negative
Patricks test: Negative
Gowers sign: Positive

Circulation:

Pulses: Normal

Waddells signs:

Tenderness: Negative
Stimulation: Negative
Distraction: Negative
Regional disturbance: Negative
Overreaction: Negative

**Imaging:** AP and lateral views of the thoracic spine performed October 6, 2017 demonstrates no fractures, subluxations and/or dislocations. There is disc space narrowing throughout the thoracic spine with associated spondylosis. AP and lateral x-rays of the lumbar spine performed October 6, 2017 demonstrates 5 lumbar vertebra. Intercristal line is at L4-5. There is disc space narrowing and spondylosis throughout the lumbar spine. At T11 and T12 there appear to be old anterior wedge compression deformities. Anterior compression is approximately 10%. MRI scan of the cervical spine performed October 24, 2017 demonstrates a loss of cervical lordosis. There is mild to moderate loss of hydration of all cervical discs. At C3-4 there is a contained central disc herniation. At C4-5 there is a rounding of the annulus with compression of the anterior thecal sac. At C6-7 there is a central right paracentral disc herniation which compresses the anterior thecal sac and flattens the right hemicord resulting in an AP spinal canal diameter of 9 mm.

**Electrodiagnostics:**

**ASSESSMENT:**

**ICD10 code:**
M54.2-Neck Pain
M54.5-Low back pain
M50.20-Cervical HNP
M50.32-Mid-Cervical spine degenerative disc disease
M47.892-Spondylosis, cervical region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
E66.9-Obesity, unspecified

**Surgical Diagnosis:** Unfinished with Diagnosis

**DISCUSSIONS:**

I had a lengthy discussion with the patient and I discussed the natural history of the pathology.

I have reviewed the options of care:

1. observation of the natural history
2. non operative care
3. surgical care

Surgical care may be indicated due to:

1. neurological deficit
2. chronic pain
3. failure to improve with non operative care
4. large space occupying lesion in the spinal canal
5. instability

Benefits, risks and complications of each option of care were presented. All questions were answered.

The practice of orthopaedic surgery is a blend of art and science. Doctors present options of care, coupled with benefits, risks and complications, all with the idea of improving the patients quality of life. Outcome is unable to be predicted with 100% certainty secondary to a multitude of variables.

We will await the patients decision of what option of care they wish to pursue.

**PLAN:**

**PRESCRIPTION:** ibuprofen(Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals

Dispense: 90 Refills: 2)

Daily walking program
Home stretching and strengthening programs.
Referral for physical therapy. Patient needs a pool therapy program secondary to his morbid obesity.
Patient should consider aggressive weight loss program. Consider bariatric surgery consultation.
Toradol 60 mg IM injection LOT:70-107-DK EXP:10/01/18 JL.
Work status unable to work at this time.
Discussion of nonoperative, surgical and pain management treatment options.
Side effects and benefits of medications discussed with patient, if given.
Return for follow-up visit one month.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:

If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

**Follow Up Examination**

**PATIENT:** George Pervin
**DOB:** /
**Date of Service:** 1/11/2018
**Age:** 47 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck pain, left arm pain and low back pain.

**History of Present Illness:** George Pervin presents today for a follow-up visit. The patient has been diagnosed with cervical herniated disc, cervical degenerative disc, cervial and lumbar spondylosis, lumbar degenerative disc. The patient has been treated with Toradol IM injection, Ibuprofen 800mg and referral to physical therapy. Patient attended physical therapy and reports relief. He quantifies his low back pain today as 7 out of 10 and leg pain as 3 out of 10. He denies neck and arm pain. He is currently taking Ibuprofen for his symptoms. He continues to be off work.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
ibuprofen (Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals Dispense: 90 Refills: 2)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA

**REVIEW OF SYSTEMS:**
Unchanged

**PHYSICAL EXAM:**

Vitals:
HEIGHT / LENGTH: 5' 7.5"
PULSE: 76
B/P 156/100

Observation:
Gait: Reciprocal, no limp. Able to now get out of a chair by himself
Posture: Normal.
List: None.
Curvature: Normal alignment.

Palpation:
Skin: Normal, without lesions.
Muscle: No spasms, no tenderness, no atrophy.
Bone: No tenderness to percussion.

Range of Motion:
Cervical: Improved range of motion
Thoracic: Full, good chest expansion.
Lumbar: Improved range of motion but still pain inhibited

Neurologic:

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrocnemius |

Anal: Present

Sensory (absent, impaired, normal):

| | |
|---|---|
| Light touch: | Normal |
| Pin prick: | Normal |

Additional Tests:

| | |
|---|---|
| Hoffmans: | Negative |
| Clonus: | Negative |
| Babinski: | Negative |
| Toe rise and walk: | Yes |
| Heel walk: | Yes |
| Sitting root test: | Negative |
| Reinforced sitting root test: | Negative |
| Gowers sign: | Negative |

**Imaging:**

**Electrodiagnostics:**

**ASSESSMENT:**

**Diagnosis:**
M54.2-Neck Pain
M54.5-Low back pain
M50.20-Cervical HNP
M50.32-Mid-Cervical spine degenerative disc disease
M47.892-Spondylosis, cervical region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
E66.9-Obesity, unspecified

**PLAN:**

**PRESCRIPTION:** No data for Prescription

Home stretching and strengthening programs. Daily walking program.
Join a gym/health club/YMCA for daily exercise
Referral for physical therapy.
Work status not working.
Discussion of nonoperative, surgical and pain management treatment options. Patient should consider bariatric surgery.
Side effects and benefits of medications discussed with patient, if given.

Return for follow-up visit one month.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:

If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

**Follow Up Examination**

**PATIENT:** George Pervin
**DOB:**

**Date of Service:** 4/5/2018
**Age:** 48 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck, left arm and low back pain.

**History of Present Illness:** George Pervin presents today for a follow-up visit. The patient has been diagnosed with cervical herniated disc, cervical degenerative disc, cervial and lumbar spondylosis, lumbar degenerative disc. The patient has been treated with Toradol IM injection, Ibuprofen 800mg and referral to physical therapy. The patient reports 1 week of physical therapy with no relief. The patient reports neck pain is a 1 out of 10, left arm pain is a 1 out of 10 and lower back pain is a 5 out of 10. George was walking on a daily basis at home but then stopped. He attended work conditioning for one week and then developed some radiculopathy and had to stop. Currently he meets his PDC level but his stamina is lacking.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
ibuprofen (Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals Dispense: 90 Refills: 2)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA

**REVIEW OF SYSTEMS:**
Unchanged

**PHYSICAL EXAM:**
Vitals:
HEIGHT / LENGTH: 5' 7.5"
WEIGHT: 425 lbs 0 oz
BMI: 65.6

Observation:
Gait: Reciprocal, no limp.
Posture: Normal.
List: None.
Curvature: Normal alignment.

Palpation:
Skin: Normal, without lesions.
Muscle: No spasms, no tenderness, no atrophy.
Bone: No tenderness to percussion.

Range of Motion:
Cervical: Full.

| | |
|---|---|
| Thoracic: | Full, good chest expansion. |
| Lumbar: | Full. |

Neurologic:

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrocnemius |

Anal: Present

Sensory (absent, impaired, normal):

| | |
|---|---|
| Light touch: | Normal |
| Pin prick: | Normal |

Additional Tests:

| | |
|---|---|
| Hoffmans: | Negative |
| Clonus: | Negative |
| Babinski: | Negative |
| Toe rise and walk: | Yes |
| Heel walk: | Yes |
| Sitting root test: | Negative |
| Reinforced sitting root test: | Negative |
| Gowers sign: | Negative |

**Imaging:**

**Electrodiagnostics:**

**ASSESSMENT:**

**Diagnosis:**
M54.5-Low back pain
M50.20-Cervical HNP
M54.2-Neck Pain
M50.32-Mid-Cervical spine degenerative disc disease
M47.892-Spondylosis, cervical region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
E66.9-Obesity, unspecified

**PLAN:**

**PRESCRIPTION:** No data for Prescription

**At this point in time I feel the majority of the patient's problem is his disease of life or morbid obesity. He needs to be on a daily exercise program and loose weight. I have recommended bariatric surgery and consultation would be appropriate.**

Home stretching and strengthening programs.

Work status will release to return to work full duties. If he is unable to perform his job and I believe it would be in his best interest to seek other employment.
Discussion of nonoperative, surgical and pain management treatment options. Currently he is not a surgical candidate.
Side effects and benefits of medications discussed with patient, if given.
Return for follow-up visit on further request. Patient is reached maximal medical improvement. His discharge diagnosis is soft tissue injury with pre-existing degenerative condition secondary to morbid obesity.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:
If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

**Follow Up Examination**

**PATIENT:** George Pervin
**DOB:**

**Date of Service:** 5/15/2018
**Age:** 48 year(s)

**Referring Physician:** Not Referred By
**Other Physicians:**

**Chief Complaint:** Neck, left arm and low back pain.

**History of Present Illness:** George Pervin presents today for a follow-up visit. The patient has been diagnosed with cervical herniated disc, cervical degenerative disc, cervial and lumbar spondylosis, lumbar degenerative disc. The patient has been treated with Toradol IM injection, Ibuprofen 800mg and referral to physical therapy. Patient denies neck, arm and leg pain. He quantifies his low back pain as 3 out of 10. Patient presented to another physician for evaluation. He presents with MRI lumbar spine for review.

**Medications:**
allopurinol (Dosage: 300 mg|tablet)
HCTZ (Dosage: |)
ibuprofen (Dosage: 800 mg|tablet SIG: Take 1 tablet by mouth three times a day after meals Dispense: 90 Refills: 2)
levothyroxine (Dosage: 50 mcg|tablet)
losartan (Dosage: 100 mg|tablet)
lovastatin (Dosage: 40 mg|tablet)
meloxicam (Dosage: 15 mg|tablet)
metformin (Dosage: 500 mg|tablet extended release 24hr)
tizanidine (Dosage: 4 mg|capsule)
tramadol (Dosage: 50 mg|tablet SIG: Take 1-2 tablet every four to six hours Dispense: 60 Refills: 1 Note: For Pain)

**Allergies:** NKDA

**REVIEW OF SYSTEMS:**
Unchanged

**PHYSICAL EXAM:**
Vitals:
HEIGHT / LENGTH: 5' 7.5"
PULSE: 79
B/P 210/110

Observation:
- Gait: Reciprocal, no limp.
- Posture: Normal.
- List: None.
- Curvature: Normal alignment.

Palpation:
- Skin: Normal, without lesions.
- Muscle: No spasms, no tenderness, no atrophy.
- Bone: No tenderness to percussion.

Range of Motion:
- Cervical: Able to touch chin to chest, extension 20°, left rotation 60° and right rotation 50°
- Thoracic: Full, good chest expansion.
- Lumbar: Full.

Neurologic:

Motor (0-5):

| | Right | Left | |
|---|---|---|---|
| C5: | 5 | 5 | Deltoid, biceps |
| C6: | 5 | 5 | Extensor carpi radialis longus and brevis |
| C7: | 5 | 5 | Triceps |
| C8: | 5 | 5 | Flexor digitorum profundus |
| T1: | 5 | 5 | Interossei |
| L2: | 5 | 5 | Iliopsoas |
| L3: | 5 | 5 | Quadriceps |
| L4: | 5 | 5 | Tibialis anterior |
| L5: | 5 | 5 | Extensor hallucis longus |
| S1: | 5 | 5 | Gastrochemius |

Anal: Present

Sensory (absent, impaired, normal):

Light touch: Normal

Pin prick: Slight decreased sensation right L4

Additional Tests:

| | |
|---|---|
| Hoffmans: | Negative |
| Clonus: | Negative |
| Babinski: | Negative |
| Toe rise and walk: | Yes |
| Heel walk: | Yes |
| Sitting root test: | Negative |
| Reinforced sitting root test: | Negative |
| Gowers sign: | Negative |

**Imaging:** Patient presents with an MRI scan lumbar spine which was performed on May 7, 2018. MRI scan demonstrates loss of hydration of the lower 4 lumbar discs. At L4-5 there is severe central spinal stenosis secondary to a contained central disc herniation, facet spondylosis and hypertrophic ligamentum flavum. At L5-S1 there is also foraminal stenosis bilaterally. The report indicates that the patient had a previous MRI scan performed November 6, 2014 and that this MRI scan demonstrates progression of the spinal stenosis but not progression of the disc herniation. Thus it would appear that the patient has progression of his life disease-spinal stenosis, degenerative spondylolisthesis, degenerative disc disease and spondylosis.

**Electrodiagnostics:**

**ASSESSMENT:**

**Diagnosis:**

M48.06-Spinal stenosis, lumbar region
M43.16-Spondylolisthesis, lumbar region
M47.896-Spondylosis, lumbar region
M51.36-Lumbar Degenerative Disc
M51.26-Lumbar herniated disc
M54.2-Neck Pain
M54.5-Low back pain
M50.20-Cervical HNP
M47.892-Spondylosis, cervical region
M50.32-Mid-Cervical spine degenerative disc disease
E66.9-Obesity, unspecified

**PLAN:**

**PRESCRIPTION:** No data for Prescription

At this point and time I have no objection to the patient undergoing the proposed series of epidural steroid injections for treatment of spinal stenosis. The diagnosis of spinal stenosis, DDD, degenerative spondylolisthesis and spondylosis are reflection of the aging of the patient's spine secondary to his age, vocation and morbid obesity. Patient will probably require decompression and fusion.
Patient previously been released to return to work regular duties.
Weight loss
Work status not working.
Discussion of nonoperative, surgical and pain management treatment options.
Side effects and benefits of medications discussed with patient, if given.
Return for follow-up visit on further request.

Recommendation for diagnostic studies if patient develops neurological deficit, worsening of symptoms, and/or lack of improvement.

Patient precautions:

If pain, numbness, paraesthesias, weakness, bowel or bladder abnormalities occur notify physician office immediately.

Caution: This note was generated using voice recognition software. Some incorrect words or phrases may have been missed during proofreading. Please interpret accordingly.

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

Date:
Zip Code ____
Telephone Number ____
Date of Birth: ____

HOWARD B. COTLER, MD

# Gulf Coast Spine Care, Ltd.

## HEALTH HISTORY QUESTIONNAIRE

All questions contained in this questionnaire are strictly confidential and will become part of your medical record.

Name (Last, First, M.I.): Pervin, George A. ☐ M ☐ F AGE:

Marital status: ☐ Single ☑ Married ☐ Divorced ☐ Widowed Occupation:

Referring doctor: DR Awa Hwy 6 Missouri City Address: Phone #: 281-403-8660 Fax #:

Primary care doctor: DR Jennings Alvin Address: Phone #: 281-388-3700 Fax #:

Preferred Pharmacy: Address: Phone #: Fax#:

PREVIOUS TREATMENT FOR BACK OR NECK DR Awa Steroids

☐ NONE (4 yrs ago Hydrocodone + Rest w Ibuprofen)

☐ PHYSICIAN'S NAME: DR Awa

| They prescribed: | NO HELP | SOME RELIEF | MUCH RELIEF |
|---|---|---|---|
| ☐ MEDICATIONS: (Give Names) | ☑ | ☐ | ☐ |
| ☑ Anti-inflammatories: | ☑ | ☐ | ☐ |
| ☑ Muscle Relaxers | ☐ | ☑ | ☐ |
| ☑ Pain Medications | ☑ | ☐ | ☐ |
| ☐ Others | ☐ | ☐ | ☐ |
| ☑ Physical Therapy | ☐ | ☑ | ☐ |
| ☐ Traction | ☐ | ☐ | ☐ |
| ☐ Exercises | ☐ | ☐ | ☐ |
| ☐ Injections: Describe | ☐ | ☐ | ☐ |
| ☐ Manipulations (Osteopath) | ☐ | ☐ | ☐ |
| ☐ Chiropractor's Name: | | | |
| ☑ Heat ☑ Ice | ☐ | ☑ | ☐ |
| ☐ SPINE SURGERY (Age ____) Describe: | | | |

☑ I have had the following test:
☑ Regular X-rays ☐ Discogram
☑ MRI ☐ EMG
☐ Myelogram ☐ OTHER:

I have seen other doctors for my condition:
List types of doctors and who they were:
DR Awa Excell clinic
DR orth orthopedic surgeon

JOB HISTORY
☑ Heavy – Lifting over 60 lbs; frequent bending ☑ Medium- Lifting 30-50 lbs
☐ Light – Lifting 10-20 lbs ☐ Sedentary- Sit most of the time; very little lifting ☐ My job is high stress; it makes me tense.

## GENERAL MEDICAL HISTORY

☐ Stomach ulcers ☐ GERD ☐ Colon disease:

Thyroid disease: ☑ Hypothyroid ☐ Hyperthyroid — ☑ High Cholesterol

☐ Hypertension Medication: — ☐ Liver disease Hepatitis:

☑ Diabetes ☐ Insulin dependent Medication(s): Metformin — ☐ Kidney disease

☐ Heart Disease ☐ Valve disease — ☐ Cancer Type?

Lung disease: ☐ Asthma ☐ TB ☐ Emphysema ☐ Pneumonia — ☐ Eye disease:

Blood disorders: ☐ Anemia ☐ Bleeding problems ☐ Leukemia — ☐ Seizures

☐ Arthritis: ☐ Degenerative ☐ Rheumatoid ☑ Gout

☐ Depression ☐ Bipolar ☐ Anxiety ☐ Other________

**List any medical problems that other doctors have diagnosed**

***LADIES***

☐ My periods are normal for me. — ☐ I have been pregnant ______ times; still born ______ times.

☐ I have problems with menstrual periods. — ☐ I have had ______ vaginal deliveries; ______ C-sections.

☐ I have vaginal discharge. — ☐ Problems with deliveries and pregnancies (describe):

I am ☐ menopausal ☐ post-menopausal

☐ I have vaginal bleeding after menopause

☐ Other problems you need to discuss with a doctor:

***MEN***

☐ I have problems with sexual function ☐ I have penis discharge

☐ Other problems you need to discuss with a doctor:

## Past Surgical History

| Year | Surgery | Hospital / Doctor |
|---|---|---|
| | Tonsillectomy | |
| | Appendectomy | |
| | Gall Bladder | |
| | Vasectomy Hysterectomy ☐ Total ☐ Partial | |
| | Prostate operation | |
| | Biopsy: result & type: | |
| | Other: | |
| | Other: | |
| | Other: | |
| | Other: | |
| | Other: | |
| | Other: | |

☐ **NO SURGERY**

**Other hospitalizations**

| Year | Reason | Hospital |
|---|---|---|
| 2011 | Colonoscopy / Fistula | Clear Lake |
| | | |

## PRESENT PROBLEM

**CHIEF COMPLAINT:**

| | |
|---|---|
| How long have you had this problem? | going on Almost 2months |
| What caused the problem? | Trip & then working I guess |
| Wha makes your symptoms worse? | Standing - Alot of Movement - Walking - Driving |
| Do you have any weakness and if so where? | Back - Left hands - neck |
| Do you have any numbness and if so where? | Left Hand (now) |
| What other treatments have you had? | ☑ Medication(s) ☐ Chiropractic care ☑ Physical therapy ☐ Injections |
| Is this a work related problem? | yes |
| Is there any lawsuit regarding the injury? | ? |
| ☑ Injury ☑ On the job | Explain how it happened: Tripped on Cardboard Another partner |
| ☐ Date of injury: 9-24-[illegible] | Had on floor & caught myself from Falling |
| ☐ I don't know how it began | My problem is chronic: It began at age: |
| ☐ I remember an injury. Please describe: | |
| THE FOLLOWING MAKES MY DISCOMFORT *BETTER*: | |
| NECK: ☐ Bed rest ☐ Massage ☐ Heat ☐ Ice | ☐ Stretching/"popping" neck ☑ Nothing helps! ☑ Other: Sitting Helps Neck a little & Back |
| BACK: ☐ Bed rest ☑ Decreased activities | ☐ Bending forward ☐ Bending backwards ☑ Nothing helps ☐ Other: |
| THE FOLLOWING MAKES MY DISCOMFORT *WORSE*: | |
| NECK: ☑ Activity ☑ Bending neck Forward | ☑ Bending neck backward ☑ Bending neck left ☑ Bending neck right ☐ Other: |
| BACK: ☑ Activity ☑ Bending forward ☑ Bending Backward | ☐ Sitting ☑ Standing ☑ Walking ☑ Sneeze/Cough/Strain to go to the bathroom ☑ Other: Clearing myself after Bowel Movement |

## I ALSO HAVE THE FOLLOWING PROBLEMS

☑ *Specific weakness* of muscles in my arms or hands

☐ *Generalized weakness* of arms or hands due to pain or discomfort

☐ Numbness in: ☐ arms ☐ hands ☐ legs ☐ feet ☐ toes

☑ Tingling in: ☐ arms ☑ hands ☐ legs ☐ feet ☐ toes

☑ *Specific weakness* of legs due to pain and discomfort

☑ *Generalized weakness* of legs due to pain and discomfort

☑ My legs ☐ Fatigue ☐ Hurt when walk too far.
☑ This is relieved by resting my legs
I can walk: ☑ Less than a block. ☐ 1-2 blocks ☐ more than 3 blocks.

☐ Trouble with my bladder (urine) ☐ I can't empty bladder ☐ Loss of urine (accidents)

☐ Trouble with bowels: ☐ Constipation ☐ Loss of control (accidents)

☑ My pain is worse at night!

☑ My pain awakens me from sleep.

## Major Injuries

☑ Auto or cycle accidents, etc. (describe): Auto Accident In 1990

☐ No Major Injuries

## Medications (list your prescribed drugs)

| Name the Drug | Dose (mg) | Frequency Taken | More Medications: |
|---|---|---|---|
| Metformin | 500 mg | 1 x DA | |
| Tizanidine | 4 mg | 1x maybe 2-3 wk | |
| Tramadol | ~~3x Day~~ 50 mg | 3x Day | |
| Losartan Pot | 100 mg | 1x Day | |
| Meloxican | 15 mg | 1x Day | |
| Lovastatin | 40 mg | 1 " " | |
| HCTZ | 12.5 mg | 1 x Day | |
| Allopurinol | 300 mg | 1 x Day | |
| Levothyroxin | 50 mg | 1 x Day | |
| | | | |
| | | | |
| | | | ☐ Aspirin ☐ Blood thinners |

## Allergies to medications

☐ Penicillin Reaction: ________ ☐ Sulfa Reaction: ________ ☐ Keflex Reaction: ________ ☐ Codeine Reaction: ________

| Name the Drug | Reaction You Had | Name the Drug | Reaction You Had |
|---|---|---|---|
| | | | |
| | | | |

## SOCIAL HISTORY

ALL QUESTIONS CONTAINED IN THIS QUESTIONNAIRE ARE OPTIONAL AND WILL BE KEPT STRICTLY CONFIDENTIAL.

| | | | |
|---|---|---|---|
| Exercise | ☑ Sedentary (No exercise) | | |
| | ☐ Mild exercise (i.e., climb stairs, walk 3 blocks, golf) | | |
| | ☐ Regular vigorous exercise (i.e., work or recreation 4x/week for 30 minutes) | | |
| Alcohol | Do you drink alcohol? | ☐ Yes | ☑ N |
| | How many drinks per week? | | |
| | Are you concerned about the amount you drink? | ☐ Yes | ☑ N |
| Tobacco | Do you use tobacco? | ☑ Yes | ☐ N |
| | ☐ Cigarettes – pks./day<br>☑ Chew/Dip tobacco - can/day ☐ # of years ☐ Or year quit | | |
| Drugs | Do you currently use recreational or street drugs? | ☐ Yes | ☑ N |
| Drugs | Have you ever given yourself street drugs with a needle? | ☐ Yes | ☑ N |
| Sex | Are you sexually active? | ☐ Yes | ☑ N |
| | If yes, are you trying for a pregnancy? | ☐ Yes | ☑ N |
| Personal Safety | Do you live alone? | ☐ Yes | ☑ N |
| | Do you have frequent falls (in the past 6 months)? | ☐ Yes | ☑ N |
| | Do you have vision or hearing loss? | ☐ Yes | ☑ N |

## FAMILY HEALTH HISTORY

| | AGE | SIGNIFICANT HEALTH PROBLEMS | | AGE | SIGNIFICANT HEALTH PROBLEMS |
|---|---|---|---|---|---|
| Father | | ☑ Deceased | Children | ☐ M ☐ F | |
| Mother | [illegible] | ☐ Deceased | | ☐ M ☐ F | |
| Sibling(s) | ☑ M ☐ F | | | ☐ M ☐ F | |
| | ☐ M ☐ F | | | ☐ M ☐ F | |

Members of my family suffer with the following condition:

☐ Stroke ☑ High Blood pressure ☑ Diabetes ☑ Arthritis ☑ Heart Trouble ☐ Back problems ☐ Lung disease

☐ I don't know ☑ Cancer; type(s): Pancretic - 2 ☐ Other:

## SYSTEMS REVIEW

Check if you have, or have had, any symptoms in the following areas to a significant degree and briefly explain.

| | | |
|---|---|---|
| ☐ **Constitutional** Fever, Weight loss/gain | ☐ **Chest/Heart** Chest pain, Palpitations | ☑ **Neurological** Memory changes, Difficulty walking, Slurred speech, Numbness |
| ☑ **Head/Neck** Neck pain, Headaches — Since the incident 9-27-17 | ☑ **Back** Lower back pain — since incident gotten worse | ☐ **Endocrine** Cold/heat intolerance, Excessive thirst |
| ☐ **Ears / Nose** Hearing loss, Ringing, Nose bleeding | ☐ **Gastrointestinal** Nausea/vomiting, Abdominal pain, Rectal bleeding | ☐ **Hematological** Easy bleeding or bruising, Lymph node swelling |
| ☐ **Eyes** Eye pain/burning, Loss of vision, Double Vision | ☐ **Genitourinary** Urinary frequency, Burning with urination, Sexual function problems | ☐ **Psychiatric** Depression, Anxiety, Psychosis |
| ☐ **Throat** Sore throat | ☐ **Skin** Rashes or lesions: | ☐ **Lungs** Shortness of breath, Cough |

## MENTAL HEALTH

| | | |
|---|---|---|
| Is stress a major problem for you? | ☐ Yes | ☑ No |
| Do you feel depressed? | ☐ Yes | ☑ No |
| Have you ever attempted suicide? | ☐ Yes | ☑ No |
| Do you have trouble sleeping? | ☑ Yes | ☐ No |

Patient Signature [signature]  Date 11-21-17

ACHE- AAA NUMBNESS- NNN PINS & NEEDLES- PPP BURNING- BBB STABBING-SSS

## Pain diagram

*Please shade in the areas where you are having pain:*



FRONT BACK

On a scale of 1-10 (with 10 being the most pain) please rate your pain TODAY:

| | | | |
|---|---|---|---|
| Lower Back Pain | 6 | | |
| Neck Pain | 8 | | |
| Leg Pain | 4 | R | L |
| Arm Pain | 6 | R | L |

# Aquatic Care® Programs, Inc.

*Comprehensive Physical Therapy & Rehabilitation, Land & Pool*

## PHYSICAL THERAPY EVALUATION

Name: George Pervin  Age: 47  DOB: ______  Date: 12.8.17
Dx: M54.2/M54.5/M50.10/ M50.32  Referring Dr.: Howard Cotler
PT Orders: Eval and Treat  Occupation: Butcher
PMHx: DM-II, HTN  Currently working? NO
PSHx: NO significant
Contraindications/Precautions: pt. stated none at this time.
BP: 155/98 Ⓛ arm  Weight: 395  Height: ______

SUBJECTIVE EXAM:
Date of onset: 9/24/17  Date of surgery: ______
Mechanism of Injury/Chief complaint:
- pt. tripped at work and hurt low back, neck started hurting 3 days later.
- pt. has been feeling better since injury
- dizziness reported c ADLs pt. denied nausea, vomiting
- pt. has been receiving land PT since injury
- pt. has had a cough for 2 weeks, per pt. report M.D. believes it is 2° allergies

Regular Exercise? ______

Pain Intensity Rating: 0—1—(2)—(3)—4—5—6—(7)—8—9—10 (circled: best, at time of eval, worst)

Activity when best: Rest  worst: ______
Constant / Intermittent  Disturb sleep? (y) n

Activities ↑↓ pain:
↓ Sitting  ↑ Standing  ___ Lying
↑ Bending  ___ Walking  ___ Time of Day
___ Cough  ___ Sneeze  ___ Lifting  ___ Other



▓ Pain  /// Numbness  ⊞ Tingling

Medications: ______
X-ray/MRI/Other: ARCK - degeneration, x-Ray back - degeneration
Referred Pain/Numbness: Ⓛ hand CTS, Ⓡ UE, Ⓡ CTS
Bladder/bowel loss: ______  Glove/stocking anesthesia: ______
Palpation: ______

OBJECTIVE EXAM:
Posture/Gait: ↓ gait speed, ↓ weight shift onto Ⓛ, forward head
Skin/Scar Tissue: Intact

### Upper Extremities

| Left ROM | Left Str | | Right ROM | Right Str | UE WNL range |
|---|---|---|---|---|---|
| | 5 | Shdr Shrug | | 5 | |
| 130* | 3- | Shdr Flex | 122* | 3- | 0-180° |
| 100* | 3- | Shdr Abd | 105* | 3- | 0-180° |
| 65 | 5 | Shdr ER | 65 | 5 | 0-90° |
| 61 | 5 | Shdr IR | 61 | 5 | 0-70° |
| | 5 | Elbow Flex | | 5 | 0-140° |
| | 5 | Elbow Ext | | 5 | 150°-0 |
| | NT | Wrist Flex | | 5 | 0-80° |
| | NT | Wrist Ext | | 5 | 0-70° |
| | | Thumb Ext | | | 50° |
| | | Interossei | | | |
| | 62 | Grip | | 102 | |

Red

### Lower Extremities

| Left ROM | Left Str | | Right ROM | Right Str | LE WNL range |
|---|---|---|---|---|---|
| 62 | 5 | Hip Flex | 66 | 5 | 0-135° |
| | | Hip Ext | | | 0-20° |
| | | Hip Abd | | | 0-45° |
| | | Hip IR | | | 0-45° |
| | | Hip ER | | | 0-45° |
| | 5 | Knee Ext | | 5 | 0° |
| | 5 | Knee Flex | | 5 | 0-135° |
| | 5 | Ankle DF | | 5 | 0-20° |
| | | Ankle PF | | | 0-50° |
| | | Hallux Ext | | | 0-30°-50° |
| 55 | | SLR | | 40 | 0-70°-80° |

(* = Pain)

— 1/4 bridge — pt. was unable on table, couldn't complete s/L or prone ex

ⓇL handed:  Heel Walk: ______  Toe Walk: ______

Corporate Office: 8403 Wyndbrook St. Houston, TX 77061
HOUSTON Office Phone: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office Phone: 713-454-6000 ext. 200 Fax: (713) 454-6081
1910 First St. Humble, TX 77338 www.AquaticCare.net

**Physical Therapy Evaluation** Patient Name: George Pervin Date: 12/8/17 Page 2

**Spine/Trunk**

Str: Upper Abs: NT 2° discomfort on table
Lower Abs:
Upper extensors:
Lower extensors:

ROM: L=Lumbar C=Cervical (L)

FB 0-90° 75%
SBL 0-30° 75%
SBR 0-30° 75%
LR 75%
RR 75%
OB 0-30° 75%

Sensation: Intact / Impaired:

CERVICAL (R) ROT 0-80° 45°
FLEX 0-60° 38°
EXT 0-60° 23°
LAT FLEX 0-30° (L) 30 (R) 28

Special Tests: Vertebral Artery
Slap squeeze – pain after 5 seconds, weak postural muscles
Alar ligament (–), vertebral artery (–)

Additional Findings: TUG – 16 seconds
5x sit to stand 15 seconds, pt. reported fatigue.

**ASSESSMENT:**

Pt is a 47 y/o M referred to P.T. for dx: M54.2/ M54.5/ M50.20/ M50.32 presenting with the following problems and functional deficits:

1. pain limiting ADLs and work
2. Pt. is deconditioned
3. ↓ functional abilities
4. ↓ gait speed
5. ↓ ROM – cervical, lumbar, UEs and LE
6. ↑ fall risk 2° TUG and history of a fall
7. Impaired posture
8.

✓ Pt. would benefit from skilled physical therapy to improve the identified problems above to assist with restoring their functional status towards meeting the goals established below.

Pt.'s willingness to accept care and rehab attitude: good

Additional comments: Pt. states he wants to improve and had good motivation.
- Pt. was fairly easily fatigued after eval.

**GOALS:**

✓ Pt. will consistently attend P.T. 3 x/week and tolerate 2 hours without ↑'d pain or fatigue.
✓ Pt. will report VAS pain level consistently < 3 /10, with reports of worst pain episodes < 4 /10.
✓ ROM will increase by 10 - 20 in areas of noted deficit and/or specifically:
✓ R / L SLR will increase to: (L) 65° (R) 50°
Strength will increase by ______ in areas of noted deficit and/or specifically:
✓ Pt. will tolerate return to work: when cleared by M.D.
✓ Pt. will return to the following functional activities without significant increased pain or fatigue:
↓ TUG to < 13 seconds
↓ 5x sit to stand to < 10 seconds
↓ disability index to < [illegible]

Rehab potential for meeting goals established: good Target:

**PLAN:**

| | | |
|---|---|---|
| ✓ Aquatic PT protocols | ✓ Functional mobility training | ✓ Education/HEP instruction |
| ✓ Land PT protocols | | Ultrasound |
| ✓ Therapeutic Exercises | ✓ Gait training | Paraffin Treatment |
| ✓ Soft tissue mobilization | ✓ Therapeutic massage | ✓ E-stim, TENS |
| ✓ Joint mobilization | ✓ Whirlpool | Iontophoresis |
| ✓ Traction | ✓ Hot/Cold Packs | Other: |

Frequency: 3 X/wk
Duration: 4 wks

Plan established for purposes of:

| | | |
|---|---|---|
| ✓ meeting above goals | ✓ increasing strength | ✓ minimizing edema/inflamm. |
| ✓ maximizing/restoring functional mobility | increasing ROM | ✓ increasing endurance |
| | ✓ decreasing pain | other: |

Goals and treatment plan developed and discussed with the patient: (y) n

INITIAL RX: Evaluate and treat, aquatic PT

[signature] SPT [signature] PT

DISABILITY % 52

Physical Therapist Signature

Referring Provider [signature]

12/8/17 Thanks for the referral! 12/12/17

Date Bryten Dowd Date

Corporate Office:
8405 Wynbrook St.
Houston, TX 77061

HOUSTON Office Phone: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office Phone: 713-454-6000 ext. 200 Fax: (713) 454-6081

1910 First St.
Humble, TX 77338
www.AquaticCare.net

# Aquatic Care® Programs, Inc.

*Comprehensive Physical Therapy & Rehabilitation, Land & Pool*

## PROGRESS NOTE – PHYSICAL THERAPY

Patient Name: George Pervin AGE: 47 DOB: Date: 12/29/17

Diagnosis: M54.2, M54.5, M50.70, M50.? Doctor: Howard Cotler

Number Of Visits Seen: 12 Cancellations: 0 No Shows: 0 Initial Eval: 12/8/17

Subjective: Pt feels better since beginning PT. He able to wash dishes, do laundry and cook. [illegible] a lot less pain [illegible] pt not taking meds [illegible] and only 2 [illegible] a.d.

Objective: (to date):

Current treatment program: ✓ Aquatic Therapy Protocols ____ Land Therapy Protocols

Current functional status:

| ROM: | FB | BB | SBL | SBR | L Rot | R Rot |
|---|---|---|---|---|---|---|
| Cervical | 35 | 30 | 35 | 30 | 50 | 50 |
| Lumbar | 40 | 20 | 20 | 20 | | |

ROM/Strength: Upper Extremities / Lower Extremities

| L ROM/Strength | | R ROM/Strength | L ROM/Strength | | R ROM/Strength |
|---|---|---|---|---|---|
| 155 / 5 | Shoulder flex | 160 / 5 | - / 5 | Hip flex | - / 5 |
| 115 / 5 | Shoulder abd | 115 / 5 | / | Hip ext | / |
| - / 5 | Shoulder IR | - / | / | Hip abd | / |
| - / 4 | Shoulder ER | - / | / | Hip add | / |
| / 5 | Elbow flex | / | / 5 | Knee flex | / 5 |
| / 5 | Elbow ext | / | / | Knee ext | / |
| / | wrist flex | / | / | Ankle df | / |
| / | wrist ext | / | / | Ankle pf | / |
| 70 # | Grip | 90 # | 55 | SLR | 55 |

Abdominal Strength Upper NA Lower 2 5 Extensor Strength Upper Bridge Lower

Activities ↑↓ Pain:

Sitting ____ Standing ____ Walking ____ Bending ____ Lifting ____ Lying ____ Cough/Sneeze ____ Other ____

Time of day: AM ____ PM ____ Referred Pain? Yes No

Pain Level: Current 2-4/10 Least 2-4/10 Worst 6/10

Overall Function: Increased ____ Decreased ____ No Change ____

# 0 sit → stands in 25 sec 5x TUG 11 sec

Assessment:

Patient Status/Overall Progression to Date: Improved functional testing, ↑ mobility, ↑ function overall, ↑ (B) UE AROM & strength. Same [illegible] in neck AROM, all ROM is functional. Pt is compliant and motivated. Rec 3x4 aquatic PT

Patient Goals: Completely Met 4/7 Partially Met 2/7

1/7 not met

Plan/ Recommendations:

✓ Partial Goals Met, Good Rehab Potential, Continue

____ Goals Unmet, Good Rehab Potential, Continue Program

____ Goals Unmet, Poor Rehab Potential, Alter or D/C Therapy

____ Goals Fully Met, D/C

____ [illegible] / Maximal Potential Reached, D/C

DISABILITY % 45

Physical Therapist Signature

Thanks for the referral

Corporate Offices: 8405 Wynbrook St. Houston, TX 77061

HOUSTON Office Phone: 713-454-6000 ext. 100 Fax: (713) 454-6081

HUMBLE Office Phone: 713-454-6000 ext. 200 Fax: (713) 454-6081

1910 First St. Humble, TX 77338 www.AquaticCare.net

# Aquatic Care® Programs, Inc.

*Comprehensive Physical Therapy & Rehabilitation, Land & Pool*

## Discharge Summary – Physical The

Patient Name: George Pervin DOB: Date 2 / 5 / 18

Doctor: Howard Cotler Diagnosis: M54.2 M54.5, M50.701, M50.32

Start of Care Date: 12·8·17 → 1·5·18 Number of visits seen: 12 Number of cancels: 0

Subjective: Pt tripped at work and hurt low back neck. started hurting 3 days later.

Objective:
Prior functional status/deficits: Pain limiting ADLs and work, pt is deconditioned, ↓ functional abilities, ↓ gait speed, ↓ROM - cervical / lumbar / LE's / UE's, ↑ fall risk 2° TUG and history of fall. Impaired posture

Treatment program included:

- ✓ Aquatic PT protocols
- ✓ Kinetic Exercises
- ✓ Education/HEP instr.
- ✓ Land PT protocols
- (Functional mobility training)
- ___ Ultrasound
- ✓ Therapeutic Exercises
- ✓ Gait training
- ___ Paraffin Treatment
- ✓ Soft tissue mobilization
- ___ Therapeutic Massage
- ✓ E-stim, TENS
- ✓ Joint mobilization
- ✓ Whirlpool
- ___ Iontophoresis
- ✓ Traction
- ✓ Hot/Cold Packs
- Other:

Functional status upon discharge: Improved functional testing ↑ mobility, ↑ function overall, ↑ (B) shld AROM + strength, some ↑'s in neck AROM, LB ROM is functional.

Assessment:
Overall progress: Pt is compliant and motivated. Pt progressed well c̄ ↑ ROM, ↑ strength, ↑ function.

Goals: (M = met, U = unmet) M: 4/7
Partially met: 3/7
U: 0/7

DISABILITY % 45

Reason for Discharge:

- ___ All goals met
- ___ Pt. status plateaued, no further PT indicated
- ___ MD orders for PT D/C
- ___ Pt. refusing further PT services
- ___ Pt. noncompliant with keeping appointments
- ✓ Other: Work conditioning elsewhere.

Final D/C Recommendations: Follow MD orders

[signature] PTA [signature] PT
Physical Therapist Signature

Corporate Offices:
8405 Wynbrook
Houston, TX 77061

HOUSTON Office: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office: 713-454-6000 ext. 200 Fax: (713) 454-6081

1910 First St.
Humble, TX 77338
www.aquaticcare.net

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 1**

**Patient's Name:** George Pervin

**DOB:** ______

**DATE & TIME OF EVALUATION:** 10-11:30 **DATE OF INJURY:** 9-24-17

**NEXT DOCTORS APPOINTMENT:** ______

**DIAGNOSIS:**
M47.898, M47.892, E66.9, M64.2, M54.5, M50.20, M50.32, M51.36

**OBSERVATION:**

| | | |
|---|---|---|
| PATIENT WAS ON TIME | YES X | NO ___ |
| COOPERATIVE | YES X | NO ___ |
| APPROPRIATELY DRESSED | YES X | NO ___ |

**CURRENT MEDICAL HISTORY** (to include task, weight, sensation, time of day, accident reported, continued working, medical follow-up to injury, date of first visit, findings and recommendations):

Pt. is well know to ACP. He was injured 9-24-17 when he tripped and hurt his neck and LB. He completed 12 visits of aquatic PT and is now referred for work conditioning. His job as a butcher is a Medium PDL. His job duties include standing, walking, lifting 20-30 pounds frequently and 50 pounds infrequently. He must lift the meat from counter top to counter top. He must retrieve meat from the top shelf of the walk in cooler. He works eight hour shifts with a 30 minute lunch break and two 15 minute breaks.

**PATIENT PERCEPTION OF PHYSICAL DEMAND LEVEL:**

| | | | | | |
|---|---|---|---|---|---|
| Sedentary | 10# or less | ___ | Medium | 50# / 25# or less | X |
| Sedentary-Light | 15# / 10# or less | ___ | Medium-Heavy | 75# / 35# or less | ___ |
| Light | 20# / 10# or less | ___ | Heavy | 100# / 50# or less | ___ |
| Light-Medium | 35# /20# or less | ___ | Very-Heavy | over 100# / 50# -100# | ___ |

PAIN LEVEL BEFORE EVALUATION: 2 /10

PAIN LEVEL AFTER EVALUATION: 3 /10

**PERCEPTION OF FUNCTION**

| | | |
|---|---|---|
| Lifting | 30 | pounds |
| Carrying | 30 | pounds |
| Standing | 5-60 | minutes |
| Sitting | 60 | minutes |
| Walking | 5-60 | minutes |

BLOOD PRESSURE 150/98 HEIGHT 5'8" WEIGHT 428#

BEGINNING PULSE 68 MAXIMUM HR ______ TARGET HR FOR CV TESTING ______ O2 99 %

MHR = (220-AGE) THR = (220-AGE) X 85%

(Stop test = diastolic of 120 mmHg or systolic of 200 mmHg)

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 2**

**Patient's Name:** George Pervin

**DOB:** ________

## MANUAL MUSCLE TEST WORKSHEET

ROM: Cervical FB ____ BB ____ SBL ____ SBR ____ L Rot ____ R Rot ____
ROM: Lumbar FB ____ BB ____ SBL ____ SBR ____ L Rot ____ R Rot ____

**ROM/Strength**

| Upper Extremities L ROM/Strength | | R ROM/Strength | Lower Extremities L ROM/Strength | | R ROM/Strength |
|---|---|---|---|---|---|
| ALL WFL / ALL 5/5 | Shoulder flex | ALL WFL / ALL 5/5 | / ALL 5/5 | Hip flex | / ALL 5/5 |
| / | Shoulder abd | / | / | Hip ext | / |
| / | Shoulder ER | / | / | Hip abd | / |
| / | Shoulder IR | / | / | Hip add | / |
| / | Elbow flex | / | / | Knee flex | / |
| / | Elbow ext | / | / | Knee ext | / |
| / | Wrist flex | / | / | Ankle df | / |
| / | Wrist ext | / | / | Ankle pf | / |
| / | Grip | / | 40 | SLR | 60 |

Abdominal Strength: Upper 2 ____ Lower ____ Extensor Strength: Upper ____ Lower ____
Neck Strength: flex ____ ext ____ L Rot ____ L SB ____ R SB ____

| WADDEL' TESTING | POSITIVE/NEGATIVE |
|---|---|
| TENDERNESS | - |
| DISTRACTION | - |
| SIMULATION | - |
| OVERREACTION | - |
| REGIONAL | - |

Patient exhibited 0 ____ of five positive Waddell's Tests for non-organic signs. A finding of three or more is considered clinically significant.

To: 13467014039 From: 17136493378 Date: 04/03/18 Time: 6:32 AM Page: 03
07:22:11 a.m. 04-03-2018 3/9
7134546080

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 3**

**Patient's Name:** George Pervin

**DOB:** ____________

****PLEASE NOTE THAT YOU HAVE THE RIGHT TO STOP THE FOLLOWING TESTS AT ANY TIME. YOU HAVE COMPLETE CONTROL OF THESE TEST. I ALSO HAVE THE OPTION TO STOP THESE TEST AT ANYTIME FOR ANY OF THE FOLLOWING REASONS:**

1. UNSAFE ACTIVITY
2. POOR BODY MECHANICS
3. LOSS OF CONTROL

**FOLLOWING EACH TEST I WILL ASK HOW YOU FEEL AND WHY YOU CHOSE TO STOP ANY TEST. I AM INTERESTED IN ANY COMPLAINTS OF PAIN, FATIGUE, FEAR, ETC. I CANNOT GIVE AN INTERPRETATION AT ANY TIME DURING THE EVALUATION.****

**GRIP STRENGTH:** Right handed X Left handed ____

| RIGHT | | | LEFT | | | GRIP STRENGTH NORMS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOTCH 1 | 75 | # | NOTCH 1 | 80 | # | AGE | 20 | 30 | 40 | 50 | 60 | 70 | 80 |
| NOTCH 2 | 85 | # | NOTCH 2 | 80 | # | | | | | | | | |
| NOTCH 3 | 85 | # | NOTCH 3 | 95 | # | MALE R | 125 | 120 | 115 | 100 X | 95 | 85 | 80 |
| ~~NOTCH 2~~ | | # | ~~NOTCH 3~~ | | # | MALE L | 117 | 115 | 100 | 85 X | 85 | 80 | 70 |
| NOTCH 4 | 80 | # | NOTCH 4 | 65 | # | | | | | | | | |
| NOTCH 5 | 70 | # | NOTCH 5 | 70 | # | FEMALE R | 65 | 60 | 57 | 55 | 51 | 50 | 48 |
| ~~NOTCH 3~~ | | # | ~~NOTCH 2~~ | | # | FEMALE L | 58 | 53 | 52 | 50 | 48 | 46 | 42 |

**VALIDITY/ INVALIDITY:** Test considered valid if there is less than a 20% variation in the readings

Right: Valid X Invalid ____
Comments: ____

LEFT: Valid X Invalid ____
Comments: ____

**SITTING POSTURE/ TOLERANCE:** 30 minutes 68 heart rate
Comments: NO DISTRESS

**STANDING POSTURE/TOLERANCE** 15 minutes 70 heart rate

**PLUM LINE:** ant dev____ post dev____ Rot. Counterclock____ Rot. Clockwise____ kyphosis____
Lordosis____ scoliosis____ ant pelvic tilt____ sway____ flatback____

Comments: NO MARKED DEVIATIONS.

**GAIT ANALYSIS: STANCE: (60%)** Heel Strike: ____ Mid Stance: ____ Push Off: ____
SWING: (40%) Early (toe off, pick up) ____ Late (reach) ____

Comments: No marked deviations.

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 4**

**Patient's Name:** George Pervin

**DOB:**

**FUNCTIONAL STRENGTH TESTING:** Instruct in proper body mechanics. Observe body mechanics used by patient and check appropriate box. Detailed descriptions for any body mechanics rating given at a level of "fair" or below will be provided in the Comments section.
*Make note of body mechanics, muscle recruitment, weight shift and postural changes.*

| MAXIMUM FLOOR TO KNUCKLE | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 68 | HR AFTER | 98 | WEIGHT | 25 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | 92 | WEIGHT | 50 | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | 96 | WEIGHT | 75 | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | | x |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | | x |

COMMENTS: C/o burning in his back.

| MAXIMUM KNUCKLE TO SHOULDER | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 68 | HR AFTER | 86 | WEIGHT | 10 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | 90 | WEIGHT | 25 | GOOD | X | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | 90 | WEIGHT | 35 | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | x | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | x | |

COMMENTS:

| MAXIMUM SHOULDER TO OVERHEAD | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | [illegible] | WEIGHT | 40 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | x | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | x | |

COMMENTS: C/o burning in LB. Pt. stopped test due to fear of lifting more weight and re injury.

| FREQUENT FLOOR TO KNUCKLE | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | 105 | WEIGHT | 60 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | | x | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | | | x |

COMMENTS: C/o burning in LB

| FREQUENT KNUCKLE TO SHOULDER | | | | | | | BODY MECHANICS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 68 | HR AFTER | 80 | WEIGHT | 25 | EXCELLENT | | FAIR | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | GOOD | x | POOR | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | MIN | MOD | MAX |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | MUSCLE REC | x | | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | WT. SHIFT | x | | |

COMMENTS:

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 5**

**Patient's Name:** George Pervin

**DOB:** ______

## FUNCTIONAL STRENGTH TESTING (CONTINUED)

**FREQUENT SHOULDER TO OVERHEAD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | 92 | WEIGHT | 35 | | |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | | | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | | | |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | | | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | | | |

COMMENTS: ______

**BODY MECHANICS**

| | | | | |
|---|---|---|---|---|
| EXCELLENT | | FAIR | | |
| GOOD | x | POOR | | |
| | MIN | MOD | MAX | |
| MUSCLE REC | x | | | |
| WT. SHIFT | | x | | |

**CARRYING**

| | | | | | | |
|---|---|---|---|---|---|---|
| LIFT 1 | HR BEFORE | 70 | HR AFTER | 104 | WEIGHT | 75 |
| LIFT 2 | HR BEFORE | | HR AFTER | | WEIGHT | |
| LIFT 3 | HR BEFORE | | HR AFTER | | WEIGHT | |
| LIFT 4 | HR BEFORE | | HR AFTER | | WEIGHT | |
| LIFT 5 | HR BEFORE | | HR AFTER | | WEIGHT | |

COMMENTS: ______

**BODY MECHANICS**

| | | | |
|---|---|---|---|
| EXCELLENT | | FAIR | |
| GOOD | X | POOR | |
| | MIN | MOD | MAX |
| MUSCLE REC | | | x |
| WT. SHIFT | | | x |

## JOB SPECIFIC FUNCTIONAL TESTING ______

TASK:

COMMENTS:

**BODY MECHANICS**

| | | | |
|---|---|---|---|
| EXCELLENT | | FAIR | |
| GOOD | | POOR | |

TASK:

COMMENTS:

**BODY MECHANICS**

| | | | |
|---|---|---|---|
| EXCELLENT | | FAIR | |
| GOOD | | POOR | |

TASK:

COMMENTS:

**BODY MECHANICS**

| | | | |
|---|---|---|---|
| EXCELLENT | | FAIR | |
| GOOD | | POOR | |

**CRAWLING:** Crawling on hands and knees for 12 feet forward and then 12 feet backward.,

HEART RATE BEFORE: 80 AFTER: 101 TIME: 36 SEC

Standing to Crawl Position: X 3-point ____ deep squat ____ 4 point ____

Crawl to stand: X 3-point ____ deep squat ____ 4 point ____

Crawl: ____ symmetry ____ head position ____ hands ____ elbows ____ shoulders ____ spine ____ hips ____ knees ____ feet

Comments: Pt. used shelving to assist with getting to floor and getting up from floor. C/o LB and coccyx pain.

**LADDER CLIMBING TEST:** Climbing two steps up, then down. Count sets completed in one minute.

HEART RATE BEFORE: 76 AFTER: 126 TIME: 47 SEC

X R foot lead ____ L foot lead ____ L&R foot lead ____ hand position ____ hands ____ elbow ____ shoulders ____ spine ____ hips ____ knees ____ feet

Comments: Pt. stopped test at 47 sec due to SOB and a twitch in his back. The test should last 60 seconds.

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 6**

**Patient's Name:** George Pervin

**DOB:** ____________

| **ISOMETRIC PUSH:** | **ISOMETRIC PULL:** |
|---|---|
| Push 1 135 # ☑ | Pull 1 90 # ☑ |
| Push 2 100 # ☐ | Pull 2 90 # ☐ |
| Push 3 80 # ☐ | Pull 3 85 # ☐ |
| Comments: | Comments: |

| **COORDINATION:** | **REACHING:** |
|---|---|
| Right hand ____ Left hand ____ | Above shoulders WNL Below waist ____ |
| Right LE 38 seconds Left LE 60 seconds | Horizontal ____ |
| Comments: Single leg stance. C/o burning in R LE. | Comments: ____ |

**SENSATION** Comments:

**CARCIOVASCULAR FUNCTION BASED ON YMCA BIKE EROGMETER PROTOCAL:** SCORE DID NOT FINISH

HEART RATE 97

Pt stopped test at 6 minutes due to SOB and burning sensation in feet and LB.

**POST-EVALUATION PHYSICAL DEMAND LEVEL:**

| | | | |
|---|---|---|---|
| Sedentary | ____10# or less | Medium | ____50#/25# or less |
| Sedentary-Light | ____15#/10# or less | Medium-Heavy | x 75#/35# or less |
| Light | ____20#/10# or less | Heavy | ____100#/50# or less |
| Light-Medium | ____35#/20# or less | Very-Heavy | ____over 100#/50#-100# |

**SUMMARY OF ADL'S:** Pt. reports difficulty with lifting heavy weights.

**JOB SPECIFIC LIMIATION/ RTW PLANNING:** Pt's poor endurance limits him from RTW.

**CURRENT PAIN LEVEL: "0" BEING NO PAIN AND "10" BEING EXCRUCIATING** 3

0 1 2 3 4 5 6 7 8 9 10

**AQUATIC CARE PROGRAMS, Inc.**
**Functional Capacity Evaluation, pg. 7**

**Patient's Name:** George Pervin

**DOB:**

**VALIDITY/ CONSISTENCY: (Overall ROM, grip, distraction, ADL's)**

All tests valid and consistent. His grip strengths show a bell shaped curve and all testing parts caused significant heart rate increase.

**ASSESSMENT OF WEAKNESSES:**

1. Poor cardiovascular endurance.
2. Chronic LBP with exertion.
3. Decreased core strength.
4. Decreased R LE balance.
5. Decreased B SLR ROM.
6. Morbid obesity

**ASSESSMENT OF STRENGTHS:**

1. Pt. is pleasant and cooperative.
2. Pt. is functioning at a Medium-Heavy PDL for a Medium PDL job.

**RECOMMENDATIONS:**

Although pt. is functioning at a Medium-Heavy PDL, his poor cardiovascular conditioning would limit his ability to work an eight hour day. It is therefore recommended he begin work conditioning five days a week for two weeks at four to six hours a day to assist with pain management, increase endurance, core strength and balance to assist him with RTW as a butcher.

**Licensed Therapist's Signature:** **Date:** 4-2-2018

**Physician's Signature:** **Date:** 4/3/18


7134546080 07:24:07 a.m. 04-03-2018 8/9
To: 13467014039 From: 17136493378 Date: 04/03/18 Time: 6:32 AM Page: 08

George Pervin DOB -

## Work Conditioning Weekly Goals

| | Short Term | | | | Long Term |
|---|---|---|---|---|---|
| | Week 1 | Week 2 | Week 3 | Week 4 | Weeks 2 |
| 1. Patient able to lift _____ pounds from floor to waist. | | | | | |
| 2. Patient able to lift _____ pounds from waist to shoulder. | | | | | |
| 3. Patient able to lift _____ pounds from shoulder to overhead. | | | | | |
| 4. Patient able to lift _____ pounds from floor to waist 5 times. | | | | | |
| 5. Patient able to lift _____ pounds from waist to shoulder 5 times. | | | | | |
| 6. Patient able to lift _____ pounds from shoulder to overhead 5 times. | | | | | |
| 7. Patient able to carry _____ pounds 100 feet. | | | | | |
| 8. Patient able to stand _____ minutes. | | | | | |
| 9. Patient able to climb two rungs of a ladder for 15 sets in one min. | | | | | |
| 10. Patient able to ~~tolerate~~ 6 hrs of work conditioning | | | | | |
| 11. Pt able to walk at 3.0 mph x 30 min on TM | | | | | |
| PDL FUNCTION Medium | | | | | |

Aquatic Care® Programs, Inc.
Comprehensive Physical Therapy & Rehabilitation, Land & Pool

# Discharge Summary – Physical Therapy

Patient Name: George Pervin DOB: ___ Date: 5/10/18

Doctor: Howard Cotler Diagnosis: M47896, M47892, E669, M542, M545, M54020 M50 32 M5136

Start of Care Date: 12.8.17 – 4/6 Number of visits seen: 16 Number of cancels: 0

Subjective: Pt tripped at work and hurt low back, neck. Has dizziness

Objective:
Prior functional status/deficits: Deconditioned, ↓ functional abilities, ↓ gait speed, ↓ Rom. cervical, lumbar, UEs and LE, ↑ fall risk, impaired posture.

Treatment program included:

- ✓ Aquatic PT protocols
- ✓ Land PT protocols
- ✓ Therapeutic Exercises
- ✓ Soft tissue mobilization
- ✓ Joint mobilization
- ✓ Traction
- ✓ Kinetic Exercises (Functional mobility training)
- ✓ Gait training
- ___ Therapeutic Massage
- ✓ Whirlpool
- ✓ Hot/Cold Packs
- ✓ Education/HEP instr.
- ___ Ultrasound
- ___ Paraffin Treatment
- ✓ E-stim, TENS
- ___ Iontophoresis
- ___ Other:

Functional status upon discharge: ↑ functional testing, ↑ mobility, ↑ overall function, ↑ (B) shld AROM + strength, some ↑s in neck AROM, LB ROM is functional.
Pt completed 12 visits of PT and 4 visits of work conditioning. WC ↑'d his pain.

Assessment:
Overall progress: Pt is compliant and motivated. Pt progressed well c̄ ↑ Rom, ↑ strength, ↑ function

Goals: (M = met, U = unmet) M = 4/7 PM 3/7 U = 1/7.

DISABILITY % ___

Reason for Discharge:

- ___ All goals met
- ___ Pt. status plateaued, no further PT indicated
- ___ MD orders for PT D/C
- ___ Pt. refusing further PT services
- ___ Pt. noncompliant with keeping appointments
- ✓ Other: RTW, d/c from PT services.

Final D/C Recommendations: Follow HEP, Follow MD orders

[signature] PTA (SB: L. Battles PT
Physical Therapist Signature
[signature] PT

Corporate Offices:
8405 Wynbrook
Houston, TX 77061

HOUSTON Office: 713-454-6000 ext. 100 Fax: (713) 454-6081
HUMBLE Office: 713-454-6000 ext. 200 Fax: (713) 454-6081

1910 First St.
Humble, TX 77338
www.aquaticcare.net

# DEPARTMENT USE ONLY

## Cerner Imaging Exam Report

Facility: LA LEAGUE CITY

Patient Name: **PERVIN, GEORGE A**
MRN: **34344296**
FIN: **343442968501**
Patient Type: **Outpt Diag Services**
Accession No: **18-127-018661**
Exam Date/Time: **05/07/2018 14:55**
Ordering Physician: **LaFleur, Jay Lance MD**
Resident:
Interpreting Physician: **Ginzel, Andrew William MD**
Reason for Exam: **M47.26 Other spondylosis with radiculopathy, lumbar region**

DOB/Age/Sex: **48 Years Male**
Location: **LA LOLA//**
Exam: **Spine lumbar wo contrast MRI**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

**Radiology Report**
MRI LUMBAR SPINE WITHOUT CONTRAST

HISTORY: M47.26 Other spondylosis with radiculopathy, lumbar region - low back pain

COMPARISON: MRI lumbar spine dated 11/06/2014

TECHNIQUE: Multiplanar T1, T2, fluid-sensitive weighted MRI of the lumbar spine without contrast is performed.

FINDINGS:

No fracture is seen. Vertebral body heights are maintained. No aggressive osseous lesion. No discitis/osteomyelitis.

Mild bone marrow edema in the right L5 pedicle is unchanged from the prior exam and likely reactive secondary to severe facet arthrosis. No other bone marrow edema in the lumbar spine. Unchanged diffuse marrow T1 hypointensity.

Multilevel disc degeneration and facet arthrosis resulting in variable multilevel canal stenosis and neural foraminal narrowing.

No paraspinal mass or fluid collection. A 5.2 x 4.0 cm T2 hyperintense lesion in the left kidney is partially visualized and has mildly increased in size since 11/06/2014 (previously 4.3 x 3.8 cm). Appearance suggests this likely represents a cyst. Visualized portion of the right kidney is normal. Visualized aorta demonstrates no aortic aneurysm.

DISC SPACES:

L1/L2: Normal intervertebral disc. Unchanged moderate bilateral hypertrophic facet arthrosis. Unchanged mild canal stenosis. No neural foraminal narrowing.

L2/L3: Unchanged mild diffuse disc bulge. Unchanged moderate bilateral hypertrophic facet arthrosis. Unchanged mild canal stenosis. No neural foraminal narrowing.

L3/L4: Mild degenerative disc desiccation. No disc bulge or protrusion. Unchanged moderate bilateral hypertrophic

# DEPARTMENT USE ONLY
## Cerner Imaging Exam Report
Facility: **LA LEAGUE CITY**

Patient Name: **PERVIN, GEORGE A**
MRN: **34344296**
FIN: **343442968501**
Patient Type: **Outpt Diag Services**
Accession No: **18-127-018661**
Exam Date/Time: **05/07/2018 14:55**
Ordering Physician: **LaFleur, Jay Lance MD**
Resident:
Interpreting Physician: **Ginzel, Andrew William MD**
Reason for Exam: **M47.26 Other spondylosis with radiculopathy, lumbar region**

DOB/Age/Sex: **48 Years Male**
Location: **LA LOLA/ /**
Exam: **Spine lumbar wo contrast MRI**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

facet arthrosis. No canal stenosis or neural foraminal narrowing.

L4/L5: Unchanged very small posterior central disc protrusion measuring approximately 2 mm AP. Worsening of bilateral hypertrophic facet arthrosis, now severe. Worsening of spinal canal stenosis, now severe. Unchanged mild/moderate bilateral neural foraminal narrowing.

L5/S1: Mild degenerative disc desiccation. No disc bulge or protrusion. Unchanged severe right and moderate left hypertrophic degenerative facet arthrosis. Mild progression right neural foraminal narrowing, now moderate to severe. Unchanged mild left neural foraminal narrowing.

IMPRESSION:

1. Worsening of bilateral hypertrophic facet arthrosis at L4/L5, now severe.

2. Worsening of canal stenosis at L4/L5, now severe.

3. Worsening of right neural foraminal narrowing L5/S1, now moderate to severe.

4. Unchanged mild/moderate bilateral neural foraminal narrowing L4/L5.

5. Unchanged mild bone marrow edema in the right L5 pedicle, likely reactive secondary to severe facet arthrosis.

6. Slight increase in size of a 5.2 cm cystic-appearing lesion in the left kidney. Recommend further evaluation with renal ultrasound.

SL: A124642

# DEPARTMENT USE ONLY
## Cerner Imaging Exam Report

Facility: **LA LEAGUE CITY**

Patient Name: **PERVIN, GEORGE A**
MRN: **34344296**
FIN: **343442968501**
Patient Type: **Outpt Diag Services**
Accession No: **18-127-018661**
Exam Date/Time: **05/07/2018 14:55**
Ordering Physician: **LaFleur, Jay Lance MD**
Resident:
Interpreting Physician: **Ginzel, Andrew William MD**
Reason for Exam: **M47.26 Other spondylosis with radiculopathy, lumbar region**

DOB/Age/Sex: **48 Years Male**
Location: **LA LOLA/ /**
Exam: **Spine lumbar wo contrast MRI**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

---

Read by: Ginzel, Andrew William MD
Dictated Date/time: 05/07/18 15:11
Electronically Signed by: Ginzel, Andrew William MD 05/07/18 15:29
FINAL REPORT

***** END OF REPORT *****

**Gulf Coast Spine Care, LTD., P.A.**
1200 Binz, Suite 970
Houston, Texas 77004
Phone: (713) 523-8884 Fax: (713) 523-9075

## Doctors Medical Report and Work Status Form

Name: George Pervin Date of Injury:

( ) Patient is able to perform PARTTIME WORK on this date: _ for _

(X) Patient is able to perform FULLTIME WORK WITH NO RESTRICTIONS on this date: April 11, 2018

( ) Patient is JOB READY FOR FULLTIME WORK within the following capabilities on this date: _

( ) Sitting
( ) Standing/Walking
( ) Pushing/Pulling
( ) Climbing/Crawling
( ) Lifting/Carrying (indicate weight limit)
( ) 5-10 lbs. ( ) 20-30 lbs. ( ) 40-50 lbs ( ) _ lbs.

( ) Avoid the following:
( ) Bending ( ) Twisting ( ) Overhead Reach

(X) Patient MAY drive

( ) Patient MAY NOT drive

( ) Patient is NOT JOB READY and will return for treatment on this date: _

( ) Patient will report to Dr. _ for further treatment.

( ) Patient needs to attend:
( ) Functional Rehabilitation
( ) Physical Therapy
( ) Back School
( ) Biofeedback

Additional Comments: _

Howard B. Cotler, MD, FACS, FAAOS
Orthopaedic Surgeon

4/10/2018

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033344176 |
| FROM | Emma Priolo |
| DATE | 2019-04-01 13:11:36 CDT |
| RE | Claim# 8397829 |

COVER MESSAGE

Patient does not have any records from 12/1/18 to present.

Thank you,

**Emma Priolo**
**Certified Medical Coder**
nutrition services 646 S. Main Ave | San Antonio, TX 78204 |
☎ (855)481-1149 | (855)710-7869

*"This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please notify the sender and delete the message immediately."*

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | KAYLEY GEORGE<br>DIETICIAN |
| Attn: | medical records |
| Fax: | (855) 710-7869 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Kayley George

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A. Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | SSDI, ATTN: ARLICIA NORWOOD<br>PO BOX 149198<br>AUSTIN TX 75016 |
| Attn: | medical records |
| Fax: | (866) 892-9281 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Ssdi, Attn: Arlicia Norwood
PO BOX 149198
AUSTIN, TX 75016

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A. Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____ ____ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | DR HOWARD COTLER<br>1200 BINZ, STE 970<br>HOUSTON TX 77004 |
| Attn: | medical records |
| Fax: | (713) 523-9075 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Howard Cotler
1200 BINZ, STE 970
HOUSTON, TX 77004

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A - Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | KAYLEY GEORGE<br>DIETICIAN |
| Attn: | medical records |
| Fax: | (855) 710-7869 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Kayley George

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A - Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | DR LANCE LEFLEUR PAIN MANAGEMENT<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | medical records |
| Fax: | (832) 730-4574 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Lance Lefleur, Pain Management
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A - Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR. PETER HINH
MEMORIAL HERMANN MEDICAL GROUP UROLOGY
11920 ASTORIA BLVD STE 210
HOUSTON TX 77089

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Peter Hinh
11920 ASTORIA BLVD STE 210
HOUSTON, TX 77089

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A. Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: | March 28, 2019 |
| To: | DR RICHARD WESTMARK<br>18333 EGRET BAY BLVD<br>SUITE 200<br>HOUSTON TX 77058 |
| Attn: | medical records |
| Fax: | (281) 333-1303 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Richard Westmark
18333 EGRET BAY BLVD
SUITE 200
HOUSTON, TX 77058

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: _ ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

5M290180134

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A - Pervin

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

| | |
|---|---|
| Date: March 28, 2019 | |
| To: | DR RYAN JENNINGS<br>252 N BYPASS 35<br>ALVIN TX 77511 |
| Attn: | medical records |
| Fax: | (281) 388-3715 |
| From: | Dewey Leitch<br>LTD Claims Manager<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 334-4176 |
| Total Pages<br>(Including Cover): 5 | |
| RE:<br><br>Claim #: 8397829<br>Claimant: George Pervin<br><br>H-E-B, LP | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

March 28, 2019

Dr. Ryan Jennings
252 N BYPASS 35
ALVIN, TX 77511

RE: Long Term Disability (LTD) Benefits
H-E-B, LP
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

We ask that you provide this information by April 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Pervin allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Pervin's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
LTD Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A - Pervin

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |

| FAX NUMBER: | | DATE: |
|---|---|---|
| MO | 603-334-0366 | 3/27/2019 |
| NC | 603-334-0380 | |
| AZ | 603-422-0119 | |
| Wells Fargo | 866-214-7839 | |

| PHONE NUMBER: | TOTAL NUMBER OF PAGES INCLUDING COVER: |
|---|---|
| | |

| RE: | DIRECT FAX NUMBER: |
|---|---|
| George Pervin (8397829) | 877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*℠

March 27, 2019

Dewey Leitch
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: George Pervin**
**LTD: 8397829**

Dear Dewey Leitch:

Please be advised that we filed Mr. Pervin's *Request for Hearing* forms with the Social Security Administration (SSA) today. The Reconsideration claim was recently denied on 2/22/2019.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

# Facsimile Transmittal Sheet

**TO:**

Liberty Mutual

**FROM:**

Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:**

1/31/2019

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**

**RE:**

George Pervin
(8397829)

**DIRECT FAX NUMBER:**

877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*℠

January 31, 2019

Dewey Leitch
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: George Pervin**
**LTD: 8397829**

Dear Dewey Leitch:

Please be advised that we filed Mr. Pervin's *Reconsideration application* with the Social Security Administration (SSA) today. The Initial claim was recently denied on 1/14/2019.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group

## AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE

I hereby authorize Lincoln Financial Group to release all information from my long-term disability file to The Advocator Group at 101 Edgewater Drive, Suite 260, Wakefield, MA 01880, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X ______________________
George A Pervin

SSN:

X 1-26-2019
Date

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585 x41482
Fax No.: (603) 334-4176

## Social Security Assistance Program Vendor Referral

Vendor: The Advocator Group

| | | | |
|---|---|---|---|
| Claim #: | 8397829 | Employer Name: | H-E-B, LP. |
| Claimant Name: | GEORGE PERVIN | Claimant SSN: | |
| Claimant Address: | | Claimant DOB: | |
| | | Claimant DOD: | 5/1/2018 |
| | | Claimant Tel. #: | |
| City: | | Marital Status: | M |
| State: | ) | | |
| Diagnosis: | Spinal stenosis, lumbar region | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Spouse DOB: | | Funding: | FI: | YES | ASO: | NO |
| Number of Children < 19: | 0 | SS Offset: | Primary: | NO | Family: | NO |

| | | | |
|---|---|---|---|
| Level Of Last SS Denial: | None | Claim Status: | AP |
| Date of Last Denial: | 1 /10/2019 | | |

Documentation Submitted:

| | | | |
|---|---|---|---|
| Job Description: | YES | Voc/Rehab Review: | NO |
| TE&E: | YES | Copies of SS decisions: | NO |
| Medical Evidence (hospital records, narratives, IME's, test results, etc.): | | | YES |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Instructions/Comments for Vendor:

n/a

Services Requested By: Dewey J Leitch    Date: Friday, January 18, 2019

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/01/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Kayley George
Specialty: Dietition
Address: 646 South Flores San Antonio Tx.78204
Telephone No.: (855) 4811149 Fax No.: (855) 7107869

Name: J.Lance LaFleur,MD,MBA
Specialty: Interventional Pain Medicine
Address: 1920 Country Place Parkway Suite 160 Pearland,Tx.77584
Telephone No.: (832) 7362677 Fax No.: (832) 7304574

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue cross blue shield
Specialty: Heb823843020
Address: HEB benefits
Telephone No.: (866) 4327289 Fax No.: (888) 6808646

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: HEB Sienna
Specialty: Pharmacy
Address: 8900 Missouri City Texas 77459
Telephone No.: (281) 7781350 Fax No.: (281) 7781021

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

DocuSigned by:
B61AF8D89D9A484...

**SIGNATURE:** ____________ **DATE:** 12/19/2018

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

**Return To:** Dewey Leitch

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/01/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

SSDI, ATTN: ARLICIA NORWOOD
PO BOX 149198
AUSTIN TX 75016

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

October 24, 2018

Ssdi, Attn: Arlicia Norwood
PO BOX 149198
AUSTIN, TX 75016

RE: Long Term Disability (LTD) Benefits
H-E-B
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Arlicia Norwood:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Medical records as requested for George Pervin

We ask that you provide this information by October 24, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4176 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dewey Leitch
Disability Claims Manager
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

Attachments: 6004438-MEDICAL-MEDICAL RECORDS-07.26.2018
6004438-MEDICAL-MEDICAL RECORDS-08.10.2018

8397829-MEDICAL-MEDICAL RECORDS-09.25.2018
8397829-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.22.2018

# Lance LaFleur, M.D., PLLC

1920 Country Place Parkway, Suite 160
Pearland, TX 77584

[Grab your reader's attention with a great quote from the document or use this space to emphasize a key point. To place this text box anywhere on the page, just drag it.]

# Fax Cover Sheet

Date 07/26/18

TO

| | |
|---|---|
| Name | Liberty Mutual Insurance |
| Phone | 800-320-7585 |
| Fax | 603-422-0119 |

FROM

| | |
|---|---|
| Name: | Dr. J. Lance LaFleur |
| Phone: | 832-736-2677 |
| Fax: | 832-730-4574 or 832-916-3224 |

| | |
|---|---|
| Patient Name: | George Pervin |
| DOB: | |

| | |
|---|---|
| Message: | |

Total Pages 11

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | July 25, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | Medical records |
| Fax: | (832) 916-3224 |
| From: | Frances Blythe<br>Dis Claims Case Mgr II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6004438<br>Claimant: George Pervin<br><br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 25, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

We ask that you provide this information by August 1, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Frances Blythe
Dis Claims Case Mgr II
Phone No.: (800) 320-7585 Ext.
Secure Fax No.: (603) 422-0119

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

07/16/2018

Procedure: J. Lance LaFleur, M.D.

### Current Medications

Taking
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

### Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

### Reason for Appointment

1. Chronic low back pain

### History of Present Illness

Reason for visit:

Lumbar TFESI Patient presents today for bilateral L4-5 TFESI. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications.

### Vital Signs

BP 153/91 mm Hg, HR 69 /min, RR 16 /min, Oxygen sat % 95 %, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

### Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.

SKIN: normal, good turgor, no rashes, normal hair distribution.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

### Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A

**Family History**

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

4. Physical Therapy: N/A
5. Imaging/EMG: Reviewed MRI lumbar spine w/o contrast in detail with patient.
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Lumbar stenosis**

Notes: Today, a bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Chronic venous insufficiency**

Notes: Consider vein study.

**4. Others**

Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

Pre-Operative Diagnosis: Lumbar radiculopathy
Post-Operative Diagnosis: Lumbar radiculopathy
Procedure(s):
1. Bilateral L4-5 Transforaminal Epidural Steroid Injection.
2. Fluoroscopic guidance for needle placement of the above procedure (s).
Anesthesia: Local
Estimated Blood Loss: Min
Complications: None
Position: Prone
Medications (mL):
Lidocaine 1% (skin/subq): 5
Lidocaine 1% (injectate): 0
Depo-Medrol 80 mg/mL: 1
PF Normal Saline: 3
Omnipaque 240 mg/mL: 4
Description of Procedure: The patient was met in the holding area, the risks and benefits of the procedure were discussed, and the patient expressed understanding. Signed, informed consent was obtained, the patient elected to proceed, and they were transported to the procedure suite. The patient was placed in position on the procedure table. All pressure points were checked and comfortably padded awake. A timeout was performed. Using sterile technique, appropriate attire was

donned, and the operative area was prepped and draped in the usual sterile fashion.
Multiple fluoroscopic views were used to optimize the approach to the neural foramina. The neural foramen was identified and the skin was anesthetized with local anesthetic. A 22 gauge 7 inch spinal needle was placed in the skin and advanced under intermittent fluoroscopic guidance in a coaxial fashion via oblique view to the 6 o'clock position on the pedicle. Needle tip position was confirmed within the cephalad aspect of the foramen. After negative aspiration, contrast was injected demonstrating an epidurogram and neurogram. Again, after negative aspiration, desired amounts of medications were slowly injected. We used identical technique and performed transforaminal ESI at the relevant levels.
The patient tolerated the procedure well, and all needles were removed. Pressure was held at the puncture sites to prevent ecchymoses, and sterile dressings were applied. The patient suffered no adverse events or complications. The patient was able to ambulate without assistance in stable condition. The patient was given post-operative instructions, and they will follow up in the pain clinic or present to the ER in case of emergency.
The post procedure vitals are BP: 157/84, HR: 64, RR: 16, and oxygen saturation 95% on room air.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Depression Screening
Depression Screening Findings *Negative*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Procedure Codes**

64483 INJ FORAMEN EPIDURAL L/S
77003 FLUOROGUIDE FOR SPINE INJECT

**Follow Up**

As scheduled



**Electronically signed by Jay LaFleur , M.D. on 07/25/2018 at 09:33 PM CDT**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

**48 Y old Male, DOB:**
**Account Number: 20087**

**Home:**
**Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS**
**Payer ID: 00900**
**PCP: Ryan Jennings Referring: Ryan Jennings**
**Appointment Facility: Lance LaFleur, M.D., PLLC**

**07/05/2018** **Progress Notes: J. Lance LaFleur, M.D.**

### Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

**Discontinued**

- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs, stop date 07/05/2018
- Medication List reviewed and reconciled with the patient

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

### Surgical History

### Reason for Appointment

1. Chronic Low Back Pain

### History of Present Illness

Patient Care Team:
Primary Care: Dr. Christi Jensen ( Dr Jennings office).
Interim History:
Scribed by: Sharhonda Sherrard scribing the following service on behalf of Dr. Lance LaFleur.
Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.
Pain moderately managed on current medication Yes.
Adverse affect of current medication No.
Description of procedure performed: Bilateral L3-S1 medial branch block .
Relief from procedure No.
% Relief from Procedure 0%.
Any new symptoms experienced after procedure No.
The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the lower back to the left buttock, and up his spine. The patient describes the pain as a constant, aching sensation. Today, the patient reports that the pain is a 7 out of 10 in severity without the current medication regimen. Patient states the Norco was ineffective, so he discontinued taking it.
The patient reports 0% in pain relief from the recent Bilateral L3-S1 Medial Branch Block. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence. Patient states that his pain increases when he walks, and it's relieved when he sits down.
Since the last visit in the clinic, the patient denies any changes in his general health.
UDS:
Last: 05/02/2018.
Result: +Codeine, Morphine, Normorphine.
Next: 08/2018.
Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever, change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication, chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production, hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting, blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI, Positives per HPI.
Psychiatric:

Pain Management:
Assessment and Follow-up:
Follow-up Plan documented: *Yes*
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *No*
Feeling down, depressed, or hopeless *No*
PHQ-9
Little interest or pleasure in doing things *Not at all*
Feeling down, depressed, or hopeless *Not at all*
Trouble falling or staying asleep, or sleeping too much *Not at all*
Feeling tired or having little energy *Not at all*
Poor appetite or overeating *Not at all*
Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
Trouble concentrating on things, such as reading the newspaper or watching television *Not at all*
Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
Total Score *0*

**Vital Signs**
BP 157/92 mm Hg, HR 76 /min, RR 16 /min, Oxygen sat % 98 %, VAS 7 1-10, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

**Examination**
General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

**Assessments**
1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

**Treatment**

**1. Chronic pain syndrome**
Stop Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Start Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0

Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts, auditory/visual hallucinations, substance abuse, suicidal thoughts.

Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Consider spine surgery referral.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Schedule patient for a Bilateral L4-5 Transforaminal Epidural Steroid Injection x 2 under fluoroscopy without anesthesia. (2 weeks apart)
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Lumbar spondylosis**
Notes: Low Back Arthritis: Exercises material was published to portal.

**4. Chronic venous insufficiency**
Notes: Consider vein study.

**5. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Tobacco use:
Patient not counseled: *Patient not eligible Non smoker*
Depression Screening
Depression Screening Findings *Negative*
Suicide Risk Assessment Performed *07/05/2018*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Follow Up**

1 month



**Electronically signed by Jay LaFleur , M.D. on 07/05/2018 at 08:41 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 8, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | MEDICAL RECORDS |
| Fax: | (832) 916-3224 |
| From: | Brittany Vazquez<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-3530 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6004438<br>Claimant: George Pervin<br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 8, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through the present

We ask that you provide this information by August 14, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3530 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Vazquez
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41582
Secure Fax No.: (603) 334-3530

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

08/07/2018 **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: .....

Interim History:

Scribed by: LaSundra Stafford scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.

Change in pain or new pain No.

Pain moderately managed on current medication No.

Adverse affect of current medication No.

Description of procedure performed: Bilateral L4-L5 Transforaminal Epidural Steroid Injection.

Relief from procedure Yes.

% Relief from Procedure 3% - 4%.

Any new symptoms experienced after procedure No.

The patient is a 48 year old male who presents today for management of low back pain. The patient reports that the pain radiates from the mid back up to the neck and low back down to the buttock area . The patient describes the pain as a constant sharp, stabbing sensation. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen. The patient reports his current medications are not really working.

The patient reports 3 - 4% in pain relief from the recent Bilateral L4-L5 Transforaminal Epidural Steroid Injection. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence.

Since the last visit in the clinic, the patient denies any changes in his general health.

## Vital Signs

BP 141/93 mm Hg, HR 102 /min, RR 16 /min, Oxygen sat % 96 %, VAS 6 1-10, Ht 69 in, Wt 425 lbs, BMI 62.75 Index, Ht-cm 175.26 cm, Wt-kg 192.78 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no

Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

**Family History**

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

**Assessments**

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

**Treatment**

**1. Chronic pain syndrome**

Continue Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue (No Refill today) Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar spondylosis**

Notes: Low Back Arthritis: Exercises material was published to portal.

**3. Chronic venous insufficiency**

Notes: Schedule vein study.

**4. Others**

Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Follow Up**

1 month



**Electronically signed by Jay LaFleur , M.D. on 08/07/2018 at 09:15 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

07/30/2018 **Procedure: J. Lance LaFleur, M.D.**

### Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

### Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

### Reason for Appointment

1. Low Back Pain
2. Lower Extremity Pain

### History of Present Illness

Reason for visit:

Lumbar TFESI Patient presents today for Bilateral L4-L5 Transforaminal Epidural Steroid Injection. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications.

### Vital Signs

BP 152/92 mm Hg, HR 76 /min, RR 16 /min, Oxygen sat % 97 %, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

### Examination

General Examination:

HEAD: normocephalic, atraumatic, no scalp lesions.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

### Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0

Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A

Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s), 1 sister(s).
Non-Contributory

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever, change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication, chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts, auditory/visual hallucinations, substance abuse,

4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Today, a bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Chronic venous insufficiency**
Notes: Consider vein study.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

Pain Procedure:
Medications Injected Lidocaine 1%: 10 ml, Bupivicaine 0.25%: 4 ml, Depomedrol 40mg/ml: 1 ml, Omnipaque 300 mg/ml : 3ml.
Lumbar TFESI:
Rendering Provider Karan Madan M.D., M.P.H..
Pre-Procedure Diagnosis Lumbar Radiculitis, Low Back Pain.
Post Procedure Diagnosis Same and Pre-procedure diagnosis.
Side :.
Level(s) :.
Guidance Fluoroscopic guidance for needle placement.
Risks and Benefits Prior to the procedure, the risks, benefits and possible alternative treatments were fully explained to the patient. These risks are rare, but include and are not limited to reactions to the local anesthetic (circumoral/tongue numbness, metallic taste in mouth, visual or auditory disturbances, nausea, dizziness, hallucinations, muscle twitching/tremors, drowsiness, unconsciousness, seizures, coma, respiratory arrest, cardiovascular depression, angina, bradycardia, arrhythmias), nerve injury, bleeding, scar, infection, lack of improvement or worsening of symptoms, allergic reaction and death. The patient fully understands the risks and is agreeable to proceed with the procedure. Consent was reviewed with the patient. .
Anesthesia Local.
Procedure Description
Pre-Procedure safety pause was performed using 2

suicidal thoughts.

patient identifiers, site and side of procedure.,
At each level listed above a selective cannulation was performed of the epidural root sleeve. An oblique radiograph was used at appropriate segments, and skin and subcutaneous tissues were anesthetized using 5 ml 1% lidocaine. A five inch 22 gauge B-beveled spinal needle was placed just beneath the pedicle above, and anterograde progression of spread to the needle was determined with small aliquots of Omnipaque 300 mg/ml. Total 1.5 ml per level was used. Evidence of proximal spread of contrast material was noted into the epidural space. At each level somatic blockade was performed with infusion 4 ml of 0.25% Bupivacaine and 40 ml of Depo-Medrol 40mg/cc. Fluoroscopic guidance was examined for evidence of improved distal penetration of the previously described epidurographic flow. The needle was then removed, with the tip was otherwise normal. No evidence of hematoma was visible. A bandage was placed over skin.
Similar procedure was performed at all above listed levels.

**EBL/ Complications** EBL: Nil, Complications: None.

**Post-Procedure Disposition** The patient's blood pressure, pulse, and oxygen saturation were monitored and maintained throughout the procedure. The patient was stable, went to the recovery room and was subsequently discharged in good condition and with discharge instructions.

The post procedure vitals are BP: 156/96, HR: 73, RR: 16, and oxygen saturation 96% on room air.

**Procedure Codes**

64483 INJ FORAMEN EPIDURAL L/S
77003 FLUOROGUIDE FOR SPINE INJECT
J1030 INJ METHYLPRDNISOLONE ACTAT 40 MG NDC 0000902803
J3490 UNCLASSIFIED DRUGS (Bupivacaine) ND 0409116001
Q9967 Omnipaque 300 (per ml) Q9967 NDC 0407141361 Omnipaque 300 mg/ml

**Follow Up**

As scheduled.

**Electronically signed by Jay LaFleur , M.D. on 08/10/2018 at 08:59 AM CDT**

**Sign off status: Pending**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

**Patient: Pervin, George A DOB: Progress Note: J. Lance LaFleur, M.D. 07/30/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

07/16/2018

Procedure: J. Lance LaFleur, M.D.

**Current Medications**

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

**Past Medical History**

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

**Surgical History**

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

**Reason for Appointment**

1. Chronic low back pain

**History of Present Illness**

Reason for visit:

Lumbar TFESI Patient presents today for bilateral L4-5 TFESI. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications.

**Vital Signs**

BP 153/91 mm Hg, HR 69 /min, RR 16 /min, Oxygen sat % 95 %, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

**Examination**

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.

SKIN: normal, good turgor, no rashes, normal hair distribution.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

**Assessments**

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

**Treatment**

**1. Chronic pain syndrome**

Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0

Notes: Comprehensive pain management plan:

1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

4. Physical Therapy: N/A
5. Imaging/EMG: Reviewed MRI lumbar spine w/o contrast in detail with patient.
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Today, a bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Chronic venous insufficiency**
Notes: Consider vein study.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

Pre-Operative Diagnosis: Lumbar radiculopathy
Post-Operative Diagnosis: Lumbar radiculopathy
Procedure(s):
1. Bilateral L4-5 Transforaminal Epidural Steroid Injection.
2. Fluoroscopic guidance for needle placement of the above procedure (s).
Anesthesia: Local
Estimated Blood Loss: Min
Complications: None
Position: Prone
Medications (mL):
Lidocaine 1% (skin/subq): 5
Lidocaine 1% (injectate): 0
Depo-Medrol 80 mg/mL: 1
PF Normal Saline: 3
Omnipaque 240 mg/mL: 4
Description of Procedure: The patient was met in the holding area, the risks and benefits of the procedure were discussed, and the patient expressed understanding. Signed, informed consent was obtained, the patient elected to proceed, and they were transported to the procedure suite. The patient was placed in position on the procedure table. All pressure points were checked and comfortably padded awake. A timeout was performed. Using sterile technique, appropriate attire was

donned, and the operative area was prepped and draped in the usual sterile fashion.
Multiple fluoroscopic views were used to optimize the approach to the neural foramina. The neural foramen was identified and the skin was anesthetized with local anesthetic. A 22 gauge 7 inch spinal needle was placed in the skin and advanced under intermittent fluoroscopic guidance in a coaxial fashion via oblique view to the 6 o'clock position on the pedicle. Needle tip position was confirmed within the cephalad aspect of the foramen. After negative aspiration, contrast was injected demonstrating an epidurogram and neurogram. Again, after negative aspiration, desired amounts of medications were slowly injected. We used identical technique and performed transforaminal ESI at the relevant levels.
The patient tolerated the procedure well, and all needles were removed. Pressure was held at the puncture sites to prevent ecchymoses, and sterile dressings were applied. The patient suffered no adverse events or complications. The patient was able to ambulate without assistance in stable condition. The patient was given post-operative instructions, and they will follow up in the pain clinic or present to the ER in case of emergency.
The post procedure vitals are BP: 157/84, HR: 64, RR: 16, and oxygen saturation 95% on room air.

**Preventive Medicine**

Counseling:
  BP Management:
    REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
  Depression Screening
    Depression Screening Findings *Negative*
  Care goal follow-up plan:
    BMI management provided *Yes*
    Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Procedure Codes**

64483 INJ FORAMEN EPIDURAL L/S
77003 FLUOROGUIDE FOR SPINE INJECT

**Follow Up**

As scheduled



**Electronically signed by Jay LaFleur , M.D. on 07/25/2018 at 09:33 PM CDT**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

07/05/2018 **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

**Discontinued**
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs, stop date 07/05/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: Dr. Christi Jensen ( Dr Jennings office).

Interim History:

Scribed by: Sharhonda Sherrard scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.

Pain moderately managed on current medication Yes.

Adverse affect of current medication No.

Description of procedure performed: Bilateral L3-S1 medial branch block .

Relief from procedure No.

% Relief from Procedure 0%.

Any new symptoms experienced after procedure No.

The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the lower back to the left buttock, and up his spine. The patient describes the pain as a constant, aching sensation. Today, the patient reports that the pain is a 7 out of 10 in severity without the current medication regimen. Patient states the Norco was ineffective, so he discontinued taking it.

The patient reports 0% in pain relief from the recent Bilateral L3-S1 Medial Branch Block. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence. Patient states that his pain increases when he walks, and it's relieved when he sits down.

Since the last visit in the clinic, the patient denies any changes in his general health.

UDS:

Last: 05/02/2018.

Result: +Codeine, Morphine, Normorphine.

Next: 08/2018.

Risk Assessment:

Soap R: 14/24.

PMP: Negative for multiple prescribers.

Risk Level: Moderate.

Oswestry Questionaire: 80%.

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

### Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever, change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication, chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production, hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting, blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI, Positives per HPI.
Psychiatric:

Pain Management:
Assessment and Follow-up:
Follow-up Plan documented: *Yes*
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *No*
Feeling down, depressed, or hopeless *No*
PHQ-9
Little interest or pleasure in doing things *Not at all*
Feeling down, depressed, or hopeless *Not at all*
Trouble falling or staying asleep, or sleeping too much *Not at all*
Feeling tired or having little energy *Not at all*
Poor appetite or overeating *Not at all*
Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
Trouble concentrating on things, such as reading the newspaper or watching television *Not at all*
Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
Total Score *0*

### Vital Signs

BP 157/92 mm Hg, HR 76 /min, RR 16 /min, Oxygen sat % 98 %, VAS 7 1-10, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

### Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

### Treatment

**1. Chronic pain syndrome**
Stop Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Start Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0

Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts, auditory/visual hallucinations, substance abuse, suicidal thoughts.

Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Consider spine surgery referral.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Schedule patient for a Bilateral L4-5 Transforaminal Epidural Steroid Injection x 2 under fluoroscopy without anesthesia. (2 weeks apart)
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Lumbar spondylosis**
Notes: Low Back Arthritis: Exercises material was published to portal.

**4. Chronic venous insufficiency**
Notes: Consider vein study.

**5. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Preventive Medicine**
Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Tobacco use:
Patient not counseled: *Patient not eligible Non smoker*
Depression Screening
Depression Screening Findings *Negative*
Suicide Risk Assessment Performed *07/05/2018*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Follow Up**

1 month



**Electronically signed by Jay LaFleur , M.D. on 07/05/2018 at 08:41 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Lance LaFleur, M.D., PLLC

1920 Country Place Parkway, Suite 160
Pearland, TX 77584

# Fax Cover Sheet

Date 9-20-18

TO

| | |
|---|---|
| Name | Elena Santibanez |
| Phone | 800-896-5246 |
| Fax | 603-430-5922 |

FROM

| | |
|---|---|
| Name: | Dr. J. Lance LaFleur |
| Phone: | 832-736-2677 |
| Fax: | 832-730-4574 or 832-916-3224 |

| | |
|---|---|
| Patient Name: | George Pervin |
| DOB: | |

| | |
|---|---|
| Message: | Claim # 8397829 |

Total Pages 9

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

# Pervin, George A

**48 Y old Male, DOB:**
**Account Number: 20087**

**Home:**
**Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS**
**Payer ID: 00900**
**PCP: Ryan Jennings Referring: Ryan Jennings**
**Appointment Facility: Lance LaFleur, M.D., PLLC**

**08/07/2018** **Progress Notes: J. Lance LaFleur, M.D.**

### Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apnea
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

### Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

### Reason for Appointment

1. Chronic Low Back Pain

### History of Present Illness

Patient Care Team:

Primary Care: .....

Interim History:

Scribed by: LaSundra Stafford scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.

Change in pain or new pain No.

Pain moderately managed on current medication No.

Adverse affect of current medication No.

Description of procedure performed: Bilateral L4-L5 Transforaminal Epidural Steroid Injection.

Relief from procedure Yes.

% Relief from Procedure 3% - 4%.

Any new symptoms experienced after procedure No.

The patient is a 48 year old male who presents today for management of low back pain. The patient reports that the pain radiates from the mid back up to the neck and low back down to the buttock area . The patient describes the pain as a constant sharp, stabbing sensation. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen. The patient reports his current medications are not really working.

The patient reports 3 - 4% in pain relief from the recent Bilateral L4-L5 Transforaminal Epidural Steroid Injection. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence.

Since the last visit in the clinic, the patient denies any changes in his general health.

### Vital Signs

BP 141/93 mm Hg, HR 102 /min, RR 16 /min, Oxygen sat % 96 %, VAS 6 1-10, Ht 69 in, Wt 425 lbs, BMI 62.75 Index, Ht-cm 175.26 cm, Wt-kg 192.78 kg.

### Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no

Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

**Family History**

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

**Assessments**

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

**Treatment**

**1. Chronic pain syndrome**

Continue Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue (No Refill today) Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar spondylosis**

Notes: Low Back Arthritis: Exercises material was published to portal.

**3. Chronic venous insufficiency**

Notes: Schedule vein study.

**4. Others**

Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Follow Up**

1 month



**Electronically signed by Jay LaFleur , M.D. on 08/07/2018 at 09:15 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

08/17/2018

Venous Ultrasound: J. Lance LaFleur, M.D.

## Current Medications

**Unknown**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apnea
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Allergies

## Reason for Appointment

1. Lower Extremity Pain

## History of Present Illness

Reason for visit:

Venous Ultrasound Screen: This is a 48 year old with bilateral lower extremity pain and cramps with suspected lower extremity venous insufficiency..

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Chronic venous insufficiency - I87.2

## Treatment

### 1. Chronic pain syndrome

Continue (No Refill today) Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue (No Refill today) Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

### 2. Chronic venous insufficiency

Notes: Today, vein study.

### 3. Others

Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen.

N.K.D.A.

Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

See scanned venous ultrasound report.

**Procedure Codes**

93970 EXTREMITY STUDY



**Electronically signed by Jay LaFleur , M.D. on 08/20/2018 at 10:47 PM CDT**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

**48 Y old Male, DOB:**
**Account Number: 20087**

**Home:**
**Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS**
**Payer ID: 00900**
**PCP: Ryan Jennings Referring: Ryan Jennings**
**Appointment Facility: Lance LaFleur, M.D., PLLC**

**09/06/2018** **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**

- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

**Unknown**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Reason for Appointment

1. Chronic low back pain

## History of Present Illness

Interim History:

Scribed by: Samantha Ontiveros scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Discuss plan of care and medication refill.

Change in pain or new pain No.

Pain moderately managed on current medication Yes.

Adverse affect of current medication No.

The patient is a 48 year old male who presents today for management of low back pain. The patient reports that the pain radiates from the mid back up to the neck and low back down to the buttock area. The patient describes the pain as a constant sharp and stabbing sensation. Patient states he has had an increase in stiffness and pain in his low back. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen. The patient reports his current medications are not working.

Since the last visit in the clinic, the patient denies any changes in his general health.

## Vital Signs

BP 139/80 mm Hg, HR 71 /min, RR 16 /min, Oxygen sat % 98 %, VAS 6 1-10, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.

SKIN: normal, good turgor, no rashes, normal hair distribution.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06

**Surgical History**
Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

**Treatment**

**1. Chronic pain syndrome**
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
D/C Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Start Zohydro ER Capsule ER 12 Hour Abuse-Deterrent, 10 MG, 1 capsule, Orally, every 12 hrs, 30 days, 60 Capsule, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: patient instructed to wear compression stockings for at least 12 weeks
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar spondylosis**
Notes: Low Back Arthritis: Exercises material was published to portal.

**3. Chronic venous insufficiency**
Notes: CEAP Score: 4
Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.
The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Follow Up**
1 month



**Electronically signed by Jay LaFleur , M.D. on 09/06/2018 at 04:54 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

*DISABILITY DETERMINATION SERVICES*
*P.O. Box 149198*
*Austin, Texas 78714-9198*

October 18, 2018

LIBERTY MUTUAL INSURANCE
PO BOX 152800
IRVING TX 75016

PATIENT: GEORGE A PERVIN
SSN:
CLAIM#: DFQZL5
DOB:
CLINIC#: UNKNOWN

Attention: Medical Records
The above named individual is being evaluated for eligibility for Social Security Disability benefits. THIS IS NOT A REQUEST THAT STUDIES BE PERFORMED IF THEY HAVE NOT BEEN PERFORMED ALREADY. We are requesting a narrative report and/or copies of your records. IF YOU HAVE RECEIVED A RECENT REQUEST, WE ARE REQUESTING ADDITIONAL INFORMATION TO UPDATE OUR FILES.

**Allegations:** lumbar spondylosis; lumbar stenosis; chronic pain syndrome; diabetes; hbp; obesity; arthritis;

**Records Requested for:** from January 01, 2016 to present
Please do not send records outside of the requested dates.

RQID:0352410345DFQZL5 SITE:S49 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:aa89

Arlicia Norwood
25/H21
TEL:1-800-252-9627 Ext.5408
Page 1 of 2 M: MERO (5/08)
OP-AN1

THREE WAYS TO RETURN YOUR INFORMATION:
**Return all records with barcode page on top**

1) **Fax your records to 1-866-892-9281. Please indicate the number of pages: _____.**
2) **Upload records via SSA's secure Electronic Records Express website** (if you are not registered, contact Texas DDS Medical Relations at 1-800-252-9627 ext. 5151 for additional information)
3) **Mail your records to: SSA, S49, TX DDS AUSTIN; PO BOX 8908, LONDON, KY 40742-9997.**

*If returning more than one record, you must put the appropriate barcode page on top of each person's records prior to submission.*

***DISABILITY DETERMINATION SERVICES***
***P.O. Box 149198***
***Austin, Texas 78714-9198***

---

Attention: Medical Records
LIBERTY MUTUAL INSURANCE
PO BOX 152800
IRVING TX 75016

PATIENT: GEORGE A PERVIN
SSN:
CLAIM#: DFQZL5
DOB:
CLINIC#: UNKNOWN

**Please Include**: X-ray, CT, MRI reports
H&P, discharge summary; consultation notes
Operative reports
EMG interpretations
Complete blood count (CBC)
History and physical
Discharge summary
Outpatient treatment notes
Visual acuity with best correction/visual fields

Arlicia Norwood
25/H21
1-800-252-9627 Ext. 5408
M:MER0 PAGE 2 OF 2 (8/12)
OP-AN1

Form Approved
OMB No. 0960-0623

**WHOSE** ***Records to be Disclosed***

| NAME *(First, Middle, Last, Suffix)* | |
|---|---|
| George Allen Pervin | |
| SSN | Birthday *(mm/dd/yy)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records;*** **also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** ***Including***, **and not limited to** :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

*LIBERTY MUTUAL INSURANCE*
PO BOX 152800
IRVING TX 75016

From 01/01/16 to present

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL authorizing disclosure**

**SIGN ▶** *Electronically Signed By:* George Allen Pervin

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)**

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed | Street Address | | |
|---|---|---|---|
| 10/15/18 | | | |
| Phone Number (with area code) | City | State | ZIP |
| | | TX | |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

**SIGN ▶** *Attested by SSA or Designated State Agency Employee:* M Vo

IF needed, second witness sign here (e.g., if signed with "X" above)
**SIGN ▶**

| Phone Number (or Address) | Phone Number (or Address) |
|---|---|
| 866-338-2940 ANGLETON TX 77515-3010 | |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at **www.socialsecurity.gov.** Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. **Send only comments relating to our time estimate to this address, not the completed form.***

*DISABILITY DETERMINATION SERVICES*
*P.O. Box 149198*
*Austin, Texas 78714-9198*

October 18, 2018

PATIENT: GEORGE A PERVIN
SSN:
CLAIM#: DFQZL5
DOB:
CLINIC#: UNKNOWN

LIBERTY MUTUAL INSURANCE
PO BOX 152800
IRVING TX 75016

Attention: Medical Records
The above named individual is being evaluated for eligibility for Social Security Disability benefits. THIS IS NOT A REQUEST THAT STUDIES BE PERFORMED IF THEY HAVE NOT BEEN PERFORMED ALREADY. We are requesting a narrative report and/or copies of your records. IF YOU HAVE RECEIVED A RECENT REQUEST, WE ARE REQUESTING ADDITIONAL INFORMATION TO UPDATE OUR FILES.

**Allegations**: lumbar spondylosis; lumbar stenosis; chronic pain syndrome; diabetes; hbp; obesity; arthritis;

**Records Requested for**: from January 01, 2016 to present
Please do not send records outside of the requested dates.

RQID:0352410345DFQZL5 SITE:S49 DR:S
SSN:********** DOCTYPE:0001 RF:D CS:aa89

Arlicia Norwood
25/H21
TEL:1-800-252-9627 Ext.5408
Page 1 of 2 M: MER0 (5/08)
OP-AN1

THREE WAYS TO RETURN YOUR INFORMATION:

**Return all records with barcode page on top**

1) **Fax your records to 1-866-892-9281. Please indicate the number of pages: _____.**
2) **Upload records via SSA's secure Electronic Records Express website** (if you are not registered, contact Texas DDS Medical Relations at 1-800-252-9627 ext. 5151 for additional information)
3) **Mail your records to: SSA, S49, TX DDS AUSTIN; PO BOX 8908, LONDON, KY 40742-9997.**

*If returning more than one record, you must put the appropriate barcode page on top of each person's records prior to submission.*

***DISABILITY DETERMINATION SERVICES***
***P.O. Box 149198***
***Austin, Texas 78714-9198***

---

Attention: Medical Records
LIBERTY MUTUAL INSURANCE
PO BOX 152800
IRVING TX 75016

PATIENT: GEORGE A PERVIN
SSN:
CLAIM#: DFQZL5
DOB:
CLINIC#: UNKNOWN

**Please Include:** X-ray, CT, MRI reports
H&P, discharge summary; consultation notes
Operative reports
EMG interpretations
Complete blood count (CBC)
History and physical
Discharge summary
Outpatient treatment notes
Visual acuity with best correction/visual fields

Arlicia Norwood
25/H21
1-800-252-9627 Ext. 5408
M:MER0 PAGE 2 OF 2 (8/12)
OP-AN1

Form Approved
OMB No. 0960-0623

**WHOSE** ***Records to be Disclosed***

| | |
|---|---|
| NAME *(First, Middle, Last, Suffix)* George Allen Pervin | |
| SSN | Birthday *(mm/dd/yy)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records;*** **also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** ***including*****, and not limited to** :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

LIBERTY MUTUAL INSURANCE
PO BOX 152800
IRVING TX 75016

From 01/01/16 to present

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** | **IF not signed by subject of disclosure, specify basis for authority to sign** |
|---|---|
| **INDIVIDUAL authorizing disclosure** | ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
| **SIGN ▶** *Electronically Signed By:* George Allen Pervin | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| | | | |
|---|---|---|---|
| Date Signed 10/15/18 | Street Address | | |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| | |
|---|---|
| **SIGN ▶** *Attested by SSA or Designated State Agency Employee:* M Vo | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
| Phone Number (or Address) 866-338-2940 ANGLETON TX 77515-3010 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at **www.socialsecurity.gov.** Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. **Send only comments relating to our time estimate to this address, not the completed form.***

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return To:** Elena Santibanez

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
**Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to present.** ***If additional space is needed, please use a separate sheet of paper.***

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: DR. Cotler, Howard MD
Specialty: orthopedic Surgeon
Address: 1200 Binz St #970 Houston TX
Telephone No.: (713) 523-8884 Fax No.: ( )

Name: DR. Lance LaFleur MD PLLC
Specialty: Pain Management
Address: 1920 Country Place Parkway Suite 160 Pearland TX. 77584
Telephone No.: (832) 736-2677 Fax No.: (832) 730-4574

Name: DR. Ryan Jennings MD
Specialty: Family DR
Address: 252 N Bypass 35 ste d Alvin TX 77511
Telephone No.: (281) 388-3700 Fax No.: ( )

Name: DR Richard Westmark
Specialty: Neurosurgeon
Address: 18333 Egret Bay Blvd. ste. 200 Houston TX. 77058
Telephone No.: (281) 333-1300 Fax No.: (281) 333-1303

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield (Heb Primary)
Specialty: PPO
Address:
Telephone No.: (866) 432-7289 Fax No.: ( )

Name: Blue Cross Blue Shield
Specialty: PPO
Address: Po Box 660044 Dallas TX 75266-0044
Telephone No. 1(800) 527-1236 Fax No.: ( )

**PHARMACY(S):**

Name: HEB
Specialty:
Address: 8900 Hwy 6 Missouri City TX. 77459
Telephone No.: (281) 783-1350 Fax No.: ( )

Name: N/A
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.**

**SIGNATURE:** [signature] **DATE:** 10-11-2018

ADDitional Medical Info – George Pervin – For Liberty Life 5M290180135
DOB-3-20-1970
Claim # 8397829

Aquatic Care Programs Inc
8405 Wynbrook St.
Houston TX - 77061

Therapist – Lisa
phone (713)-454-6000

Employee/Sponsor HEB

Return to: Elena Santibanez
ST LTD Specialist
Phone No - 800-896-5266 Ext 41630

Fax - 603-430-5922

---

Vanguard Urologic Institute
Memorial Herman Medical group.

DR. Peter Hinh MD
Urologist

Memorial Herman Southeast
11920 Astoria Boulevard Suite 210
Houston TX. 77089
phone - 713-366-7844 Direct
" - 713-366-7800
FAX - 713-366-7997

5M290180135

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return to:** Elena Santibanez

**EMPLOYEE/CLAIMANT NAME:** George Pervin **CLAIM #:** 8397829
**EMPLOYER:** H-E-B **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Pervin, George, A. | | |
| Street Address | City | State / Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | Married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Deborah Pervin | 3 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Deborah Pervin Relationship to you? Wife Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO – NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Work Injury Program Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Work Injury Program | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** George A Pervin

**DATE:** 10-11-2018 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

5M290180135

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return To:** Elena Santibanez



EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829 DATE OF BIRTH:
EMPLOYER/SPONSOR: H-E-B

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 30min - 2 HRS stand 30min - 1½ HRS depends walk 30 min - 1½ hrs. depends

How many hours a day do you:

sit - Recline 8-10 HR with movements stand Maybe 3-4 split w/ some stretching walk 0 - Short walks around Home to let animals in + out

Do you take a nap during the day?

Yes ✓ No ✓ — Depending on meds I have to take

If Yes, for how long? 30 min - 1½ HR At what time of the day? Midmorning + evening after Pain Meds

How many hours a day do you spend in bed? 0 cannot lay Flat

Do you require any assistive devices such as a:

cane ____ walker ____ crutches ____ wheelchair ____ other Hold couches - Walls -

How long are you able to sit in a car? 1-3 hours has been longest with alot of Fidgeting From Back Pain

Do you hold a valid driver's license?

Yes ✓ No ____

If No, please explain: ____

If Yes, how long are you able to drive a car? 1 - 3 hours Limited

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

phone Calls or text

Do you have children?

Yes ✓ grown No ____ If Yes, what are their dates of birth ____ Jennifer Whitson, Erica Jones, Nicole Cino

Do you need help caring for your children?

Yes ____ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ____ No ✓ If Yes, please explain ____

How many times a ~~day~~ week do you leave the house during the week? 1-3 times for DR Visits, RX.

On the weekends? 1

How often do you run errands? 1-3 times (week) For DR, RX

Please describe what errands you most commonly run: DR.S, Heb RX - Food, Check on Moms House (she passed away 5-9-2018)

5M290180135

Liberty Mutual. INSURANCE



How often do you get outdoors? Everyday to let dogs out to Run in Backyard

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: N/A

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Wife | |
| Carrying groceries into the house | Wife | Some light Stuff |
| Cooking meals | wife majority | |
| Cleaning after meals | Wife Majority | |
| Cleaning bathrooms | Wife | |
| Vacuuming | wife | |
| Doing the laundry | Wife washes/Dryer | I help Fold when able |
| Opening and responding to mail | Wife | |
| Managing your finances | Wife | |
| Balancing your checkbook | Wife | |
| Bathing yourself | Self | [illegible] |
| Styling your own hair | Self - Bald | |
| Getting dressed | Self - Slow | |
| Going up and down stairs | Self if able Slow | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual. INSURANCE

***ACTIVITIES QUESTIONNAIRE***
***page 3 of 3***

How often do you travel or take vacation? 2-3 times per year

Where do you go? How do you get there (transportation method)? up to 3hrs Away for grandkids Drive Truck-TRAiler

Are you able to pursue your hobbies? Yes ______ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ✓

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

A Burning Pain Starts to Flare up, and the longer it is ignored the more it travels up + Down Spine to neck to the point I cant Bare to Stand, sit in Regular Chair, lean, or anything it is Exerusiating and only gets worse as all the nerves in my spine Chime in + Respond

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I wake up after a 2-4 hr sleep From 7Am to 10Am - I take my Meds, let My dogs outside backyard, shower, let dogs back out, Rest, Clean ½ Dishes, Rest Clean other ½ Dishes, Rest, Lunch, More Meds, Maybe nap - Fold Clothes, TV let Dogs out again, go to DR if have to, go fill prescriptions, If able every 2 wks slow Ride mower on yard, or hire someone to mow -

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Debbie Pervin

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: George Pervin Date: 10-11-18

Signature: [signature]

5M290180135

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return to:** Elena Santibanez

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Deborah Pervin DOB:

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Jennifer Whiddon | | Adults | | |
| Erica Jones | | | | |
| Nicole Gino | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: George Pervin Date: 10-11-18

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** George Pervin **Date of Birth:**

**Employer:** H-E-B **Policy/Plan Sponsor No.** 09 - 463049

**A)** **If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B)** **Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** [signature]

**(Address)**

**(Date)** 10-11-18 — Have appointment W/Anderson Social Security Office 10-15-2018 @ 2PM.

***Please retain a copy for your records or one can be provided upon request.***

5M290180135



# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 10th Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS☐ CAGS☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☑ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** **(If you've held different positions for the same employer, please include them below)**
**Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.**
**(add additional pages if needed for a complete work history).**

1. Company: HEB Department: Meat Department From: 11-2016 To: present
   Job Title(s): Meat cutter
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Customer Service, Service Counter, Cut Meat, wrap Meat grind Meat, Fill Retail cases, Break Pallets of product down

2. Company: Food Town Department: Meat Dept From: Aug-2016 To: Nov-2016
   Job Title(s): Customer Service, Cut Meat, Make orders, wrap meat, Fill Retail cases, break truck Pallets
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Meat Cutter

A Liberty Mutual Company

3. Company: Power line Solutions Department: Field Work From: 7-2013 To: 6-2016
Job Title(s): GroundsMan - CDL Driver
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Drive truck w/Equipment to job sight, load or unload Material, Build assist with Power supply of Electricity w/ Crews of 3 to 4 Men

4. Company: Food Town Department: Meat Dept From: 8-1997 To: 4-2013
Job Title(s): Meat Manager, Meat cutter, Assistant Manager Market
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): Customer Service, Make orders, supervise + line out daily task For Employees, cut Meat, Communicate w/Supervisors, Break Truck Pallets, Maintence

5. Company: ____ Department: ____ From: ____ To: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

**Computer Utilization:**

Computer Training/Courses, Certifications: ____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ (some) | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ (some) | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: Not Computer Smart | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: net Work: ____

SIGNATURE: [signature] PHONE NO: ____

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: Deborah Pervin | Name: N/A |
| Address: | Address: |
| Telephone Number: | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

Grown Children (Beneficiary Kids)

| | |
|---|---|
| Name: N/A Date of Birth: Address: Telephone Number: | Jennifer Whiddon DOB: 6602 Custom DR Alvin TX- 77511 |
| Name: Date of Birth: Address: Telephone Number: (Sorry) | Erica Jones DOB. 1167 CR 118 Runge TX 78151 |
| Name: Date of Birth: Address: Telephone Number: | Nicole Cino DOB 5714 Avenue R Santa Fe TX 77510 |

GUARDIANSHIP: For all children under age 18 listed above:

| |
|---|
| Name: N/A (Sorry) |
| Address: |
| Telephone Number: |

DO YOU HAVE A WILL? YES___ NO ✓ DO YOU HAVE A TRUST? YES___ NO ✓

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| |
|---|
| Name of Executor or Administrator: N/A |
| Address: |
| Telephone Number: |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

DATE: 10-11-2018 EMPLOYEE'S PRINTED NAME: George A. Pervin

EMPLOYEE'S SIGNATURE: [signature]

5M290180053

# DIRECT DEPOSIT APPLICATION

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return To:** Elena Santibanez

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ____

**CHECK ONE:** [x] New [ ] Ch
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** ____ **CITY:** ____ **STATE:** TX **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [x] Checking [ ] Savings **BANK NAME:** Chocolate Bayou Credit Union

**9 DIGIT ABA ROUTING NUMBER:** ____ **BANK ADDRESS:** 1301 N. Hwy 35 Bypass

**YOUR ACCOUNT NUMBER:** ____ **CITY:** Alvin **STATE:** TX **ZIP:** 77511

**BANK PHONE:** (281) ~~33~~ 331-2253

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] YES [x] NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] YES [x] NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____ Date: 10-11-18

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

DEBORAH PERVIN
GEORGE PERVIN

4997

88-7671/3131
01

Date

Pay to the
Order of $

VOID

Dollars

Photo Safe Deposit Details on back

Chocolate Bayou Community
Federal Credit Union
P.O. Box 1694
Alvin, TX 77512-1694
281-331-2253 www.cbcfcu.coop

For

VOID

04997

5M290180053

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ Give this form to the third-party payer of your sick pay.
▶ Go to www.irs.gov/FormW4S for the latest information.

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| George A. | Pervin | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See Worksheet below.) . . . . . . . . . . . . . . . . . . . . . . $ 150.00

Employee's signature ▶ [signature] Date ▶ 10-11-2018

Liberty/Pervin 668

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A- Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8397829 Date: 10-11-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 334-4176

October 13, 2018

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B
Claim #: 8397829

Dear Mr. George Pervin:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Dewey Leitch has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Daisy Ixehualt
Ltd Claim Assistant
On Behalf Of: Dewey Leitch
Phone No.: (800) 896-5266 Ext. 41482
Secure Fax No.: (603) 334-4176

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 4 Oct 2018 17:03:54 +0000
**To:** S110AA@HEB.COM;S496711@HEB.COM
**Subject:** Claim #8397829, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The start date is 5/2/2018. The claim has been approved through 10/28/2019. The case manager for this claim is Elena Santibanez. The claim number is 8397829.

If you have further questions or if the partner has returned to work, please call Liberty Mutual at 800-896-5266.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 4 Oct 2018 17:03:54 +0000
**To:** S110AA@HEB.COM;S496711@HEB.COM
**Subject:** Claim #8397829, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The start date is 5/2/2018. The claim has been approved through 10/28/2019. The case manager for this claim is Elena Santibanez. The claim number is 8397829.

If you have further questions or if the partner has returned to work, please call Liberty Mutual at 800-896-5266.

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 4 Oct 2018 17:03:47 +0000 |
| **To:** | S110AA@HEB.COM;S496711@HEB.COM |
| **Subject:** | Claim #6004438, GEORGE PERVIN |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The start date is 5/2/2018. The claim has been approved through 10/28/2018. As of 10/29/2018 this claim is closed. The case manager for this claim is Elena Santibanez. The claim number is 6004438.

If you have further questions, please call Liberty Mutual at 800-896-5266.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 4 Oct 2018 17:03:47 +0000
**To:** S110AA@HEB.COM;S496711@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The start date is 5/2/2018. The claim has been approved through 10/28/2018. As of 10/29/2018 this claim is closed. The case manager for this claim is Elena Santibanez. The claim number is 6004438.

If you have further questions, please call Liberty Mutual at 800-896-5266.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 4 Oct 2018 127: 370: 50000
**To:** +110AA@S HE.COMB+4; 9311@S HE.COM
**Subject:** Claim 690044#8, GHORGH PHRVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The start date is 5/2/2018. This claim is approved through 10/28/2018. This indicates an extension of benefits. The case manager for this claim is Elena Santibanez. The claim number is 6004438.

If you have further questions or if the partner has returned to work, please call Liberty Mutual at 800-896-5266.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 4 Oct 2018 127: 370: 50000
**To:** +110AA@S HE.COMB+4; 9311@S HE.COM
**Subject:** Claim 690044#8, GHORGH PHRVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The start date is 5/2/2018. This claim is approved through 10/28/2018. This indicates an extension of benefits. The case manager for this claim is Elena Santibanez. The claim number is 6004438.

If you have further questions or if the partner has returned to work, please call Liberty Mutual at 800-896-5266.

**Initial Payment Calculation Worksheet**

| | | | |
|---|---|---|---|
| **Claimant's Name** | Geroge Pervin | **DOB** | |
| **Customer** | H. E. BUTT GROCERY COMPANY | | |
| **LTD Claim #** | 8397829 | **Work State:** | TX |
| **Associated Claims** | 6004438 Type STD | | Type |
| **Benefit End date of associated claims** | 10/28/2018 | | |
| **Contractual EP** | > the end of STD or 180 days | | |
| **LTD Benefit begin date** | 10/29/2018 | **DOD** 5/2/2018 | **AGE** 48 |
| **Max Benefit date** | 3/19/2037 | Age 67 | |
| **Does policy include COLA provision** | No | | |
| **Sources used to verify BME amount** | Eligibility effective 8/7/2017 - $856 weekly * 52 / 12 = $3,709.33 monthly | | |
| **BME amount** | $3,709.33 | **Benefit percentage** | 60.00 |
| | | **Gross modal benefit** | $2,225.60 |
| **Benefit Begin date** | 10/29/2018 | | |
| **Approved thru date** | 10/28/2019 | 12 months own occupation | |

**Offsets entered**

| Type | Amount |
|---|---|
| NA | |
| | |
| | |

**Deductions entered** **Effective:** ______ **Through** ______

| Type | Amount | Type | Amount |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** ______ **State** ______

**Completed by:** **Kayla Goodrich** **Approved by:** ______

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

October 3, 2018

Mr. George A. Pervin

RE: Long Term Disability (LTD) Benefits
H-E-B
Claim #: 8397829

Dear Mr. George Pervin:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 1, 3, 4:*

a. *i. if the Covered Person is eligible for the 12 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*Applicable to Class 2:*

b. *i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the*

*next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is May 2, 2018 and your benefits begin on October 29, 2018. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

In transitioning to LTD, you will no longer receive a weekly paycheck from H-E-B. Your LTD benefits are issued directly to you from Liberty Life Assurance Company of Boston on a **monthly** basis.

Your benefit premiums will not be deducted from LTD payments made by Liberty Life Assurance Company of Boston. In order to keep your health coverages, **you are responsible for submitting monthly premiums** to the H-E-B Partner Service Center at 3483 Fredericksburg Road, San Antonio, Texas 78201.

**•Note: If premiums are not received within 12 weeks of your last premium deductions, your health benefits will be cancelled.**

Please contact the H-E-B Contact center at 1-800-597-0653 or 210-938-7555 if you have any questions or need additional information about your benefit premiums.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social

Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by November 2, 2018.

__ Direct Deposit Application optional
X Training Education Experience
__ FAQ - The Advocator Group
__ Advantages of Social Security Disability Benefits Form
X Survivor / Estate Information Form
X W-4S 2018 optional
X completed LTD forms

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Elena Santibanez
Sr. LTD Specialist
Phone No.: (800) 896-5266 Ext. 41630
Secure Fax No.: (603) 430-5922

Attachments: Direct Deposit Application
Training Education Experience

FAQ - The Advocator Group
Advantages of Social Security Disability Benefits Form
Survivor / Estate Information Form
W-4S 2018

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return To:** Elena Santibanez

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________ Date: ______________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ________________ Department: ________________ From: ________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

4. Company: ________________ Department: ________________ From: ________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

5. Company: ________________ Department: ________________ From: ________ To: ______
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________ Work: ________________

**SIGNATURE:** ________________ **PHONE NO: (      )** ________________

**Social Security Disability Insurance**
Frequently Asked Questions

Advocator Group
*When life changes.*℠

1. **What is Social Security Disability Insurance?**
Social Security Disability Insurance (SSDI) is a federal program that provides disabled workers with benefits while they are unable to work because of medical impairments.

2. **Why should I file for Social Security Disability Insurance?**
There are many benefits of receiving an SSDI award, including increased Social Security Retirement benefits, annual Cost of Living Adjustment (COLA) raises, and earlier access to Medicare coverage. In addition, you may be eligible to receive additional Dependent and/or Spousal benefits.

3. **How can The Advocator Group assist me?**
The Advocator Group is a nationwide Social Security Disability Advocacy organization that has assisted over 60,000 claimants in receiving SSDI benefits. Liberty Mutual has partnered with The Advocator Group to provide claimants with the assistance of an experienced team of advocates throughout the SSDI application process.

4. **How much will it cost to have The Advocator Group help me?**
There is no out of pocket expense to you for utilizing The Advocator Group's services. If your SSDI claim is awarded, the Social Security Administration will pay The Advocator Group a fee based on your past-due benefits amount, and Liberty Mutual will cover this fee on your behalf.

5. **I am receiving long-term disability (LTD) insurance benefits. Will I automatically qualify for SSDI benefits?**
No, receipt of private LTD benefits does not automatically mean you are disabled under Social Security's rules. Likewise, if at some point your LTD benefits end, the fact that you no longer receive LTD benefits does not mean that you won't qualify for SSDI benefits.

6. **I am currently working part time. Should I still apply for benefits?**
If you are currently working and earning more than $1,090 per month (in 2015), you generally will not be eligible for SSDI benefits and should not file an application at this time. If you are currently working and earning less than $1,090 per month, you may be eligible for benefits.

7. **How long will it take for SSA to process my application?**
The process of applying for SSDI benefits can be quite long. If your claim is denied, there are several levels of appeal within the SSDI application process, including Reconsideration, a Hearing before an Administrative Law Judge, and in some cases, review by the Appeals Council. Depending on the level at which your claim is finally decided, the process can take anywhere from six months to more than three years.

8. **What if my SSDI claim is denied?**
If you are denied, you have the right to appeal the decision. The Advocator Group will assist you throughout this process by ensuring that all paperwork and appeals are filed in a timely fashion to comply with the Social Security Administration's strict deadlines.

9. **If I am awarded SSDI, how will my benefits be calculated, i.e., How much will I get?**
The average monthly SSDI benefit was about $1,146 in 2014. The amount of your monthly benefit is based on your lifetime average earnings covered by Social Security and is reduced if you receive other government benefits, such as worker's compensation or public disability benefits.

10. **How can I contact The Advocator Group?**

    **Call Toll-Free:** (877) 261-1947
    **Facsimile:** (877) 899-1329

    **Mailing Address:**
    The Advocator Group
    101 Edgewater Drive, Suite 260
    Wakefield, MA 01880

    **Hours of Operation:**
    Monday through Friday
    8:00 a.m. to 6:00 p.m. (E.S.T)

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES ____ NO ____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to www.irs.gov/FormW4S for the latest information.**

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

– – – – – – – – **Separate here and give the top part of this form to the payer. Keep the lower part for your records.** – – – – – – – –

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1. | Enter amount of adjusted gross income that you expect in 2018 | **1** | |
| 2. | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 . . . . . . . . . . | **2** | |
| 3. | Subtract line 2 from line 1 . . . . . . . . . . | **3** | |
| 4. | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions. . . . . . . . . . . | **4** | |
| 5. | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** | |
| 6. | Subtract line 5 from line 4 . . . . . . . . . . | **6** | |
| 7. | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments . . . . . . . . . . | **7** | |
| 8. | Subtract line 7 from line 6 . . . . . . . . . . | **8** | |
| 9. | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . | **9** | |
| 10. | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount to be withheld below. If it does, enter this amount on Form W-4S above | **10** | |

## General Instructions

**Purpose of form**. Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition**. Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld**. Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form**. Form **W-4S** is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding**. Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions**. Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2018, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . | $24,000* |
| Head of household. . . . . . . . . . . . . . . | $18,000* |
| Single or Married filing separately. . . . . . . . . . | $12,000* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see Limited standard deduction for dependents, later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older and blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,600 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,200 if 65 or older and blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2018 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2018 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 500,000 | **45,689.50 + 35%** | **200,000** |
| 500,000 | and greater | **150,689.50 + 37%** | **500,000** |

### Schedule Z—Head of household

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $13,600 | **$0 + 10%** | **$0** |
| 13,600 | 51,800 | **1,360 + 12%** | **13,600** |
| 51,800 | 82,500 | **5,944 + 22%** | **51,800** |
| 82,500 | 157,500 | **12,698 + 24%** | **82,500** |
| 157,500 | 200,000 | **30,698 + 32%** | **157,500** |
| 200,000 | 500,000 | **44,298 + 35%** | **200,000** |
| 500,000 | and greater | **149,298 + 37%** | **500,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $19,050 | **$0 + 10%** | **$0** |
| 19,050 | 77,400 | **1,905 + 12%** | **19,050** |
| 77,400 | 165,000 | **8,907 + 22%** | **77,400** |
| 165,000 | 315,000 | **28,179 + 24%** | **165,000** |
| 315,000 | 400,000 | **64,179 + 32%** | **315,000** |
| 400,000 | 600,000 | **91,379 + 35%** | **400,000** |
| 600,000 | and greater | **161,379 + 37%** | **600,000** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 300,000 | **45,689.50 + 35%** | **200,000** |
| 300,000 | and greater | **80,689.50 + 37%** | **300,000** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# Lance LaFleur, M.D., PLLC

1920 Country Place Parkway, Suite 160
Pearland, TX 77584

## Fax Cover Sheet

Date 9-20-18

TO

| | |
|---|---|
| Name | Elena Santibanez |
| Phone | 800-896-5246 |
| Fax | 603-430-5922 |

FROM

| | |
|---|---|
| Name: | Dr. J. Lance LaFleur |
| Phone: | 832-736-2677 |
| Fax: | 832-730-4574 or 832-916-3224 |

| | |
|---|---|
| Patient Name: | George Pervin |
| DOB: | |

| | |
|---|---|
| Message: | Claim # 8397829 |

Total Pages 9

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

# Pervin, George A

**48 Y old Male, DOB:**
**Account Number: 20087**

**Home:**
**Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS**
**Payer ID: 00900**
**PCP: Ryan Jennings Referring: Ryan Jennings**
**Appointment Facility: Lance LaFleur, M.D., PLLC**

**08/07/2018** **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apnea
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: .....

Interim History:

Scribed by: LaSundra Stafford scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.

Change in pain or new pain No.

Pain moderately managed on current medication No.

Adverse affect of current medication No.

Description of procedure performed: Bilateral L4-L5 Transforaminal Epidural Steroid Injection.

Relief from procedure Yes.

% Relief from Procedure 3% - 4%.

Any new symptoms experienced after procedure No.

The patient is a 48 year old male who presents today for management of low back pain. The patient reports that the pain radiates from the mid back up to the neck and low back down to the buttock area . The patient describes the pain as a constant sharp, stabbing sensation. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen. The patient reports his current medications are not really working.

The patient reports 3 - 4% in pain relief from the recent Bilateral L4-L5 Transforaminal Epidural Steroid Injection. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence.

Since the last visit in the clinic, the patient denies any changes in his general health.

## Vital Signs

BP 141/93 mm Hg, HR 102 /min, RR 16 /min, Oxygen sat % 96 %, VAS 6 1-10, Ht 69 in, Wt 425 lbs, BMI 62.75 Index, Ht-cm 175.26 cm, Wt-kg 192.78 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no

Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

### Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

### Treatment

**1. Chronic pain syndrome**
Continue Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue (No Refill today) Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar spondylosis**
Notes: Low Back Arthritis: Exercises material was published to portal.

**3. Chronic venous insufficiency**
Notes: Schedule vein study.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

### Follow Up

1 month



**Electronically signed by Jay LaFleur , M.D. on 08/07/2018 at 09:15 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

**48 Y old Male, DOB:**
**Account Number: 20087**

**Home:**
**Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS**
**Payer ID: 00900**
**PCP: Ryan Jennings Referring: Ryan Jennings**
**Appointment Facility: River Basin Medical Center, LLC**

**08/17/2018** **Venous Ultrasound: J. Lance LaFleur, M.D.**

### Current Medications

**Unknown**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apnea
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

### Allergies

### Reason for Appointment

1. Lower Extremity Pain

### History of Present Illness

Reason for visit:

Venous Ultrasound Screen: This is a 48 year old with bilateral lower extremity pain and cramps with suspected lower extremity venous insufficiency..

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Chronic venous insufficiency - I87.2

### Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue (No Refill today) Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Chronic venous insufficiency**

Notes: Today, vein study.

**3. Others**

Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen.

N.K.D.A.

Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

See scanned venous ultrasound report.

**Procedure Codes**

93970 EXTREMITY STUDY



**Electronically signed by Jay LaFleur , M.D. on 08/20/2018 at 10:47 PM CDT**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

**48 Y old Male, DOB:**
**Account Number: 20087**

**Home:**
**Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS**
**Payer ID: 00900**
**PCP: Ryan Jennings Referring: Ryan Jennings**
**Appointment Facility: Lance LaFleur, M.D., PLLC**

**09/06/2018** **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**

- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

**Unknown**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Reason for Appointment

1. Chronic low back pain

## History of Present Illness

Interim History:

Scribed by: Samantha Ontiveros scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Discuss plan of care and medication refill.

Change in pain or new pain No.

Pain moderately managed on current medication Yes.

Adverse affect of current medication No.

The patient is a 48 year old male who presents today for management of low back pain. The patient reports that the pain radiates from the mid back up to the neck and low back down to the buttock area. The patient describes the pain as a constant sharp and stabbing sensation. Patient states he has had an increase in stiffness and pain in his low back. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen. The patient reports his current medications are not working.

Since the last visit in the clinic, the patient denies any changes in his general health.

## Vital Signs

BP 139/80 mm Hg, HR 71 /min, RR 16 /min, Oxygen sat % 98 %, VAS 6 1-10, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.

SKIN: normal, good turgor, no rashes, normal hair distribution.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06

### Surgical History
Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

### Family History
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

### Treatment
**1. Chronic pain syndrome**
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
D/C Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Start Zohydro ER Capsule ER 12 Hour Abuse-Deterrent, 10 MG, 1 capsule, Orally, every 12 hrs, 30 days, 60 Capsule, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: patient instructed to wear compression stockings for at least 12 weeks
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar spondylosis**
Notes: Low Back Arthritis: Exercises material was published to portal.

**3. Chronic venous insufficiency**
Notes: CEAP Score: 4
Previous vein study ultrasound shows venous insufficiency. Study also showed reflux of the Right GSV measuring 4292 msec, with P 1.17 mm, M .64 mm, and D .54 mm. Right SSV measuring 4792 msec, with .40 mm. Left GSV measuring 5750 msec, with P .92 mm, M .64 mm, and D .56 mm. Left SSV 4392 msec, with .66 mm.
The patient has tried and failed conservative therapy including, healthy diet, elevation of legs, and analgesics. The patient describes the pain as a constant aching and cramping sensation, skin discoloration in the bilateral leg. The patient reports that the pain is affecting with activities of daily living such as driving, walking, and prolonged activity at work.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Follow Up**
1 month

**Electronically signed by Jay LaFleur , M.D. on 09/06/2018 at 04:54 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 422-0119

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) George A Pervin

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________

Date of Birth: ______ Claim Number: 6004438 Date: 9-15-2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

| | |
|---|---|
| Date: | September 19, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | Medical Records |
| Fax: | (832) 916-3224 |
| From: | Elena Santibanez<br>Sr. LTD Specialist<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 430-5922 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8397829<br>Claimant: George Pervin<br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

September 19, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Long Term Disability (LTD) Benefits
H-E-B
Claim #: 8397829
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B's Group Disability Policy. We are writing in reference to George Pervin's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 5, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Elena Santibanez
Sr. LTD Specialist
Phone No.: (800) 896-5266 Ext. 41630
Secure Fax No.: (603) 430-5922

Attachments: 6004438-REQUEST-PROVIDER-09.07.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | September 7, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | MEDICAL RECORDS |
| Fax: | (832) 916-3224 |
| From: | Brittany Vazquez<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 422-0119 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 6004438<br>Claimant: George Pervin<br><br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 422-0119

September 7, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2018 through the present

We ask that you provide this information by September 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Vazquez
Disabil Claims Case Mgr I
Phone No.: (800) 896-5266 Ext. 41582
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

September 19, 2018

Mr. George A. Pervin

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
H-E-B
Claim #: 8397829 and 6004438

Dear Mr. George Pervin:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under H-E-B's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since May 10, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through October 28, 2018.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under H-E-B's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

H-E-B's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

b. *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

a. *Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On September 7, 2018, we requested medical records from Dr. Lefleur. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from August 1, 2018 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Family Information Questionnaire
X SS Reimbursement Agreement
X LTD Forms - Standard
X Copy of your Driver's License

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

H-E-B's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 26, 2018.

If you have any questions regarding this matter, please contact me.

Sincerely,

Elena Santibanez
Sr. LTD Specialist
Phone No.: (800) 896-5266 Ext. 41630
Secure Fax No.: (603) 430-5922

Attachments: Activities Questionnaire Form
Family Information Questionnaire
SS Reimbursement Agreement
LTD Forms - Standard

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return To:** Elena Santibanez



EMPLOYEE/CLAIMANT NAME: George Pervin

CLAIM NO: 8397829 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: H-E-B

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________________________________

Liberty Mutual INSURANCE



How often do you get outdoors? ____________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ________________________________

____________________________________________________________________________

____________________________________________________________________________

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return to:** Elena Santibanez

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** George Pervin **Date of Birth:** ___________

**Employer:** H-E-B **Policy/Plan Sponsor No.** 09 - 463049

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 8397829 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____________ Claim Number: 8397829 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return To:** Elena Santibanez

EMPLOYEE/CLAIMANT NAME: George Pervin
CLAIM NO: 8397829
EMPLOYER/SPONSOR: H-E-B DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return to:** Elena Santibanez

**EMPLOYEE/CLAIMANT NAME:** George Pervin **CLAIM #:** 8397829

**EMPLOYER:** H-E-B **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Work Injury Program Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Work Injury Program | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 430-5922

**Return To:** Elena Santibanez



EMPLOYEE/CLAIMANT NAME: George Pervin

CLAIM NO: 8397829 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: H-E-B

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

Liberty Mutual INSURANCE



How often do you get outdoors? ________________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

________________________________________________________________

________________________________________________________________

Liberty Mutual
INSURANCE



How often do you travel or take vacation? ______________________

Where do you go? How do you get there (transportation method)? ______________________

______________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

- how many hours per day? ________
- how many hours per week? ________
- for whom? ______________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________

______________________

______________________

______________________

______________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________

______________________

______________________

______________________

______________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 12 Sep 2018 13:32:28 +0000
**To:** S110AA@HEB.COM;S496711@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The start date is 5/2/2018. This claim is approved through 10/2/2018. This indicates an extension of benefits. The case manager for this claim is Elena Santibanez. The claim number is 6004438.

If you have further questions or if the partner has returned to work, please call Liberty Mutual at 800-896-5266.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 12 Sep 2018 13:32:28 +0000
**To:** S110AA@HEB.COM;S496711@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The start date is 5/2/2018. This claim is approved through 10/2/2018. This indicates an extension of benefits. The case manager for this claim is Elena Santibanez. The claim number is 6004438.

If you have further questions or if the partner has returned to work, please call Liberty Mutual at 800-896-5266.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 422-0119

September 11, 2018

Mr. George A. Pervin

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438

Dear Mr. George Pervin:

Please see enclosed form belowand return back to below contact information.
If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Vazquez
Disabil Claims Case Mgr I
Phone No.: (800) 896-5266 Ext. 41582
Secure Fax No.: (603) 422-0119
Email: disabilitydocuments@libertymutual.com
Attachments: Authorization - Medical

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 422-0119

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ______________ Claim Number: 6004438 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

**Job Code: 052129**
**Description: Meat Cutter**
Summary:
Cuts and trims meats to size for display.
Essential Functions and Responsibilities:
- Cuts, trims, and bones & meat according to company standards.
- Operates electric grinder/saw/knife sharpener/tenderizer/slicer.
- Wraps meat; prices and labels for sale.
- Provides excellent customer service by answering product-related questions, helping customers make meat/seafood selections.
- Rotates product in meat cooler and ensures proper storage practices.
- Generate production list and track "re-works".
- Keeps total department clean and sanitary.
- Assists customers with product questions.
- Operates in compliance with federal and state fresh meat regulations.
- Performs other cross-functional Market duties as needed.
- Participate with a total store mindset.
- Cross-functional duties in other areas may be assigned. Joe V¿s Smart Shop Team Members are trained to do at least two jobs within the store.
Education and Experience preferred:
- Excellent Customer Service skills
- Ability to prioritize and handle cross functional tasks
- Basic communication skills
- Must be able to work a flexible schedule.
Physical and Other Requirements:
- Lift moderate to heavy loads, bend, push and pull, kneel, squat and stand and walk for long periods of time
- Must successfully complete required job skills and compliance-related training.
- The noise level in the work environment is usually moderate.
- This is a fast-paced work environment that includes handling multiple tasks.
- The work environment will include shifting priorities and assignments in various areas of the store throughout a shift
- The environment also includes working with Customers and being attentive to their needs

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | September 7, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | MEDICAL RECORDS |
| Fax: | (832) 916-3224 |
| From: | Brittany Vazquez<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 896-5266<br>Secure Fax No.: (603) 422-0119 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 6004438<br>Claimant: George Pervin<br><br>H-E-B | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 896-5266 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 896-5266
Secure Fax No.: (603) 422-0119

September 7, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2018 through the present

We ask that you provide this information by September 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Vazquez
Disabil Claims Case Mgr I
Phone No.: (800) 896-5266 Ext. 41582
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 14 Aug 2018 13:10:49 +0000
**To:** S110AA@HEB.COM;S496711@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 9/7/2018. This indicates an extension of benefits. The case manager for this claim is Brittany Vazquez. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 14 Aug 2018 13:10:49 +0000
**To:** S110AA@HEB.COM;S496711@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 9/7/2018. This indicates an extension of benefits. The case manager for this claim is Brittany Vazquez. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 8, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | MEDICAL RECORDS |
| Fax: | (832) 916-3224 |
| From: | Brittany Vazquez<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-3530 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6004438<br>Claimant: George Pervin<br><br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 8, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through the present

We ask that you provide this information by August 14, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3530 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Vazquez
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41582
Secure Fax No.: (603) 334-3530

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

08/07/2018

Progress Notes: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: .....

Interim History:

Scribed by: LaSundra Stafford scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.

Change in pain or new pain No.

Pain moderately managed on current medication No.

Adverse affect of current medication No.

Description of procedure performed: Bilateral L4-L5 Transforaminal Epidural Steroid Injection.

Relief from procedure Yes.

% Relief from Procedure 3% - 4%.

Any new symptoms experienced after procedure No.

The patient is a 48 year old male who presents today for management of low back pain. The patient reports that the pain radiates from the mid back up to the neck and low back down to the buttock area . The patient describes the pain as a constant sharp, stabbing sensation. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen. The patient reports his current medications are not really working.

The patient reports 3 - 4% in pain relief from the recent Bilateral L4-L5 Transforaminal Epidural Steroid Injection. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence.

Since the last visit in the clinic, the patient denies any changes in his general health.

## Vital Signs

BP 141/93 mm Hg, HR 102 /min, RR 16 /min, Oxygen sat % 96 %, VAS 6 1-10, Ht 69 in, Wt 425 lbs, BMI 62.75 Index, Ht-cm 175.26 cm, Wt-kg 192.78 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no

Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

## Treatment

### 1. Chronic pain syndrome

Continue Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Continue (No Refill today) Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Continue (No Refill today) Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Spine surgery.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

### 2. Lumbar spondylosis

Notes: Low Back Arthritis: Exercises material was published to portal.

### 3. Chronic venous insufficiency

Notes: Schedule vein study.

### 4. Others

Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

## Follow Up

1 month



**Electronically signed by Jay LaFleur , M.D. on 08/07/2018 at 09:15 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

07/30/2018

Procedure: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

## Reason for Appointment

1. Low Back Pain
2. Lower Extremity Pain

## History of Present Illness

Reason for visit:

Lumbar TFESI Patient presents today for Bilateral L4-L5 Transforaminal Epidural Steroid Injection. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications.

## Vital Signs

BP 152/92 mm Hg, HR 76 /min, RR 16 /min, Oxygen sat % 97 %, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

## Examination

General Examination:

HEAD: normocephalic, atraumatic, no scalp lesions.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

## Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0

Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A

Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .
Non-Contributory

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever, change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication, chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
.. Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts, auditory/visual hallucinations, substance abuse,

4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A

Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Today, a bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Chronic venous insufficiency**
Notes: Consider vein study.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

Pain Procedure:
Medications Injected Lidocaine 1%: 10 ml, Bupivicaine 0.25%: 4 ml, Depomedrol 40mg/ml: 1 ml, Omnipaque 300 mg/ml : 3ml.
Lumbar TFESI:
Rendering Provider Karan Madan M.D., M.P.H..
Pre-Procedure Diagnosis Lumbar Radiculitis, Low Back Pain.
Post Procedure Diagnosis Same and Pre-procedure diagnosis.
Side :.
Level(s) :.
Guidance Fluoroscopic guidance for needle placement.
Risks and Benefits Prior to the procedure, the risks, benefits and possible alternative treatments were fully explained to the patient. These risks are rare, but include and are not limited to reactions to the local anesthetic (circumoral/tongue numbness, metallic taste in mouth, visual or auditory disturbances, nausea, dizziness, hallucinations, muscle twitching/tremors, drowsiness, unconsciousness, seizures, coma, respiratory arrest, cardiovascular depression, angina, bradycardia, arrhythmias), nerve injury, bleeding, scar, infection, lack of improvement or worsening of symptoms, allergic reaction and death. The patient fully understands the risks and is agreeable to proceed with the procedure. Consent was reviewed with the patient. .
Anesthesia Local.
Procedure Description
Pre-Procedure safety pause was performed using 2

suicidal thoughts.

patient identifiers, site and side of procedure., At each level listed above a selective cannulation was performed of the epidural root sleeve. An oblique radiograph was used at appropriate segments, and skin and subcutaneous tissues were anesthetized using 5 ml 1% lidocaine. A five inch 22 gauge B-beveled spinal needle was placed just beneath the pedicle above, and anterograde progression of spread to the needle was determined with small aliquots of Omnipaque 300 mg/ml. Total 1.5 ml per level was used. Evidence of proximal spread of contrast material was noted into the epidural space. At each level somatic blockade was performed with infusion 4 ml of 0.25% Bupivacaine and 40 ml of Depo-Medrol 40mg/cc. Fluoroscopic guidance was examined for evidence of improved distal penetration of the previously described epidurographic flow. The needle was then removed, with the tip was otherwise normal. No evidence of hematoma was visible. A bandage was placed over skin.
Similar procedure was performed at all above listed levels.

EBL/ Complications EBL: Nil, Complications: None.

Post-Procedure Disposition The patient's blood pressure, pulse, and oxygen saturation were monitored and maintained throughout the procedure. The patient was stable, went to the recovery room and was subsequently discharged in good condition and with discharge instructions.

The post procedure vitals are BP: 156/96, HR: 73, RR: 16, and oxygen saturation 96% on room air.

**Procedure Codes**

64483 INJ FORAMEN EPIDURAL L/S
77003 FLUOROGUIDE FOR SPINE INJECT
J1030 INJ METHYLPRDNISOLONE ACTAT 40 MG NDC 0000902803
J3490 UNCLASSIFIED DRUGS (Bupivacaine) ND 0409116001
Q9967 Omnipaque 300 (per ml) Q9967 NDC 0407141361 Omnipaque 300 mg/ml

**Follow Up**

As scheduled.

**Electronically signed by Jay LaFleur , M.D. on 08/10/2018 at 08:59 AM CDT**

**Sign off status: Pending**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

**Patient: Pervin, George A DOB:** **Progress Note: J. Lance LaFleur, M.D. 07/30/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

07/16/2018

Procedure: J. Lance LaFleur, M.D.

### Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

### Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

### Reason for Appointment

1. Chronic low back pain

### History of Present Illness

Reason for visit:

Lumbar TFESI Patient presents today for bilateral L4-5 TFESI. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications.

### Vital Signs

BP 153/91 mm Hg, HR 69 /min, RR 16 /min, Oxygen sat % 95 %, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

### Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.

SKIN: normal, good turgor, no rashes, normal hair distribution.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

### Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0

Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

4. Physical Therapy: N/A
5. Imaging/EMG: Reviewed MRI lumbar spine w/o contrast in detail with patient.
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Today, a bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Chronic venous insufficiency**
Notes: Consider vein study.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

Pre-Operative Diagnosis: Lumbar radiculopathy
Post-Operative Diagnosis: Lumbar radiculopathy
Procedure(s):
1. Bilateral L4-5 Transforaminal Epidural Steroid Injection.
2. Fluoroscopic guidance for needle placement of the above procedure (s).
Anesthesia: Local
Estimated Blood Loss: Min
Complications: None
Position: Prone
Medications (mL):
Lidocaine 1% (skin/subq): 5
Lidocaine 1% (injectate): 0
Depo-Medrol 80 mg/mL: 1
PF Normal Saline: 3
Omnipaque 240 mg/mL: 4
Description of Procedure: The patient was met in the holding area, the risks and benefits of the procedure were discussed, and the patient expressed understanding. Signed, informed consent was obtained, the patient elected to proceed, and they were transported to the procedure suite. The patient was placed in position on the procedure table. All pressure points were checked and comfortably padded awake. A timeout was performed. Using sterile technique, appropriate attire was

donned, and the operative area was prepped and draped in the usual sterile fashion.
Multiple fluoroscopic views were used to optimize the approach to the neural foramina. The neural foramen was identified and the skin was anesthetized with local anesthetic. A 22 gauge 7 inch spinal needle was placed in the skin and advanced under intermittent fluoroscopic guidance in a coaxial fashion via oblique view to the 6 o'clock position on the pedicle. Needle tip position was confirmed within the cephalad aspect of the foramen. After negative aspiration, contrast was injected demonstrating an epidurogram and neurogram. Again, after negative aspiration, desired amounts of medications were slowly injected. We used identical technique and performed transforaminal ESI at the relevant levels.
The patient tolerated the procedure well, and all needles were removed. Pressure was held at the puncture sites to prevent ecchymoses, and sterile dressings were applied. The patient suffered no adverse events or complications. The patient was able to ambulate without assistance in stable condition. The patient was given post-operative instructions, and they will follow up in the pain clinic or present to the ER in case of emergency.
The post procedure vitals are BP: 157/84, HR: 64, RR: 16, and oxygen saturation 95% on room air.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Depression Screening
Depression Screening Findings *Negative*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Procedure Codes**

64483 INJ FORAMEN EPIDURAL L/S
77003 FLUOROGUIDE FOR SPINE INJECT

**Follow Up**

As scheduled



**Electronically signed by Jay LaFleur , M.D. on 07/25/2018 at 09:33 PM CDT**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

07/05/2018

Progress Notes: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

**Discontinued**

- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs, stop date 07/05/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:

Primary Care: Dr. Christi Jensen ( Dr Jennings office).

Interim History:

Scribed by: Sharhonda Sherrard scribing the following service on behalf of Dr. Lance LaFleur.

Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.

Pain moderately managed on current medication Yes.

Adverse affect of current medication No.

Description of procedure performed: Bilateral L3-S1 medial branch block .

Relief from procedure No.

% Relief from Procedure 0%.

Any new symptoms experienced after procedure No.

The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the lower back to the left buttock, and up his spine. The patient describes the pain as a constant, aching sensation. Today, the patient reports that the pain is a 7 out of 10 in severity without the current medication regimen. Patient states the Norco was ineffective, so he discontinued taking it.

The patient reports 0% in pain relief from the recent Bilateral L3-S1 Medial Branch Block. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence. Patient states that his pain increases when he walks, and it's relieved when he sits down.

Since the last visit in the clinic, the patient denies any changes in his general health.

UDS:

Last: 05/02/2018.
Result: +Codeine, Morphine, Normorphine.
Next: 08/2018.

Risk Assessment:

Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

### Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever, change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication, chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production, hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting, blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI, Positives per HPI.
Psychiatric:

Pain Management:
Assessment and Follow-up:
Follow-up Plan documented: *Yes*
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *No*
Feeling down, depressed, or hopeless *No*
PHQ-9
Little interest or pleasure in doing things *Not at all*
Feeling down, depressed, or hopeless *Not at all*
Trouble falling or staying asleep, or sleeping too much *Not at all*
Feeling tired or having little energy *Not at all*
Poor appetite or overeating *Not at all*
Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
Trouble concentrating on things, such as reading the newspaper or watching television *Not at all*
Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
Total Score *0*

### Vital Signs

BP 157/92 mm Hg, HR 76 /min, RR 16 /min, Oxygen sat % 98 %, VAS 7 1-10, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

### Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

### Treatment

**1. Chronic pain syndrome**
Stop Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Start Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0

Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts, auditory/visual hallucinations, substance abuse, suicidal thoughts.

Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Consider spine surgery referral.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Schedule patient for a Bilateral L4-5 Transforaminal Epidural Steroid Injection x 2 under fluoroscopy without anesthesia. (2 weeks apart)
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Lumbar spondylosis**
Notes: Low Back Arthritis: Exercises material was published to portal.

**4. Chronic venous insufficiency**
Notes: Consider vein study.

**5. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Tobacco use:
Patient not counseled: *Patient not eligible Non smoker*
Depression Screening
Depression Screening Findings *Negative*
Suicide Risk Assessment Performed *07/05/2018*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Follow Up**

1 month

**Electronically signed by Jay LaFleur , M.D. on 07/05/2018 at 08:41 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | August 8, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | MEDICAL RECORDS |
| Fax: | (832) 916-3224 |
| From: | Brittany Vazquez<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-3530 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6004438<br>Claimant: George Pervin<br><br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 8, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through the present

We ask that you provide this information by August 14, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3530 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Vazquez
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41582
Secure Fax No.: (603) 334-3530

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 8, 2018

Mr. George A. Pervin

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438

Dear Mr. George Pervin:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under H-E-B's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Vazquez
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41582
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 31 Jul 2018 12:43:40 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 8/7/2018. This indicates an extension of benefits. The case manager for this claim is Brittany Vazquez. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 31 Jul 2018 12:43:40 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 8/7/2018. This indicates an extension of benefits. The case manager for this claim is Brittany Vazquez. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

# Lance LaFleur, M.D., PLLC

1920 Country Place Parkway, Suite 160
Pearland, TX 77584

[Grab your reader's attention with a great quote from the document or use this space to emphasize a key point. To place this text box anywhere on the page, just drag it.]

# Fax Cover Sheet

Date 07/26/18

TO

| | |
|---|---|
| Name | Liberty Mutual Insurance |
| Phone | 800-320-7585 |
| Fax | 603-422-0119 |

FROM

| | |
|---|---|
| Name: | Dr. J. Lance LaFleur |
| Phone: | 832-736-2677 |
| Fax: | 832-730-4574 or 832-916-3224 |

| | |
|---|---|
| Patient Name: | George Pervin |
| DOB: | |

| | |
|---|---|
| Message: | |

Total Pages 11

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | July 25, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | Medical records |
| Fax: | (832) 916-3224 |
| From: | Frances Blythe<br>Dis Claims Case Mgr II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6004438<br>Claimant: George Pervin<br><br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 25, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

We ask that you provide this information by August 1, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Frances Blythe
Dis Claims Case Mgr II
Phone No.: (800) 320-7585 Ext.
Secure Fax No.: (603) 422-0119

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

07/16/2018

Procedure: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

## Reason for Appointment

1. Chronic low back pain

## History of Present Illness

Reason for visit:

Lumbar TFESI Patient presents today for bilateral L4-5 TFESI. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications.

## Vital Signs

BP 153/91 mm Hg, HR 69 /min, RR 16 /min, Oxygen sat % 95 %, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.

SKIN: normal, good turgor, no rashes, normal hair distribution.

ABDOMEN: soft, nontender, nondistended, bowel sounds present.

PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2
6. Lumbar radiculopathy - M54.16

## Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A

**Family History**
Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

4. Physical Therapy: N/A
5. Imaging/EMG: Reviewed MRI lumbar spine w/o contrast in detail with patient.
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Today, a bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Chronic venous insufficiency**
Notes: Consider vein study.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Procedures**

Pre-Operative Diagnosis: Lumbar radiculopathy
Post-Operative Diagnosis: Lumbar radiculopathy
Procedure(s):
1. Bilateral L4-5 Transforaminal Epidural Steroid Injection.
2. Fluoroscopic guidance for needle placement of the above procedure (s).
Anesthesia: Local
Estimated Blood Loss: Min
Complications: None
Position: Prone
Medications (mL):
Lidocaine 1% (skin/subq): 5
Lidocaine 1% (injectate): 0
Depo-Medrol 80 mg/mL: 1
PF Normal Saline: 3
Omnipaque 240 mg/mL: 4
Description of Procedure: The patient was met in the holding area, the risks and benefits of the procedure were discussed, and the patient expressed understanding. Signed, informed consent was obtained, the patient elected to proceed, and they were transported to the procedure suite. The patient was placed in position on the procedure table. All pressure points were checked and comfortably padded awake. A timeout was performed. Using sterile technique, appropriate attire was

donned, and the operative area was prepped and draped in the usual sterile fashion.
Multiple fluoroscopic views were used to optimize the approach to the neural foramina. The neural foramen was identified and the skin was anesthetized with local anesthetic. A 22 gauge 7 inch spinal needle was placed in the skin and advanced under intermittent fluoroscopic guidance in a coaxial fashion via oblique view to the 6 o'clock position on the pedicle. Needle tip position was confirmed within the cephalad aspect of the foramen. After negative aspiration, contrast was injected demonstrating an epidurogram and neurogram. Again, after negative aspiration, desired amounts of medications were slowly injected. We used identical technique and performed transforaminal ESI at the relevant levels.
The patient tolerated the procedure well, and all needles were removed. Pressure was held at the puncture sites to prevent ecchymoses, and sterile dressings were applied. The patient suffered no adverse events or complications. The patient was able to ambulate without assistance in stable condition. The patient was given post-operative instructions, and they will follow up in the pain clinic or present to the ER in case of emergency.
The post procedure vitals are BP: 157/84, HR: 64, RR: 16, and oxygen saturation 95% on room air.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Depression Screening
Depression Screening Findings *Negative*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Procedure Codes**

64483 INJ FORAMEN EPIDURAL L/S
77003 FLUOROGUIDE FOR SPINE INJECT

**Follow Up**

As scheduled



**Electronically signed by Jay LaFleur , M.D. on 07/25/2018 at 09:33 PM CDT**

**Sign off status: Completed**

**River Basin Medical Center, LLC**
**1920 COUNTRY PLACE PKWY**
**PEARLAND, TX 77584-2283**
**Tel: 331-305-2813**
**Fax:**

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS
Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

07/05/2018 **Progress Notes: J. Lance LaFleur, M.D.**

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Movantik 25 MG Tablet 1 tablet in the morning Orally Once a day
- Percocet 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs

**Discontinued**

- Norco 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs, stop date 07/05/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

## Reason for Appointment

1. Chronic Low Back Pain

## History of Present Illness

Patient Care Team:
Primary Care: Dr. Christi Jensen ( Dr Jennings office).

Interim History:
Scribed by: Sharhonda Sherrard scribing the following service on behalf of Dr. Lance LaFleur.
Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.
Pain moderately managed on current medication Yes.
Adverse affect of current medication No.
Description of procedure performed: Bilateral L3-S1 medial branch block .
Relief from procedure No.
% Relief from Procedure 0%.
Any new symptoms experienced after procedure No.
The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the lower back to the left buttock, and up his spine. The patient describes the pain as a constant, aching sensation. Today, the patient reports that the pain is a 7 out of 10 in severity without the current medication regimen. Patient states the Norco was ineffective, so he discontinued taking it.
The patient reports 0% in pain relief from the recent Bilateral L3-S1 Medial Branch Block. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence. Patient states that his pain increases when he walks, and it's relieved when he sits down.
Since the last visit in the clinic, the patient denies any changes in his general health.

UDS:
Last: 05/02/2018.
Result: +Codeine, Morphine, Normorphine.
Next: 08/2018.

Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.

Colonoscopy 2015
Closure of Rectal Fistula 2011
Bilateral L3-S1 Medial Branch Block; 0% pain relief 6/2018

### Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

General/Constitutional:
Patient denies change in appetite, fatigue, fever, change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication, chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production, hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting, blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI, Positives per HPI.
Psychiatric:

Pain Management:
Assessment and Follow-up:
Follow-up Plan documented: *Yes*
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *No*
Feeling down, depressed, or hopeless *No*
PHQ-9
Little interest or pleasure in doing things *Not at all*
Feeling down, depressed, or hopeless *Not at all*
Trouble falling or staying asleep, or sleeping too much *Not at all*
Feeling tired or having little energy *Not at all*
Poor appetite or overeating *Not at all*
Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
Trouble concentrating on things, such as reading the newspaper or watching television *Not at all*
Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
Total Score *0*

### Vital Signs

BP 157/92 mm Hg, HR 76 /min, RR 16 /min, Oxygen sat % 98 %, VAS 7 1-10, Ht 69 in, Wt 420 lbs, BMI 62.02 Index, Ht-cm 175.26 cm, Wt-kg 190.51 kg.

### Examination

General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

### Treatment

**1. Chronic pain syndrome**
Stop Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90
Refill Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Start Percocet Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0

Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts, auditory/visual hallucinations, substance abuse, suicidal thoughts.

Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: Consider spine surgery referral.
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Schedule patient for a Bilateral L4-5 Transforaminal Epidural Steroid Injection x 2 under fluoroscopy without anesthesia. (2 weeks apart)
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Lumbar spondylosis**
Notes: Low Back Arthritis: Exercises material was published to portal.

**4. Chronic venous insufficiency**
Notes: Consider vein study.

**5. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Preventive Medicine**

Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Tobacco use:
Patient not counseled: *Patient not eligible Non smoker*
Depression Screening
Depression Screening Findings *Negative*
Suicide Risk Assessment Performed *07/05/2018*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Follow Up**

1 month



**Electronically signed by Jay LaFleur , M.D. on 07/05/2018 at 08:41 PM CDT**

**Sign off status: Completed**

**Lance LaFleur, M.D., PLLC**
**1920 Country Place Parkway**
**Pearland, TX 77584-2289**
**Tel: 832-736-2677**
**Fax: 832-730-4574**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | July 25, 2018 |
| To: | LANCE LEFLEUR<br>1920 COUNTRY PL PKWY #160<br>PEARLAND TX 77584 |
| Attn: | Medical records |
| Fax: | (832) 916-3224 |
| From: | Frances Blythe<br>Dis Claims Case Mgr II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6004438<br>Claimant: George Pervin<br><br>H-E-B |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 25, 2018

Lance Lefleur
1920 COUNTRY PL PKWY #160
PEARLAND, TX 77584

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438
Claimant: George Pervin
Claimant D.O.B.:

Dear Lance Lefleur:

We are the Disability Claim Administrator for your patient, George Pervin.

To evaluate Mr. Pervin's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2018 through present

We ask that you provide this information by August 1, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Frances Blythe
Dis Claims Case Mgr II
Phone No.: (800) 320-7585 Ext.
Secure Fax No.: (603) 422-0119

EMSI INSURANCE®

## INVOICE SUMMARY

| | |
|---|---|
| **Invoice #** | 4075062018061 |
| **Invoice Date** | 6/30/2018 |
| **Customer #** | 300520000 |

**REMIT TO** P.O. BOX 202669
DALLAS, TX 75320-2669

**BILL TO** LIBERTY MUTUAL

**INVOICE TOTAL**
**$11.91**

| | |
|---|---|
| **Applicant** | GEORGE PERVIN |
| **Date Of Service** | 6/12/2018 |
| **Client Matter** | 6004438 |
| **Requested By** | CINDY LIMBACH |
| **Facility** | LANCE LAFLEUR |

| Service Code | Description | Quantity | Service Amount | Tax Amount | Total Amount |
|---|---|---|---|---|---|
| 1303 | EMSI FEE-R/R AT CLOSE | 1 | $9.00 | $0.74 | $9.74 |
| 1355 | TELEPRO PLUS-SPECIAL AUTH | 1 | $2.00 | $0.17 | $2.17 |
| | | | | **INVOICE TOTAL** | **$11.91** |

Please direct any questions regarding this invoice to
Mickey Snider in Accounts Receivable at (254) 299-3361.

EMSI Internal Reference Number: 3005218061

**INVOICE TOTAL** **$11.91**

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 14 Jun 2018 13:19:06 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 7/15/2018. This indicates an extension of benefits. The case manager for this claim is Cindy Limbach. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 14 Jun 2018 13:19:06 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 7/15/2018. This indicates an extension of benefits. The case manager for this claim is Cindy Limbach. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

lead and innovate

| | |
|---|---|
| Case #: | I522746 |
| Worked By: | ASHLEY GALAN |
| Method Received: | Fax |
| Number of Pages: | 14 |
| Date: | 6/12/2018 |

# Records Request

| | | | |
|---|---|---|---|
| **Name:** | GEORGE PERVIN | **Company:** | 36714 LIBERTY MUTUAL CLAIMS APS |
| **SSN:** | 43300000 | **Account#:** | 36714 |
| **DOB:** | | **Requester:** | CINDY LIMB |
| **State:** | TX | **U/W Team:** | |
| **Policy #:** | 6004438 | **Doc Type(s):** | |

| | | |
|---|---|---|
| **Facility:** | LAFLEUR LANCE | _EMSID469CDC |
| **Address:** | 1920 COUNTRY PL PKWY #160, | UNKNOWN |
| **City, St:** | PEARLAND, TX 77584 | |
| **Phone/Fax:** | 832-736-2677 / 832-730-4574 | |

**Special Instructions:** **AGENT: LIMBACH CINDY 8003207585 AGENCY: MEDICAL RECORDS 5/1/18 TO PRESENT**

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:

## Reason for Appointment

1. Chronic low back pain

## History of Present Illness

Patient Care Team:
Primary Care: Dr. Christi Jensen ( Dr Jennings office).

Interim History:
Scribed by: Samantha Ontiveros scribing the following service on behalf of Dr. Lance LaFleur.
Purpose of visit today: Post procedure follow up, Medication Refill, and discuss plan of care.
Change in pain or new pain Yes.
Pain moderately managed on current medication Yes.
Adverse affect of current medication No.
Description of procedure performed: bilateral L4-5 TFESI.
Relief from procedure Yes.
% Relief from Procedure 5%.
Any new symptoms experienced after procedure No.
The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from his low back to the bilateral lower extremities. The patient describes the pain as a constant aching, shooting and throbbing sensation. Today, the patient reports that the pain is a 5 out of 10 in severity without the current medication regimen.
The patient reports 5% in pain relief from the recent bilateral L4-5 TFESI. Patient denies fever, chills, night sweats, erythema, edema, fluctuance, purulence.
Since the last visit in the clinic, the patient denies any changes in his general health.

Referring Physician:
Referring Physician Dr. Ryan Jennings.

UDS:
Last: 05/02/2018.
Results: +Codeine, Morphine, Normorphine.
Next: 08/2018.

Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.

Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *No*
Feeling down, depressed, or hopeless *No*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Several days*
Trouble falling or staying asleep, or sleeping too much *More than half the days*

Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

Feeling tired or having little energy *Nearly every day*
Poor appetite or overeating *Not at all*
Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
Trouble concentrating on things, such as reading the newspaper or watching television *Nearly every day*
Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
Total Score *12*
Interpretation *Moderate Depression*
Radiological Studies:
The above studies were reviewed in the clinic today and with the patient.

**Vital Signs**
BP 171/110 mm Hg, HR 71 /min, RR 16 /min, Oxygen sat % 98 %, VAS 5 1-10, Ht 69 in, Wt 426 lbs, BMI 62.90 Index, Ht-cm 175.26 cm, Wt-kg 193.23 kg.

**Examination**
General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
HEAD: normocephalic, atraumatic, no scalp lesions.
SKIN: normal, good turgor, no rashes, normal hair distribution.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

**Assessments**
1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

**Treatment**
**1. Chronic pain syndrome**
D/C Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0
Start Norco Tablet, 7.5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0
Start Movantik Tablet, 25 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: see notes below
4. Physical Therapy: N/A
5. Imaging/EMG: N/A
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar spondylosis**
Notes: Schedule bilateral L3-4 L4-5 L5-S1 medial branch block under fluoroscopy w/o anesthesia.
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Chronic venous insufficiency**

Notes: Consider vein study.

**4. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Preventive Medicine**
Counseling:
BP Management:
REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*
Depression Screening
Depression Screening Findings *Negative*
Care goal follow-up plan:
BMI management provided *Yes*
Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Follow Up**
1 month



Electronically signed by Jay LaFleur , M.D. on 06/07/2018 at 09:39 PM CDT

Sign off status: Completed

Lance LaFleur, M.D., PLLC
1920 Country Place Parkway
Pearland, TX 77584-2289
Tel: 832-736-2677
Fax: 832-730-4574

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: River Basin Medical Center, LLC

05/21/2018 Procedure: J. Lance LaFleur, M.D.

## Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs

## Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis
Chronic Neck Pain
Chronic Low Back Pain

## Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

## Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

## Social History

Tobacco Use:

Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:

## Reason for Appointment

1. Chronic low back pain

## History of Present Illness

Reason for visit:

Lumbar TFESI Patient presents today for bilateral L4-5 TFESI. Reports no significant health changes since last visit. Reports No adverse affects of current medications. Patient's pain is moderately controlled on current medications. Patient has failed other conservative therapy including OTC Medication, PT and prescription medications.

## Vital Signs

BP 153/89 mm Hg, HR 72 /min, RR 16 /min, Oxygen sat % 96 %, Ht 69 in, Wt 426 lbs, BMI 62.90 Index, Ht-cm 175.26 cm, Wt-kg 193.23 kg.

## Examination

General Examination:

GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

## Assessments

1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

## Treatment

**1. Chronic pain syndrome**

Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A
4. Physical Therapy: N/A
5. Imaging/EMG: Reviewed MRI lumbar spine w/o contrast in detail with patient.
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**

Notes: Today, a bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were

Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

discussed in detail with the patient.

**3. Lumbar spondylosis**
Notes: Consider L-MBB.

**4. Chronic venous insufficiency**
Notes: Consider vein study.

**5. Others**
Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

### Procedures
Procedure Information:
Anesthesia Local and Versed 5 mg i.m was given due to patient's procedural anxiety. Versed was given into the deltoid 2 cm lateral to the AC joint after standard sterile prep and after patient consent. No Pain or parasthesia was noted at the time of injection. Patient's vitals were monitored throughout the procedure.
Pain Procedure:
Medications Injected Lidocaine 1%: 10 ml, Bupivicaine 0.25%: 4 ml, Depomedrol 40mg/ml: 2 ml, Omnipaque 240: 3 ml.
Lumbar TFESI:
Rendering Provider Lance LaFleur, M.D..
Pre-Procedure Diagnosis Lumbar radiculopathy.
Post Procedure Diagnosis Same and Pre-procedure diagnosis.
Side bilateral.
Level(s) L4-5.
Guidance Fluoroscopic guidance for needle placement.
Risks and Benefits Prior to the procedure, the risks, benefits and possible alternative treatments were fully explained to the patient. These risks are rare, but include and are not limited to reactions to the local anesthetic (circumoral/tongue numbness, metallic taste in mouth, visual or auditory disturbances, nausea, dizziness, hallucinations, muscle twitching/tremors, drowsiness, unconsciousness, seizures, coma, respiratory arrest, cardiovascular depression, angina, bradycardia, arrhythmias), nerve injury, bleeding, scar, infection, lack of improvement or worsening of symptoms, allergic reaction and death. The patient fully understands the risks and is agreeable to proceed with the procedure. Consent was reviewed with the patient. .
Anesthesia Local.
Procedure Description
Pre-Procedure safety pause was performed using 2 patient identifiers, site and side of procedure.,
At each level listed above a selective cannulation was performed of the epidural root sleeve. An oblique radiograph was used at appropriate segments, and skin and subcutaneous tissues were anesthetized using 5 ml 1% lidocaine. A seven inch 22 gauge B-beveled spinal needle was placed just beneath the pedicle above, and anterograde progression of spread to the needle was determined with small aliquots of Omnipaque 240mgI/ml. Total 1.5 ml per level was used. Evidence of proximal spread of contrast material was noted into the epidural space. At each level somatic blockade was performed with infusion 2 ml of 0.25% Bupivacaine and 1 ml of Depo-Medrol 40mg/cc. Fluoroscopic guidance was examined for evidence of improved distal penetration of the previously described epidurographic flow. The needle was then removed, with the tip was otherwise normal. No evidence of hematoma was visible. A bandage was placed over skin.

Similar procedure was perfromed at both above listed levels.

EBL/ Complications EBL: Nil, Complications: None.

Post-Procedure Disposition The patient's blood pressure, pulse, and oxygen saturation were monitored and maintained throughout the procedure. The patient was stable, went to the recovery room and was subsequently discharged in good condition and with discharge instructions.

The post procedure vitals are b/p: 151/82, HR: 69, RR: 16, and oxygen saturation 97% on room air.

**Preventive Medicine**

Counseling:

BP Management:

REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*

Depression Screening

Depression Screening Findings *Negative*

Care goal follow-up plan:

BMI management provided *Yes*

Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Procedure Codes**

64483 INJ FORAMEN EPIDURAL L/S
64484 INJ FORAMEN EPIDURAL ADD-ON
77003 FLUOROGUIDE FOR SPINE INJECT
J1030 INJ METHYLPRDNISOLONE ACTAT 40 MG J1030NDC 00009028003 Depo 40mg/ml
J3490 UNCLASSIFIED DRUGS (Bupivacaine) J3490 NDC 0409116018 Bupivicaine 0.25%
Q9967 Omnipaque 300 (per ml) Q9967 NDC 0407141361 Omnipaque 300 mg/ml

**Follow Up**

As scheduled

Electronically signed by Jay LaFleur , M.D. on 06/12/2018 at 09:08 AM CDT

Sign off status: Pending

River Basin Medical Center, LLC
1920 COUNTRY PLACE PKWY
PEARLAND, TX 77584-2283
Tel: 331-305-2813
Fax:



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

### Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Tylenol with Codeine #4 300-60 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis
Chronic Neck Pain
Chronic Low Back Pain

### Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

### Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking

### Reason for Appointment

1. Chronic low back pain

### History of Present Illness

Patient Care Team:
Primary Care: Dr. Christi Jensen ( Dr Jennings office).
Referring Physician:
Referring Physician Dr. Ryan Jennings.

Interim History:
Scribed by: Samantha Ontiveros scribing the following service on behalf of Dr. Lance LaFleur.
Purpose of visit today: Discuss plan of care and medication refill.
Change in pain or new pain No.
Pain moderately managed on current medication Yes.
Adverse affect of current medication No.
The patient is a 48 year old male who presents today for management of chronic low back pain. The patient reports that the pain radiates from the low back to the bilateral lower extremities. The patient describes the pain as a constant aching, shooting and stabbing sensation. Today, the patient reports that the pain is a 6 out of 10 in severity with the current medication regimen. Since the last visit in the clinic, the patient denies any changes in his general health.
Radiological Studies:
Lumbar MRI Date: 11/06/2014
IMPRESSION:
1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen. .
The above studies were reviewed in the clinic today and with the patient.
UDS:
Last: 05/02/2018.
Results: Pending.
Next: 08/2018.
Risk Assessment:
Soap R: 14/24.
PMP: Negative for multiple prescribers.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by
Little interest or pleasure in doing things *No*
Feeling down, depressed, or hopeless *No*
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Several days*
Trouble falling or staying asleep, or sleeping too much *More than half the days*
Feeling tired or having little energy *Nearly every day*

Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
General/Constitutional:
Patient denies change in appetite, fatigue, fever.
Cardiovascular:
Patient denies chest pain at rest, dyspnea on exertion, claudication.
Respiratory:
Patient denies hemoptysis, pain with inspiration, sputum production.
Gastrointestinal:
Patient denies blood in stool, diarrhea, nausea, vomiting.
Musculoskeletal:
... Positives per HPI.
Psychiatric:
Patient denies auditory/visual hallucinations, substance abuse, suicidal thoughts.

Poor appetite or overeating *Not at all*
Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
Trouble concentrating on things, such as reading the newspaper or watching television *Nearly every day*
Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
Total Score *12*
Interpretation *Moderate Depression*

### Vital Signs
BP 155/83 mm Hg, HR 80 /min, RR 16 /min, Oxygen sat % 98 %, VAS 6 1-10, Ht 69 in, Ht-cm 175.26 cm.

### Examination
General Examination:
GENERAL APPEARANCE: normal, alert, well hydrated, in no distress.
SKIN: normal, good turgor, no rashes, normal hair distribution.
ABDOMEN: soft, nontender, nondistended, bowel sounds present.
PSYCHIATRIC: alert, oriented, cognitive function intact, thought content without suicidal ideation, delusions, thought process logical, goal directed.

### Assessments
1. Chronic pain syndrome - G89.4 (Primary)
2. Lumbar stenosis - M48.06
3. Long term current use of opiate analgesic - Z79.891
4. Lumbar spondylosis - M47.816
5. Chronic venous insufficiency - I87.2

### Treatment
**1. Chronic pain syndrome**
Continue (No Refill today) Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A
4. Physical Therapy: N/A
5. Imaging/EMG: Reviewed MRI lumbar spine w/o contrast in detail with patient.
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records: N/A
Assessment and plan reviewed with patient.

**2. Lumbar stenosis**
Notes: Schedule bilateral L4-5 transforaminal epidural steroid injection under fluoroscopy
Risks, Benefits and alternative treatment options of above procedure(s) were discussed in detail with the patient.

**3. Lumbar spondylosis**
Notes: Consider L-MBB.

**4. Chronic venous insufficiency**
Notes: Consider vein study.

**5. Others**
Notes: Patient has experienced an improvement in function and a reduction in

painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Preventive Medicine**

Counseling:

BP Management:

REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: *Referral to general physician*

Depression Screening

Depression Screening Findings *Negative*

Care goal follow-up plan:

BMI management provided *Yes*

Above Normal BMI Follow-up *Prescribed activity/exercise education*

**Follow Up**

1 month



Electronically signed by Jay LaFleur , M.D. on 05/09/2018 at 05:35 PM CDT

Sign off status: Completed

Lance LaFleur, M.D., PLLC
1920 Country Place Parkway
Pearland, TX 77584-2289
Tel: 832-736-2677
Fax: 832-730-4574

# Pervin, George A

48 Y old Male, DOB:
Account Number: 20087

Home:
Insurance: BLUE CROSS AND BLUE SHIELD OF TEXAS Payer ID: 00900
PCP: Ryan Jennings Referring: Ryan Jennings
Appointment Facility: Lance LaFleur, M.D., PLLC

05/02/2018 Initial Visit: J. Lance LaFleur, M.D.

### Current Medications

**Taking**

- Allopurinol 300 MG Tablet 1 tablet Orally Once a day
- Hydrochlorothiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
- Levothyroxine Sodium 50 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Losartan Potassium 100 MG Tablet 1 tablet Orally Once a day
- Lovastatin 40 MG Tablet 1 tablet with a meal Orally Once a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Metformin HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Ofloxacin 0.3 % Solution 10 drops into affected ear Otic Once a day
- Tizanidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Diabetes
Hyperlipidemia
Hypertension
Morbid Obesity
Obstructive Sleep Apena
Hypothyroidism
Carpal Tunnel Syndrome
Rheumatoid Arthritis
Chronic Neck Pain
Chronic Low Back Pain

### Surgical History

Colonoscopy 2015
Closure of Rectal Fistula 2011

### Family History

Father: alive, Cardiovascular Disease, Diabetes, Hyperlipidemia, Hypertension, Acute Myocardial Infarction, Sleep Apnea
Mother: alive, Arthritis, Diabetes, Hyperlipidemia
1 brother(s) , 1 sister(s) .

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *current every day smoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:

### Reason for Appointment

1. Chronic Low Back Pain

### History of Present Illness

Patient Care Team:
Primary Care: Dr. Christi Jensen ( Dr Jennings office).
Referring Physician:
Referring Physician Dr. Ryan Jennings.

Narrative:

Anticoagulant **NO**.

The patient is a 48 year old male who presents for evaluation and management of chronic lower back pain which onset 8 months ago after a work injury. Patient states that low back pain radiates to neck and tailbone. Patient also reports intermittent burning sensations of the bilateral legs after standing for long duration. The patient states the pain is a 3 out of 10 in severity with current medications. The patient describes the pain as burning sensation. The patient states standing and walking aggravates his pain symptoms. The patient has tried rest, NSAIDS, and Tylenol-3 with minimal relief. Patient denies numbness and tingling sensation associated with this pain. Patient reports intermittent weakness of the bilateral legs after being on his feet for long duration. Patient also notes swelling of bilateral calves Patient states he tried physical therapy without improvement.

The patient denies any history of spine surgery, bowel/bladder incontinence, physical therapy, or interventional treatment. Patient further states he was diagnosed with ruptured disc approximately 5 years ago.

Pain:
c/o The pain radiates.
of pain located in the
low back *Yes*
Side *Bilateral*
The pain began ..
Onset:
Slow/Insidious *Yes*
Change in pain since onset: :, Stayed the same.
cause of currrent episode of pain: Slow onset, no particular cause.
The pain is described as aching, dull, shock-like, shotoing, spasms.
The severity of the pain is 7/10 average, 10/10 max, .
The timing of the pain is continuous .
Patient's Pain Causes: Reduced enjoyment of life, reduced activity, inability to work normally, reduced recreational activities, poor sleep , fatigue , no bowel or bladder dysfunction .
The pain is improved by ice , heat , lying down , medications including.
The pain is aggravated by activity , bending , lifting , position change , walking .
Imaging studies include an MRI (magnetic resonance imaging) of the lumbar spine .
Non pharmacologic approaches include ..

Drugs/Alcohol
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
General/Constitutional:
Weakness **Yes**. Fatigue No. Weight gain **Yes**. Weight loss **Yes**. Fever No. Chills No. Night sweats No.
Ophthalmologic:
Recent Visual Changes No. Eye glasses/Contact lens No. Double Vision No.
ENT:
Dental Problems No. Earaches No. Hearing Problems No. Nosebleed No. Recurrent Sore throat No. Ringing in the ears No. Sinus Problems No.
Cardiovascular:
Chest pain No. Irregular heartbeat No. Heart murmur No. Rapid Heartbeat No. Blood Clots No. Swollen Extremities No. Palpitations No. Fainting No.
Respiratory:
Cough No. Shortness of breath on exertion/effort **Yes**. Wheezing No. Shortness of breath at rest No.
Gastrointestinal:
Acid Reflux No. Abdominal Cramps No. Constipation No. Diarrhea No. Vomiting No. Coffee Ground Appearance in Vomit No. Dark and Tarry Stools No.
Genitourinary:
Blood in urine No. Decreased Urine No. Incontinence No. Flank Pain No. Erectile Dysfunction No. Painful urination No.
Skin:
Change in color of skin No. Rashes No. Puritis No. Dry skin No.
Musculoskeletal:
... Positive history per HPI. Joint Swelling **Yes**. Back Pain **Yes**. Muscle Spasms **Yes**. Joint Pain **Yes**. Neck Pain **Yes**. Pelvic Pain No. Joint Stiffness **Yes**.
Psychiatric:
Depressed mood No. Anxiety No. Stress No. Suicidal thoughts No.
Endocrine:
Heat intolerance No. Cold intolerance No. Hair Changes No. Excessive thirst No.
Neurologic:
Dizziness No. Seizures No. Headaches No. Tingling/Numbness No. Memory loss No. Fainting No. Difficulty with speech No. Incoordination No. Difficulty Walking No.
Hematology:

Medications that have been utilized include muscle relaxants , nonsteroidal anti-inflammatories .
Past Injection treatments have included none .
Patient denies feeling as though they are addicted to the narcotics.
Radiological Studies:
Lumbar MRI Date: 11/06/2014
IMPRESSION:
1. Posterior central annular fissuring at L3-L4 and L4-L5 discs.
2. Congenital narrow canal with no spinal canal stenosis.
3. Low lumbar facet arthropathy with encroachment of the right L5-S1 neural foramen. .
The above studies were reviewed in the clinic today and with the patient.
UDS:
Last: 05/02/2018.
Results: Pending.
Next: ..
Risk Assessment:
Soap R: 14/24.
PMP: Date:.
Risk Level: Moderate.
Oswestry Questionaire: 80%.
Depression Screening:
PHQ-9
Little interest or pleasure in doing things *Nearly every day*
Feeling down, depressed, or hopeless *Several days*
Trouble falling or staying asleep, or sleeping too much *More than half the days*
Feeling tired or having little energy *Nearly every day*
Poor appetite or overeating *Not at all*
Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
Trouble concentrating on things, such as reading the newspaper or watching television *Nearly every day*
Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
Total Score *12*
Interpretation *Moderate Depression*

### Vital Signs
BP 151/88 mm Hg, HR 80 /min, RR 16 /min, Oxygen sat % 99 %, VAS 3 1-10, Ht 69 in, Wt 426 lbs, BMI 62.90 Index, Ht-cm 175.26 cm, Wt-kg 193.23 kg.

### Examination
General Examination:
GENERAL APPEARANCE: alert.
HEAD: normocephalic.
EYES: upper eyelids normal.
EARS: normal.
NOSE: nares patent.
SKIN: warm and dry.
LUNGS: good air movement.
ABDOMEN: soft, nontender, nondistended.
MUSCULOSKELETAL: Low lumbar paraspinal TTP. Positive lumbar facet loading. There appears to be 5/5 strength at the gastrocnemius, soleus, tibialis anterior, iliopsoas, and quadriceps muscles bilaterally.
NEUROLOGIC: deep tendon reflexes symmetrical.
PSYCHIATRIC: alert, oriented.

### Assessments

Easy Bruising No. Easy Bleeding No.
Impaired Wound Healing No.
Lymphadenopathy No.
Allergy/Immunology:
Recurrent Infection No. Hives No.
Swelling No. Itching eyes/nose No.

1. Chronic pain syndrome - G89.4 (Primary)
2. Long term current use of opiate analgesic - Z79.891
3. Lumbar spondylosis - M47.816
4. Chronic venous insufficiency - I87.2

**Treatment**

**1. Chronic pain syndrome**

Start Tylenol with Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 7 days, 21 Tablet, Refills 0
Notes: Comprehensive pain management plan:
1.Medications: As above
2. Rx Topical: N/A
3. Procedure: N/A
4. Physical Therapy: N/A
5. Imaging/EMG: Order MRI of Lumbar Spine w/o Contrast. Order given to patient as patient requires facility which can accomodate large body habitus.
6. Pharmacogenetic: N/A
7. Biobehavioral therapy: N/A
8. Blood Samples: N/A
9. Referral: N/A
10. Request for information/Records:
Assessment and plan reviewed with patient.

**2. Lumbar spondylosis**

IMAGING: MRI : Lumbar without contrast

**3. Chronic venous insufficiency**

Notes: Consider vein study.

**4. Others**

Notes: Patient has experienced an improvement in function and a reduction in painful symptoms with the current analgesic regimen. Without the current medications, the patient would have reduction in functionality and decreased activities. There are no overt signs of medication misuse. Risks and benefits of medications as well as alternatives of medications prescribed were discussed in detail with the patient. Patient was instructed not to drive or operate heavy machinery while on opioid or sedating medications.

**Follow Up**

1 week for imaging review

Electronically signed by Jay LaFleur , M.D. on 06/12/2018 at 09:08 AM CDT

Sign off status: Pending

Fax: 832-730-4574

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 8 Jun 2018 13:24:54 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 7/18/2018. This indicates an extension of benefits. The case manager for this claim is Cindy Limbach. The claim number is 7006648.

3f you have further I uestions or if the employee has returned to q orwkplease call Liberty , utual 3nsurance at N800( 420)- 585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 8 Jun 2018 13:24:54 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 5/2/2018. This claim is approved through 7/18/2018. This indicates an extension of benefits. The case manager for this claim is Cindy Limbach. The claim number is 7006648.

3f you have further I uestions or if the employee has returned to q orwkplease call Liberty , utual 3nsurance at N800( 420)- 585.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. GEORGE PERVIN

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

June 8, 2018

Mr. George A. Pervin

RE: Short Term Disability (STD) Benefits
H-E-B
Claim #: 6004438

Dear Mr. George Pervin:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under H-E-B's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 7, 2018, we requested medical records from Dr Lance Lefleur . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2018 through present from Dr Lance Lefleur

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

H-E-B's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than July 21, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Cindy Limbach
Assoc Claims Specialist
Phone No.: (800) 320-7585 Ext. 41592
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 11 May 2018 12:52:36 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 5/2/2018. The claim has been approved through 6/10/2018. The case manager for this claim is Cindy Limbach. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 11 May 2018 12:52:36 +0000
**To:** S110AA@HEB.COM;S148356@HEB.COM
**Subject:** Claim #6004438, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 5/2/2018. The claim has been approved through 6/10/2018. The case manager for this claim is Cindy Limbach. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 11 May 2018 1: 5 35 6 +0000
**To:** S110AA@HEB.COM;S148: 36@HEB.COM
**Subject:** Claim #60044: 8, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 11 May 2018 1: 5 35 6 +0000
**To:** S110AA@HEB.COM;S148: 36@HEB.COM
**Subject:** Claim #60044: 8, GEORGE PERVIN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 6004438.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**n0302213**

---

**From:** Acuna-Anderson,Loretta
**Sent:** Thursday, May 10, 2018 8:51:24 AM
**To:** Limbach, Cindy; Crews,Linda
**Cc:** Webber,Oscar
**Subject:** RE: ACTION REQUIRED - Last Day Work Confirmation, GEORGE PERVIN - Partner ID 7504381
**Attachments:** image001.png

Cindy,

I have confirmed the last day worked for George Pervin. Please see confirmation date highlighted below.

Thank you,


Loretta Acuña-Anderson

Payroll & Benefits Associate I

3503 Fredericksburg Rd. Ste. #2, San Antonio, Texas 78201



"This email may contain HEB confidential information and is intended only for use by those to whom it is addressed. If you are not the intended recipient, please contact the sender and delete all copies of the message. Thank You"


**From:** 0913SCU [mailto:0913SCU@LibertyMutual.com]
**Sent:** Thursday, May 10, 2018 7:37 AM
**To:** Crews,Linda
**Cc:** Almarez,Wendy; Womack,Ana; Webber,Oscar; Acuna-Anderson,Loretta; Limbach, Cindy
**Subject:** ACTION REQUIRED - Last Day Work Confirmation, GEORGE PERVIN -

Partner ID 7504381

Good Morning,

Partner Name

GEORGE PERVIN

Partner ID

7504381

Claim Number

6004438

Product Name

STD

Reported Last Day Worked

05/01/2018

Confirmed Last Day Worked

05/01/2018 8:17 hours

In order for us to process this Partner's disability claim, **please confirm that the reported last day work listed above is correct.**

**Please do not respond back to this email address.** When submitting this information, please do so to the attention of the case manager, Cindy Limbach at Cindy.Limbach@Libertymutual.com.

If you have any questions regarding our need for this information, please contact us at 800-320-7585.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston

**n0213644**

**From:** 0913SCU
**Sent:** Thursday, May 10, 2018 8:37:12 AM
**To:** 'Crews.linda@heb.com'
**Cc:** 'almarez.wendy@heb.com'; 'Womack.ana@heb.com'; 'Webber.oscar@heb.com'; 'acuna-anderson.loretta@heb.com'; Limbach, Cindy
**Subject:** ACTION REQUIRED - Last Day Work Confirmation, GEORGE PERVIN - Partner ID 7504381

Good Morning,

Partner Name

GEORGE PERVIN

Partner ID

7504381

Claim Number

6004438

Product Name

STD

Reported Last Day Worked

05/01/2018

Confirmed Last Day Worked

In order for us to process this Partner's disability claim, **please confirm that the reported last day work listed above is correct.**

**Please do not respond back to this email address.** When submitting this information, please do so to the attention of the case manager, Cindy Limbach at Cindy.Limbach@Libertymutual.com.

If you have any questions regarding our need for this information, please contact us at 800-320-7585.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston