**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **GEORGE PERVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 3:20cv00135** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION TO MODIFY DOCKET CONTROL ORDER</u>**

Plaintiff, George Pervin, and Defendant, Liberty Life Assurance Company of Boston, file this Joint Motion to Modify Docket Control Order as follows:

1. Pursuant to the Docket-Control Order entered by the Court on August 21, 2020 (Document 11), the Parties must file their opening briefs by 11/9/2020 and their response briefs by 12/7/2020.

2. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. If the parties are unable to resolve the matter in the next couple of weeks, it is likely that the parties will agree to mediation of the case, which will take time to schedule and conduct, especially during the holiday season. Accordingly, the Parties respectfully request that the Court enter an order that the Parties have until and including January 11, 2021, to file their opening briefs and until February 8, 2021, to file their response briefs.

3. This Joint Motion to Modify Docket Control Order is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an order modifying the Docket Control Order as follows:

**1/11/2021** **Deadline for both parties to file opening briefs**

**2/8/ 2021** **Deadline for both parties to file response briefs**

Respectfully submitted,

By: /s/ J. Price McNamara (w/permission)
J. PRICE McNAMARA
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email: price@jpricemcnamara.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. Price McNamara
Email: price@jpricemcnamara.com

November 4, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers