**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **GEORGE PERVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 3:20cv00135** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AMENDED DOCKET CONTROL ORDER**

Now before the Court is the Parties' Motion to Modify Docket Control Order. The Court, having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

ORDERED that the Docket Control Order shall be amended as follows:

**1/11/2021** **Deadline for both parties to file opening briefs**

**2/8/ 2021** **Deadline for both parties to file response briefs**

SIGNED on November ___, 2020, at Galveston, Texas.

____________________________________
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE