United States District Court
Southern District of Texas
**ENTERED**
December 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GEORGE PERVIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-135 |
| | § | |
| LIBERTY LIFE INSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The court acknowledges the parties' joint stipulation of dismissal. Dkt. 14. Accordingly, it is hereby;

Ordered that Pervin's claims against Liberty Life Insurance Company of Boston in the above-styled case are dismissed with prejudice. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the Court on or before March 2, 2021.

All pending motions are hereby denied as moot.

Signed on Galveston Island on this the 30th day of December, 2020.

___________________________
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE